IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-110-GMS |
| ) | |
| APPLERA CORPORATION, MDS, INC. ) | |
| and APPLIED BIOSYSTEMS/MDX ) | |
| SCIEX INSTRUMENTS ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

The Parties, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to extend the time within which defendants Applera Corporation, MDS, Inc. and Applied Biosystems/MDX Sciex Instruments must answer, move or otherwise respond to the plaintiff's Complaint to April 14, 2005.

_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Attorneys for Plaintiff

_____
Josy W. Ingersoll (#1088)
(JIngersoll@ycst.com)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6672
Attorneys for Defendants

SO ORDERED this ____ day of _____, 2005.

_____
U.S.D.J.

RLF1-2847602-1