# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

March 8, 2005

TO:     Counsel

RE:     Finnigan LLC v. Applera Corp., Civil Action No. 05-110 GMS

Dear Counsel:

    The judge is in receipt of your Stipulation to Extend Time to answer the complaint to and including April 14, 2005. Given the length of the extension, the judge would like a written explanation as to why the extension is requested. Please file the explanation, via ECF, as soon as possible.

    Thank you.

Sincerely,

/s/
Marie McDavid
Case Manager