IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC,<br><br>        Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>APPLERA CORPORATION, MDS, INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>        Defendants and Counterclaim-Plaintiffs. | Civil Action No. 05-110-GMS |

### NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKLE NOTICE that Defendants Applera Corp., MDS, Inc. and Applied Biosystems/MDS Sciex Instruments, hereby withdraw their Motion and Order for Pro Hac Vice Appearance of Attorneys Walter E. Hanley, Jr.; William G. James, II; James Galbraith; Jeffrey S. Ginsberg; Fred T. Grasso; Huiya Wu; and Eric M. Agovino (D.I. 10) filed on Friday, April 22, 2005.

DATED: April 25, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Keller
_____
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
kkeller@ycst.com
*Attorneys for Defendants Applera Corporation, MDS, Inc., and Applied Biosystems/MDS Sciex Instruments*

WP3:1105942 1                                                                                                         999999 0755

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire hereby certify that on April 25, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Steve Fineman, Esquire
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, Delaware 19801

I further certify that on April 25, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Wayne L. Stoner, Esquire
> Wilmer Cutler Pickering Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Karen E. Keller_
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Defendants

WP3:1102881.1                                                    63533.1003