IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THERMO FINNIGAN LLC, )
)
    Plaintiff and )
    Counterclaim Defendant, )    Civil Action No. 05-110-GMS
)
    v. )
)
APPLERA CORPORATION, MDS INC., and )
APPLIED BIOSYSTEMS/MDS SCIEX )
INSTRUMENTS, )
)

    Defendants and
    Counterclaim Plaintiffs.

## **REPLY TO COUNTERCLAIM**

Thermo Finnigan LLC ("Thermo") replies to the Counterclaim set forth in the Answer and Counterclaim of Applera Corporation, MDS Inc., and Applied Biosystems/MDS Sciex Instruments ("Counterclaim Plaintiffs") as follows:

15.    Thermo admits the Counterclaim purports to seek a declaratory judgment of invalidity and noninfringement of United States Patent No. 6,528,784 B1 ("the '784 patent"), entitled "Mass Spectrometer System Including a Double Ion Guide Interface and Method of Operation," which was issued on March 4, 2003 to Keqi Tang, Alan E. Schoen, and Jean-Jacques Dunyach. Thermo denies that the Counterclaim Plaintiffs are entitled to such relief.

16.    Thermo admits the allegations of Paragraph 16 of the Counterclaim.

17.    Thermo admits the allegations of Paragraph 17 of the Counterclaim.

18.    Thermo admits the allegations of Paragraph 18 of the Counterclaim.

19.    Thermo admits the allegations of Paragraph 19 of the Counterclaim.

20.    Thermo admits the allegations of Paragraph 20 of the Counterclaim.

21.    No answer is required to the allegations of Paragraph 21 of the Counterclaim, which merely state conclusions of law.

22.    Thermo denies the allegations of Paragraph 22 of the Counterclaim.

23.    Thermo denies the allegations of Paragraph 23 of the Counterclaim.

## PRAYER FOR RELIEF

WHEREFORE, Thermo requests entry of judgment in its favor against Counterclaim Plaintiffs as follows:

A.    Dismiss the Counterclaim with prejudice;

B.    Enter an Order granting Thermo the relief requested in its Complaint; and

C.    Award Thermo such other relief as the Court may deem appropriate and just under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff and Counterclaim Defendant Thermo Finnigan LLC demands a trial by jury on all issues so triable.

_Kelly E. Farnan_

Frederick L. Cottrell, III (#2555)
Cottrell@RLF.com
Kelly E. Farnan (#4395)
Farnan@RLF.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
Telephone (302) 651-7700
Attorneys for Thermo Finnigan LLC

OF COUNSEL:
William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

Dated:  May 3, 2005

RLF1-2871065-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2005, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing, and hand

delivered, to the following:

> Josy W. Ingersoll
> Adam W. Poff
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19899-0391

I hereby certify that on May 3, 2005 I transmitted the foregoing document by telecopy to

the following non-registered participants:

> Walter E. Hanley, Jr.
> James Galbraith
> Huiya Wu
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

> William G. James, II
> Fred T. Grasso
> Kenyon & Kenyon
> 1500 K Street N.W., Suite 700
> Washington, DC 20036

Kelly E. Farnan (#4395)
Farnan@RLF.com