IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>   Plaintiffs and<br>   Counterclaim Defendants,<br><br>   v.<br><br>THERMO ELECTRON CORPORATION,<br>   Defendant and<br>   Counterclaim Plaintiff<br>——————————————<br><br>THERMO FINNIGAN LLC,<br><br>   Plaintiff and<br>   Counterclaim Defendant,<br><br>   v.<br><br>APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>   Defendants and<br>   Counterclaim Plaintiffs | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 04-1230-GMS<br>Civil Action No.: 05-110-GMS<br>CONSOLIDATED |
| THERMO FINNIGAN LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>APPLERA CORPORATION,<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. 04-1505-GMS |

## STIPULATION AND ORDER

The parties have been negotiating a protective order for some time. As of today, the parties have an agreement in principle as to all terms except that final approval is needed from a Thermo decision-maker who is not available today. The parties expect to promptly resolve this matter and file the proposed Protective Order on or before Tuesday, June 21, 2005. Subject to the Court's approval, the parties thus stipulate to move the deadline to file the proposed Protective Order to that date.

Josy W. Ingersoll (#1088)
jingersoll@ycst.com
Adam W. Poff (#3990)
apoff@ycst.com
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899
Telephone: (302) 571-6672
Attorneys for Applera Corporation, MDS Inc.,
and Applied Biosystems/MDS Sciex
Instruments

Dated: June 17, 2005

Frederick L. Cottrell, III (#2555)
Cottrell@RLF.com
Kelly E. Farnan (#4395)
Farnan@RLF.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Attorneys for Thermo Electron Corp.
and Thermo Finnigan LLC

Dated: June 17, 2005

APPROVED AND SO ORDERED this _____ day of June, 2005

_____
U.S.D.J.

RLF1-2879157-1