IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FINNIGAN LLC | ) ) ) | |
| Plaintiff and<br>Counter-Defendant, | ) ) ) | Civil Action No. 05-110-GMS |
| v. | ) ) ) | |
| APPLERA CORPORATION, MDS, INC.,<br>and APPLIED BIOSYSTEMS/MDS SCIEX<br>INSTRUMENTS, | ) ) ) ) | |
| Defendants and<br>Counter-Plaintiffs. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, caused copies of (1) AB/SCIEX's Response To Thermo Finnigan LLC's First Set of Interrogatories (Nos. 1-28) and, (2) AB/SCIEX's Response To Thermo Finnigan LLC's First Set of Document Requests (Nos. 1-54) to be served on June 20, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

> Frederick L. Cottrell, III, Esquire
> Steve Fineman, Esquire
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

> Wayne L. Stoner, Esquire
> WILMER CUTLER PICKERING
>    HALE and DORR LLP
> 60 State Street
> Boston, MA 02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 21, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Steve Fineman, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware  19801

**BY FEDERAL EXPRESS**

Wayne L. Stoner, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
jingersoll@ycst.com
*Attorneys for Applera Corporation,*
*MDS, Inc., and Applied Biosystems/MDS*
*Sciex Instruments*

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated:  June 21, 2005

2