IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC<br><br>　　　　Plaintiff and<br>　　　　Counter-Defendant,<br><br>　　v.<br><br>APPLERA CORPORATION, MDS, INC.,<br>and APPLIED BIOSYSTEMS/MDS SCIEX<br>INSTRUMENTS,<br><br>　　　　Defendants and<br>　　　　Counter-Plaintiffs. | Civil Action No. 05-110-GMS |

**DEFENDANTS APPLERA CORPORATION, MDS, INC., and
APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS
<u>NOTICE OF SERVICE OF SUBPOENA DUCES TECUM</u>**

Defendants Applera Corporation, MDS, Inc., and Applied Biosystems/MDS Sciex Instruments hereby give notice that they are serving the attached Subpoena Duces Tecum in a civil case upon Waters Technology Corporation.

DATED: June 23, 2005　　　　YOUNG, CONAWAY, STARGATT, & TAYLOR

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Josy W. Ingersoll (I.D. No. 1088)
　　　　　　　　　　　　　　　Adam W. Poff (I.D. No. 3990)
　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　Wilmington, Delaware 19889-0391
　　　　　　　　　　　　　　　(302) 571-6600

　　　　　　　　　　　　　　　Walt E. Hanley. Jr.
　　　　　　　　　　　　　　　James Galbraith
　　　　　　　　　　　　　　　Lewis V. Popovski

Jeffrey S. Ginsberg
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200
*Attorneys for Defendants Applera Corporation, MDS Inc., and Applied Biosystems/MDS Sciex Instruments*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June 2005, I caused a true and correct copy of the foregoing Defendants Applera Corporation, MDS, Inc., and Applied Biosystems/MDS Sciex Instruments Notice of Service of Subpoena Duces Tecum to be served as follows:

**Via Hand Delivery**
Frederick L. Cottrell, Esquire
Kelly E. Farnan, Esquire
Richard, Layton, & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899

**Via Federal Express**
Wayne L. Stoner, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109