IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FINNIGAN LLC | ) ) ) | |
| Plaintiff and<br>Counter-Defendant, | ) ) ) ) | Civil Action No. 05-110-GMS |
| v. | ) ) ) | |
| APPLERA CORPORATION, MDS, INC.,<br>and APPLIED BIOSYSTEMS/MDS SCIEX<br>INSTRUMENTS, | ) ) ) ) | |
| Defendants and<br>Counter-Plaintiffs. | ) ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, caused copies of AB/SCIEX's Supplemental Responses To Interrogatories 14 and 15 of Thermo Finnigan LLC's First Set of Interrogatories (Nos. 1-28) to be served on August 19, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

> Frederick L. Cottrell, III, Esquire
> Steve Fineman, Esquire
> RICHARDS, LAYTON & FINGER
> One Rodney Square
> Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

> Wayne L. Stoner, Esquire
> WILMER CUTLER PICKERING
>     HALE and DORR LLP
> 60 State Street
> Boston, MA 02109

DB01:1611413.1

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 19, 2005 upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING AND HAND DELIVERY

Frederick L. Cottrell, III, Esquire
Steve Fineman, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware 19801

### BY FEDERAL EXPRESS

Wayne L. Stoner, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672
kkeller@ycst.com
*Attorneys for Applera Corporation,
MDS, Inc., and Applied Biosystems/MDS
Sciex Instruments*

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: August 19, 2005

2

DB01:1611413.1