IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FINNIGAN LLC )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff and　　　　　　　　)<br>　　　　Counter-Defendant,　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>APPLERA CORPORATION, MDS, INC., )<br>and APPLIED BIOSYSTEMS/MDS SCIEX )<br>INSTRUMENTS,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendants and　　　　　　　)<br>　　　　Counter-Plaintiffs.　　　　　　)<br>　　　　　　　　　　　　　　　　　) | Civil Action No. 05-110-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, MDS, Inc., and Applied Biosystems/MDS Sciex Instruments, caused copies of AB/SCIEX's Revised Supplemental Responses to Interrogatories 14 and 15 of Thermo Finnigan LLC's First Set of Interrogatories (Nos. 1 – 28) to be served on August 22, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

　　　　Frederick L. Cottrell, III, Esquire
　　　　Steve Fineman, Esquire
　　　　RICHARDS, LAYTON & FINGER
　　　　One Rodney Square
　　　　Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

　　　　Wayne L. Stoner, Esquire
　　　　WILMER CUTLER PICKERING HALE and DORR LLP
　　　　60 State Street
　　　　Boston, MA 02109

DB01:1627040.1

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on August 22, 2005 upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

>Frederick L. Cottrell, III, Esquire
>Steve Fineman, Esquire
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

>Wayne L. Stoner, Esquire
>WILMER CUTLER PICKERING HALE AND DORR LLP
>60 State Street
>Boston, MA 02109

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Josy W. Ingersoll (#1088)
>Adam W. Poff (#3990)
>Karen E. Keller (#4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6672
>apoff@ycst.com
>*Attorneys for Applera Corporation,*
>*MDS, Inc., and Applied Biosystems/MDS*
>*Sciex Instruments*

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: August 22, 2005

2

DB01:1627040.1