IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>    Plaintiffs and Counter-Defendants,<br><br>    v.<br><br>THERMO ELECTRON CORPORATION,<br><br>    Defendant and Counter-Plaintiff. | Civil Action No. 04-1230-GMS |
| THERMO FINNIGAN LLC<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>APPLERA CORPORATION, MDS, INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>    Defendants and Counter-Plaintiffs. | Civil Action No. 05-110-GMS<br><br>(Consolidated) |
| THERMO FINNIGAN LLC,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>APPLERA CORPORATION,<br><br>    Defendant and Counter-Plaintiff. | Civil Action No. 04-1505-GMS |

## STIPULATION AMENDING ADDENDUM TO SCHEDULING ORDER

The parties hereby stipulate, subject to the approval of the Court, that the Addendum to the Scheduling Order shall be modified as follows:

For a discovery request served by July 1, 2005, a full and complete response/production will be finished by:

October 12, 2005 for financial documents.

October 5, 2005 for all other documents.

This amendment to the Addendum will not affect any deadlines in the Scheduling Order itself.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| *[signature]* | /s/ Frederick L. Cottrell, III |
| Josy W. Ingersoll (ID No. 1088) | Frederick L. Cottrell, III (ID No. 2555) |
| Adam W. Poff (ID No. 3990) | One Rodney Square |
| The Brandywine Building | 920 North King Street |
| 1000 West Street, 17th Floor | Wilmington, Delaware 19801 |
| P.O. Box 391 | 302-651-7701 |
| Wilmington, DE 19899-0391 | cottrell@rlf.com |
| (302) 571-6672 | *Attorneys for Thermo Electron Corp.,* |
| jingersoll@ycst.com | *And Thermo Finnigan LLC* |
| *Attorneys for Applera Corporation,* | |
| *MDS, Inc., and Applied Biosystems/MDS* | |
| *Sciex Instruments* | |

SO ORDERED this ____ day of _____, 2005.

_____
U.S.D.J.