IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, | ) ) ) ) ) | |
| Plaintiffs and Counter-Defendants, | ) ) ) | Civil Action No. 04-1230-GMS |
| v. | ) ) ) | |
| THERMO ELECTRON CORPORATION, | ) ) ) ) | |
| Defendant and Counter-Plaintiff. | ) ) ) ) | |
| THERMO FINNIGAN LLC | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) ) | Civil Action No. 05-110-GMS |
| v. | ) ) ) | (Consolidated) |
| APPLERA CORPORATION, MDS, INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, | ) ) ) ) ) | |
| Defendants and Counter-Plaintiffs. | ) ) ) | |

**PARTIES' JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Order, attached hereto as Exhibit A is the parties' Joint Claim Construction Chart.

RLF1-2939811-1

-2-

/s/ Karen E. Keller

_____
Josy W. Ingersoll (#1088)
jingersoll@ycst.com
Adam W. Poff (#3990)
apoff@ycst.com
Karen E. Keller (4489)
kkeller@ycst.com
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899
Telephone: (302) 571-6672
Attorneys for Applera Corporation, MDS Inc.,
and Applied Biosystems/MDS Sciex
Instruments

Dated: October 28, 2005

/s/ Kelly E. Farnan

_____
Frederick L. Cottrell, III (#2555)
Cottrell@RLF.com
Kelly E. Farnan (#4395)
Farnan@RLF.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Attorneys for Thermo Electron Corp. and
Thermo Finnigan LLC

Dated: October 28, 2005