IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>      Plaintiffs and<br>      Counter-Defendants,<br><br>v.<br><br>THERMO ELECTRON CORPORATION,<br><br>      Defendant and<br>      Counter-Plaintiff. | Civil Action No. 04-1230-GMS |
| THERMO FINNIGAN LLC<br><br>      Plaintiff and<br>      Counter-Defendant,<br><br>v.<br><br>APPLERA CORPORATION, MDS, INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>      Defendants and<br>      Counter-Plaintiffs. | Civil Action No. 05-110-GMS<br><br>(Consolidated) |

## STIPULATION AND ORDER

WHEREAS the parties are required to submit opening claim construction briefs on Friday November 18, 2005 and responsive claim construction briefs on Monday December 12, 2005 in C.A. No. 04-1230 and C.A. 05-110;

WHEREAS the claim construction briefs will address two patents, one asserted by plaintiffs and one by defendants, and there is some overlap between the technology involved in the patents-in-suit;

RLF1-2947114-1

WHEREAS the parties believe that submitting one opening and responsive brief each covering both patents will serve the interests of justice and will clarify issues for the Court;

The parties hereby stipulate and agree, subject to the approval of the Court, that each party will submit one 80 page opening claim construction brief and one 80 page responsive claim construction brief addressing the patents-in-suit in both above-captioned actions.

| //s// Karen E. Keller | //s// Kelly E. Farnan |
|---|---|
| Josy W. Ingersoll (#1088) | Frederick L. Cottrell, III (#2555) |
| jingersoll@ycst.com | cottrell@rlf.com |
| Adam W. Poff (#3990) | Kelly E. Farnan (#4395) |
| apoff@ycst.com | farnan@rlf.com |
| Karen E. Keller | Richards, Layton & Finger |
| kkeller@ycst.com | One Rodney Square |
| Young, Conaway, Stargatt & Taylor, LLP | P.O. Box 551 |
| The Brandywine Building, 17th Floor | Wilmington, DE 19899 |
| 1000 West Street | Telephone: (302) 651-7700 |
| Wilmington, DE 19899 | Attorneys for Thermo Electron Corp. and |
| Telephone: (302) 571-6672 | Thermo Finnigan LLC |
| Attorneys for Applera Corporation, MDS Inc., and Applied Biosystems/MDS Sciex Instruments | |

Dated: November 16, 2005                              Dated: November 16, 2005

SO ORDERED this ____ day of _____, 2005.

_____
U.S.D.J.