IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC, *Plaintiff and Counter-Defendant*, v. APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS *Defendants and Counter-Plaintiffs*. | Civil Action No. 05-110-GMS |

**MOTION TO STAY THIS ACTION
PENDING REEXAMINATION OF THE PATENT IN SUIT**

Defendants and Counter-Plaintiffs Applera Corporation, MDS Inc., and Applied Biosystems/MDS Sciex Instruments (collectively, "AB/Sciex") respectfully move this Court for an immediate, complete, and temporary stay of all proceedings. More particularly, as set forth in the opening brief filed herewith, Defendants and Counter-Plaintiffs request a complete stay of all proceedings pending reexamination by the United States Patent and Trademark Office of U.S. Patent No. 6,528,784, the patent in suit. The grounds for this motion are fully set forth in the opening brief filed contemporaneously herewith.

Pursuant to Local Rule 7.1.1, Defendants and Counter-Plaintiffs certify that they have contacted plaintiff's counsel to secure its consent to stay this action. Plaintiff's counsel stated they will check with their client. As of the time of filing this motion, counsel for defendants has not received a response.

Dated: November 18, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6672

*Attorneys for Plaintiffs Applera Corp., MDS, Inc., and Applied Biosystems/MDS Sciex Instruments*

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
Mark A. Chapman
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

## **CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire hereby certify that on November 18, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire
>Kelly E. Farnan, Esquire
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, Delaware 19801

I further certify that on November 18, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### **BY ELECTRONIC MAIL**

>Wayne L. Stoner, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109
>wayne.stoner@wilmerhale.com

DB01:1592466.1

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Plaintiffs Applera Corporation,
 MDS Inc., and Applied Biosystems/MDS Sciex
 Instruments