IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC,<br><br>*Plaintiff and Counter-Defendant,*<br><br>v.<br><br>APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS<br><br>*Defendants and Counter-Plaintiffs.* | Civil Action No. 05-110-GMS |

## ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2005, that Defendants and Counter-Plaintiffs' Motion to Stay this Action Pending Reexamination of U.S. Patent No. 6,528,784 is hereby GRANTED.

_____
United States District Judge