IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THERMO ELECTRON CORP.,<br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No.: 04-1230 GMS<br>)<br>)<br>)<br>) |
| THERMO FINNIGAN LLC,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　　Civil Action No.: 05-110 GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## APPENDIX TO THERMO ELECTRON CORPORATION'S AND THERMO FINNIGAN LLC'S OPENING MARKMAN BRIEF

OF COUNSEL:

Wayne L. Stoner
Richard Goldenberg
Stephen M. Muller
John M. Golden
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated:  November 18, 2005

Frederick L. Cottrell, III  (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan  (#4395)
(Farnan@RLF.com)
Richard, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

Attorneys for Thermo Electron Corporation and Thermo Finnigan, LLC

## THERMO APPENDIX DOCUMENTS

| | | |
|---|---|---|
| TAB A | Prosecution History for U.S. Patent Application Serial No. 09/454,273. | TA 1 |
| TAB B | Excerpts from *American Heritage College Dictionary* (3d ed. 1993). | TA 124 |
| TAB C | Excerpts from *American Heritage Dictionary* (2d coll. ed. 1985). | TA 127 |
| TAB D | Excerpts from *American Heritage Dictionary of the English Language* (1982). | TA 134 |
| TAB E | Excerpts from *McGraw-Hill Dictionary of Scientific and Technical Terms* (5th ed. 1994). | TA 140 |
| TAB F | Excerpts from *McGraw-Hill Dictionary of Scientific and Technical Terms* (4th ed. 1989). | TA 144 |
| TAB G | Excerpts from *Merriam-Webster's Collegiate Dictionary* (10th ed. 1993). | TA 148 |
| TAB H | Excerpts from *Webster's Ninth New Collegiate Dictionary* (1988). | TA 151 |
| TAB I | Excerpts from *Webster's Third New International Dictionary* (1993). | TA 164 |
| TAB J | Excerpts from *Webster's Third New International Dictionary* (1986). | TA 171 |

TAB K    Excerpts from *Compendium of Analytical*    TA 184
         *Nomenclature: Definitive Rules 1997*
         (3d ed. 1998).

TAB L    Kenneth L. Busch, "A Glossary for Mass    TA 189
         Spectrometry," *Mass Spectrometry*,
         June 2002.

TAB M    Excerpts from John A. Dean, *Analytical*    TA 198
         *Chemistry Handbook* (1995).

TAB N    James W. Hager, "Quadrupole Mass    TA 205
         Spectrometer with Ion Traps to
         Enhance Sensitivity," U.S. Patent No.
         6,504,148 B1 (issued Jan. 7, 2003).

TAB O    Applera's Opening Brief in Support of Their    TA 221
         Motion for Summary Judgment on
         Defendants' Inequitable Conduct
         Defense and Antitrust Counterclaims,
         *Applera Corp. v. Micromass UK,*
         *Ltd.*, Civ. Action No. 00-105-RRM
         (D. Del., brief filed Oct. 22, 2001).

TAB P    Applera's Answering Brief in Opposition to    TA 297
         Defendants' Motion for Summary
         Judgment that the '736 Patent Is
         Unenforceable Due to Inequitable
         Conduct, *Applera Corp. v.*
         *Micromass UK, Ltd.*, Civ. Action No.
         00-105-RRM (D. Del., brief filed
         Nov. 20, 2001).

TAB Q    Excerpts from Micromass' Opening Claim    TA 333
         Construction Brief, *Applera Corp. v.*
         *Micromass UK, Ltd*, Civ. Action No.
         00-105-RRM (D. Del.).

RLF1-2947965-1

TAB R        Excerpts from Deposition of Donald            TA 335
             Douglas, *Applera Corp. v.*
             *Micromass UK, Ltd.*, Civ. Action No.
             00-105-RRM (D. Del. Aug. 24,
             2001).

TAB S        American Society for Mass Spectrometry,        TA 338
             *How Does the Analyzer Work?*
             (2001), at
             http://www.asms.org/whatisms/p.8.ht
             ml.