# Exhibit D

# THE AMERICAN HERITAGE
# ONARY
## OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

TA    134

Published by

**HOUGHTON MIFFLIN COMPANY** / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark

© 1969, 1970, 1971, 1973, 1975, 1976, 1978, 1979, 1980, 1981, 1982 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, Massachusetts 02108

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Infuronics, Inc.
in Maynard, Massachusetts

TA    135

**bes·tial·ize** (bĕs′chə-līz′, bēst′yə-) *tr.v.* -ized, -izing, -izes. To make bestial; brutalize.

**bes·ti·ar·y** (bĕs′chē-ĕr′ē, bēs′tē-) *n., pl.* -ies. A medieval collection of allegorical fables about the habits and traits of animals, each fable followed by an interpretation of its moral significance. [Medieval Latin *bēstiārium* from Latin *bēstia*. BEAST.]

**be·stir** (bĭ-stûr′) *tr.v.* -stirred, -stirring, -stirs. To cause to become active; rouse. [Middle English *bestiren* : *be*-, thoroughly + STIR (arouse).]

**best man.** The bridegroom's chief attendant at a wedding.

**be·stow** (bĭ-stō′) *tr.v.* -stowed, -stowing, -stows. 1. To present as a gift or honor; confer. Used with *on* or *upon*. 2. To give in marriage. 3. To apply; use: "On Hester Prynne's story . . . I bestowed much thought." (Hawthorne). 4. *Archaic.* To store; to house. [Middle English *bestowen* : *be*- (intensive) + STOW.] —**be·stow′a·ble** *adj.* —**be·stow′al, be·stow′ment** *n.*

**be·strad·dle** (bĭ-străd′l) *tr.v.* -dled, -dling, -dles. To straddle.

**be·strew** (bĭ-strōō′) *tr.v.* -strewed, -strewed or -strewn (-strōōn′), -strewing, -strews. 1. To strew (a surface) with things so as to cover it. 2. To scatter or cast things profusely on a surface. 3. To lie scattered over or about.

**be·stride** (bĭ-strīd′) *tr.v.* -strode (-strōd′), -stridden (-strīd′n), -striding, -strides. 1. To sit or stand on with the legs widely spread; straddle. 2. To step over. [Middle English *bestriden*, Old English *bestrīdan* : *be*-, over + *strīdan*, to STRIDE.]

**best seller.** A book or other product that is among those sold in the largest numbers. —**best′-sell′ing** *adj.*

**bet** (bĕt) *n.* 1. An agreement between two parties that the one proved wrong about an uncertain outcome will forfeit a stipulated thing or sum to the other; a wager. 2. The fact, event, or outcome on which a wager is made. 3. The object or amount risked in a wager; the stake. 4. The person or thing upon which a stake is placed. —*v.* **bet** or **rare betted, betting, bets** —*tr.* 1. To stake (an object or amount, for example) in a bet. 2. To make a bet with. 3. To make a bet on (a contestant or an outcome). 4. To maintain confidently, as if making a bet. —*intr.* To make or place a bet. —**you bet.** *Informal.* Surely. [Perhaps short for ABET in the sense of "instigation."]

**bet.** between.

**be·ta** (bā′tə, bē′-) *n.* 1. The second letter in the Greek alphabet, written B, β. Transliterated in English as B. b. See **alphabet**. 2. The second item in a series or system of classification. 3. *Physics.* **a.** A beta particle **b.** A beta ray. [Greek *bēta*, from Hebrew *bēth*. BETH.]

**be·ta·ine** (bē′tə-ēn′) *n.* A sweet, crystalline alkaloid, C₅H₁₁NO₂, occurring in sugar beets and other plants and used in treatment of muscular degeneration. [Latin *bēta*, BEET + -INE.]

**be·take** (bĭ-tāk′) *tr.v.* -took (-tōōk′), -taken, -taking, -takes. 1. To cause (oneself) to go or move. 2. *Archaic.* To commit or apply (oneself) to something: *He betook himself to fasting.*

**beta particle.** A high-speed electron or positron, especially one emitted in radioactive decay.

**beta ray.** A stream of beta particles, especially of electrons.

**beta rhythm.** The second most common waveform occurring in electroencephalograms of the adult brain, characteristically having a frequency from 18 to 30 cycles per second and associated with an alert waking state. Also called "beta wave." Compare **alpha rhythm**.

**be·ta·tron** (bā′tə-trŏn′, bē′-) *n.* A fixed-radius magnetic induction electron accelerator (*see*) capable of accelerating electrons to energies of a few million to a few hundred million electron volts. [BETA + -TRON.]

**be·tel** (bēt′l) *n.* A climbing Asiatic plant, *Piper betle*, the leaves of which are chewed with the betel nut by people of southeastern Asia to induce both stimulating and narcotic effects. [Portuguese *betel, betle*, from Malayalam *veṭṭila*.]

**Be·tel·geuse** (bĕt′l-jōōz′, bēt′l-jœz′) *n.* Also **Be·tel·geux.** A bright-red intrinsic variable star, 527 light years from Earth, in the constellation Orion. [French *Bételgeuse*, from Arabic *bit al-jauzā'*, "shoulder of the Giant (Orion)."]

**betel nut.** Also **be·tel·nut** (bēt′l-nŭt′). The seed of the fruit of the betel palm, chewed, together with betel leaves and lime, by many people of southeastern Asia.

**betel palm.** A palm tree, *Areca catechu*, of tropical Asia, having featherlike leaves and orange or scarlet fruit.

**bête noire** (bĕt nwâr′). Someone or something that one especially dislikes or avoids. [French, "black beast."]

**beth** (bĕt) *n.* The second letter of the Hebrew alphabet. See **alphabet**. [Hebrew *bēth*, "house."]

**Beth·a·ny** (bĕth′ə-nē). A village of Biblical Palestine, two miles east of Jerusalem, where Jesus raised Lazarus from the dead. John 11:1, 43–44.

**Be·the** (bā′tə), **Hans Albrecht.** Born 1906. German-born American theoretical physicist.

**beth·el** (bĕth′əl, bē′thĕl′) *n.* 1. A hallowed or holy place. 2. A chapel for seamen. [Hebrew *bēth 'El*, "house of God."]

**Beth·el** (bĕth′əl). A town of Biblical Palestine, 11 miles north of Jerusalem. Genesis 28:19.

**Be·thes·da¹** (bĭ-thĕz′də). A pool in Jerusalem believed to have healing properties. John 5:2–4.

**Be·thes·da²** (bə-thĕz′də). An urban center in Maryland; a suburb of Washington, D.C. Population, 72,000.

**be·think** (bĭ-thĭngk′) *v.* -thought (-thôt′), -thinking, -thinks. —*tr.* 1. *Archaic.* To reflect upon; think about; consider. 2. To remind (oneself); remember. Often used reflexively: "*I bethought me of the Lord's Prayer.*" (Ralph Flanders). —*intr.* *Archaic.* To meditate; ponder. [Middle English *bethinken*, Old English *bethencan* : *be*- about + *thencan*, to THINK.]

