# Exhibit G



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

TA   148



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1993 by Merriam-Webster, Incorporated

Philippines Copyright 1993 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary — 10th ed.
    p    cm
  Includes index
  ISBN 0-87779-708-0 (unindexed) — ISBN 0-87779-709-9 (indexed)
 — ISBN 0-87779-710-2 (deluxe) — ISBN 0-87779-707-2 (laminated cover)
  1. English language—Dictionaries. 1. Merriam-Webster, Inc.
PE1628.M36    1993
423—dc20                                  93-20206
                                            CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

6RMcN93

TA    149

²lemma n [Gk, husk, fr. lepein to peel — more at LEPER] (1906) : the lower of the two bracts enclosing the flower in the spikelet of grasses
lem·ming \'le-miŋ\ n [Norw] (1713) : any of various small short-tailed furry-footed rodents (as genera Lemmus and Dicrostonyx) of circumpolar distribution that are notable for the recurrent mass migrations of a European form (L. lemmus) which often continue into the sea where vast numbers are drowned — lem·ming-like \-,lik\ adj
lem·nis·cate \lem-'nis-kət\ n [NL lemniscata, fr. fem. of L lemniscatus with hanging ribbons, fr. lemniscus] (ca. 1781) : a figure-eight shaped curve whose equation in polar coordinates is $p^2 = a^2 \cos 2\theta$ or $p^2 = a^2 \sin 2\theta$
lem·nis·cus \lem-'nis-kəs\ n, pl -nis·ci \-'nis-,ki, -,kē; -'ni-,sī\ [NL, fr. L, ribbon, fr. Gk lēmniskos] (ca. 1905) : a band of fibers and esp. nerve fibers — lem·nis·cal \-kəl\ adj
¹lem·on \'le-mən\ n [ME lymon, fr. MF limon, fr. ML limon-, limo, fr. Ar laymūn] (15c) 1 a : an acid fruit that is botanically a many-seeded pale yellow oblong berry and is produced by a small thorny tree (Citrus limon) b : a tree that bears lemons 2 : one (as an automobile) that is unsatisfactory or defective — lem·ony \'le-mə-nē\ adj



²lemon adj (1598) 1 : of the color lemon yellow 2 a : containing lemon b : having the flavor or scent of lemon
lem·on·ade \,le-mə-'nād\ n (1604) : a beverage of sweetened lemon juice mixed with water

lemon 1: branch with fruit and flowers

lemon balm n (ca. 1888) : a bushy perennial Old World mint (Melissa officinalis) often cultivated for its fragrant lemon-flavored leaves
lem·on·grass \'le-mən-,gras\ n (1801) : a grass (Cymbopogon citratus) of robust habit that grows in tropical regions, is used as an herb, and is the source of an essential oil with an odor of lemon or verbena
lemon law n (1982) : a law offering car buyers relief (as by repair, replacement, or refund) for defects detected during a specified period after purchase
lemon shark n (1942) : a medium-sized requiem shark (Negaprion brevirostris) of the warm Atlantic that is yellowish brown to gray above with yellow or greenish sides
lemon sole n (1876) : any of several flatfishes and esp. flounders: as a : a bottom-dwelling flounder (Microstomus kitt) of the northeastern Atlantic that is an important food fish b : WINTER FLOUNDER
lemon yellow n (1807) : a brilliant greenish yellow color
lem·pi·ra \lem-'pir-ə\ n [AmerSp, fr. Lempira 16th cent Indian chief] (ca. 1934) — see MONEY table
le·mur \'lē-mər\ n [NL, fr. L lemures, pl., ghosts] (1795) : any of various arboreal chiefly nocturnal mammals that were formerly widespread but are now largely confined to Madagascar, are related to the monkeys but are usu. regarded as constituting a distinct superfamily (Lemuroidea), and usu. have a muzzle like a fox, large eyes, very soft woolly fur, and a long furry tail
le·mu·res \'le-mə-,rās, 'lem-yə-,rēz\ n pl [L] (1555) : spirits of the unburied dead exorcised from homes in early Roman religious rites