**Beth·le·hem** (bĕth′lĭ-hĕm, bĕth′lē-əm). 1. A town in Israeli-occupied Jordan, five miles south of Jerusalem, and the Palestinian village of Biblical times where David lived and Jesus was born. 2. A city in east-central Pennsylvania, on the Lehigh River, near the New Jersey border. Population, 75,000.

**Beth·nal Green** (bĕth′nəl). A former administrative division of London, England, now part of **Tower Hamlets** (*see*).

**Beth·sa·i·da** (bĕth-sā′ĭ-də). A town of Biblical Palestine on the northeastern shore of the Sea of Galilee. John 1:44.

**Be·thune** (bĭ-thōōn′), **Mary McLeod.** 1875–1955. American educator and government official.

**be·tide** (bĭ-tīd′) *v.* -tided, -tiding, -tides. —*tr.* To happen to: *Woe betide you if you harm his son.* —*intr.* To take place; befall: *Whatever betides he'll make every effort to help.* —See Synonyms at **happen**. [Middle English *betiden* : *be*- thoroughly + *tiden*, to happen, Old English *tīdan* (see **dā-** in Appendix*).]

**be·times** (bĭ-tīmz′) *adv.* 1. Early; in good time: *He awoke betimes.* 2. *Archaic.* Quickly; soon. [Middle English, adverbial genitive of *betime* : *be*, BY + TIME.]

**Bet·je·man** (bĕch′ə-mən), **John.** Born 1906. English poet.

**be·to·ken** (bĭ-tō′kən) *tr.v.* -kened, -kening, -kens. To give a sign or portent of: *Those clouds betoken snow.* See Synonyms at **foretell**. [Middle English *betokenen*, Old English *bitācnian* (unattested). See **deik-** in Appendix*.] —**be·to′ken·er** *n.*

**bet·o·ny** (bĕt′ə-nē) *n., pl.* -nies. 1. Any of several plants of the genus *Stachys*; especially, *S. officinalis*, native to Eurasia, having a spike of reddish-purple flowers. 2. A plant, the **lousewort** (*see*). [Middle English *betone*, from Old French *betoine*, from Latin *bētonica, vettonica*, probably after the *Vettones*, an ancient Iberian tribe.]

**be·took.** Past tense of **betake**.

**be·tray** (bĭ-trā′) *tr.v.* -trayed, -traying, -trays. 1. To give aid or information to an enemy of; commit treason against or be a traitor to: *betray one's nation*. 2. To be disloyal or faithless to: *betray a promise*. 3. To divulge in a breach of confidence: "*A servant . . . betrayed their presence . . . to the Germans.*" (William Styron). 4. To make known unintentionally: "*Only the young have the right to betray their ignorance*" (Henry Adams). 5. To show; reveal; indicate: "*If their works betray imperfections*" (James Madison). 6. To deceive; lead astray: "*I betrayed thy budding youth into a false and unnatural relation with my decay.*" (Hawthorne). 7. To seduce and forsake (a woman). —See Synonyms at **reveal, deceive**. [Middle English *betrayen* : *be*-, thoroughly + *trayen*, to betray, from Old French *trair*, from Latin *trādere* : *trāns*-, over + *dare*, to give (see **dō-** in Appendix*).] —**be·tray′al, be·tray′ment** *n.* —**be·tray′er** *n.*

**be·troth** (bĭ-trō*th*′, bĭ-trôth′) *tr.v.* -trothed, -trothing, -troths. 1. To promise to give in marriage. 2. To promise to marry. [Middle English *betrouthen* : *be*- in relation to + *trouthe*. TROTH.]

**be·troth·al** (bĭ-trō′*th*əl, -trô′thəl) *n.* Also **be·troth·ment** (bĭ-trō*th*′mənt, -trôth′mənt). 1. The act of becoming betrothed or of betrothing. 2. A mutual promise to marry; an engagement.

**be·trothed** (bĭ-trō*th*d′, bĭ-trôtht′) *n.* A person who is engaged to be married.

**bet·ter¹** (bĕt′ər) *adj.* Comparative of **good**. 1. Greater in excellence or higher in quality. 2. More useful, suitable, or desirable. 3. Larger; greater: *the better part of a summer*. 4. Healthier than before. —**better off.** In a better or wealthier condition. —*adv.* Comparative of **well**. 1. In a more useful or desirable way. 2. To a greater or higher extent or degree. 3. More: *better than a year.* See Usage note below. —**go (someone) one better.** To outdo or outwit. —**had better.** Have to; ought to; must. —**think better of.** To change one's mind about (a course of action) after reconsideration. —*n.* 1. Something more useful, excellent, desirable, or suitable. 2. *Usually plural.* One's superiors, especially in social standing, competence, or intelligence. —**for the better.** Resulting in an improvement. —**get (or have) the better of.** To gain an advantage over. —*v.* **bettered, -tering, -ters.** —*tr.* 1. To improve. Often used reflexively. 2. To surpass or exceed. —*intr.* To become better. —See Synonyms at **improve**. [Middle English *bettre*, Old English *betera*. See **bhad-** in Appendix*.]

*Usage:* The adverbial use of *better* in the sense of *more* is unacceptable in writing to 69 per cent of the Usage Panel, on the basis of this typical example: *The distance is better than a mile.* "Rustic and illogical," notes Dwight Macdonald. "Is anything *better*, or *worse*, than a mile?"

**bet·ter².** Variant of **bettor**.

**bet·ter·ment** (bĕt′ər-mənt) *n.* 1. An improvement. 2. *Usually plural.* Any improvement, excluding mere repairs, that adds to the value of real property.

**Bet·ter·ton** (bĕt′ər-tən), **Thomas.** 1635?–1710. English actor.

**bet·tor** (bĕt′ər) *n.* Also **bet·ter.** One who bets.

**be·tween** (bĭ-twēn′) *prep. Abbr.* **bet., betw.** 1. Intermediate in the space separating two places or things: *between the trees.* 2. Intermediate to two times, quantities, or degrees: *between 11 o'clock and 12 o'clock.* 3. Connecting spatially: *a path between the house and the road.* 4. Connecting in reciprocal action or effort. See Usage note below. 5. By the combined efforts of: *Between them, they succeeded.* 6. In the combined ownership of: *They had three dollars between them.* 7. Either one or the other of: *choose between riding and walking.* —See Synonyms at **among**. —**between you and me.** In strictest confidence. —*adv.* In an intermediate space, position, or time; in the interim. —**in between.** In an intermediate situation. [Middle English *betwene*, Old English *betwēonum*. See **dwō** in Appendix*.]