lemur

lend \'lend\ vb lent \'lent\; lend·ing [ME lenen, lenden, fr. OE lǣnan, fr. lǣn loan — more at LOAN] vt (bef. 12c) 1 a : to give for temporary use on condition that the same or its equivalent be returned b : to let out (money) for temporary use on condition of repayment with interest 2 a : to give the assistance or support of : AFFORD, FURNISH (a dispassionate and scholarly manner which ~s great force to his criticisms —Times Lit. Supp.) b : to adapt or apply (oneself) readily : ACCOMMODATE (a topic that ~s itself admirably to class discussion) ~ vi : to make a loan   usage see LOAN — lend·able \'len-də-bəl\ adj — lend·er n
lending library n (1708) : a library from which materials are lent; esp : RENTAL LIBRARY
lend–lease \'lend-'lēs\ n [U.S. Lend-Lease Act (1941)] (1941) : the transfer of goods and services to an ally to aid in a common cause with payment made by a return of the original items or their use in the cause or by a similar transfer of other goods and services — lend–lease vt
length \'leŋ(k)th, 'len(t)th\ n, pl lengths \'leŋ(k)ths, 'len(t)ths, 'leŋ(k)s\ [ME lengthe, fr. OE lengthu, fr. lang long] (bef. 12c) 1 a : the longer or longest dimension of an object b : a measured distance or dimension (10 feet in ~) — see METRIC SYSTEM table, WEIGHT table c : the quality or state of being long 2 a : duration or extent in time b : relative duration or stress of a sound 3 a : distance or extent in space b : the length of something taken as a unit of measure (his horse led by a ~) 4 : the degree to which something (as a course of action or a line of thought) is carried — often used in pl. (went to great ~s to learn the truth) 5 a : a long expanse or stretch b : a piece constituting or usable as part of a whole or of a connected series : SECTION (a ~ of pipe) 6 : a vertical dimension of an article of clothing — at length 1 : FULLY, COMPREHENSIVELY 2 : at last : FINALLY
length·en \'leŋ(k)thən, 'len(t)-\ vb length·ened; length·en·ing \'leŋ(k)th-niŋ, 'len(t)th-; 'leŋ(k)-thə-, 'len(t)-thə-\ vt (14c) : to make longer ~ vi : to grow longer   syn see EXTEND — length·en·er \'leŋ(k)th-nər, 'len(t)th-; 'leŋ(k)-thə-, 'len(t)-thə-\ n
length·ways \'leŋ(k)th-,wāz, 'len(t)th-\ adv (1599) : LENGTHWISE
length·wise \-,wīz\ adv (ca. 1580) : in the direction of the length : LONGITUDINALLY — lengthwise adj
lengthy \'leŋ(k)-thē, 'len(t)-\ adj length·i·er; -est (1689) 1 : protracted excessively : OVERLONG 2 : EXTENDED, LONG — length·i·ly \-thə-lē\ adv — length·i·ness \-thē-nəs\ n