*Usage: Between* (rather than *among*) is the correct preposition



Mary McLeod Bethune



ĭ tight/th thin, path/*th* this, bathe/ŭ cut/ûr urge/v valve/w with/y yes/z zebra, size/zh vision/ə about, item, edible, gallop, circus/ä Fr ami/œ Fr feu, Ger schön/ü Fr tu, Ger über/ĸH Ger ich, Scot loch/ɴ Fr bon *Follows main vocabulary †Of obscure origin

es·pla·nade (ĕs′plə-näd′, -nād′) n. A flat, open stretch of pavement or grass used as a promenade; especially, such a promenade along the shore. [French, from Italian *spianala*, from *spianare*, to level, from *explānāre*, to flatten, EXPLAIN.]

es·pou·sal (ĕ-spou′zəl, ĭ-spou′-) n. 1. Sometimes plural. A betrothal or wedding ceremony. 2. An espousing of an idea or cause; adoption; a support.

es·pouse (ĕ-spouz′, ĭ-spouz′) tr.v. -poused, -pousing, -pouses. 1. To take in marriage; marry. 2. To give (a woman) in marriage. 3. To give one's loyalty or support to; adopt. [Middle English *espousen*, from Old French *espouser*, from Late Latin *spōnsāre*, from Latin *spondēre* (past participle *spōnsus*). to promise solemnly. See spend- in Appendix.*]

es·pres·so (ĕ-sprĕs′ō, ĭ-sprĕs′-) n., pl. -sos. A strong coffee brewed by forcing steam under pressure through long-roasted, powdered beans. [Italian *(caffè) espresso*, "pressed out (coffee)," from the past participle of *esprimere*, to press out, express, from Latin *exprimere* : *ex-*, out + *premere*, to PRESS.]

es·prit (ĕ-sprē′) n. 1. Spirit. 2. Liveliness of mind and expression; wit. [French, from Latin *spīritus*, SPIRIT.]

es·prit de corps (ĕ-sprē′ də kôr′). A spirit of devotion and enthusiasm among members of a group for one another, their group, and its purposes.

es·py (ĕ-spī′, ĭ-spī′) tr.v. -pied, -pying, -pies. To catch sight of; glimpse (something distant or partly obscured): '*Through one of the rents of his gown, you espied a fat capon hung round the monk's waist*" (Henry James). See Synonyms at see. [Middle English *espien*, from Old French *espier*, to SPY.]

Esq. Esquire (title).

-esque. Indicates possession of a specified manner or quality; for example, *statuesque*, *Lincolnesque*. [French, from Italian *-esco*, from Germanic *-iskaz* (unattested). See also -ish.]

Es·qui·line (ĕs′kwə-līn′). One of the Seven Hills of Rome.

Es·qui·mau. Variant of Eskimo.

es·quire (ĕs′kwīr′) n. 1. A candidate for knighthood in medieval times, serving a knight as attendant and shield-bearer. 2. A member of the English gentry ranking just below a knight. 3. *Archaic*. An English country gentleman; a squire. 4. *Capital* E. *Abbr.* Esq. Used as a title of courtesy after a man's full name: *Martin Chuzzlewit, Esq.* 5. *Rare*. A woman's escort. —tr.v. esquired, -quiring, -quires. 1. To serve (a knight) as esquire. 2. To promote to the rank of esquire. 3. To address as "Esquire." 4. *Rare*. To accompany (a woman) as her escort. [Middle English *esquier*, *esquire*, from Old French *esquier*, *escuier*, squire, "shield-carrier," from Late Latin *scūtārius*, from Latin *scūtum*, shield. See skei- in Appendix.*]

ess, es (ĕs) n. The letter *s*.

-ess. Indicates a female; for example, *heiress*, *lioness*. [Middle English *-esse*, from Old French *-esse* from Late Latin *-issa*, from Greek.]

Ess. Essex.

Es·sa·oui·ra (ĕs′ə-wîr′ə). Formerly Mo·ga·dor (mŏg′ə-dôr). A city in Morocco on the Atlantic Ocean west of Marrakesh. Population, 22,000.

es·say (ĕ-sā′) tr.v. -sayed, -saying, -says. 1. To make an attempt at; try: "*The Lieutenant essayed a few initial pleasantries*" (S.J. Perelman). 2. To subject to a test; try out. —n. (ĕs′ā, ĕ-sā′ for senses 1, 2; only ĕs′ā for sense 3). 1. An attempt; endeavor. 2. A testing or trial of the value or nature of a thing: *an essay of his capabilities*. 3. A short literary composition on a single subject, usually presenting the personal views of the author. [Old French *essaier*, *assaier*, from *essai*, *assai*, a trial, from Vulgar Latin *exaglāre* (unattested), to weigh out, from Late Latin *exagium*, a weighing, balance, from Latin *exigere*, to weigh out, examine. See exact.] —es·say′er n.

es·say·ist (ĕs′ā-ĭst) n. A writer of essays.

Es·sen (ĕs′ən). A steel-producing city in the heart of the Ruhr industrial region of West Germany. Population, 728,000.

es·sence (ĕs′əns) n. 1. The quality or qualities of a thing that give it its identity; the intrinsic or indispensable properties of a thing: "*Government and Law, in their very essence, consist of restrictions on freedom*" (Bertrand Russell). 2. The most important or effectual ingredient; crucial element. 3. *Philosophy*. The inherent, unchanging nature of a thing or class of things, as distinguished from its attributes or its existence. 4. a. An extract of a substance that retains its fundamental or most desirable properties in concentrated form. b. Such an extract in a solution of alcohol. c. A perfume or scent. 5. An existing thing; especially, a spiritual or incorporeal entity. [Middle English *essence*, *essencia*, from Old French *essence*, from Latin *essentia*, from *esse*, to be. See es- in Appendix.*]

Es·sene (ĕs′ēn′, ĕ-sēn′) n. A member of an ascetic Jewish sect that existed in ancient Palestine from the second century B.C. to the third century A.D. —Es·se′ni·an (ĕ-sē′nē-ən), Es·son′ic (ĕ-sĕn′ĭk) *adj*.

es·sen·tial (ĭ-sĕn′shəl) *adj*. 1. Constituting or part of the essence of something; basic or indispensable: '*since wine was essential for the drinking of David's health, he added a half bottle of... Burgundy*" (A.A. Milne). 2. Of the fullest degree or extent; absolute; undiluted: *the essential beauty of a sunrise*. 3. Constituting or containing an essence of a plant, liquid, or other substance. —See Synonyms at necessary. —n. 1. A fundamental, necessary, or indispensable part, item, or principle. —es·sen′ti·al′i·ty (-shē-ăl′ə-tē). es·sen′tial·ness n. —es·sen′tial·ly *adv*.

essential oil. A volatile oil, usually having the characteristic odor or flavor of the plant from which it is obtained, used to make perfumes and flavorings.