le·nience \'lē-nyən(t)s, -nē-ən(t)s\ n (1796) : LENIENCY
le·nien·cy \'lē-nē-ən(t)-sē, -nyən(t)-sē\ n, pl -cies (1780) 1 : the quality or state of being lenient 2 : a lenient disposition or practice   syn see MERCY
le·nient \'lē-nē-ənt, -nyənt\ adj [L lenient-, leniens, prp. of lenire to soften, soothe, fr. lenis soft, mild; prob. akin to Lith lėnas tranquil — more at LET] (1652) 1 : exerting a soothing or easing influence : relieving pain or stress 2 : of mild and tolerant disposition; esp : INDULGENT — le·nient·ly adv
Leni-Len·a·pe or Len·ni-Len·a·pe \,le-nē-'le-nə-pē, -lə-'nä-pē\ n [Delaware (Unami dialects) lə̄ni-lanā'pe] (ca. 1782) : DELAWARE 1
Le·nin·ism \'le-nə-,ni-zəm\ n (1918) : the political, economic, and social principles and policies advocated by Lenin; esp : the theory and practice of communism developed by or associated with Lenin — Le·nin·ist \-nist\ n or adj — Le·nin·ite \-,nīt\ n or adj
le·nis \'le-nəs, 'lā-\ adj [NL, fr. L, mild, smooth] (ca. 1897) : produced with an articulation that is lax in relation to another speech sound (\t\ in gutter is ~, \t\ in toe is fortis)
le·ni·tion \lə-'ni-shən\ n [L lenire] (1912) : the change from fortis to lenis articulation
len·i·tive \'le-nə-tiv\ adj [ME lenitif, fr. MF, fr. ML lenitivus, fr. L lenitus, pp. of lenire] (15c) : alleviating pain or harshness : SOOTHING — lenitive n — len·i·tive·ly adv
len·i·ty \'le-nə-tē\ n (1548) : the quality or state of being lenient : CLEMENCY
le·no \'lē-(,)nō\ n [perh. fr. F linon linen fabric, lawn, fr. MF lin flax, linen, fr. L linum flax] (1821) 1 : an open weave in which pairs of warp yarns cross one another and thereby lock the filling yarn in position 2 : a fabric made with a leno weave
¹lens also lense \'lenz\ n [NL lent-, lens, fr. L, lentil; fr. its shape] (1693) 1 a : a piece of transparent material (as glass) that has two opposite regular surfaces either both curved or one curved and the other plane and that is used either singly or combined in an optical instrument for forming an image by focusing rays of light b : a combination of two or more simple lenses c : a piece of glass or plastic used (as in safety goggles or sunglasses) to protect the eye 2 : a device for directing or focusing radiation other than light (as sound waves, radio microwaves, or electrons) 3 : something shaped like a double convex optical lens (~ of sandstone) 4 : a highly transparent biconvex lens-shaped or nearly spherical body in the eye that focuses light rays (as upon the retina) — see EYE illustration 5 : something that facilitates and influences perception, comprehension, or evaluation (the author's own ~ seems blurred by bias —Seymour Topping) — lensed \'lenzd\ adj — lens·less \'lenz-ləs\ adj
²lens vt (1942) : to make a motion picture of : FILM
lens·man \-mən, -,man\ n (1938) : PHOTOGRAPHER
Lent \'lent\ n [ME lente springtime, Lent, fr OE lencten; akin to OHG lenzin spring] (13c) : the 40 weekdays from Ash Wednesday to Easter observed by the Roman Catholic, Eastern, and some Protestant churches as a period of penitence and fasting
len·ta·men·te \,len-tə-'men-(,)tā\ adv or adj [It, fr lento slow] (1724) : LENTO
len·tan·do \len-'tän-(,)dō\ adv or adj [It] (ca. 1847) : becoming slower — used as a direction in music
Lent·en \'len-t³n\ adj (bef. 12c) : of, relating to, or suitable for Lent; esp : MEAGER (~ fare)
len·tic \'len-tik\ adj [L lentus sluggish] (ca. 1938) : of, relating to, or living in still waters (as lakes, ponds, or swamps) — compare LOTIC
len·ti·cel \'len-tə-,sel\ n [NL lenticella, dim. of L lent-, lens lentil] (ca. 1864) : a loose aggregation of cells which penetrates the surface (as of a stem) of a woody plant and through which gases are exchanged between the atmosphere and the underlying tissues
len·tic·u·lar \len-'ti-kyə-lər\ adj [ME, fr. L lenticularis lentil-shaped, fr lenticula lentil] (15c) 1 : having the shape of a double-convex lens 2 : of or relating to a lens 3 : provided with or utilizing lenticules (a ~ screen)
len·ti·cule \'len-tə-,kyü(ə)l\ n [L lenticula] (1942) 1 : any of the minute lenses on the base side of a film used in stereoscopic or color photography 2 : any of the tiny corrugations or grooves molded or embossed into the surface of a projection screen
len·til \'len-t³l\ n [ME, fr. OF lentille, fr. L lenticula, dim. of lent-, lens] (13c) 1 : a widely cultivated Eurasian annual leguminous plant (Lens culinaris) with flattened edible seeds and leafy stalks used as fodder 2 : the seed of the lentil
len·tis·si·mo \len-'ti-sə-,mō\ adv or adj [It, superl. of lento] (ca 1903) : at a very slow tempo — used as a direction in music
len·ti·vi·rus \,len-tə-'vī-rəs\ n [NL, fr L lentus slow + NL virus] (1982) : any of a group of retroviruses that cause slowly progressive often fatal animal diseases
len·to \'len-(,)tō\ adv or adj [It, fr. lento, adj., slow, fr. L lentus pliant, sluggish, slow — more at LITHE] (ca. 1724) : at a slow tempo — used esp. as a direction in music
Leo \'lē-(,)ō\ n [L (gen. Leonis), lit., lion — more at LION] 1 : a northern constellation east of Cancer 2 a : the 5th sign of the zodiac in astrology — see ZODIAC table b : one born under this sign — Le·o·nine \'lē-ə-,nīn\ adj
le·one \lē-'ōn\ n, pl leones or leone [Sierra Leone] (1964) — see MONEY table
Le·o·nid \'lē-ə-nid\ n, pl Leonids or Le·on·i·des \lē-'ä-nə-,dēz\ [L Leon-, Leo; fr. their appearing to radiate from a point in Leo] (1876) : any of the meteors in a meteor shower occurring every year about November 14
le·o·nine \'lē-ə-,nīn\ adj [ME, fr. L leoninus fr leon-, leo] (14c) : of, relating to, suggestive of, or resembling a lion
leop·ard \'le-pərd\ n [ME, fr. OF leupart, fr. LL leopardus, fr. Gk leopardos, fr. leōn lion + pardos leopard] (13c) 1 : a large strong cat (Panthera pardus) of southern Asia and Africa that is adept at climbing and is usu. tawny or buff with black spots arranged in rosettes — called also panther 2 : a heraldic representation of a lion passant guardant — leop·ard·ess \-pər-dəs\ n
leopard frog n (1839) : a common No. American frog (Rana pipiens) that is bright green or brown with large black white-margined blotches on the back; also : a similar frog (R. sphenocephala) of the southeastern U S.