Es·se·qui·bo River (ĕs′ə-kwē′bō). The largest river in Guyana. rising in the Guiana Highlands and flowing some 600 miles to the Atlantic, north of Georgetown.

Es·sex (ĕs′ĭks). *Abbr.* Ess. A county of England, occupying 1,528 square miles in the southeast. Population, 1,315,000. County seat, Chelmsford. [Middle English *Essex*, Old English *East Seaxe*, "East Saxons" : EAST + *Seaxe*, *Seaxan*, SAXON(s).]

Es·sex (ĕs′ĭks), Second Earl of. Title of Robert Devereux. 1566-1601. English military and naval leader and favorite of Elizabeth I; executed for treason.

Es sham. The Arabic name for Damascus.

Ess·ling (ĕs′lĭng). A town just east of Vienna, Austria, where Napoleon was defeated by Archduke Charles Louis (1809).

es·so·nite (ĕs′ə-nīt′) n. Also hes·son·ite (hĕs′ə-nīt′). A brown or yellowish-brown variety of garnet. Also called "cinnamon stone." [French, from Greek *hēssōn*, inferior to, less than (it is less hard than true hyacinth), from *hēka*, a little, slightly. See sēk- in Appendix.*]

-est[1]. Indicates the superlative degree of adjectives and adverbs; for example, *greatest*, *earliest*. [Middle English *-est*, Old English *-est*, *-ost*, from Common Germanic *-istaz* (unattested).]

-est[2], -st. Indicates the archaic second person singular form of the present and past indicative tenses, with the pronoun *thou*; for example, *comest*, *seest*. [Middle English *-est*, Old English *-est*, *-ast*.]

EST Eastern Standard Time.

est. 1. established. 2. *Law*. estate. 3. estimate

E.S.T. Eastern Standard Time.

es·tab·lish (ĕ-stăb′lĭsh, ĭ-stăb′-) tr.v. -lished, -lishing, -lishes. Also *archaic* stab·lish (stăb′lĭsh). 1. To make firm or secure; fix in a stable condition. 2. To settle securely in a position or condition; install: "*he established me in the firm which thereafter bore my name*" (Louis Auchincloss). 3. To cause to be recognized and accepted without question: *His flight established Lindbergh as a national hero*. 4. To originate on a firm, lasting basis; to found. 5. To create a state institution of (a church or religion). 6. To introduce as a permanent entity; promulgate: *ordinances established by the king*. 7. To prove the validity or truth of. 8. *Card Games*. To gain control of (a suit) so that all remaining tricks can be won. —See Synonyms at confirm. [Middle English *establissen*, from Old French *establir* (stem *establiss-*), from Latin *stabilīre*, to make firm, from *stabilis*, firm. See stā- in Appendix.*] —es·tab′lish·er n.

established church. 1. A church that is officially recognized and given support as a national institution by a government. 2. *Capital* E, *capital* C. *Abbr.* E.C. The Church of England.

es·tab·lish·ment (ĕ-stăb′lĭsh-mənt, ĭ-stăb′-) n. 1. The act of establishing. 2. The condition or fact of being established. 3. a. A business firm, club, institution, or residence, including its members or occupants. b. A place of business, including the possessions and employees. c. Any organized group, such as a government, political party, or military force. 4. *Capital* E. An established church. 5. *Usually capital* E. a An exclusive group of powerful people who rule a government or society by means of private agreements and decisions. b. A powerful group that tacitly controls a given field of activity, usually in a conservative manner: *the literary Establishment*.

es·ta·mi·net (ĕs-tà-mē-nā′) n. *French*. A small café.

es·tan·cia (ĕs-tän′syä) n. A large estate or cattle ranch in Spanish America. [American Spanish, from Spanish, room, enclosure, from Vulgar Latin *stantia* (unattested), a standing (thing), from Latin *stāns*, present participle of *stāre*, to stand. See stā- in Appendix.*]

es·tate (ĕ-stāt′, ĭ-stāt′) n. 1. A sizable piece of rural land, usually with a large house. 2. The whole of one's possessions; especially, all of the property and debts left by a deceased or bankrupt person. 3. *Abbr.* est. *Law*. The nature and extent of an owner's rights with respect to his property and its use. 4. A stage in one's development or maturation: *A child's estate gives way to man's estate*. 5. a. A condition of life, wealth, or status; a rank. b. High rank or status: *gentlemen of estate*. 6. *Archaic*. Display of wealth or power; pomp. 7. A class of citizens within a nation with distinct political rights. Often called Estates of the Realm. [Middle English *estat*, state, condition, from Old French, STATE.]

Es·tates-Gen·e·ral (ĕ-stāts′jĕn′ər-əl, ĭ-stāts′-) n. The States-General *(see)*. [Translation of French *états généraux*.]

Es·te (ĕs′tā). Italian family of rulers of Ferrara (1208–1598) and patrons of the Renaissance.

es·teem (ĕ-stēm′, ĭ-stēm′) tr.v. -teemed, -teeming, -teems. 1. To regard as of a high order; think of with respect; prize: "*Oysters were not too much esteemed in the Baltimore of my youth*" (H.L. Mencken). 2. To judge to be; regard as; consider. —See Synonyms at appreciate. —n. 1. Favorable regard; respect: *He is held in high esteem*. 2. *Archaic*. Judgment; opinion. —See Synonyms at regard. [Middle English *estemen*, from Old French *estimer*, from Latin *aestimāre*, to ESTIMATE.]

Es·telle (ĕ-stĕl′, ĭ-stĕl′). A feminine given name. [French, from Spanish *Estella*, "star," from Latin *stella*, star. See ster-[3] in Appendix.*]

es·ter (ĕs′tər) n. Any of a class of organic compounds corresponding to the inorganic salts formed from an acid by the replacement of hydrogen by an alkyl radical. [German *Ester*, short for *Essigäther*, "vinegar ether" : *Essig*, vinegar, from Middle High German *ezzich*, from Old High German *ezzih*, from Latin *acētum* (see ak- in Appendix*) + *Äther*, ether, from Latin *aethēr*, ETHER.]

es·ter·ase (ĕs′tə-rās′) n. Any enzyme that catalyzes the hydrolysis of an ester. [ESTER + -ASE.]

ă pat/ā pay/âr care/ä father/b bib/ch church/d deed/ĕ pet/ē be/f fife/g gag/h hat/hw which/ĭ pit/ī pie/îr pier/j judge/k kick/l lid, needle/m mum/n no, sudden/ng thing/ŏ pot/ō toe/ô paw, for/oi noise/ou out/ŏŏ took/ōō boot/p pop/r roar/s sauce/sh ship, dish/

of the senses at *sensitive*. However, *sensitiveness*, rather than *sensitivity*, is usually employed for the personal tendency to be offended easily or to react readily to criticism

**sen·si·tize** (sĕn′sə-tīz′) v. -tized, -tizing, -tizes. —*tr.* 1. To make sensitive. 2. *Photography*. To make (a film or plate) sensitive to light, especially to light of a specific wavelength. —*intr.* To become sensitive. —**sen′si·ti·za′tion** n. —**sen′si·tiz′er** n.

**sen·si·tom·e·ter** (sĕn′sə-tŏm′ə-tər) n. 1. A device used for measuring the sensitivity of photographic film to light. 2. A similar device for measuring the sensitivity of eyes to light. [SENSIT(IVE) + -METER.]

**sen·sor** (sĕn′sər, -sôr′) n. A device, such as a photoelectric cell, that receives and responds to a signal or stimulus. [From Latin *sēnsus*, SENSE.]

**sen·so·ri·mo·tor** (sĕn′sə-rē-mō′tər) adj. Also **sen·so·mo·tor** (sĕn′sō-mō′tər), **sen·si·mo·tor** (sĕn′sī-mō′tər). Of, pertaining to, or combining the functions of the sensing and motor activities. Said of nerves. [SENSOR(Y) + MOTOR.]

**sen·so·ri·um** (sĕn-sôr′ē-əm, sĕn-sōr′-) n., pl. -ums or -soria (-sôr′ē-ə, -sōr′ē-ə). 1. The part of the brain that receives and correlates the impressions conveyed to various sensory areas. 2. The entire sensory system. [Late Latin *sēnsōrium*, organ of sensation, from Latin *sēnsus*, SENSE.]

**sen·so·ry** (sĕn′sər-ē) adj. Also **sen·so·ri·al** (sĕn-sôr′ē-əl, sĕn-sōr′-). 1. Of or pertaining to the senses or sensation. 2. Transmitting impulses from sense organs to nerve centers; afferent.

**sen·su·al** (sĕn′shōō-əl) adj. 1. Pertaining to or affecting any of the senses or a sense organ. 2. a. Pertaining to or given to the gratification of the physical appetites, especially sexual appetites. b. Suggesting sexuality; voluptuous. c. Carnal rather than spiritual or intellectual; worldly. 3. Sensory. —See Synonyms at *sensuous*. —**sen′su·al·ly** adv. —**sen′su·al·ness** n.

**sen·su·al·ism** (sĕn′shōō-əl-ĭz′əm) n. 1. Sensuality. 2. The ethical doctrine that the pleasures of the senses are the highest good. 3. *Philosophy*. Sensationalism (*see*). —**sen′su·al·ist** n. —**sen′su·al·is′tic** adj.

**sen·su·al·i·ty** (sĕn′shōō-ăl′ə-tē) n., pl. -ties. 1. The quality or state of being sensual. 2. a. Excessive devotion to sensual pleasures. b. Lasciviousness.

**sen·su·al·ize** (sĕn′shōō-ə-līz′) tr.v. -ized, -izing, -izes. To make sensual. —**sen′su·al·i·za′tion** n.

**sen·su·ous** (sĕn′shōō-əs) adj. 1. Pertaining to or derived from the senses. 2. Having qualities that appeal to the senses: *the sensuous beauty of a spring day*. 3. Readily susceptible through the senses; highly appreciative of the pleasures of sensation. —**sen′su·ous·ly** adv. —**sen′su·ous·ness** n.

**Synonyms:** sensuous, sensual, luxurious, voluptuous, sybaritic, epicurean. These adjectives refer to satisfaction of the senses. *Sensuous* can refer to any of the senses but more often applies to those involved in aesthetic enjoyment of art, music, nature, and the like. *Sensual* specifically applies to gratification of the physical senses, particularly those associated with sexual pleasure. *Luxurious* in this comparison is applicable to gratification of physical comfort, aesthetic fulfillment, or sense of extreme well-being. *Voluptuous* refers principally to satisfaction of physical senses and stresses indulgence in pleasure. The term also describes extremely shapely women. *Sybaritic* suggests devotion to pleasure and luxury even more strongly. *Epicurean* stresses gratification of a taste for good food and drink.

**sent.** Past tense and past participle of *send*.

**sen·tence** (sĕn′təns) n. 1. *Abbr.* sent. *Grammar*. A grammatical unit comprising a word or a group of words that is separate from any other grammatical construction, and usually consists of at least one subject with its predicate and contains a finite verb or verb phrase; for example, *The door is open* and *Go!* are sentences. 2. a. A court judgment; especially, a judicial decision of what punishment is to be inflicted on a convicted person. b. The penalty meted out. 3. An opinion; especially, one given formally after deliberation. 4. *Archaic*. An aphorism. —*tr.v.* **sentenced, -tencing, -tences.** To pass sentence upon (a convicted person). [Middle English, opinion, judgment, thought, from Old French, from Latin *sententia*, a way of thinking, opinion, from *sentīre*, to feel. See *sent-* in Appendix.*] —**sen·ten′tial** (sĕn-tĕn′shəl) adj. —**sen·ten′tial·ly** adv.

**sen·tenc·er** (sĕn′tən-sər) n. One who pronounces sentence.

**sentence stress.** The variation in emphasis or vocal stress on the syllables of words within a sentence. Also called "sentence accent."

**sen·ten·tious** (sĕn-tĕn′shəs) adj. 1. Terse and energetic in expression; pithy. 2. Abounding in aphorisms. 3. a. Fond of aphoristic utterances. b. Given to pompous moralizing. [Latin *sententiōsus*, full of meaning, from *sententia*, opinion, SENTENCE.] —**sen·ten′tious·ly** adv. —**sen·ten′tious·ness** n.

**sen·tience** (sĕn′chē-əns) n. Also **sen·tien·cy** (-ən-sē). 1. The quality or state of being sentient; consciousness. 2. Feeling as distinguished from perception or thought.

**sen·tient** (sĕn′chē-ənt) adj. 1. Having sense perception; conscious: *"the living knew themselves just sentient puppets on God's stage"* (T.E. Lawrence). 2. Experiencing feeling or sensation. —n. 1. A sentient person or thing. 2. The mind. [Latin *sentiēns*, present participle of *sentīre*, to feel. See *sent-* in Appendix.*] —**sen′ti·ent·ly** adv.

**sen·ti·ment** (sĕn′tə-mənt) n. 1. a. A cast of mind regarding something; general mental disposition: *"But how about counter-revolutionary sentiment inside Cuba? Does it exist?"* (C. Wright Mills). b. An opinion about a specific matter; a view. 2. A thought, view, or attitude based on feeling or emotion instead of reason. 3. The emotional import of a passage as distinguished from the words used. 4. a. Susceptibility to tender, romantic, or nostalgic feeling. b. An expression of this. 5. Emotion that borders on mawkishness. 6. The expression of delicate and sensitive feeling in art and literature. 7. *Rare*. A vague feeling or awareness; sensation: *"overpowered by an intense sentiment of horror"* (Poe). —See Synonyms at *opinion*. [Middle English *sentement*, from Old French, from Medieval Latin *sentīmentum*, from Latin *sentīre*, to feel. See *sent-* in Appendix.*]

**sen·ti·men·tal** (sĕn′tə-mĕn′tl) adj. 1. a. Characterized by or swayed by sentiment. b. Affectedly or extravagantly emotional; mawkish. 2. Resulting from or colored by emotion rather than reason or realism. 3. Appealing to the sentiments, especially to romantic feelings: *sentimental music*. —**sen′ti·men′tal·ly** adv.

**sen·ti·men·tal·ism** (sĕn′tə-mĕn′tl-ĭz′əm) n. 1. A predilection for the sentimental. 2. An idea or expression marked by excessive sentiment. —**sen′ti·men′tal·ist** n.

**sen·ti·men·tal·i·ty** (sĕn′tə-mĕn-tăl′ə-tē) n., pl. -ties. 1. The condition or quality of being excessively or affectedly sentimental. 2. Any expression of this.

**sen·ti·men·tal·ize** (sĕn′tə-mĕn′tl-īz) v. -ized, -izing. —*tr.* To regard with sentiment; be sentimental about. —*intr.* To behave in a sentimental manner. —**sen′ti·men′tal·i·za′tion** n.

**sen·ti·nel** (sĕn′tn-əl) n. One that keeps guard; a sentry —*tr.v.* **sentineled, -neling, -nels.** Also *chiefly British* **nelled, -nelling.** 1. To watch over as a sentinel. 2. To provide with a sentinel. 3. To post as a sentinel. [French *sentinelle*, from Italian *sentinella*, perhaps from *sentire*, to perceive, watch, from Latin *sentīre*, to perceive, feel. See *sent-* in Appendix.*]

**sen·try** (sĕn′trē) n., pl. **-tries.** 1. A guard, especially a soldier posted at some spot to prevent the passage of unauthorized persons. 2. The duty of a sentry; a watch. [Perhaps short for obsolete *centrinell*, variant of SENTINEL.]

**sentry box.** A small shelter for a sentry on his post.

**Seoul** (sōl). *Japanese* **Kei·jo** (kā′jō′). The capital of South Korea and former capital of Korea, in the northwest on the Han River. Population, 4,100,000. Also called "Kyongsong."

**Sep.** September (unofficial)

**se·pal** (sē′pəl) n. One of the usually green segments forming the calyx of a flower. Compare *petal*. [New Latin *sepalum* : *sepa*, sepal, variant of Greek *skepē*, covering + (PET)AL, misnamed by N.J. de Necker (died 1790), who combined the terms petal and sepal, not distinguishing between the corolla and calyx.] —**se′paled**, **sep′a·lous** (sĕp′ə-ləs) adj.

**se·pal·oid** (sē′pə-loid′, sĕp′ə-) adj. Also **se·pal·ine** (sē′pə-līn′, -lĭn, sĕp′ə-). Resembling or characteristic of a sepal.

**-sepalous.** Indicates sepals (of a certain type or number); for example, monosepalous.

**sep·a·ra·ble** (sĕp′ər-ə-bəl, sĕp′rə-) adj. Capable of being separated. —**sep′a·ra·bil′i·ty** n. —**sep′a·ra·bly** adv.

**sep·a·rate** (sĕp′ə-rāt′) v. **-rated, -rating, -rates.** —*tr.* 1. a. To set or keep apart; divide; disunite. b. To space apart. c. To sort. 2. To differentiate or discriminate between; distinguish. 3. To remove from a mixture or combination; isolate. 4. To part (a married couple) by decree: *He was separated from his wife last March.* 5. To terminate a contractual relationship, as military service or employment; discharge. —*intr.* 1. To become disconnected or severed; come apart; part. 2. To withdraw: *The state threatened to separate from the Union.* 3. To part company; disperse. 4. To cease a conjugal relationship. 5. To become divided into components or parts: *Oil and water tend to separate.* —adj. (sĕp′ər-ĭt, sĕp′rĭt). 1. Set apart from the rest; not connected; disjoined; detached. 2. *Archaic*. Withdrawn from others; solitary; isolated. 3. Existing as an entity; independent. 4. Dissimilar; distinct. 5. Not shared; individual. —See Synonyms at *single*. —n. (sĕp′ər-ĭt, sĕp′rĭt). A garment, such as a skirt, jacket, or pair of slacks, that may be purchased separately and worn in various combinations with other garments. Usually used in the plural. [Middle English *separaten*, from Latin *sēparāre* (past participle *sēparātus*) : *sē*, apart (see *seu-²* in Appendix*) + *parāre*, to make ready, prepare (see *per-²* in Appendix*).] —**sep′a·rate·ly** adv. —**sep′a·rate·ness** n.

**Synonyms:** separate, divide, part, sever, sunder, divorce, diverge, segregate. These verbs refer to disjoining or disuniting. *Separate* applies both to putting apart by removing one or more components from a mass or by the act of dissociating, and to keeping apart by occupying a position between things: *The Pyrenees separate France and Spain.* *Divide* also has both these senses. With respect to putting apart, *divide* usually implies separation into predetermined portions or groups. The term can also refer to voluntary splitting or branching off. With respect to keeping apart, *divide* often implies separation into opposing or hostile groups. *Part* refers most often to separation of persons or of segments: *The curtains parted.* *Sever* usually applies to cutting a part from the whole or cutting a whole into sections; or it can refer figuratively to ending a relationship. In every case, abruptness and force are implied. *Sunder* stresses violent separation by tearing or wrenching apart. *Divorce* most often refers to the dissolution of a marriage or other close union. *Diverge* involves disjoining by going off in different directions from a common starting point or norm. *Segregate* principally refers to setting a group of persons apart from the mass or community at large; usually it implies discriminatory action against a racial group or social class thus isolated.

**sep·a·ra·tion** (sĕp′ə-rā′shən) n. 1. a. The act or process of separating. b. The state of being separated. 2. The place where a division or parting occurs. 3. An interval or space that separates; a gap. 4. a. *Law*. An agreement or court decree terminating the conjugal relationship of a husband and wife. b. Discharge, as from employment or military service.



**sentry box**
At an entrance to Buckingham Palace, London



petal   pistil   stamen

sepal

6. Assembled or formed. 7. Ready: *get set.* —*n.* 1. **a.** The act or process of setting. **b.** The condition resulting from setting. 2. A permanent firming or hardening of a substance, as by cooling. 3. The deflection of the teeth of a saw. 4. The manner in which something is positioned. 5. The carriage or bearing of a part of the body. 6. A descent below the horizon. 7. The direction or course of wind or water. 8. A seedling, slip, or cutting that is ready for planting. [Set (infinitive, past tense, past participle): Middle English *setten, sette, sette,* to cause to sit, to place, Old English *settan, sette, sett.* See sod-¹ in Appendix.*]
*Usage: Set* is largely, though by no means exclusively, transitive. *Sit* is principally intransitive. In the following typical examples of intransitive usage, *sit* is proper; *set* would not be standard in them (though it sometimes appears, especially in speech): *Come and sit awhile. The castle sits atop a hill. The meal did not sit well. His remarks did not sit well with me.* But either *set* or *sit* is possible in these: *The hen sets* (or *sits*) *on eggs. The jacket sets* (or *sits*) *perfectly* (referring to fit or hang).
**set²** (sĕt) *n.* 1. A group of persons or things connected by or collected for their similar appearance, interest, importance, or the like: *a chess set.* 2. A group of persons sharing social status and a common interest; clique: *the jet set.* 3. A group of objects related in function and generally used together. 4. A group of circumstances, situations, events, or the like joined to be treated as a whole. 5. A group of books published as a unit by virtue of their common authorship, relevance, subject, or the like. 6. **a.** A number of couples required for participation in a square dance. **b.** The movements constituting a square dance. 7. **a.** The scenery constructed for a theatrical performance. **b.** The entire enclosure in which a motion picture is being filmed; a sound stage; studio. 8. The collective receiving apparatus assembled to operate a radio or television. 9. *Mathematics.* Any collection of distinct elements: *a set of positive integers.* 10. In tennis and other games, a group of games constituting one division or unit of a match —See Synonyms at **circle, series.** [Middle English *sette,* sect, set, from Old French, from Latin *secta,* SECT (later confused with set, to place, taken as "a group or number set together").]
**se·ta** (sē'tə) *n., pl.* **setae** (sē'tē'). *Biology.* A stiff hair, bristle, or bristlelike process. [New Latin, from Latin *seta, saeta*, bristle.] —**se'tal** *adj.*
**se·ta·ceous** (sĭ-tā'shəs) *adj.* 1. Having or consisting of bristles; bristly. 2. Resembling a bristle or bristles; bristlelike. [New Latin *setaceus* : SETA + -ACEOUS.]
**set back.** To impede the progress or advance of.
**set·back** (sĕt'băk') *n.* 1. An unanticipated or sudden check in progress; a reverse. 2. **a.** A steplike recession in a wall. **b.** Any of a series of such recessions in the rise of a tall building.
**set chisel.** A chisel with a cutting edge on a tapered shaft.
**Seth¹** (sĕth). A masculine given name. [Hebrew, "appointed."]
**Seth²** (sĕth). The third son of Adam. Genesis 4:25.
**se·ti·form** (sē'tə-fôrm') *adj.* Having the shape of a seta or bristle. [SET(A) + -FORM.]
**set·line** (sĕt'līn') *n.* A long fishing line towed by a boat and supporting many smaller lines bearing baited hooks. Also called "trawl," "trawl line," "trotline."
**set off.** 1. To show to best advantage; enhance by contrast. 2. To separate from others. 3. To cause to explode.
**set·off** (sĕt'ôf') *n.* 1. Anything, such as an object, situation, or the like, that sets off something else by contrast. 2. Anything that offsets or compensates for something else. 3. **a.** A counterclaim. **b.** The settlement of a debt by a debtor's establishing such a claim against his creditor. 4. *Architecture.* A flat projection from a wall or the like; ledge; offset.
**Se·to Nai·kai.** The Japanese name for the **Inland Sea.**
**se·tose** (sē'tōs) *adj.* Bristly or bristlelike; setaceous. [Latin *setōsus,* from *seta,* bristle, SETA.]
**set·screw** (sĕt'skrōō') *n.* 1. A screw, often without a head, used to hold two parts in a position relative to each other without motion. 2. A screw used to regulate the tension of a spring.
**set·tee** (sĕt-tē') *n.* 1. A long wooden bench with a high back. 2. A small sofa. [Perhaps variant of SETTLE (bench).]
**set·ter** (sĕt'ər) *n.* 1. One that sets. 2. Any of several breeds of long-haired dogs, originally trained to indicate the presence of game by crouching in a set position.
**set theory.** The study of the mathematical properties of sets.
**set·ting** (sĕt'ĭng) *n.* 1. The act of a person or thing that sets. 2. The context in which a situation is set. 3. A mounting, as for a jewel. 4. The scenery constructed for a theatrical performance. 5. Music composed or arranged to fit a text. 6. A set of eggs in a hen's nest. 7. The descent of the sun or other celestial body below the horizon.
**set·tle** (sĕt'l) *v.* **-tled, -tling, -tles.** —*tr.* 1. To put into order; arrange or fix definitely as desired. 2. To put firmly in a desired position or place; establish; situate. 3. To establish as a resident or residents. 4. To establish residence in. 5. To establish in a residence, business, profession, or the like. 6. To remove the disturbance of; restore calmness or comfort to. 7. **a.** To cause to come to rest, sink, or become compact. **b.** To cause (a liquid) to become clear by forming a sediment. 8. *Informal.* To subdue or make orderly. 9. To establish on a permanent basis; stabilize; assure. 10. **a.** To make compensation for (a claim). **b.** To pay (a debt). 11. To conclude (a dispute, for example) by a final decision. 12. To decide (a law suit) by mutual agreement of the involved parties without court action. 13. *Law.* To secure or assign (property or title, for example) by legal action. Used with *on* or *upon.* —*intr.* 1. To discontinue moving and come to rest in one place. 2. To descend or subside gradually.

3. To sink and become more compact: *The dust settled.* 4. **a.** To become clear. Used of liquids. **b.** To be separated from a solution or mixture as a sediment. 5. To establish one's residence. 6. To reach a decision; determine. Used with *on, upon,* or *with.* 7. To compensate for a claim or pay a debt. —See Synonyms at **decide.** —**settle down.** 1. To begin living a more orderly life, as by marrying or taking a permanent job. 2. To become less nervous or restless. 3. To apply one's attention purposefully and diligently. —**settle for.** To accept in spite of incomplete satisfaction. —*n.* A long wooden bench with a high back, often including storage space beneath the seat. [Middle English *setlen,* to place in order, to seat. Old English *setlan* from *setl,* seat. See sod-¹ in Appendix.*]
**set·tle·ment** (sĕt'l-mənt) *n.* 1. The act or process of settling. 2. **a.** Establishment, as of a person in a business or of people in a new region. **b.** A newly colonized region. 3. A small community. 4. An adjustment or other understanding reached in financial matters, business proceedings, or the like. 5. **a.** The transfer of property to provide for the future needs of a person. **b.** Property thus transferred. 6. A welfare center providing community services in an underprivileged area. In this sense, also called "settlement house."
**set·tler** (sĕt'l-ər, sĕt'lər) *n.* 1. One that settles or decides something. 2. A person who settles in a new region.
**set·tlings** (sĕt'l-ĭngz, sĕt'lĭngz) *pl.n.* Sediment; dregs.
**set to.** 1. To begin working; start in. 2. To begin fighting.
**set-to** (sĕt'tōō') *n., pl.* **-tos.** A brief but usually heated contest.
**set up.** 1. To place in an upright position. 2. To elevate or raise. 3. To raise to authority or power; invest with power. 4. To assemble and erect. 5. To establish; found. 6. To establish (a person) in business by providing capital, equipment, and the like. 7. To put forth or propose. 8. *Informal.* **a.** To provide a person with drinks; treat to drinks. **b.** To provide drinks for a person. 9. *Informal.* To stimulate or exhilarate.
**set·up** (sĕt'ŭp') *n.* 1. *Informal.* The way in which anything is constituted, arranged, or planned. 2. The way in which a person or animal carries itself; bearing; carriage. 3. Physical make-up; physique. 4. *Usually plural. Informal.* The collective ingredients and mixers necessary for serving a variety of alcoholic drinks, as ice and soda water. 5. *Slang.* **a.** A contest prearranged to result in an easy or faked victory. **b.** Any endeavor that is, or is prearranged to be, easy to accomplish.
**Sou·rat** (sœ-rä'), **Georges Pierre.** 1859–1891. French painter.
**Se·van, Lake** (sĕ-vän'). *Turkish* **Gök·cha** (gœk'chä). A lake in the Armenian S.S.R., occupying 546 square miles in the eastern part of the republic.
**Se·vas·to·pol** (sə-văs'tə-pōl'). Also **Se·bas·to·pol** (sə-băs'tə-pōl'). A city and port of the Soviet Union, in the southern Crimea on the Black Sea. Population, 229,000.
**sev·en** (sĕv'ən) *n.* The cardinal number written 7 or in Roman numerals VII. See **number.** [Middle English *seven,* Old English *seofon.* See septṃ in Appendix.*] —**sev'en** *adj. & pron.*
**seven deadly sins.** The sins of pride, lust, envy, anger, covetousness, gluttony, and sloth. Also called "cardinal sins."
**sev·en·fold** (sĕv'ən-fōld') *adj.* 1. Consisting of seven parts or members. 2. Having seven times as many or as much. —**sev'en·fold'** *adv.*
**Seven Pines.** See **Fair Oaks.**
**seven seas.** Also **Seven Seas.** All the oceans of the world.
**sev·en·teen** (sĕv'ən-tēn', sĕv'ən-tēn') *n.* The cardinal number written 17 or in Roman numerals XVII. See **number.** [Middle English *seventene,* Old English *seofontīne* : SEVEN + -TEEN.] —**sev'en·teen'** *adj. & pron.*
**sev·en·teenth** (sĕv'ən-tēnth', sĕv'ən-tēnth') *n.* 1. The ordinal number 17 in a series. Also written 17th. 2. One of 17 equal parts. See **number.** —**sev'en·teenth'** *adj. & adv.*
**sev·en·teen-year locust** (sĕv'ən-tēn-yîr'). A cicada. *Magicicada septendecim,* of the eastern United States, having a nymphal stage in which it remains underground for 17 or sometimes 13 years.
**sev·enth** (sĕv'ənth) *n.* 1. The ordinal number seven in a series. Also written 7th. 2. One of seven equal parts. See **number.** 3. A musical interval encompassing seven diatonic degrees. —**sev'enth** *adj. & adv.*
**Sev·enth-Day Adventist** (sĕv'ənth-dā'). A member of a sect of Adventism distinguished chiefly for its observance of the Sabbath on Saturday. See **Adventist.**
**seventh heaven.** 1. The furthest of the concentric spheres containing the stars and comprising the dwelling place of God and the angels in the Moslem and cabalist systems. 2. A state of great joy and satisfaction.
**sev·en·ti·eth** (sĕv'ən-tē-ĭth) *n.* 1. The ordinal number 70 in a series. Also written 70th. 2. One of 70 equal parts. See **number.** —**sev'en·ti·eth** *adj. & adv.*
**sev·en·ty** (sĕv'ən-tē) *n.* The cardinal number written 70 or in Roman numerals LXX. See **number.** —**sev'en·ty** *adj. & pron.*
**sev·en-up** (sĕv'ən-ŭp') *n.* A card game originally requiring seven points to win. Also called "all fours," "pitch."
**sev·en-year itch** (sĕv'ən-yîr') A disease, **scabies** (*see*).
**sev·er** (sĕv'ər) *v.* **-ered, -ering, -ers.** —*tr.* 1. To divide or separate into parts; keep apart or make distinct. 2. To cut or break forcibly into two or more parts. 3. To break off (a relationship, for example); dissolve. —*intr.* 1. To become cut or broken apart. 2. To divide; separate or go apart. —See Synonyms at **separate, tear.** [Middle English *severen,* from Norman French *severer,* from Vulgar Latin *sēperāre* (unattested), from Latin *sēparāre,* to SEPARATE.] —**sev'er·a·ble** (sĕv'ər-ə-bəl) *adj.*
**sev·er·al** (sĕv'ər-əl) *adj.* 1. Being of a number more than two or three. but not many; of an indefinitely small number. 2. Single;



**setback**
The Fred F. French Building,
New York City



**seventeen-year locust**



**settle**
Eighteenth-century American

ă pat/ā pay/âr care/ä father/b bib/ch church/d deed/ĕ pet/ē be/f fife/g gag/h hat/hw which/ĭ pit/ī pie/îr pier/j judge/k kick/l lid, needle/m mum/n no, sudden/ng thing/ŏ pot/ō toe/ô paw, for/oi noise/ou out/ōō took/ōō boot/p pop/r roar/s sauce/sh ship, dish/