# Exhibit H

# Ninth New Collegiate Dictionary

*A Merriam-Webster*®

TA 151

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer

A *Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1988 by Merriam-Webster Inc

Philippines Copyright 1988 by Merriam-Webster Inc

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary

  Includes index.
  1. English language—Dictionaries.  I. Merriam-Webster Inc.
PE1628.W5638    1988    423    87-24041
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U S Pat Off

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher

Made in the United States of America

282930RMcN88

TA    152

**best-sell-er** \'bes(t)-'sel-ər\ *n* (1889) : an article (as a book) whose sales are among the highest of its class — **best-sell-er-dom** \-,dəm\ *n* — **best-sell-ing** \-'sel-iŋ\ *adj*

¹**bet** \'bet\ *n* [origin unknown] (1592) 1 a : something that is laid, staked, or pledged typically between two parties on the outcome of a contest or a contingent issue : WAGER b : the act of giving such a pledge 2 : something to wager on

²**bet** *vb* **bet** *also* **bet-ted; bet-ting** *vt* (1597) 1 a : to stake on the outcome of an issue b : to be able to be sure that — usu. used in the expression *you bet* (you ~ I'll be there) 2 a : to maintain with or as if with a bet b : to make a bet with ~ *vi* : to lay a bet

¹**be-ta** \'bāt-ə, *chiefly Brit* 'bē-tə\ *n* [Gk *bēta*, of Sem origin; akin to Heb *bēth* beth] (14c) 1 : the 2d letter of the Greek alphabet — see ALPHABET table 2 : the second brightest star of a constellation 3 a : BETA PARTICLE b : BETA RAY

²**beta** *or* **β-** *adj* (1899) : second in position in the structure of an organic molecule from a particular group or atom (~ substitution)

³**beta** *n* (1971) : a measure of a stock's or a portfolio's volatility that is expressed numerically as deviation from the market's volatility taken as unity

**be-ta-ad-ren-er-gic** \-,ad-rə-'nər-jik\ *adj* (1968) : of, relating to, or being a beta-receptor (~ blocking action)

**beta cell** *n* (1926) : any of the insulin-secreting pancreatic cells in the islets of Langerhans

**beta globulin** *n* [ISV] (1947) : any of several globulins of plasma or serum that have at alkaline pH electrophoretic mobilities intermediate between those of the alpha globulins and gamma globulins

**be-ta-ine** \'bēt-ə-,ēn\ *n* [ISV, fr. L *beta* beet] (1879) : a sweet crystalline quaternary ammonium salt $C_5H_{11}NO_2$ occurring esp. in beet juice; *also* : its hydrate $C_5H_{13}NO_3$ or the chloride of this

**be-take** \bi-'tāk\ *vt* **-took** \-'tùk\; **-tak-en** \-'tā-kən\; **-tak-ing** (13c) 1 *archaic* : COMMIT 2 : to cause (oneself) to go

**be-ta-ox-i-da-tion** \'bāt-ə-,äk-sə-'dā-shən\ *n* (ca. 1935) : stepwise catabolism of fatty acids in which two-carbon fragments are successively removed from the carboxyl end of the chain

**beta particle** *n* (1904) : an electron or positron ejected from the nucleus of an atom during radioactive decay; *also* : a high-speed electron or positron

**beta ray** *n* (1902) 1 : BETA PARTICLE 2 : a stream of beta particles

**be-ta-re-cep-tor** \,bāt-ə-ri-'sep-tər\ *n* (1964) : any of a group of receptors on cell membranes that are held to be associated esp. with positive effects on the beat and muscular contractility of the heart, with vasodilation, and with inhibition of smooth muscle in the bronchi, intestine, and muscular layer of the wall of the uterus

**be-ta-tron** \'bāt-ə-,trän\ *n* [ISV] (1941) : an accelerator in which electrons are propelled by the inductive action of a rapidly varying magnetic field

**beta wave** *n* (1936) : an electrical rhythm of the brain with a frequency of 13 to 30 cycles per second that is associated with normal conscious waking experience — called also *beta, beta rhythm*

**be-tel** \'bēt-ᵊl\ *n* [Pg, fr. Tamil *verrilai*] (1553) : a climbing pepper (*Piper betle*) whose leaves are chewed together with betel nut and lime as a stimulant masticatory esp by southeastern Asians

**Be-tel-geuse** \'bēt-ᵊl-,jüs, 'bet-, -,jüz, -,jə(r)z\ *n* [F *Bételgeuse*, fr. Ar *bayt al-jawzā'* Gemini, lit., the house of the twins (confused with Orion & Betelgeuse)] : a variable red giant star of the first magnitude near one shoulder of Orion

**betel nut** *n* [fr. its being chewed with betel leaves] (1681) : the astringent seed of the betel palm

**betel palm** *n* [*betel* nut] (1875) : an Asian pinnate-leaved palm (*Areca catechu*) that has an orange-colored drupe with an outer fibrous husk

**bête noire** \,bet-nə-'wär, ,bāt-\ *n, pl* **bêtes noires** \,bet-nə-'wär(z), ,bāt-\ [F, lit., black beast] (1844) : a person or thing strongly detested or avoided : BUGBEAR

**beth** \'bāth\, 'bäs\ *n* [Heb *bēth*, fr. *bayith* house] (ca 1910) : the 2d letter of the Hebrew alphabet — see ALPHABET table

**beth-el** \'beth-əl\ *n* [Heb *bēth' ēl* house of God] (1617) 1 : a hallowed spot 2 a : a chapel for Nonconformists b : a place of worship for seamen

**be-think** \bi-'thiŋk\ *vt* **-thought** \-'thot\; **-think-ing** (bef. 12c) 1 a : REMEMBER, RECALL b : to cause (oneself) to be reminded 2 : to cause (oneself) to consider

**be-tide** \bi-'tīd\ *vt* (bef. 12c) : to happen to : BEFALL ~ *vi* : to happen esp. as if by fate

**be-times** \bi-'tīmz\ *adv* (13c) 1 : in good time : EARLY 2 *archaic* : in a short time : SPEEDILY 3 : at times : OCCASIONALLY

**bê-tise** \bā-'tēz\ *n, pl* **bê-tises** \-'tēz\ [F, fr. OF *beste* beast] (1827) 1 : an act of foolishness or stupidity 2 : lack of good sense : STUPIDITY

**be-to-ken** \bi-'tō-kən\ *vt* **-to-kened; -to-ken-ing** \-'tōk-(ə-)niŋ\ (15c) 1 : to give evidence of : SHOW 2 : to typify beforehand : PRESAGE

**be-tray** \bi-'trā\ *vb* [ME *betrayen*, fr. *be-* + *trayen* to betray, fr. OF *traïr*, fr. L *tradere* — more at TRAITOR] *vt* (13c) 1 : to lead astray; *esp* : SEDUCE 2 : to deliver to an enemy by treachery 3 : to fail or desert esp. in time of need 4 a : to reveal unintentionally b : SHOW, INDICATE c : to disclose in violation of confidence ~ *vi* : to prove false *syn* see REVEAL — **be-tray-al** \-'trā(-ə)l\ *n* — **be-tray-er** \-'trā-ər\ *n*

**be-troth** \bi-'träth, -'troth, -'trōth, *or with* ᵗh\ *vt* [ME *betrouthen*, fr. *be-* + *trouthe* truth, troth] (14c) : to promise to marry or to give in marriage

**be-troth-al** \-'troth-əl, -'troth-, -'trōth-\ *n* (1844) 1 : the act of betrothing or fact of being betrothed 2 : a mutual promise or contract for a future marriage

**be-trothed** *n* (1588) : the person to whom one is betrothed

**bet-ta** \'bet-ə\ *n* [NL] (1927) : any of a genus (*Betta*) of small brilliantly colored long-finned freshwater fishes (as the Siamese fighting fish) of southeastern Asia

¹**bet-ter** \'bet-ər\ *adj, comparative of* GOOD [ME *bettre*, fr. OE *betera*; akin to OE *bōt* remedy, Skt *bhadra* fortunate] (bef. 12c) 1 : more than half 2 : improved in health or mental attitude 3 : more attractive, favorable, or commendable 4 : more advantageous or effective 5 : improved in accuracy or performance

²**better** *vt* (bef. 12c) 1 : to make better: as a : to make more tolerable or acceptable (trying to ~ the lot of slum dwellers) b : to make more complete or perfect (looked forward to ~ing her acquaintance with the new neighbors) 2 : to surpass in excellence : EXCEL ~ *vi* : to become better

³**better** *adv, comparative of* WELL (12c) 1 a : in a more excellent manner b : to greater advantage : PREFERABLY (some things are ~ left unsaid) 2 a : to a higher or greater degree (he knows the story ~ than you do) b : MORE (it is ~ than nine miles to the next town)

⁴**better** *n* (12c) 1 a : something better b : a superior esp in merit or rank 2 : ADVANTAGE, VICTORY (get the ~ of him)

**bet-ter-ment** \'bet-ər-mənt\ *n* (1598) 1 : a making or becoming better 2 : an improvement that adds to the value of a property or facility

**better-off** \,bet-ə-'ròf\ *adj* (1865) 1 : being in comfortable economic circumstances (the ~ people live in the older section of town) 2 : being in a more advantageous position

**betting shop** *n, Brit* (1952) : a shop where bets are taken

**bet-tor** *or* **bet-ter** \'bet-ər\ *n* (1609) : one that bets

¹**be-tween** \bi-'twēn\ *prep* [ME *betwene*, prep & adv, fr. OE *betwēonum*, fr. *be-* + *-twēonum* (dat, pl) (akin to Goth *tweihnai* two each); akin to OE *twā* two] (bef. 12c) 1 a : by the common action of : jointly engaging (shared the work ~ the two of them) (talks ~ the three —*Time*) b : in common to : shared by (divided ~ his four grandchildren) 2 a : in the time, space, or interval that separates b : in intermediate relation to 3 a : from one to the other of (air service ~ Miami and Chicago) b : serving to connect or unite in a relationship (as difference, likeness, or proportion) (a one-to-one correspondence ~ sets) c : separating from (the line ~ fact and fancy) 4 : in point of comparison of (not much to choose ~ the two coats)
*usage* There is a persistent but unfounded notion that *between* can be used only of two items and that *among* must be used for more than two. *Between* has been used of more than two since Old English; it is esp. appropriate to denote a one-to-one relationship, regardless of the number of items. It can be used when the number is unspecified (economic cooperation *between* nations), when more than two are enumerated (*between* you and me and the lamppost) (partitioned *between* Austria, Prussia, and Russia —Nathaniel Benchley), and even when only one item is mentioned (but repetition is implied) (pausing *between* every sentence to rap the floor —George Eliot) *Among* is more appropriate where the emphasis is on distribution rather than individual relationships (discontent *among* the peasants) When *among* is automatically chosen for more than two, some strain on English idiom can result (a worthy book that nevertheless falls *among* many stools —John Simon) (the author alternates *among* mod slang, clichés and quotes from literary giants —A. H. Johnson)
— **between you and me** : in confidence

²**between** *adv* (bef. 12c) : in an intermediate space or interval

**be-tween-brain** \-,brān\ *n* (ca. 1909) : DIENCEPHALON

**be-tween-ness** \bi-'twēn-nəs\ *n* (1892) : the quality or state of being between two others in an ordered mathematical set

**be-tween-times** \bi-'twēn-,tīmz\ *adv* (1907) : at or during intervals

**be-tween-whiles** \-,hwīlz, -,wīlz\ *adv* (1678) : BETWEENTIMES

**be-twixt** \bi-'twikst\ *adv or prep* [ME, fr. OE *betwux*, fr. *be-* + *-twux* (akin to Goth *tweihnai*)] (bef. 12c) : BETWEEN

**betwixt and between** *adv or adj* (1832) : in a midway position : neither one thing nor the other

**Beu-lah** \'byü-lə\ *n* : an idyllic land near the end of life's journey in Bunyan's *Pilgrim's Progress*

**beurre blanc** \,bər-'bläⁿ\ *n* [F, lit., white butter] (1931) : a butter sauce flavored with vinegar or lemon juice that is usu. served hot with fish

**beurre ma-nié** \-,man-'yā\ *n* [F, lit., handled butter] (1939) : flour and butter kneaded together used as a thickener in sauces

**beurre noir** \-nə-'wär\ *n* [F, lit., black butter] (1856) : butter heated until brown or black and often flavored with vinegar or lemon juice

¹**bev-el** \'bev-əl\ *adj* (1600) : OBLIQUE, BEVELED

²**bevel** *n* [(assumed) MF, fr. OF *baif* with open mouth, fr. *baer* to yawn — more at ABEYANCE] (1611) 1 : an instrument consisting of two rules or arms jointed together and opening to any angle for drawing angles or adjusting surfaces to be given a bevel 2 : the angle that one surface or line makes with another when they are not at right angles b : the slant or inclination of such a surface or line 3 : the part of printing type extending from face to shoulder



bevel 2

³**bevel** *vb* **-eled** *or* **-elled; -el-ing** *or* **-el-ling** \'bev-(ə-)liŋ\ *vt* (1677) : to cut or shape to a bevel ~ *vi* : INCLINE, SLANT

**bevel gear** *n* (1833) : one of a pair of toothed wheels whose working surfaces are inclined to nonparallel axes

**bev-er-age** \'bev-(ə-)rij\ *n* [ME, fr. MF *bevrage*, fr. *beivre* to drink, fr. L *bibere* — more at POTABLE] (14c) : a drinkable liquid

**bevy** \'bev-ē\ *n, pl* **bev-ies** [ME *bevey*] (15c) 1 : a large group or collection (a ~ of girls) 2 : a group of animals and esp quail together

**be-wail** \bi-'wā(ə)l\ *vt* (14c) 1 : to wail over 2 : to express deep sorrow for usu. by wailing and lamentation (wringing her hands and ~ing her fate) *syn* see DEPLORE

**be-ware** \bi-'wa(ə)r, -'we(ə)r\ *vb* [ME *been war*, fr. *been* to be + *war* careful — more at BE, WARE] *vi* (13c) : to be on one's guard (~ of the dog) ~ *vt* 1 : to take care of 2 : to be wary of

**be-whis-kered** \-'hwis-kərd, -'wis-\ *adj* (1762) : wearing whiskers

**be-wigged** \bi-'wigd\ *adj* (1774) : wearing a wig

**be-wil-der** \bi-'wil-dər\ *vt* **-wil-dered; -wil-der-ing** \-d(ə-)riŋ\ (1684) 1 : to cause to lose one's bearings 2 : to perplex or confuse esp. by a complexity, variety, or multitude of objects or considerations *syn* see PUZZLE — **be-wil-dered-ly** *adv* — **be-wil-dered-ness** *n* — **be-wil-der-ing-ly** \-d(ə-)riŋ-lē\ *adv*

**be-wil-der-ment** \-dər-mənt\ *n* (1820) 1 : the quality or state of being bewildered 2 : a bewildering tangle or confusion

**be-witch** \bi-'wich\ *vt* (13c) 1 a : to influence or affect esp. injuriously by witchcraft b : to cast a spell over 2 : to attract as if by the power of witchcraft (~ed by her beauty) ~ *vi* : to bewitch someone or something — **be-witch-ery** \-(ə-)rē\ *n* — **be-witch-ing-ly** \-iŋ-lē\ *adv*

**be-witch-ment** \-'wich-mənt\ *n* (1607) 1 a : the act or power of bewitching b : a spell that bewitches 2 : the state of being bewitched

**be-wray** \bi-'rā\ *vt* [ME *bewreyen*, fr. *be-* + *wreyen* to accuse, fr. OE *wrēgan*] *archaic* (13c) : DIVULGE, BETRAY

¹cham·ber \'chām-bər\ n [ME chambre, fr. OF, fr. LL camera, fr. L, arched roof, fr. Gk kamara vault; akin to L camur curved] (13c) 1 : ROOM, esp : BEDROOM 2 : a natural or artificial enclosed space or cavity 3 a : a hall for the meetings of a deliberative, legislative, or judicial body (the senate ~) b : a room where a judge transacts business — usu used in pl. c : the reception room of a person of rank or authority 4 a : a legislative or judicial body; esp : either of the houses of a bicameral legislature b : a voluntary board or council 5 a : the part of the bore of a gun that holds the charge b : a compartment in the cartridge cylinder of a revolver — cham·bered \-bərd\ adj
²chamber vt cham·bered; cham·ber·ing \-b(ə-)riŋ\ (1575) 1 : to place in or as if in a chamber : HOUSE 2 : to serve as a chamber for; esp : to accommodate in the chamber of a firearm
³chamber adj (1706) : being, relating to, or performing chamber music
chambered nautilus n (1858) : NAUTILUS 1
cham·ber·lain \'chām-bər-lən\ n [ME, fr. OF chamberlayn, of Gmc origin; akin to OHG chamarling chamberlain, fr. chamara chamber, fr. LL camera] (13c) 1 : an attendant on a sovereign or lord in his bedchamber 2 a : a chief officer in the household of a king or nobleman b : TREASURER 3 : an often honorary papal attendant; specif : a priest having a rank of honor below domestic prelate
cham·ber·maid \-,mād\ n (1587) : a maid who makes beds and does general cleaning of bedrooms (as in a hotel)
chamber music n (1789) : music and esp instrumental ensemble music intended for performance in a private room or small auditorium and usu. having one performer for each part
chamber of commerce (1788) : an association of businessmen to promote commercial and industrial interests in the community
chamber of horrors (1849) : a place in which macabre or horrible objects are exhibited; also : a collection of such exhibits
chamber orchestra n (1926) : a small orchestra usu with one player for each part
chamber pot n (1570) : a bedroom vessel for urination and defecation
cham·bray \'sham-,brā, -brē\ n [irreg. fr. Cambrai, France] (1814) : a lightweight clothing fabric with colored warp and white filling yarns
cha·me·leon \kə-'mēl-yən\ n [ME camelion, fr. MF, fr. L chamaeleon, fr. Gk chamaileōn, fr. chamai on the ground + leōn lion — more at HUMBLE] (14c) 1 : any of a group (Rhiptoglossa) of Old World lizards with granular skin, prehensile tail, independently movable eyeballs, and unusual ability to change the color of their skin 2 : a fickle or changeable person or thing 3 : any of various American lizards (as of the genus Anolis) capable of changing their color; esp : AMERICAN CHAMELEON — cha·me·le·on·ic \-,mē-lē-'än-ik\ adj
¹cham·fer \'cham(p)-fər, 'cham-pər\ vt cham·fered; cham·fer·ing \-f(ə-)riŋ, -p(ə-)riŋ\ (1565) 1 : to cut a furrow in (as a column) : GROOVE 2 : to make a chamfer on : BEVEL
²chamfer n [MF chanfreint, fr pp. of chanfraindre to bevel, fr. chant edge (fr. L canthus iron tire) + fraindre to break, fr. L frangere — more at CANT, BREAK] (ca. 1842) : a beveled edge
cham·fron \'sham-frən, 'cham-\ n [ME shamfron, fr. MF chanfrein] (15c) : the headpiece of a horse's bard
cham·ois \'sham-ē, sense 1 also sham-'wä\ n, pl cham·ois also cham·oix \sense 1 'sham-ē(z) or sham-'wä(z), senses 2 & 3 'sham-ēz\ [MF, fr. LL camox] (1560) 1 : a small goatlike antelope (Rupicapra rupicapra) of Europe and the Caucasus 2 also cham·my or sham·my \'sham-ē\ : a soft pliant leather prepared from the skin of the chamois or from sheepskin 3 : a cotton fabric made in imitation of chamois leather
cham·o·mile \'kam-ə-,mīl, -,mēl\ n [ME camemille, fr. ML camomilla, modif. of L chamaemelon, fr. Gk chamai + mēlon apple] (12c) : any of a genus (Anthemis, esp. the common European A. nobilis) of composite herbs with strong-scented foliage and flower heads that contain a bitter medicinal principle; also : a similar plant of a related genus (Matricaria, esp. M. chamomilla)
¹champ \'champ, 'chämp, 'chomp\ vb [perh imit.] vt (14c) 1 : CHOMP 2 : MASH, TRAMPLE ~ vi 1 : to make biting or gnashing movements 2 : to show impatience of delay or restraint — usu. used in the phrase champing at the bit (he was ~ing at the bit to begin)
²champ \'champ\ n (1868) : CHAMPION
cham·pac or cham·pak \'cham-,pak, 'chəm-(,)pak\ n [Hindi & Skt; Hindi campak, fr. Skt campaka] (1770) : an East Indian tree (Michelia champaca) of the magnolia family with yellow flowers
cham·pagne \sham-'pān\ n [F, fr Champagne, France] (1664) 1 : a white sparkling wine made in the old province of Champagne, France; also : a similar wine made elsewhere 2 : a pale orange yellow to light grayish yellowish brown
cham·paign \sham-'pān\ n [ME champaine, fr. MF champagne, fr. LL campania — more at CAMPAIGN] (15c) 1 : an expanse of level open country : PLAIN 2 archaic : BATTLEFIELD — champaign adj
cham·pers \'sham-pərz\ n pl but sing in constr slang Brit (1955) : CHAMPAGNE
cham·per·ty \'cham-pərt-ē\ n [ME champartie, fr. MF champart field rent, fr. champ field (fr. L campus) + part portion — more at CAMP, PART] (15c) : a proceeding by which a person not a party in a suit bargains to aid in or carry on its prosecution or defense in consideration of a share of the matter in suit — cham·per·tous \-pərt-əs\ adj
cham·pi·gnon \sham-'pin-yən, cham-\ n [MF, fr. champagne] (1578) : an edible fungus; esp : the common meadow mushroom (Agaricus campestris)
¹cham·pi·on \'cham-pē-ən\ n [ME, fr. OF, fr ML campion-, campio, of WGmc origin; akin to OE cempa warrior] (13c) 1 : WARRIOR FIGHTER 2 : a militant advocate or defender (a ~ of civil rights) 3 : one that does battle for another's rights or honor (God will raise me up a ~ — Sir Walter Scott) 4 : a winner of first prize or first place in competition; also : one who shows marked superiority (a ~ at selling)
²champion vt (1605) 1 archaic : CHALLENGE, DEFY 2 : to protect or fight for as a champion 3 : to act as militant supporter of : UPHOLD (always ~s the cause of the underdog) syn see SUPPORT
cham·pi·on·ship \-,ship\ n (1825) 1 : designation as champion 2 : the act of championing : DEFENSE (his ~ of freedom of speech) 3 : a contest held to determine a champion
champ·le·vé \,shän-l-ə-'vā\ adj [F] (1856) : of, relating to, or being a style of enamel decoration in which the enamel is applied and fired in cells depressed (as by incising) into a metal background — compare CLOISONNÉ — champlevé n

¹chance \'chan(t)s\ n [ME, fr. OF (assumed) VL cadentia fall, fr. L cadent-, cadens, prp of cadere to fall; akin to Skt śad to fall] (14c) 1 a : something that happens unpredictably without discernible human intention or observable cause  b : the assumed impersonal purposeless determiner of unaccountable happenings : LUCK  c : the fortuitous or incalculable element in existence : CONTINGENCY  2 : a situation favoring some purpose : OPPORTUNITY (needed a ~ to relax)  3 : a fielding opportunity in baseball  4 a : the possibility of an indicated or a favorable outcome in an uncertain situation; also : the degree of likelihood of such an outcome (a small ~ of success)  b pl : the more likely indications (~s are he's already gone)  5 a : RISK (not taking any ~s)  b : a raffle ticket — chance adj — by chance : in the haphazard course of events (they met by chance but parted by design)
²chance vb chanced; chanc·ing vi (14c) 1 a : to take place or come about by chance : HAPPEN  b : to be found by chance  c : to have the good or bad luck (we chanced to meet)  2 : to come or light by chance ~ vt 1 : to leave the outcome of to chance  2 : to accept the hazard of : RISK
chance·ful \'chan(t)s-fəl\ adj (1594) 1 archaic : CASUAL  2 : EVENTFUL
chan·cel \'chan(t)-səl\ n [ME, fr MF, fr. LL cancellus lattice, fr. L cancelli, fr. the latticework enclosing it — more at CANCEL] (14c) : the part of a church containing the altar and seats for the clergy and choir
chan·cel·lery or chan·cel·lory \'chan(t)-s(ə-)lə-rē, -,sol-rē\ n, pl -ler·ies or -lor·ies (14c) 1 a : the position, court, or department of a chancellor  b : the building or room where a chancellor has his office  2 : the office of secretary of the court of a person high in authority  3 : the office or staff of an embassy or consulate
chan·cel·lor \'chan(t)-s(ə-)lər\ n [ME chanceler, fr. OF chancelier, fr. LL cancellarius doorkeeper, secretary, fr. cancellus] (12c) 1 a : the secretary of a nobleman, prince, or king  b : the lord chancellor of Great Britain  c Brit : the chief secretary of an embassy  d : a Roman Catholic priest heading the office in which diocesan business is transacted and recorded  2 a : the titular head of a British university  b (1) : a university president  (2) : the chief executive officer in some state systems of higher education  3 a : a lay legal officer or adviser of an Anglican diocese  b : a judge in a court of chancery or equity in various states of the U.S.  4 : the chief minister of state in some European countries — chan·cel·lor·ship \-,ship\ n
chancellor of the exchequer often cap C&E (14c) : a member of the British cabinet in charge of the public income and expenditure
chance-med·ley \'chan(t)-'smed-lē\ n [AF chance medlée mingled chance] (15c) 1 : accidental homicide not entirely without fault of the killer but without evil intent  2 : haphazard action : CONFUSION
chance music n (1964) : music in which significant elements are determined randomly or left to the discretion of the performer
chan·cery \'chan(t)s-(ə-)rē\ n, pl -cer·ies [ME chancerie, alter. of chancellerie chancellery, fr. OF, fr. chancelier] (14c) 1 n cap : a high court of equity in England and Wales with common-law functions and jurisdiction over causes in equity  b : a court of equity in the American judicial system  c : the principles and practice of judicial equity  2 : a record office for public archives or those of ecclesiastical, legal, or diplomatic proceedings  3 a : a chancellor's court or office or the building in which he has his office  b : the office in which the business of a Roman Catholic diocese is transacted and recorded  c : the office of an embassy : CHANCELLERY 3 — in chancery  1 : in litigation in a court of chancery; also : under the superintendence of the lord chancellor (a ward in chancery)  2 : in a hopeless predicament
chan·cre \'shaŋ-kər\ n [F, fr. L cancer] (1605) : a primary sore or ulcer at the site of entry of a pathogen (as in tularemia); esp : the initial lesion of syphilis — chan·crous \-k(ə-)rəs\ adj
chan·croid \'shaŋ-,krȯid\ n (1861) : a venereal disease caused by a hemophilic bacterium (Hemophilus ducreyi) and characterized by chancres that differ from those of syphilis in lacking firm indurated margins — called also soft chancre — chan·croi·dal \shaŋ-'krȯid-ᵊl\ adj
chancy \'chan(t)-sē\ adj chanc·i·er; -est (1513) 1 Scot : bringing good luck : AUSPICIOUS  2 : uncertain in outcome or prospect : RISKY  3 : occurring by chance : HAPHAZARD — chanc·i·ness n
chan·de·lier \,shan-də-'li(ə)r\ n [F, lit., candlestick, modif. of L candelabrum] (1736) : a branched often ornate lighting fixture suspended from a ceiling — chan·de·liered \-'li(ə)rd\ adj
chan·delle \shan-'del, shä-\ n [F, lit., candle] (1918) : an abrupt climbing turn of an airplane in which the momentum of the plane is used to attain a higher rate of climb — chandelle vi
chan·dler \'chan-(d)lər\ n [ME chandeler, fr MF chandelier, fr. OF, fr. chandelle candle, fr. L candela] (14c) 1 : a maker or seller of tallow or wax candles and usu. soap  2 : a retail dealer in provisions and supplies or equipment of a specified kind (a yacht ~)
chan·dlery \-(d)lə-rē\ n, pl -dler·ies (15c) 1 : a place where candles are kept  2 : the business of a chandler  3 : the commodities sold by a chandler
¹change \'chānj\ vb changed; chang·ing [ME changen, fr. OF changier, fr. L cambiare to exchange, of Celt origin; akin to OIr camm crooked; akin to Gk skambos crooked — more at HOOP] vt (13c) 1 a : to make different in some particular (never bothered to ~ his will)  b : to make radically different : TRANSFORM (can't ~ human nature)  c : to give a different position, course, or direction to  2 a : to replace with another (let's ~ the subject)  b : to make a shift from one to another : SWITCH (always ~s sides in an argument)  c : to exchange for an equivalent sum or comparable item  d : to undergo a modification of (foliage changing color)  e : to put fresh clothes or covering on (~ a bed) ~ vi 1 : to become different (her mood ~s every hour)  2 of the moon : to pass from one phase to another  3 : to shift one's means of conveyance : TRANSFER (on the bus trip he had to ~ twice)  4 of the voice : to shift to lower register : BREAK  5 : to undergo transformation, transition, or substitution (winter changed to spring)  6 : to put



\ə\ abut  \ʼ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart
\aù\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \ù\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, ɶ, ɯ, ɯ̄ \ see Guide to Pronunciation

TA   154

**404   elevated • elsewhere**

**el·e·vat·ed** \-,vāt-əd\ *adj* (1553)  **1 a** : raised esp. above the ground or other surface ⟨an ~ highway⟩  **b** : increased esp. abnormally (as in degree or amount) ⟨~ blood pressure⟩  **2 a** : morally or intellectually on a high plane ⟨an ~ mind⟩  **b** : FORMAL, DIGNIFIED ⟨~ diction⟩  **3** : exhilarated in mood or feeling

**elevated railroad** *n* (1868) : an urban or interurban railroad operating chiefly on an elevated structure — called also *elevated railway*

**el·e·va·tion** \,el-ə-'vā-shən\ *n* (14c)  **1** : the height to which something is elevated: as  **a** : the angular distance of a celestial object above the horizon  **b** : the degree to which a gun is aimed above the horizon  **c** : the height above the level of the sea : ALTITUDE  **2** : a ballet dancer's or a skater's leap and seeming suspension in the air; *also* : the ability to achieve an elevation  **3** : an act or instance of elevating  **4** : something that is elevated: as  **a** : an elevated place  **b** : a swelling esp. on the skin  **5** : the quality or state of being elevated  **6** : a geometrical projection (as of a building) on a vertical plane  *syn* see HEIGHT

**el·e·va·tor** \'el-ə-,vāt-ər\ *n* (15c)  **1 a** : one that raises or lifts something up: as  **a** : an endless belt or chain conveyor with cleats, scoops, or buckets for raising material  **b** : a cage or platform and its hoisting machinery for conveying something to different levels  **c** : a building for elevating, storing, discharging, and sometimes processing grain  **2** : a movable auxiliary airfoil usu. attached to the tail plane of an airplane for producing motion up or down — see AIRPLANE illustration

**elev·en** \i-'lev-ən\ *n* [ME *enleven*, fr. *enleven*, adj. fr. OE *endleofan*, fr. *end*- (akin to OE *ān* one) + *-leofan*, perh. akin to OE *lēon* to lend — more at ONE, LOAN] (bef. 12c)  **1** — see NUMBER table  **2** : the 11th in a set or series  **3** : something having 11 units or members; *esp* : a football team — **eleven** *adj or pron* — **elev·enth** \-ən(t)th\ *adj or n*

**eleven-plus** \i-,lev-ən-'pləs\ *n*, *Brit* (1937) : an examination taken between the ages of 11 and 12 that determines the type of secondary education to which a student is assigned

**elev·ens·es** \-ən-zəz\ *n pl but sometimes sing in constr* [irreg. pl. of *eleven* (o'clock)] *Brit* (ca. 1819) : light refreshment (as a snack) taken in the middle of the morning

**eleventh hour** *n* (1826) : the latest possible time ⟨won his reprieve at the *eleventh hour*⟩

**el·e·von** \'el-ə-,vän\ *n* [*elev*ator + ail*eron*] (1944) : an airplane control surface that combines the functions of elevator and aileron

**elf** \'elf\ *n, pl* **elves** \'elvz\ [ME, fr. OE *ælf*; akin to ON *alfr* elf & prob to L *albus* white — more at ALB] (bef. 12c)  **1** : a small often mischievous fairy  **2 a** : a small lively creature; *esp* : a mischievous child  **b** : a usu. lively mischievous or malicious person — **elf·ish** \'el-fish\ *adj* — **elf·ish·ly** *adv*

**elf·in** \'el-fən\ *adj* [irreg. fr. *elf*] (1596)  **1 a** : of, relating to, or produced by an elf  **b** : resembling an elf  **2** : having an otherworldly or magical quality or charm

**elf-lock** \'el-,fläk\ *n* (1592) : hair matted as if by elves — usu. used in pl.

**el·hi** \'(')el-'hī\ *adj* [*el*ementary (school) + *hi*gh (school)] (1948) : of, relating to, or designed for use in grades 1 to 12

**Eli** \'ē-,lī\ *n* [Heb *'Ēlī*] : a judge and priest of Israel who according to the account in 1 Samuel was entrusted with the care of the boy Samuel

**Eli·as** \i-'lī-əs\ *n* [LL, fr. Gk *Ēlias*, fr. Heb *Ēliyāh*] : ELIJAH

**elic·it** \i-'lis-ət\ *vt* [L *elicitus*, pp. of *elicere*, fr. *e*- + *lacere* to allure — more at DELIGHT] (1605)  **1 a** : to draw forth or bring out (something latent or potential)  **b** : to derive (as a truth) by logical processes  **2** : to call forth or draw out (a response or reaction)  *syn* see EDUCE — **elic·i·ta·tion** \i-,lis-ə-'tā-shən, ,ē-\ *n* — **elic·i·tor** \i-'lis-ət-ər\ *n*

**elide** \i-'līd\ *vt* **elid·ed; elid·ing** [L *elidere* to strike out, fr. *e*- + *laedere* to injure by striking] (1796)  **1 a** : to suppress or alter (as a vowel or syllable) by elision  **b** : to strike out (as a written word or passage)  **2 a** : to leave out of consideration : OMIT  **b** : CURTAIL, ABRIDGE

**el·i·gi·ble** \'el-ə-jə-bəl\ *adj* [ME, fr. MF & LL; MF, fr. LL *eligibilis*, fr. L *eligere* to choose — more at ELECT] (15c)  **1 a** : qualified to be chosen : ENTITLED ⟨~ for sophomore standing⟩ ⟨~ to retire⟩  **b** : permitted under football rules to catch a forward pass ⟨an ~ receiver⟩  **2** : worthy of being chosen : DESIRABLE ⟨an ~ young bachelor⟩ — **el·i·gi·bil·i·ty** \,el-ə-jə-'bil-ət-ē\ *n* — **eligible** *n* — **el·i·gi·bly** \'el-ə-jə-blē\ *adv*

**Eli·jah** \i-'lī-jə\ *n* [Heb *Ēliyāh*] : a Hebrew prophet of the 9th century B.C. who according to the account in 1 Kings championed the worship of Jehovah as against Baal

**elim·i·nate** \i-'lim-ə-,nāt\ *vt* **-nat·ed; -nat·ing** [L *eliminatus*, pp. of *eliminare*, fr. *e*- + *limin-*, *limen* threshold — more at LIMB] (1568)  **1 a** : to cast out or get rid of : REMOVE, ERADICATE ⟨the need to ~ poverty⟩  **b** : to set aside as unimportant : IGNORE  **2 a** : to expel (as waste) from the living body  **3** : to cause to disappear by combining two or more equations — **elim·i·na·tion** \-,lim-ə-'nā-shən\ *n* — **elim·i·na·tive** \'lim-ə-,nāt-iv\ *adj* — **elim·i·na·tor** \-,nāt-ər\ *n*

**Eli·sha** \i-'lī-shə\ *n* [Heb *Ĕlīshā'*] : a Hebrew prophet and disciple and successor of Elijah

**eli·sion** \i-'lizh-ən\ *n* [LL *elision-, elisio*, fr. L *elisus*, pp. of *elidere*] (1581)  **1 a** : the use of a speech form that lacks a final or initial sound which a variant speech form has ⟨the use of 's instead of *is* in *there's* is an example of ~⟩  **b** : the omission of an unstressed vowel or syllable in a verse to achieve a uniform metrical pattern  **2** : the act or an instance of omitting something : OMISSION

**elite** \ā-'lēt, i-\ *n* [F *élite*, fr. OF *eslite*, fr. fem. of *eslit*, pp. of *eslire* to choose, fr. L *eligere*] (1823)  **1 a** : the choice part or segment; *esp* : a socially superior group  **b** : a powerful minority group ⟨a power ~ inside the government⟩  **2** : a typewriter type providing 12 characters to the linear inch — **elite** *adj*

**elit·ism** \-'lēt-,iz-əm\ *n* (1947)  **1 a** : leadership or rule by an elite  **b** : belief in or advocacy of such elitism  **2** : consciousness of being or belonging to an elite — **elit·ist** \-'lēt-əst\ *n or adj*

**elix·ir** \i-'lik-sər\ *n* [ME, fr. ML, fr. Ar *al-iksīr* the elixir, fr. *al* the + *iksīr* elixir, prob. fr. Gk *xērion* desiccative powder, fr. *xēros* dry — more at SERENE] (14c)  **1 a** : a substance held capable of changing base metals into gold : PHILOSOPHERS' STONE  **b** (1) : a substance held capable of prolonging life indefinitely  (2) : CURE-ALL  (3) : a sweetened liquid usu. containing alcohol that is used as a vehicle for medicinal agents  **2** : the essential principle

**Eliz·a·be·than** \i-,liz-ə-'bē-thən\ *adj* (1817) : of, relating to, or characteristic of Elizabeth I of England or her age — **Elizabethan** *n*

**elk** \'elk\ *n, pl* **elks** [ME, prob. fr. OE *eolh*, akin to OHG *elaho* elk, Gk *elaphos* deer] (bef. 12c)  **1** *pl usu* **elk  a** : the largest existing deer (*Alces alces*) of Europe and Asia resembling but not so large as the moose of No. America  **b** : a No. American deer (*Cervus canadensis*) similar to the red deer of Europe and related forms — called also *wapiti*  **c** : any of various large Asian deer  **2** : soft tanned rugged leather  **3** *cap* [Benevolent and Protective Order of *Elks*] : a member of a major benevolent and fraternal order

**elk·hound** \'elk-,haund, 'el-,kaund\ *n* (1835) : NORWEGIAN ELKHOUND

**¹ell** \'el\ *n* [ME *eln*, fr. OE; akin to OHG *elina* ell, L *ulna* elbow, arm, Gk *ōlenē* elbow, Skt *āni* linchpin, thigh] (bef. 12c)  **1** : a former English unit of length (as for cloth) equal to 45 inches  **2** : any of various units of length similar in use to the English ell

**²ell** *n* [alter. of ¹*el*] (1773)  **1** : an extension at right angles to the length of a building  **2** : an elbow in a pipe or conduit

**el·lag·ic acid** \ə-,laj-ik-, e-\ *n* [F *ellagique*, fr. *ellag*, anagram of *galle* gall] (1810) : a crystalline phenolic compound $C_{14}H_{10}O_8$ with two lactone groupings that is obtained esp. from oak galls and some tannins and is used medicinally as a hemostatic

**el·lipse** \i-'lips, e-\ *n* [Gk *elleipsis*] (1753)  **1 a** : OVAL  **b** : a closed plane curve generated by a point moving in such a way that the sums of its distances from two fixed points is a constant  **2** : a plane section of a right circular cone that is a closed curve  **2** : ELLIPSIS

**el·lip·sis** \i-'lip-səs, e-\ *n, pl* **el·lip·ses** \-,sēz\ [L, fr. Gk *elleipsis* ellipsis, ellipse, fr. *elleipein* to leave out, fall short, fr. *en* in + *leipein* to leave — more at IN, LOAN] (1540)  **1 a** : the omission of one or more words that are obviously understood but that must be supplied to make a construction grammatically complete ⟨'the man that he sees' may be changed by ~ to 'the man he sees'⟩  **b** : a leap or sudden passage without logical connectives from one topic to another  **2** : marks or a mark (as ... or *** or ——) indicating an omission (as of words) or a pause



ellipse 1b: F, F′ foci; P, P′, P″ any point on the curve; FP + PF′ = FP′ + P′F′ = FP″ + P″F″ = FP‴ + P‴F‴

**el·lip·soid** \i-'lip-,sóid, e-\ *n* (1721) : a surface all plane sections of which are ellipses or circles — **ellipsoid** *or* **el·lip·soi·dal** \i-,lip-'sóid-ᵊl, (,)e-\ *adj*

**el·lip·tic** \i-'lip-tik, e-\ *or* **el·lip·ti·cal** \-ti-kəl\ *adj* [Gk *elleiptikos* defective, marked by ellipsis, fr. *elleipein*] (1656)  **1** : of, relating to, or shaped like an ellipse  **2** : of, relating to, or marked by ellipsis or an ellipsis  **b** (1) : of, relating to, or marked by extreme economy of speech or writing  (2) : of or relating to deliberate obscurity (as of literary or conversational style) — **el·lip·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**el·lip·tic·i·ty** \i-,lip-'tis-ət-ē, (,)e-\ *n* (1753) : deviation of an ellipse or a spheroid from the form of a circle or a sphere

**elm** \'elm\ *n* [ME, fr. OE; akin to OHG *elme* elm, L *ulmus*] (bef. 12c)  **1** : any of a genus (*Ulmus* of the family Ulmaceae, the elm family) comprising large graceful trees with alternate stipulate leaves and small apetalous flowers  **2** : the wood of an elm

**elm bark beetle** *n* (1909) : either of two beetles that are vectors for the fungus causing Dutch elm disease:  **a** : a beetle (*Hylurgopinus rufipes*) native to eastern No. America  **b** : a European beetle (*Scolytus multistriatus*) that is established in eastern No. America

**elm leaf beetle** *n* (1881) : a small orange-yellow black-striped Old World chrysomelid beetle (*Pyrrhalta luteola*) that is a leaf-eating pest of elms in eastern No. America as a larva and as an adult

**el·o·cu·tion** \,el-ə-'kyü-shən\ *n* [ME *elocucioun*, fr. L *elocution-, elocutio*, fr. *elocutus*, pp. of *eloqui*] (15c)  **1** : the art of effective public speaking  **2** : a style of speaking esp. in public — **el·o·cu·tion·ary** \-shə-,ner-ē\ *adj* — **el·o·cu·tion·ist** \-sh(ə-)nəst\ *n*

**elo·dea** \i-'lōd-ē-ə\ *n* [NL, fr. Gk *helōdēs* marshy, fr. *helos* marsh; akin to Skt *saras* pond] (ca. 1868) : any of a small American genus (*Elodea*) of submerged aquatic monocotyledonous herbs

**eloign** \i-'lóin\ *vt* [ME *eloynen*, fr. MF *esloigner*, fr. OF, fr. *es-* ex- (fr. L *ex-*) + *loing* (adv.) far, fr. L *longe*, fr. *longus* long] (1500)  **1** *archaic* : to take (oneself) far away  **2** *archaic* : to remove to a distant or unknown place : CONCEAL

**¹elon·gate** \i-'lóŋ-,gāt\ *vb* **-gat·ed; -gat·ing** [LL *elongatus*, pp. of *elongare*, to withdraw, fr. L *e*- + *longus*] *vt* (1578) : to extend the length of ~ *vi* : to grow in length

**²elongate** *or* **elon·gat·ed** *adj* (1828)  **1** : stretched out : LENGTHENED  **2** : long in proportion to width : SLENDER

**elon·ga·tion** \(,)ē-,lóŋ-'gā-shən\ *n* (14c)  **1 a** : the angular distance of a celestial body from another around which it revolves or from a particular point in the sky  **b** : the daily extreme east or west position of a star with reference to the north celestial pole  **2** : the state of being elongated or lengthened; *also* : the process of growing or increasing in length  **b** : something that is elongated

**elope** \i-'lōp\ *vi* **eloped; elop·ing** [AF *aloper*] (1628)  **1 a** : to run away from one's husband with a lover  **b** : to run away secretly with the intention of getting married usu. without parental consent  **2** : to slip away : ESCAPE — **elope·ment** \-'lōp-mənt\ *n* — **elop·er** *n*

**el·o·quence** \'el-ə-kwən(t)s\ *n* (14c)  **1** : discourse marked by force and persuasiveness; *also* : the art or power of using such discourse  **2** : the quality of forceful or persuasive expressiveness

**el·o·quent** \-kwənt\ *adj* [ME, fr. MF, fr. L *eloquent-, eloquens*, fr. prp. of *eloqui* to speak out, fr. *e*- + *loqui* to speak] (14c)  **1** : marked by forceful and fluent expression ⟨an ~ preacher⟩  **2** : vividly or movingly expressive or revealing ⟨put his arm around her in an ~ gesture of reassurance⟩ — **el·o·quent·ly** *adv*

**¹else** \'el(t)s\ *adv* [ME *elles*, fr. OE; akin to L *alius* other, *alter* other of two, Gk *allos* other] (bef. 12c)  **1 a** : in a different manner or place or at a different time ⟨how ~ could he have acted⟩ ⟨here and nowhere ~⟩  **b** : in an additional manner or place or at an additional time ⟨where ~ is gold found⟩  **2** : if the facts are or were different : if not : OTHERWISE ⟨do what you are told or ~ you'll be sorry⟩ — used absolutely to express a threat ⟨do what I tell you or ~⟩

**²else** *adj* (bef. 12c)  **a** : OTHER  **a** : being different in identity ⟨it must have been somebody ~⟩  **b** : being in addition ⟨what ~ did he say⟩

**else·where** \-,(h)we(ə)r, -,(h)wa(ə)r\ *adv* [ME *elleswher*, fr. OE *elles hwǣr*] (bef. 12c) : in or to another place ⟨took his business ~⟩

es·piè·gle·rie \es-pyeg-lə-rē\ n [F, fr. espiègle] (1816) : the quality or state of being roguish or frolicsome

es·pi·o·nage \'es-pē-ə-‚näzh, -‚näj, -nij Canad also -‚nazh; ‚es-pē-ə-'näzh; is-'pē-ə-nij\ n [F espionnage, fr. MF, fr. espionner to spy, fr. espion spy, fr. OIt spione, fr. spia, of Gmc origin; akin to OHG spehōn to spy — more at SPY] (1793) : the practice of spying or the use of spies to obtain information about the plans and activities esp. of a foreign government or a competing company ⟨industrial ~⟩

es·pla·nade \'es-plə-‚näd, ‚es-plə-' also -'näd or -‚näd\ n [MF, fr. It spianata fr. spianare to level, fr. L explanare — more at EXPLAIN] (1591) : a level open stretch of paved or grassy ground; esp : one designed for walking or driving along a shore

es·pous·al \is-'pau̇-zəl also -səl\ n (14c) 1 a : BETROTHAL b : WEDDING c : MARRIAGE 2 : a taking up or adopting of a cause or belief

es·pouse \is-'pau̇z also -'pau̇s\ vt es·poused; es·pous·ing [ME espousen fr. MF espouser, fr. LL sponsare to betroth, fr. L sponsus betrothed — more at SPOUSE] (15c) 1 : MARRY 2 : to take up and support as a cause : become attached to ⟨~ the problems of minority groups⟩ syn see ADOPT — es·pous·er n

es·pres·so \e-'spres-(‚)ō\ n, pl -sos [It (caffè) espresso, lit., pressed out coffee] (1945) : coffee brewed by forcing steam through finely ground darkly roasted coffee beans

es·prit \is-'prē\ n [F, fr. L spiritus spirit] (1591) 1 : vivacious cleverness or wit 2 : ESPRIT DE CORPS

es·prit de corps \is-‚prēd-ə-'kō(ə)r, -'kȯ(ə)r\ n [F] (1780) : the common spirit existing in the members of a group and inspiring enthusiasm, devotion, and strong regard for the honor of the group

es·py \is-'pī\ vt es·pied; es·py·ing [ME espien, fr. OF espier — more at SPY] (14c) : to catch sight of ⟨among the several horses... she espied the white mustang —Zane Grey⟩

-esque \'esk\ adj suffix [F, fr. It -esco, of Gmc origin; akin to OHG -isc -ish — more at -ISH] : in the manner or style of : like ⟨statuesque⟩

Es·qui·mau \'es-kə-‚mō\ n, pl Esquimau or Es·qui·maux \-‚mō(z)\ [F, of Algonquian origin] (1584) : ESKIMO

es·quire \'es-‚kwī(ə)r, is-'\ n [ME, fr. MF esquier squire, fr. LL scutarius, fr. L scutum shield; akin to OHG sceida sheath] (15c) 1 : a member of the English gentry ranking below a knight 2 : a candidate for knighthood serving as shield bearer and attendant to a knight 3 — used as a title of courtesy usu. placed in its abbreviated form after the surname ⟨John R. Smith, Esq.⟩ 4 archaic : a landed proprietor

ess \'es\ n (1540) 1 : the letter s 2 : something resembling the letter S in shape; esp : an S-shaped curve in a road

-ess \əs, is also ‚es\ n suffix [ME -esse, fr. OF, fr. LL -issa, fr. Gk] : female ⟨giantess⟩

¹es·say \e-'sā, ə-'sā, 'es-‚ā\ vt (14c) 1 a : to put to a test b : ²ASSAY 2a 2 : to make an often tentative or experimental effort to perform : TRY syn see ATTEMPT — es·say·er n

²es·say \'es-‚ā; senses 1, 2 & 4 also e-'sā\ n [MF essai, fr. LL exagium act of weighing, fr. ex- + agere to drive — more at AGENT] (14c) 1 : TRIAL, TEST 2 a : EFFORT, ATTEMPT; esp : an initial tentative effort b : the result or product of an attempt 3 a : an analytic or interpretative literary composition usu. dealing with its subject from a limited or personal point of view b : something resembling such a composition ⟨a photographic ~⟩ 4 : a proof of an unaccepted design for a stamp or piece of paper money

es·say·ist \'es-‚ā-ist\ n (1601) : a writer of essays

es·say·is·tic \‚es-(‚)ā-'is-tik\ adj (1855) 1 : of or relating to an essay or an essayist 2 : resembling an essay in quality or character

essay question n (1947) : an examination question that requires an answer in a sentence, paragraph, or short composition

es·sence \'es-ən(t)s\ n [ME, fr. MF & L; MF, fr. L essentia, fr. esse to be — more at IS] (14c) 1 a : the permanent as contrasted with the accidental element of being b : the individual, real, or ultimate nature of a thing esp as opposed to its existence c : the properties or attributes by means of which something can be placed in its proper class or identified as being what it is 2 : something that exists : ENTITY 3 a (1) : a volatile substance or constituent (as of perfume) (2) : a constituent or derivative (as an extract or essential oil) possessing the special qualities (as of a plant or drug) in concentrated form; also : a preparation (as an alcoholic solution) of such an essence or a synthetic substitute b : ODOR, PERFUME 4 : one that possesses or exhibits a quality in abundance as if in concentrated form ⟨she was the ~ of punctuality⟩ — in essence : in or by its very nature : ESSENTIALLY, BASICALLY ⟨was in essence an honest person⟩ — of the essence : of the utmost importance : ESSENTIAL ⟨time was of the essence⟩

Es·sene \'es-‚ēn, e-'sēn\ n [Gk Essēnos] (1553) : a member of a monastic brotherhood of Jews in Palestine from the 2d century BC to the 2d century AD — Es·se·ni·an \is-'ē-nē-ən, es-\ or Es·se·nic \-'en-ik, -'ē-nik\ adj — Es·se·nism \-'ē-‚niz-əm\ n

¹es·sen·tial \i-'sen-chəl\ adj (14c) 1 : of, relating to, or constituting essence : INHERENT 2 : of the utmost importance : BASIC, INDISPENSABLE, NECESSARY ⟨~ foods⟩ ⟨an ~ requirement for admission to college⟩ 3 : IDIOPATHIC ⟨~ disease⟩ — es·sen·tial·ly \-'sench-(ə-)lē\ adv — es·sen·tial·ness \-'sen-chəl-nəs\ n

syn ESSENTIAL, FUNDAMENTAL, VITAL, CARDINAL mean so important as to be indispensable. ESSENTIAL implies belonging to the very nature of a thing and therefore being incapable of removal without destroying the thing itself or its character; FUNDAMENTAL applies to something that is a foundation without which an entire system or complex whole would collapse; VITAL suggests something that is necessary to a thing's continued existence or operation; CARDINAL suggests something on which an outcome turns or depends.

²essential n (15c) 1 : something basic ⟨the ~s of astronomy⟩ 2 : something necessary, indispensable, or unavoidable

essential amino acid n (1938) : an amino acid (as lysine) that is required for normal health and growth, is manufactured in the body in insufficient quantities or not at all, and is usu. supplied by dietary protein

es·sen·tial·ism \-‚liz-əm\ n (1927) 1 : an educational theory that ideas and skills basic to a culture should be taught to all alike by time-tested methods — compare PROGRESSIVISM 2 : a philosophical theory ascribing ultimate reality to essence embodied in a thing perceptible to the senses — compare NOMINALISM — es·sen·tial·ist \-ləst\ adj or n

es·sen·ti·al·i·ty \i-‚sen-chē-'al-ət-ē\ n, pl -ties (1616) 1 a : essential nature : ESSENCE b : an essential quality, property, or aspect 2 : the quality or state of being essential ⟨the ~ of freedom and justice —P G Hoffman⟩

es·sen·tial·ize \i-'sen-chə-‚līz\ vt -ized; -iz·ing (1913) : to express or formulate in essential form : reduce to essentials

essential oil n (1674) : any of a class of volatile oils that impart the characteristic odors to plants and are used esp. in perfumes and flavorings — compare FIXED OIL

es·soin \is-'ȯin\ n [ME essoine, fr. MF, fr. ML essonium, fr. L ex- + LL sonium care, worry] (14c) 1 : an excuse for not appearing in an English law court at the appointed time 2 obs : EXCUSE DELAY

es·so·nite \'es-ə-‚nīt\ n [F, fr. Gk hēsson inferior; fr. its being less hard than true hyacinth] (1820) : a yellow to brown garnet

¹-est \əst, ist\ adj suffix or adv suffix [ME, fr. OE -st, -est, -ost; akin to OHG -isto (adj. superl. suffix), Gk -istos] — used to form the superlative degree of adjectives and adverbs of one syllable ⟨fattest⟩ ⟨latest⟩, of some adjectives and adverbs of two syllables ⟨luckiest⟩ ⟨oftenest⟩, and less often of longer ones ⟨beggarliest⟩

²-est \əst, ist\ or -st \st\ vb suffix [ME, fr. OE -est, -ast, -st; akin to OHG -ist, -ōst, -ēst, 2d sing. ending] — used to form the archaic 2d person singular of English verbs (with thou) ⟨gettest⟩ ⟨didst⟩

es·tab·lish \is-'tab-lish\ vt [ME establissen, fr. MF establiss-, stem of establir, fr. L stabilire, fr. stabilis stable] (15c) 1 a : to make firm or stable b : to introduce and cause to grow and multiply ⟨~ grass on pasturelands⟩ 2 : to institute (as a law) permanently by enactment or agreement 3 obs : SETTLE 7 4 a : to bring into existence : FOUND ⟨~ed a republic⟩ b : BRING ABOUT, EFFECT ⟨~ed friendly relations⟩ 5 a : to put on a firm basis : SET UP ⟨~ his son in business⟩ b : to put into a favorable position c : to gain full recognition or acceptance of ⟨the performance ~ed her as a good actress⟩ 6 : to make (a church) a national institution 7 : to put beyond doubt : PROVE ⟨~ed my innocence⟩

established church n (1660) : a church recognized by law as the official church of a nation and supported by civil authority

es·tab·lish·ment \is-'tab-lish-mənt\ n (15c) 1 : something established: as a : a settled arrangement; esp : a code of laws b : ESTABLISHED CHURCH c : a permanent civil or military organization d : a place of business or residence with its furnishings and staff e : a public or private institution 2 : an established order of society: as a often cap : a group of social, economic, and political leaders who form a ruling class (as of a nation) b often cap : a controlling group ⟨the literary ~⟩ 3 a : the act of establishing b : the state of being established

es·tab·lish·men·tar·i·an \is-‚tab-lish-mən-'ter-ē-ən, -‚men-\ adj (1847) : of, relating to, or favoring the social or political establishment — establishmentarian n — es·tab·lish·men·tar·i·an·ism \-‚ē-ə-‚niz-əm\ n

es·ta·mi·net \e-stä-mē-nā\ n, pl -nets \-nā(z)\ [F] (1814) : a small café : BISTRO

es·tate \is-'tāt\ n [ME estat, fr. OF — more at STATE] (13c) 1 : STATE, CONDITION 2 : social standing or rank esp of a high order 3 : a social or political class; specif : one of the great classes (as the nobility, the clergy, and the commons) formerly vested with distinct political powers 4 a : the degree, quality, nature, and extent of one's interest in land or other property b (1) : POSSESSIONS, PROPERTY; esp : a person's property in land and tenements ⟨a man of small ~⟩ (2) : the assets and liabilities left by a person at death c : a landed property usu with a large house on it 5 Brit : ESTATE CAR

estate agent n, Brit (1880) : a real estate broker or manager

estate car n, Brit (1950) : STATION WAGON

estate tax n (ca. 1910) : an excise in the form of a percentage of the net estate that is levied on the privilege of an owner of property of transmitting his property to others after his death — compare INHERITANCE TAX 1

¹es·teem \is-'tēm\ n (14c) 1 archaic : WORTH, VALUE 2 archaic : OPINION, JUDGMENT 3 : the regard in which one is held; esp : high regard ⟨the ~ we all feel for her⟩

²esteem vt [ME estemen to estimate, fr. MF estimer, fr. L aestimare] (15c) 1 archaic : APPRAISE 2 a : to view as : CONSIDER ⟨~ it a privilege⟩ b : THINK, BELIEVE 3 : to set a high value on : regard highly and prize accordingly syn see REGARD

es·ter \'es-tər\ n [G, fr. essigäther ethyl acetate, fr. essig vinegar (fr. OHG ezzih, fr. L acetum) + äther ether — more at ACETIC] (ca. 1852) : any of a class of often fragrant compounds formed by the reaction between an acid and an alcohol usu. with elimination of water

es·ter·ase \'es-tə-‚rās, -‚rāz\ n (1910) : an enzyme that accelerates the hydrolysis or synthesis of esters

es·ter·i·fy \e-'ster-ə-‚fī\ vt -fied; -fy·ing (ca. 1905) : to convert into an ester — es·ter·i·fi·ca·tion \-‚ster-ə-fə-'kā-shən\ n

Es·ther \'es-tər\ n [L, fr. Heb Estēr] 1 : the Jewish heroine of the Old Testament book of Esther 2 : a narrative book of canonical Jewish and Christian Scripture — see BIBLE table

es·the·sia \es-'thē-zh(ē-)ə\ n [NL, back-formation fr. anesthesia] (1879) : capacity for sensation and feeling : SENSIBILITY

esthesio- or aesthesio- comb form [Gk aisthēsis] : sensation ⟨esthesiology⟩

es·the·sis \es-'thē-səs\ n [NL, fr. Gk aisthēsis fr. aisthanesthai to perceive — more at AUDIBLE] (ca. 1851) : SENSATION esp : rudimentary sensation

esthete, esthetic, esthetician, estheticism, esthetics var of AESTHETE, AESTHETIC, AESTHETICIAN, AESTHETICISM, AESTHETICS

es·ti·ma·ble \'es-tə-mə-bəl\ adj (15c) 1 : capable of being estimated 2 archaic : VALUABLE 3 : worthy of esteem — es·ti·ma·ble·ness n

¹es·ti·mate \'es-tə-‚māt\ vt -mat·ed; -mat·ing [L aestimatus, pp. of aestimare to value, estimate, fr. aes copper — more at ORE] (1532) 1 archaic a : ESTEEM b : APPRAISE 2 a : to judge tentatively or approximately the value, worth, or significance of b : to determine roughly



\ə\ abut \ˈ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th̥\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \ä, k, ⁿ, œ, ǖ, ue, ᵫ, '\ see Guide to Pronunciation

TA    156

**im·preg·na·ble** \im-'preg-nə-bəl\ adj [ME imprenable, fr. MF, fr. in- + prenable vulnerable to capture, fr. prendre to take — more at PRIZE] (15c) 1 : incapable of being taken by assault : UNCONQUERABLE 2 : UNASSAILABLE; also : IMPENETRABLE — **im·preg·na·bil·i·ty** \(,)im-,preg-nə-'bil-ət-ē\ n — **im·preg·na·ble·ness** \im-'preg-nə-bəl-nəs\ n — **im·preg·na·bly** \-blē\ adv

**im·preg·nant** \im-'preg-nənt\ n (1926) : a substance used for impregnating another substance

¹**im·preg·nate** \im-'preg-,nāt, 'im-,\ vt -nat·ed; -nat·ing [LL impraegnatus, pp. of impraegnare, fr. L in- + praegnas pregnant] (1605) 1 a : to cause to be filled, imbued, permeated, or saturated  b : to permeate thoroughly  2 : to make pregnant : FERTILIZE  syn see SOAK — **im·preg·na·tion** \(,)im-,preg-'nā-shən\ n — **im·preg·na·tor** \im-'preg-,nāt-ər, 'im-,\ n

²**im·preg·nate** \im-'preg-nət\ adj (1646) : being filled or saturated

**im·pre·sa** \im-'prā-zə, -sə\ n [It, lit , undertaking] (1588) : a device with a motto used in the 16th and 17th centuries; broadly : EMBLEM

**im·pre·sa·rio** \,im-prə-'sär-ē-,ō, -'sar-, -'zär-\ n, pl -ri·os [It, fr. impresa undertaking, fr. imprendere to undertake, fr. (assumed) VL imprehendere — more at EMPRISE] (1746) 1 : the promoter, manager, or conductor of an opera or concert company  2 : one who puts on or sponsors an entertainment (as a television show or sports event)  3 : MANAGER, DIRECTOR

¹**im·press** \im-'pres\ vb [ME impressen, fr. L impressus, pp. of imprimere, fr. in- + premere to press — more at PRESS] vt (14c) 1 a : to apply with pressure so as to imprint  b : to produce (as a mark) by pressure  c : to mark by or as if by pressure or stamping  2 a : to produce a vivid impression of  b : to affect esp. forcibly or deeply : INFLUENCE  3 a : TRANSFER, TRANSMIT  b : to transmit (force or motion) by pressure; esp : to apply (as voltage) to a circuit from an outside source ~ vi : to produce an impression  syn see AFFECT

²**im·press** \'im-,pres also im-'\ n (1590) 1 a : a characteristic or distinctive mark : STAMP ⟨the ~ of a fresh and vital intelligence is stamped ... in his work —Lytton Strachey⟩  2 : IMPRESSION, EFFECT ⟨have an ~ on history⟩  3 : the act of impressing  4 a : a mark made by pressure : IMPRINT  b : an image of something formed by or as if by pressure; esp : SEAL  c : a product of pressure or influence

³**im·press** \im-'pres\ vt [in- + press] (1596) 1 : to levy or take by force for public service; esp : to force into naval service  2 a : to procure or enlist by forcible persuasion  b : FORCE ⟨~ed him into a white coat for the Christmas festivities —Nancy Hale⟩

⁴**im·press** \'im-,pres also im-'\ n (1602) : IMPRESSMENT

**im·press·ible** \im-'pres-ə-bəl\ adj (15c) : capable of being impressed : SENSITIVE — **im·press·ibil·i·ty** \-,pres-ə-'bil-ət-ē\ n — **im·press·ibly** \'pres-ə-blē\ adv

**im·pres·sion** \im-'presh-ən\ n (14c) 1 : the act of impressing: as  a : an affecting by stamping or pressing  b : a communicating of a mold, trait, or character by an external force or influence  2 : the effect produced by impressing: as  a : a stamp, form, or figure resulting from physical contact  b : an imprint of the teeth and adjacent portions of the jaw for use in dentistry  c : an esp marked influence or effect on feeling, sense, or mind  3 a : a characteristic, trait, or feature resulting from some influence ⟨the ~ on behavior produced by the social milieu⟩  b : an effect of alteration or improvement ⟨the settlement left little ~ on the wilderness⟩  c : a telling image impressed on the senses or the mind  4 a : the amount of pressure with which an inked printing surface deposits its ink on the paper  b : one instance of the meeting of a printing surface and the material being printed; also : a single print or copy so made  c : all the copies (as of a book) printed in one continuous operation from a single makeready  5 : a usu. indistinct or imprecise notion or remembrance  6 a : the first coat of color in painting  b : a coat of paint for ornament or preservation  7 : an imitation or representation of salient features in an artistic or theatrical medium; esp : an imitation in caricature of a noted personality as a form of theatrical entertainment  syn see IDEA

**im·pres·sion·able** \im-'presh-(ə-)nə-bəl\ adj (1836) : capable of being easily impressed — **im·pres·sion·abil·i·ty** \-,presh-(ə-)nə-'bil-ət-ē\ n

**im·pres·sion·ism** \im-'presh-ə-,niz-əm\ n (1882) 1 often cap : a theory or practice in painting esp. among French painters of about 1870 of depicting the natural appearances of objects by means of dabs or strokes of primary unmixed colors in order to simulate actual reflected light  2 a : the depiction of scene, emotion, or character by details intended to achieve a vividness or effectiveness more by evoking subjective and sensory impressions than by recreating an objective reality  b : a style of musical composition designed to create subtle moods and impressions

**im·pres·sion·ist** \im-'presh-(ə-)nəst\ n (1881) 1 often cap : one (as a painter) who practices or adheres to the theories of impressionism  2 : an entertainer who does impressions

**im·pres·sion·is·tic** \(,)im-,presh-ə-'nis-tik\ adj (1886) 1 or **im·pres·sion·ist** \im-'presh-(ə-)nəst\ : of, relating to, or constituting impressionism  2 : based on or involving impression as distinct from knowledge or fact ⟨intuitions and ~ anecdotal accounts —Sidney Hook⟩ — **im·pres·sion·is·ti·cal·ly** \(,)im-,presh-ə-'nis-ti-k(ə-)lē\ adv

**im·pres·sive** \im-'pres-iv\ adj (1598) : making or tending to make a marked impression  syn see MOVING — **im·pres·sive·ly** adv — **im·pres·sive·ness** n

**im·press·ment** \im-'pres-mənt\ n (1787) : the act of seizing for public use or of impressing into public service

**im·pres·sure** \im-'presh-ər\ n. archaic (1600) : a mark made by pressure : IMPRESSION

**im·prest** \'im-,prest\ n [obs. imprest (to lend), prob. fr. It imprestare] (1568) : a loan or advance of money

**im·pri·ma·tur** \,im-prə-'mä-,tü(ə)r, im-'prim-ə-,t(y)ü(ə)r\ n [NL, let it be printed, fr. imprimere to print, fr. L. to imprint, impress — more at IMPRESS] (1640) 1 a : a license to print or publish esp by Roman Catholic episcopal authority  b : approval of a publication under circumstances of official censorship  2 a : SANCTION, APPROVAL  b : IMPRINT  c : a mark of approval or distinction

**im·pri·mis** \im-'prī-məs, -'prē-\ adv [ME imprimis, fr. L in primis among the first (things)] (15c) : in the first place — used to introduce a list of items or considerations

¹**im·print** \im-'print, 'im-,\ vt (14c) 1 : to mark by or as if by pressure : IMPRESS  2 a : to fix indelibly or permanently (as on the memory)  b : to subject to or induce by imprinting ⟨an ~ed preference⟩ ~ vi : to undergo imprinting — **im·print·er** \-ər\ n

²**im·print** \'im-,print\ n [MF empreinte, fr. fem of empreint, pp. of empreindre to imprint, fr. L imprimere] (15c) : something imprinted or printed: as  a : a mark or depression made by pressure ⟨the fossil ~ of a dinosaur's foot⟩  b : an identifying name (as of a publisher) placed conspicuously on a product (as at the foot of the title page of a book); also : the name under which a publisher issues books  c : an indelible distinguishing effect or influence

**im·print·ing** \im-'print-iŋ, im-'\ n (ca 1937) : a rapid learning process that takes place early in the life of a social animal (as a greylag goose) and establishes a behavior pattern (as recognition of and attraction to its own kind or a substitute)

**im·pris·on** \im-'priz-ᵊn\ vt [ME imprisonen, fr. OF emprisoner, fr. en- + prison prison] (14c) : to put in or as if in prison : CONFINE — **im·pris·on·able** \-'priz-ⁿə-bəl, -'priz-nə-\ adj — **im·pris·on·ment** \im-'priz-ⁿ-mənt\ n

**im·prob·a·ble** \(')im-'präb-(ə)-bəl\ adj [MF or L; MF, fr. L improbabilis, fr. in- + probabilis probable] (1598) : unlikely to be true or to occur; also : unlikely but real or true — **im·prob·a·bil·i·ty** \(,)im-,präb-ə-'bil-ət-ē\ n — **im·prob·a·bly** \(')im-'präb-(ə)-blē\ adv

¹**im·promp·tu** \im-'präm(p)-(,)t(y)ü\ n [F, fr impromptu extemporaneously, fr. L in promptu in readiness] (1683) 1 : something that is impromptu  2 : a musical composition suggesting improvisation

²**impromptu** adj (1764) 1 : made, done, or formed on or as if on the spur of the moment : IMPROVISED  2 : composed or uttered without previous preparation : EXTEMPORANEOUS — **impromptu** adv

**im·prop·er** \(')im-'präp-ər\ adj [MF impropre, fr. L improprius, fr. in- + proprius proper] (15c) : not proper: as  a : not in accord with fact, truth, or right procedure : INCORRECT ⟨~ inference⟩  b : not regularly or normally formed or not properly so called  c : not suited to the circumstances, design, or end ⟨~ medicine⟩  d : not in accord with propriety, modesty, good manners, or good taste  syn see INDECOROUS — **im·prop·er·ly** adv — **im·prop·er·ness** n

**improper fraction** n (1542) : a fraction whose numerator is equal to, larger than, or of equal or higher degree than the denominator

**improper integral** n (ca 1942) : a definite integral whose region of integration is unbounded or includes a point at which the integrand is undefined or tends to infinity

**im·pro·pri·ety** \,im-p(r)ə-'prī-ət-ē\ n, pl -eties [F or LL; F impropriété, fr. LL improprietat-, improprietas, fr. L improprius] (1611) 1 : the quality or state of being improper  2 : an improper or indecorous act or remark; esp : an unacceptable use of a word or of language

**im·prov·able** \im-'prü-və-bəl\ adj (1646) : capable of improving or being improved — **im·prov·abil·i·ty** \-,prü-və-'bil-ət-ē\ n — **im·prov·ably** \-'prü-və-blē\ adv

**im·prove** \im-'prüv\ vb im·proved; im·prov·ing [AF emprouer to invest profitably, fr. OF en- + prou advantage, fr. LL prode — more at PROUD] vt (15c) 1 a : to enhance in value or quality : make better  b : to increase the value of (land or property) by betterment (as cultivation or the erection of buildings)  c : to grade and drain (a road) and apply surfacing material other than pavement  2 archaic : EMPLOY, USE  3 : to use to good purpose ~ vi  1 : to advance or make progress in what is desirable  2 : to make useful additions or amendments — **im·prov·er** n

**im·prove·ment** \im-'prüv-mənt\ n (15c) 1 : the act or process of improving  2 a : the state of being improved; esp : enhanced value or excellence  b : an instance of such improvement : something that enhances value or excellence

**im·prov·i·dence** \(')im-'präv-əd-ən(t)s, -ə-,den(t)s\ n (15c) : the quality or state of being improvident

**im·prov·i·dent** \-əd-ənt, -ə-,dent\ adj [LL improvident-, improvidens, fr. L in- + provident-, providens provident] (1514) : not provident : not foreseeing and providing for the future — **im·prov·i·dent·ly** adv

**im·pro·vi·sa·tion** \(,)im-,präv-ə-'zā-shən, ,im-prə-və- also ,im-,prō-(,)vi-\ n (1786) 1 : the act or art of improvising  2 : something (as a musical or dramatic composition) improvised — **im·pro·vi·sa·tion·al** \-shnəl, -shən-ᵊl\ adj — **im·pro·vi·sa·tion·al·ly** \-ē\ adv

**im·pro·vi·sa·tor** \im-'präv-ə-,zāt-ər\ n (1795) : one that improvises — **im·prov·i·sa·to·ri·al** \(,)im-,präv-ə-zə-'tōr-ē-əl, -'tor-\ adj — **im·pro·vi·sa·to·ry** \im-'präv-ə-zə-,tōr-ē, ,im-prə-'vi-zə-, -,tor-\ adj

**im·pro·vi·sa·to·re** \(,)im-,präv-ə-zə-'tōr-ē, ,im-prə-,vē-zə-, -'tor-\ n, pl -to·ri \-'tōr-ē, -'tor-\ or -tores [It improvvisatore, fr. improvvisare] (ca 1765) : one that improvises (as verse) usu. extemporaneously

**im·pro·vise** \,im-prə-'vīz, 'im-prə-,\ vb -vised; -vis·ing [F improviser, fr. It improvvisare, fr. improvviso sudden, fr. L improvisus, lit.. unforeseen, fr. in- + provisus, pp. of providēre to see ahead — more at PROVIDE] vt (1826) 1 : to compose, recite, play. or sing extemporaneously  2 : to make. invent, or arrange offhand  3 : to fabricate out of what is conveniently on hand ~ vi : to improvise something — **im·pro·vis·er** or **im·pro·vi·sor** \-'vī-zər, -,vī-\ n

**im·pru·dence** \(')im-'prüd-ⁿ(t)s\ n (15c) 1 : the quality or state of being imprudent  2 : an imprudent act

**im·pru·dent** \-ⁿnt\ adj [ME, fr. L imprudent-, imprudens, fr. in- + prudent-, prudens prudent] (14c) : not prudent : lacking discretion — **im·pru·dent·ly** adv

**im·pu·dence** \'im-pyəd-ən(t)s\ n (14c) : the quality or state of being impudent

**im·pu·dent** \-ənt\ adj [ME, fr. L impudent-, impudens, fr. in- + pudent-, pudens. prp. of pudēre to feel shame] (14c) 1 obs : lacking modesty  2 : marked by contemptuous or cocky boldness or disregard of others : INSOLENT — **im·pu·dent·ly** adv

**im·pu·dic·i·ty** \,im-pyü-'dis-ət-ē\ n (1528) : lack of modesty : SHAMELESSNESS

**im·pugn** \im-'pyün\ vt [ME impugnen. fr. MF impugner, fr. L inpugnare, fr. in- + pugnare to fight — more at PUGNACIOUS] (14c) 1 obs  a : ASSAIL  b : RESIST  2 : to assail by words or arguments : oppose or attack as false or lacking integrity — **im·pugn·able** \-'pyü-nə-bəl\ adj — **im·pugn·er** \-nər\ n

**im·puis·sance** \(')im-'pwis-ⁿ(t)s, (')im-'pyü-ə-sən(t)s; ,im-pyü-'is-ᵊn(t)s\ n [ME, fr. MF, fr in- + puissance puissance, power] (15c) : WEAKNESS. POWERLESSNESS

**im·puis·sant** \-ᵊnt, -sənt\ adj [F] (1629) : WEAK. POWERLESS

in·tel·lec·tive \-'ek-tiv\ *adj* (15c) : having, relating to, or belonging to the intellect : RATIONAL — **in·tel·lec·tive·ly** *adv*

¹in·tel·lec·tu·al \,int-ᵊl-'ek-ch(ə-w)əl, -'eksh-wəl\ *adj* (14c) 1 a : of or relating to the intellect or its use  b : developed or chiefly guided by the intellect rather than by emotion or experience : RATIONAL  c : requiring use of the intellect  2 a : given to study, reflection, and speculation  b : engaged in activity requiring the creative use of the intellect — **in·tel·lec·tu·al·i·ty** \-,ek-chə-'wal-ət-ē\ *n* — **in·tel·lec·tu·al·ly** \-'ek-chə-(wə-)lē, -'eksh-wə-lē\ *adv* — **in·tel·lec·tu·al·ness** \-'ek-ch(ə-w)əl-nəs, -'eksh-wəl-\ *n*

²intellectual *n* (1599) 1 *pl. archaic* : intellectual powers  2 : an intellectual person

in·tel·lec·tu·al·ism \,int-ᵊl-'ek-chə(-wə-),liz-əm, -'eksh-wə-\ *n* (1838) : devotion to the exercise of intellect or to intellectual pursuits — **in·tel·lec·tu·al·ist** \-ləst\ *n* — **in·tel·lec·tu·al·is·tic** \-,ek-chə(-wə)-'lis-tik-, -,eksh-wə-\ *adj*

in·tel·lec·tu·al·ize \,int-ᵊl-'ek-chə(-wə-),līz, -'eksh-wə-\ *vt* -ized; -iz·ing (1819) : to give rational form or content to — **in·tel·lec·tu·al·iza·tion** \-,ek-chə(-wə)-lə-'zā-shən, -,eksh-wə-\ *n* — **in·tel·lec·tu·al·iz·er** \-'ek-chə(-wə)-,lī-zər, -'eksh-wə-\ *n*

in·tel·li·gence \in-'tel-ə-jən(t)s\ *n* [ME, fr. MF, fr. L *intelligentia*, fr. *intelligent-, intelligens* intelligent] (14c) 1 a (1) : the ability to learn or understand or to deal with new or trying situations : REASON; *also* : the skilled use of reason  (2) : the ability to apply knowledge to manipulate one's environment or to think abstractly as measured by objective criteria (as tests)  b *Christian Science* : the basic eternal quality of divine Mind  c : mental acuteness : SHREWDNESS  2 a : an intelligent entity; *esp* : ANGEL  b : intelligent minds or mind ⟨cosmic ~⟩  3 : the act of understanding : COMPREHENSION  4 a : INFORMATION, NEWS  b : information concerning an enemy or possible enemy or an area; *also* : an agency engaged in obtaining such information

intelligence quotient *n* (1916) : a number used to express the apparent relative intelligence of a person determined by dividing his mental age as reported on a standardized test by his chronological age and multiplying by 100

in·tel·li·genc·er \in-'tel-ə-jən-sər, -'ə-,jen(t)-, -əl-ə-'\ *n* (1581) 1 : a secret agent : SPY  2 : a bringer of news : REPORTER

intelligence test *n* (1914) : a test designed to determine the relative mental capacity of a person

in·tel·li·gent \in-'tel-ə-jənt\ *adj* [L *intelligent-, intelligens*, prp. of *intelligere, intellegere* to understand, fr. *inter-* + *legere* to gather, select — more at LEGEND] (1509) 1 a : having or indicating a high or satisfactory degree of intelligence and mental capacity  b : revealing or reflecting good judgment or sound thought : SKILLFUL  2 : possessing intelligence  b : guided or directed by intellect : RATIONAL  3 : able to perform computer functions (an ~ terminal); *also* : able to convert digital information to hard copy ⟨an ~ copier⟩ — **in·tel·li·gen·tial** \-,tel-ə-'jen-chəl\ *adj* — **in·tel·li·gent·ly** \-'tel-ə-jənt-lē\ *adv*

*syn* INTELLIGENT, CLEVER, ALERT, QUICK-WITTED mean mentally keen or quick. INTELLIGENT stresses success in coping with new situations and solving problems; CLEVER implies native ability or aptness and sometimes suggests a lack of more substantial qualities; ALERT stresses quickness in perceiving and understanding; QUICK-WITTED implies promptness in finding answers in debate or in devising expedients in moments of danger or challenge.

in·tel·li·gen·tsia \in-,tel-ə-'jen(t)-sē-ə, -'gen(t)-\ *n* [Russ *intelligentsiya*, fr. L *intelligentia* intelligence] (1907) : intellectuals who form an artistic, social, or political vanguard or elite

in·tel·li·gi·ble \in-'tel-ə-jə-bəl\ *adj* [ME, fr. L *intelligibilis*, fr. *intelligere*] (14c) 1 : apprehensible by the intellect only  2 : capable of being understood or comprehended — **in·tel·li·gi·bil·i·ty** \-,tel-ə-jə-'bil-ət-ē\ *n* — **in·tel·li·gi·ble·ness** \-'tel-ə-jə-bəl-nəs\ *n* — **in·tel·li·gi·bly** \-blē\ *adv*

in·tem·per·ance \(')in-'tem-p(ə-)rən(t)s\ *n* (15c) : lack of moderation; *esp* : habitual or excessive drinking of intoxicants

in·tem·per·ate \-p(ə-)rət\ *adj* [ME *intemperat*, fr. L *intemperatus*, fr. *in-* + *temperatus*, pp. of *temperare* to temper] (14c) : not temperate; *esp* : given to excessive use of intoxicating liquors — **in·tem·per·ate·ly** *adv* — **in·tem·per·ate·ness** *n*

in·tend \in-'tend\ *vb* [ME *entenden, intenden*, fr. MF *entendre* to purpose, fr. L *intendere* to stretch out, to purpose, fr. *in-* + *tendere* to stretch — more at THIN] *vt* (14c) 1 a : to have in mind as a purpose or goal : PLAN  b : to design for a specified use or future  2 a : SIGNIFY, MEAN  b : to refer to  3 *archaic* : to proceed on (a course)  4 : to direct the mind on ~ *vi, archaic* : SET OUT, START — **in·tend·er** *n*

in·ten·dance \in-'ten-dən(t)s\ *n* (1739) 1 : MANAGEMENT, SUPERINTENDENCE  2 : an administrative department

in·ten·dant \-dənt\ *n* [F, fr. MF, fr. L *intendent-, intendens*, prp. of *intendere* to intend, attend] (1652) : an administrative official (as a governor) esp. under the French, Spanish, or Portuguese monarchies

¹in·tend·ed *adj* (1586) 1 : expected to be such in the future ⟨an ~ career⟩ ⟨his ~ bride⟩  2 : INTENTIONAL — **in·tend·ed·ly** *adv* — **in·tend·ed·ness** *n*

²intended *n* (1767) : the person to whom another is engaged : a fiancé or fiancée

in·tend·ing *adj* (1788) : PROSPECTIVE, ASPIRING ⟨an ~ teacher⟩

in·tend·ment \in-'ten(d)-mənt\ *n* (14c) : the true meaning or intention esp. of a law

in·ten·er·ate \in-'ten-ə-,rāt\ *vt* -at·ed; -at·ing [²*in-* + L *tener* soft, tender — more at TENDER] (1595) : to make tender : SOFTEN — **in·ten·er·a·tion** \-,ten-ə-'rā-shən\ *n*

in·tense \in-'ten(t)s\ *adj* [ME, fr. MF, fr. L *intensus*, fr. pp. of *intendere* to stretch out] (15c) 1 a : existing in an extreme degree  b : having or showing a characteristic in extreme degree  c : very large : CONSIDERABLE  2 : strained or straining to the utmost  3 a : feeling deeply esp. by nature or temperament  b : deeply felt — **in·tense·ly** *adv* — **in·tense·ness** *n*

in·ten·si·fi·er \in-'ten(t)-sə-,fī(-ə)r\ *n* (1835) : one that intensifies; *esp* : INTENSIVE

in·ten·si·fy \in-'ten(t)-sə-,fī\ *vb* -fied; -fy·ing *vt* (1817) 1 : to make intense or more intensive : STRENGTHEN  2 a : to increase the density and contrast of (a photographic image) by chemical treatment  b : to make more acute : SHARPEN ~ *vi* : to become intense or more intensive  b : grow stronger or more acute — **in·ten·si·fi·ca·tion** \-,ten(t)-(ə-)fə-'kā-shən\ *n*

*syn* INTENSIFY, AGGRAVATE, HEIGHTEN, ENHANCE mean to increase markedly in measure or degree. INTENSIFY implies a deepening or strengthening of a thing or of its characteristic quality; AGGRAVATE implies an increasing in gravity or seriousness, esp the worsening of something already bad or undesirable; HEIGHTEN suggests a lifting above the ordinary or accustomed; ENHANCE implies a raising or strengthening above the normal in desirability, value, or attractiveness.

in·ten·sion \in-'ten-chən\ *n* (1604) 1 : INTENSITY  2 : CONNOTATION  3 — **in·ten·sion·al** \-'tench-nəl, -'ten-chən-ᵊl\ *adj* — **in·ten·sion·al·ly** \-ē\ *adv*

in·ten·si·ty \in-'ten(t)-sət-ē\ *n, pl* -ties (1665) 1 : the quality or state of being intense; *esp* : extreme degree of strength, force, energy, or feeling  2 : the magnitude of force or energy per unit (as of surface, charge, mass, or time)  3 : SATURATION 4a

¹in·ten·sive \in-'ten(t)-siv\ *adj* (15c) : of, relating to, or marked by intensity or intensification: as  a : highly concentrated ⟨~ study⟩  b : tending to strengthen or increase; *esp* : tending to give force or emphasis ⟨~ adverb⟩  c : constituting or relating to a method designed to increase productivity by the expenditure of more capital and labor rather than by increase in scope ⟨~ farming⟩ — **in·ten·sive·ly** *adv* — **in·ten·sive·ness** *n*

²intensive *n* (1813) : an intensive linguistic element

intensive care *adj* (1963) : having special medical facilities, services, and monitoring devices to meet the needs of gravely ill patients ⟨an *intensive care* unit⟩ — **intensive care** *n*

¹in·tent \in-'tent\ *n* [ME *entent*, fr. OF, fr. LL *intentus*, fr. L, act of stretching out, fr. *intentus*, pp. of *intendere*] (13c) 1 a : the act or fact of intending : PURPOSE  b : the state of mind with which an act is done : VOLITION  2 : a usu. clearly formulated or planned intention : AIM  3 a : MEANING, SIGNIFICANCE  b : CONNOTATION  3 *syn* see INTENTION

²intent *adj* [L *intentus*, fr. pp. of *intendere*] (14c) 1 : directed with strained or eager attention : CONCENTRATED  2 : having the mind, attention, or will concentrated on something or some end or purpose ⟨~ on their work⟩ — **in·tent·ly** *adv* — **in·tent·ness** *n*

in·ten·tion \in-'ten-chən\ *n* (14c) 1 : a determination to act in a certain way : RESOLVE  2 : IMPORT, SIGNIFICANCE  3 a : what one intends to do or bring about  b : the object for which a prayer, mass, or pious act is offered  4 : a process or manner of healing of incised wounds  5 : CONCEPT; *esp* : a concept considered as the product of attention directed to an object of knowledge  6 *pl* : purpose with respect to marriage

*syn* INTENTION, INTENT, PURPOSE, DESIGN, AIM, END, OBJECT, OBJECTIVE, GOAL mean what one purposes to accomplish or attain. INTENTION implies little more than what one has in mind to do or bring about; INTENT suggests clearer formulation or greater deliberateness; PURPOSE suggests a more settled determination; DESIGN implies a more carefully calculated plan; AIM adds to these implications of effort directed toward attaining or accomplishing; END stresses the intended effect of action often in distinction or contrast to the action or means as such; OBJECT may equal END but more often applies to a more individually determined wish or need; OBJECTIVE implies something tangible and immediately attainable; GOAL suggests something attained only by prolonged effort and hardship.

in·ten·tion·al \in-'tench-nəl, -'ten-chən-ᵊl\ *adj* (1677) 1 : done by intention or design : INTENDED ⟨~ damage⟩  2 a : of or relating to epistemological intention  b : having external reference  *syn* see VOLUNTARY — **in·ten·tion·al·i·ty** \-,ten-chə-'nal-ət-ē\ *n* — **in·ten·tion·al·ly** \in-'tench-nə-lē, -'ten-chən-ᵊl-ē\ *adv*

in·ter \in-'tər\ *vt* in·terred; in·ter·ring [ME *enteren*, fr. MF *enterrer*, fr. (assumed) VL *interrare*, fr. *in-* + L *terra* earth — more at TERRACE] (14c) : to deposit (a dead body) in the earth or in a tomb

**inter-** *prefix* [ME *inter-, enter-*, fr. MF & L; MF *inter-, entre-*, fr. L *inter-*, fr. *inter*; akin to OHG *untar* between, among, Gk *enteron* intestine, OE *in* in]  1 : between : among : in the midst ⟨intercrop⟩ ⟨interpenetrate⟩ ⟨interstellar⟩  2 : reciprocal ⟨interrelation⟩ : reciprocally ⟨intermarry⟩  3 : located between ⟨interface⟩  4 : carried on between ⟨international⟩  5 : occurring between ⟨interborough⟩ : intervening ⟨interglacial⟩  6 : shared by or derived from two or more ⟨interfaith⟩  7 : between the limits of : within ⟨intertropical⟩  8 : existing between ⟨intercommunal⟩ ⟨intercompany⟩

| | | |
|---|---|---|
| in·ter-Af·ri·can | in·ter·chro·mo·som·al | in·ter·cul·ture |
| in·ter·age | in·ter·church | in·ter·deal·er |
| in·ter·agen·cy | in·ter·city | in·ter·de·pend |
| in·ter·al·le·lic | in·ter·clan | in·ter·de·pen·dence |
| in·ter·Amer·i·can | in·ter·class | in·ter·de·pen·den·cy |
| in·ter·an·i·ma·tion | in·ter·club | in·ter·de·pen·dent |
| in·ter·an·nu·al | in·ter·clus·ter | in·ter·de·pen·dent·ly |
| in·ter·as·so·ci·a·tion | in·ter·coast·al | in·ter·di·a·lec·tal |
| in·ter·avail·abil·i·ty | in·ter·co·lo·nial | in·ter·dis·trict |
| in·ter·bank | in·ter·com·mu·nal | in·ter·di·vi·sion·al |
| in·ter·ba·sin | in·ter·com·mu·ni·ty | in·ter·do·min·ion |
| in·ter·bed | in·ter·com·pa·ny | in·ter·ec·cle·si·as·ti·cal |
| in·ter·be·hav·ior | in·ter·com·pare | in·ter·elec·trode |
| in·ter·be·hav·ior·al | in·ter·com·par·i·son | in·ter·elec·tron |
| in·ter·bor·ough | in·ter·com·pre·hen·si·bil·i·ty | in·ter·elec·tron·ic |
| in·ter·branch | in·ter·cor·po·rate | in·ter·el·e·ment |
| in·ter·cal·i·bra·tion | in·ter·cor·re·late | in·ter·en·vi·ron·men·tal |
| in·ter·cam·pus | in·ter·cor·re·la·tion | in·ter·ep·i·dem·ic |
| in·ter·Ca·rib·be·an | in·ter·cor·ti·cal | in·ter·eth·nic |
| in·ter·caste | in·ter·coun·try | in·ter·fac·ul·ty |
| in·ter·cel·e·bra·tion | in·ter·coun·ty | in·ter·fa·mil·ial |
| in·ter·cell | in·ter·cou·ple | in·ter·fam·i·ly |
| in·ter·cel·lu·lar | in·ter·cra·ter | in·ter·fi·ber |
| in·ter·cel·lu·lar·ly | in·ter·crys·tal·line | in·ter·firm |
| in·ter·chain | in·ter·cul·tur·al | in·ter·flow |
| in·ter·chan·nel | in·ter·cul·tur·al·ly | in·ter·flu·vi·al |

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart
\aú\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ò\ law  \òi\ boy  \th\ thin  \t̲h\ the  \ü\ loot  \ú\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, œ̄, ue, ue̅, ⁾\ *see* Guide to Pronunciation



TA    158

*syn* see HEALTHY — **ro·bust·ly** *adv* — **ro·bust·ness** \-'bəs(t)-nəs, -(ˌ)bəs(t)-\ *n*

**ro·bus·ta coffee** \rō-ˌbəs-tə-\ *n* [NL *robusta*, specific epithet of *Coffea robusta* syn. of *Coffea canephora*] (1909) **1** : a coffee (*Coffea canephora*) that is indigenous to central Africa but has been introduced elsewhere (as in Java) **2 a** : the seed of robusta coffee **b** : coffee brewed from the seed of robusta coffee

**ro·bus·tious** \rō-'bəs-chəs\ *adj* (1548) **1** : ROBUST **2** : vigorous in a rough or unrefined way : BOISTEROUS — **ro·bus·tious·ly** *adv* — **ro·bus·tious·ness** *n*

**roc** \'räk\ *n* [Ar *rukhkh*] (1579) : a legendary bird of great size and strength believed to inhabit the Indian ocean area

**Ro·chelle salt** \rō-ˈshel-\ *n* [*La Rochelle*, France] (ca 1753) : a crystalline salt KNaC₄H₄O₆·4H₂O that is a mild purgative

**roche mou·ton·née** \ˌrōsh-ˌmüt-ᵊn-ˈā, ˈrōsh-\ *n, pl* **roches mou·ton·nées** \*same or* -ˈāz\ [F, lit., fleecy rock] (1843) : an elongate rounded ice-sculptured hillock of bedrock

**roch·et** \'räch-ət\ *n* [ME, fr MF, fr. OF, fr (assumed) OF *roc* coat, of Gmc origin; akin to OHG *roc* coat] (14c) : a white linen vestment resembling a surplice with close-fitting sleeves worn esp by bishops and privileged prelates

¹**rock** \'räk\ *vb* [ME *rokken*, fr OE *roccian*; akin to OHG *rucken* to cause to move] *vt* (bef. 12c) **1 a** : to move back and forth in or as if in a cradle **b** : to wash (placer gravel) in a cradle **2 a** : to cause to sway back and forth (a boat ~*ed* by the waves) **b** (1) : to cause to shake violently (2) : DISTURB, UPSET ~ *vi* **1** : to become moved backward and forward under impact **2** : to move oneself or itself rhythmically back and forth   *syn* see SHAKE — **rock the boat** : to do something that disturbs the equilibrium of a situation

²**rock** *n* (1823) **1** : a rocking movement **2** : popular music usu. played on electronically amplified instruments and characterized by a persistent heavily accented beat, much repetition of simple phrases, and often country, folk, and blues elements

³**rock** *n* [ME *roc*, fr. MD *rocke*; akin to OHG *rocko* distaff, *roc* coat] (14c) **1** : DISTAFF **2** : the wool or flax on a distaff

⁴**rock** *n* [ME *rokke*, fr. ONF *roque*, fr (assumed) VL *rocca*] (14c) **1 a** : large mass of stone forming a cliff, promontory, or peak **2 a** : a concreted mass of stony material; *also* : broken pieces of such masses **3** : consolidated or unconsolidated solid mineral matter; *also* : a particular mass of it **4 a** : something like a rock in firmness: (1) : FOUNDATION, SUPPORT (2) : REFUGE (a ~ of independent thought . . . in an ocean of parochialism —Thomas Molnar) **b** : something that threatens or causes disaster — often used in pl. **5 a** : a flavored stick candy with color running through **b** : ROCK CANDY 1 **6** *slang* **a** : GEM **b** : DIAMOND — **rock** *adj* — **rock-like** \'räk-ˌlīk\ *adj* — **on the rocks 1** : in or into a state of destruction or wreckage (their marriage went *on the rocks*) **2** : on ice cubes (bourbon *on the rocks*)

**rock·a·bil·ly** \'räk-ə-ˌbil-ē\ *n* [²*rock* + -*billy* (as in *hillbilly*)] (1956) : pop music marked by features of rock and country music

**rock and roll** *n* (ca. 1954) : ²ROCK 2

**rock and roller** *n* (1956) : ROCKER 3

**rock and rye** *n* (1880) : a liqueur made with rock candy, rye whiskey, fruit juice, and sometimes fruit slices

**rock·a·way** \'räk-ə-ˌwā\ *n* [perh. fr. *Rockaway*, New Jersey] (1845) : a light low four-wheel carriage with a fixed top and open sides

**rock bass** *n* (1815) **1** : a sunfish (*Ambloplites rupestris*) found esp. in the upper Mississippi valley and Great Lakes region **2 a** : STRIPED BASS **b** : any of several sea basses (genus *Paralabrax*) of the California and adjoining Mexican coast

**rock–bottom** *adj* (1866) : being the very lowest (~ off-season rates)

**rock bottom** *n* (1884) : the lowest or most fundamental part or level

**rock·bound** \'räk-ˌbaund\ *adj* (1840) : fringed, surrounded, or covered with rocks : ROCKY

**rock brake** *n* (1846) : any of several ferns that grow chiefly on or among rocks

**rock candy** *n* (1723) **1** : boiled sugar crystallized in large masses on string and used esp. in rock and rye **2** : ⁴ROCK 5a

**Rock Cornish** *n* (ca. 1956) : a crossbred domestic fowl produced by interbreeding Cornish and white Plymouth Rock fowls and used esp for small roasters

**rock crystal** *n* (1666) : transparent quartz

**rock dove** *n* (ca. 1611) : a bluish gray wild pigeon (*Columba livia*) of Europe and Asia that is the ancestor of many domesticated pigeons and of the feral pigeons found in cities and towns throughout most of the world — called also *rock pigeon*

**rock·er** \'räk-ər\ *n* (1760) **1 a** : either of two curving pieces of wood or metal on which an object (as a cradle) rocks **b** : any of various objects (as an infant's toy having a seat placed between side pieces) that rock on rockers **c** : any of various objects in the form of a rocker or with parts resembling a rocker (as a skate with a curved blade) **d** : one of the curved stripes at the lower part of a chevron worn by a noncommissioned officer above the rank of sergeant **2** : any of various devices that work with a rocking motion **3** : a rock performer, song, or enthusiast — **off one's rocker** : in a state of extreme confusion or insanity (went *off her rocker*, and had to be put away —Mervyn Wall)

**rocker arm** *n* (1860) : a center-pivoted lever to push an automotive engine valve down

**rock·ery** \'räk-(ə-)rē\ *n, pl* **-er·ies** [⁴*rock* + *-ery*] *chiefly Brit* (1845) : ROCK GARDEN

¹**rock·et** \'räk-ət, rä-'ket\ *n* [MF *roquette*, fr. OIt *rochetta*, dim. of *ruca* garden rocket, fr. L *eruca*] (ca. 1530) : any of several plants of the mustard family: as **a** : GARDEN ROCKET **b** : DAME'S VIOLET

²**rock·et** \'räk-ət\ *n, often attrib* [It *rocchetta*, lit., small distaff, fr. dim. of *rocca* distaff, of Gmc origin; akin to OHG *rocko* distaff] (1611) **1 a** : a firework consisting of a case partly filled with a combustible composition fastened to a guiding stick and projected through the air by the reaction resulting from the rearward discharge of the gases liberated by combustion **b** : such a device used as an incendiary weapon or as a propelling unit (as for a lifesaving line or a whaling harpoon) **2 a** : a jet engine that operates on the same principle as the firework rocket, consists essentially of a combustion chamber and an exhaust nozzle, carries either liquid or solid propellants which provide the fuel and oxygen needed for combustion and thus make the engine independent of the oxygen of the air, and is used esp for the propulsion of a missile (as a bomb or shell) or a vehicle (as an airplane) **3** : a rocket-propelled bomb, missile, or projectile

³**rock·et** \'räk-ət\ *vi* (1860) **1** : to rise up swiftly, spectacularly, and with force **2** : to travel rapidly in or as if in a rocket ~ *vt* : to convey by means of or as if by a rocket

**rocket bomb** *n* (ca. 1895) **1** : an aerial bomb designed for release at low altitude and equipped with a rocket apparatus for giving it added momentum **2** : a rocket-propelled bomb launched from the ground

**rock·e·teer** \ˌräk-ə-ˈti(ə)r\ *n* (1832) **1** : one who fires, pilots, or rides in a rocket **2** : a scientist who specializes in rocketry

**rocket plane** *n* (1932) : an airplane propelled by rockets or armed with rocket launchers

**rock·et·ry** \'räk-ə-trē\ *n* (1930) : the study of, experimentation with, or use of rockets

**rocket ship** *n* (1927) : a rocket-propelled craft capable of navigation beyond the earth's atmosphere

**rocket sled** *n* (1954) : a rocket-propelled vehicle that runs usu. on a single rail and that is used esp. in aeronautical experimentation

**rock·fall** \'räk-ˌfȯl\ *n* (1924) : a mass of falling or fallen rocks

**rock·fish** \-ˌfish\ *n* (1605) : any of various important market fishes that live among rocks or on rocky bottoms: as **a** : any of numerous scorpaenid fishes (esp genus *Sebastes*) **b** : STRIPED BASS **c** : any of several groupers

**rock garden** *n* (1836) : a garden laid out among rocks or decorated with rocks and adapted for the growth of particular kinds of plants (as alpines)

**rock hind** *n* (ca. 1867) : any of various spotted groupers commonly found about rocky coasts or reefs

**rock hound** *n* (1915) **1** : a specialist in geology; *esp* : one who searches for oil **2** : an amateur rock and mineral collector — **rock-hound·ing** \'räk-ˌhau̇n-diŋ\ *n*

**rock·i·ness** \'räk-ē-nəs\ *n* (ca. 1611) : the quality or state of being rocky

**rocking chair** *n* (1766) : a chair mounted on rockers

**rocking horse** *n* (1724) : a toy horse mounted on rockers — called also *hobbyhorse*

**rock·ling** \'räk-liŋ\ *n* (1602) : any of several small rather elongate marine cods (family Gadidae)

**rock lobster** *n* (ca. 1884) **1** : SPINY LOBSTER **2** : the flesh of a spiny lobster esp. when canned or frozen for use as food

**rock maple** *n* (1775) : a sugar maple (*Acer saccharum*)

**rock 'n' roll, rock 'n' roller** *var of* ROCK AND ROLL, ROCK AND ROLLER

**rock oil** *n* (1668) : PETROLEUM

**rock·oon** \rä-ˈkün\ *n* [²*rocket* + *balloon*] (1953) : a small research rocket carried to a high altitude by a balloon and then fired

**rock pigeon** *n* (ca. 1611) : ROCK DOVE

**rock rabbit** *n* (1840) **1** : HYRAX **2** : PIKA

**rock–ribbed** \'räk-ˈribd\ *adj* (1776) **1** : ROCKY **2** : firm and inflexible in doctrine or integrity (a ~ conservative community —John Hale)

**rock·rose** \'räk-ˌrōz\ *n* (ca. 1731) : any of various shrubs or woody herbs (family Cistaceae, the rockrose family) with simple entire leaves and a capsular fruit

**rock salt** *n* (1707) : common salt occurring in solid form as a mineral; *also* : salt artificially prepared in large crystals or masses

**rock·shaft** \'räk-ˌshaft\ *n* (ca 1864) : a shaft that oscillates on its journals instead of revolving

**rock tripe** *n* (1854) : any of various dark leathery umbilicate foliose lichens (as of the genus *Umbilicaria*) that are widely distributed on rocks in boreal and alpine areas and that are sometimes used as emergency food

**rock wallaby** *n* (1841) : any of various medium-sized kangaroos (genus *Petrogale*)

**rock·weed** \'räk-ˌwēd\ *n* (1626) : any of various coarse brown seaweeds (family Fucaceae, esp genera *Fucus* and *Ascophyllum*) growing attached to rocks

**rock wool** *n* (ca. 1909) : mineral wool made by blowing a jet of steam through molten rock (as limestone or siliceous rock) or through slag and used chiefly for heat and sound insulation

¹**rocky** \'räk-ē\ *adj* **rock·i·er; -est** [⁴*rock*] (15c) **1** : abounding in or consisting of rocks **2** : difficult to impress or affect : INSENSITIVE **3** : firmly held : STEADFAST

²**rocky** *adj* **rock·i·er; -est** [¹*rock*] (1737) **1** : UNSTABLE, WOBBLY **2** : physically upset (as from drinking excessively) **3** : marked by obstacles : DIFFICULT (a financially ~ year —Michael Murray)

**Rocky Mountain sheep** *n* [*Rocky mountains*, No. America] (1804) : BIGHORN

**Rocky Mountain spotted fever** *n* (1903) : an acute rickettsial disease characterized by chills, fever, prostration, pains in muscles and joints, and a red to purple eruption and transmitted by the bite of a wood tick (*Dermacentor andersoni*)

¹**ro·co·co** \rə-ˈkō-(ˌ)kō, ˌrō-kə-ˈkō\ *n* (1840) : rococo work or style

²**rococo** *adj* [F, irreg. fr *rocaille* rock work, fr. *roc* rock, alter. of MF *roche*, fr. (assumed) VL *rocca*] (1841) **1** : of or relating to an artistic style esp. of the 18th century characterized by fanciful curved spatial forms and elaborate ornamentation **b** : of or relating to an 18th century musical style marked by light gay ornamentation and departure from thorough-bass and polyphony **2** : excessively ornate or intricate

**rod** \'räd\ *n* [ME, fr. OE *rodd*; akin to ON *rudda* club] (bef. 12c) **1 a** (1) : a straight slender stick growing on or cut from a tree or bush (2) : OSIER (3) : a stick or bundle of twigs used to punish; *also* : PUNISHMENT (4) : a shepherd's cudgel (5) : a pole with a line and usu. a reel attached for fishing **b** (1) : a slender bar (as of wood or metal) (2) : a bar or staff for measuring (3) : SCEPTER; *also* : a wand or staff carried as a badge of office (as of marshal) **2 a** : a unit of length — see WEIGHT table **b** : a square rod **3** : any of the long rod-shaped photosensitive receptors in the retina responsive to faint light **4** : a rod-shaped bacterium **5** *slang* : PISTOL — **rod·less** \-ləs\ *adj* — **rod·like** \-ˌlīk\ *adj*

**rode** *past and chiefly dial past part of* RIDE

**ro·dent** \'rōd-ᵊnt\ *n* [deriv. of L *rodent-, rodens*, prp. of *rodere* to gnaw — more at RAT] (1859) : any of an order (Rodentia) of relatively small gnawing mammals (as a mouse, a squirrel, or a beaver) that have in the

¹sen·ti·nel vt -neled or -nelled; -nel·ing or -nel·ling (1593)  1 : to watch over as a sentinel  2 : to furnish with a sentinel  3 : to post as sentinel

sen·try \'sen-trē\ n, pl sentries [perh. fr. obs. *sentry* (sanctuary, watch-tower)] (1632) : GUARD, WATCH; *esp* : a soldier standing guard at a point of passage (as a gate)

sentry box n (ca. 1728) : a shelter for a sentry on his post

se·pal \'sēp-əl, 'sep-\ n [NL *sepalum,* fr. *sepa-* (fr. Gk *skepē* covering) + *-lum* (as in *petalum* petal); akin to Lith *kepurė* head covering] (1821) : one of the modified leaves comprising a calyx — see FLOWER illustration

se·pal·oid \-ə-,lȯid\ adj (1830) : resembling or functioning as a sepal

-sep·al·ous \'sep-ə-ləs\ adj comb form [*sepal*] : having (such or so many) sepals ⟨gamo*sepalous*⟩

sep·a·ra·ble \'sep-(ə-)rə-bəl\ adj [ME, fr. L *separabilis,* fr. *separare*] (14c)  1 : capable of being separated or dissociated  2 obs : causing separation — sep·a·ra·bil·i·ty \,sep-(ə-)rə-'bil-ət-ē\ n — sep·a·ra·ble·ness n — sep·a·ra·bly \-blē\ adv

¹sep·a·rate \'sep-(ə-),rāt\ vb -rat·ed; -rat·ing [ME *separaten,* fr. L *separatus,* pp. of *separare,* fr. *se-* apart + *parare* to prepare, procure — more at SECEDE, PARE] vt (15c)  1 a : to set or keep apart : DISCONNECT, SEVER  b : to make a distinction between : DISCRIMINATE, DISTINGUISH ⟨~ religion from magic⟩  c : SORT ⟨~ mail⟩  d : to disperse in space or time : SCATTER ⟨widely *separated* homesteads⟩  2 archaic : to set aside for a special purpose : CHOOSE, DEDICATE  3 : to part by a legal separation: a : to sever conjugal ties with  b : to sever contractual relations with : DISCHARGE ⟨*separated* from the army⟩  4 : to block off : SEGREGATE  5 a : to isolate from a mixture : EXTRACT ⟨~ cream from milk⟩  b : to divide into constituent parts ~ vi  1 : to become divided or detached  2 a : to sever an association : WITHDRAW  b : to cease to live together as man and wife  3 : to go in different directions  4 : to become isolated from a mixture

syn SEPARATE, PART, DIVIDE, SEVER, SUNDER, DIVORCE mean to become or cause to become disunited or disjointed. SEPARATE may imply any of several causes such as dispersion, removal of one from others, or presence of an intervening thing; PART implies the separating of things or persons in close union or association; DIVIDE implies separating into pieces or sections by cutting or breaking; SEVER implies violence esp in the removal of a part or member; SUNDER suggests violent rending or wrenching apart; DIVORCE implies separating two things that commonly interact and belong together.

²sep·a·rate \'sep-(ə-)rət\ adj (1600)  1 a archaic : SOLITARY, SECLUDED  b : IMMATERIAL, DISEMBODIED  c : set or kept apart : DETACHED  2 a : not shared with another : INDIVIDUAL ⟨~ rooms⟩  b often cap : estranged from a parent body ⟨~ churches⟩  3 a : existing by itself : AUTONOMOUS  b : dissimilar in nature or identity  syn see DISTINCT — sep·a·rate·ly \-(ə-)rət-lē, 'sep-ərt-lē\ adv — sep·a·rate·ness \-(ə-)rət-nəs\ n

³sep·a·rate \'sep-(ə-)rət\ n (1892)  1 : OFFPRINT  2 : an article of dress designed to be worn interchangeably with others to form various costume combinations — usu. used in pl.

sep·a·ra·tion \,sep-ə-'rā-shən\ n (15c)  1 : the act or process of separating : the state of being separated  2 a : a point, line, or means of division  b : an intervening space : GAP  3 a : cessation of cohabitation between husband and wife by mutual agreement or judicial decree  b : termination of a contractual relationship (as employment or military service)

sep·a·ra·tion·ist \-sh(ə-)nəst\ n (1882) : SEPARATIST

sep·a·rat·ism \'sep-(ə-)rət-,iz-əm\ n (1628) : a belief in, movement for, or state of separation (as schism, secession, or segregation)

sep·a·rat·ist \'sep-(ə-)rət-əst, 'sep-ə-,rat-\ n (1608) : one that favors separatism: as  a cap : one of a group of 16th and 17th century English Protestants preferring to separate from rather than to reform the Church of England  b : an advocate of independence or autonomy for a part of a political unit (as a nation)  c : an advocate of racial or cultural separation — separatist adj — sep·a·ra·tis·tic \,sep-(ə-)rə-'tis-tik\ adj

sep·a·ra·tive \'sep-ə-,rāt-iv, 'sep-(ə-)rət-\ adj (1592) : tending toward, causing, or expressing separation

sep·a·ra·tor \'sep-(ə-),rāt-ər\ n (1607) : one that separates; esp : a device for separating liquids of different specific gravities (as cream from milk) or liquids from solids

Se·phar·di \sə-'färd-ē\ n, pl Se·phar·dim \-'färd-əm\ [LHeb *sĕphāradhi,* fr. *sĕphāradh* Spain, fr. Heb, region where Jews were once exiled (Obad 1: 20)] (1851) : a member of the occidental branch of European Jews settling in Spain and Portugal and later in Greece, the Levant, England, the Netherlands, and the Americas; *also* : one of their descendants — Se·phar·dic \-'färd-ik\ adj

¹se·pia \'sē-pē-ə\ n [L, cuttlefish, ink, fr. Gk *sēpia;* akin to Gk *sēpein* to make putrid, *sapros* rotten] (1821)  1 a : the inky secretion of a cuttlefish  b : a brown melanin-containing pigment from the ink of cuttlefishes  2 : a print or photograph of a brown color resembling sepia  3 : a brownish gray to dark olive brown

²sepia adj (1827)  1 : made of or done in sepia  2 : of the color sepia

se·pi·o·lite \'sē-pē-ə-,līt\ n [G *sepiolith,* fr. Gk *sēpion* cuttlebone (fr. *sēpia*) + G *-lith*] (1854) : MEERSCHAUM 1

se·poy \'sē-,pȯi\ n [Pg *sipai,* fr. Hindi *sipāhī,* fr. Per, cavalryman] (1717) : a native of India employed as a soldier by a European power

sep·pu·ku \se-'pü-(,)kü, 'sep-ə-,kü\ n [Jp] (1904) : HARA-KIRI

sep·sis \'sep-səs\ n, pl sep·ses \'sep-,sēz\ [NL, fr. Gk *sēpsis* decay, fr. *sēpein* to make putrid] (1876) : a toxic condition resulting from the spread of bacteria or their products from a focus of infection; esp : SEPTICEMIA

sept \'sept\ n (prob. alter. of *sect*) (1517) : a branch of a family; esp : CLAN

sep·tal \'sept-ᵊl\ adj (1839) : of or relating to a septum

sep·tate \'sep-,tāt\ adj (1846) : divided by or having a septum

Sep·tem·ber \sep-'tem-bər, səp-\ n [ME *Septembre,* fr. OF & OE, both fr. L *September* (seventh month), fr. *septem* seven — more at SEVEN] (bef. 12c) : the 9th month of the Gregorian calendar

sep·te·nar·i·us \,sep-tə-'nar-ē-əs, -'ner-\ n, pl -nar·ii \-ē-,ī, -ē-,ē\ [L, fr. *septenarius* of seven, fr. *septeni* seven each, fr. *septem* seven] (1819) : a verse consisting of seven feet esp in Latin prosody

sep·ten·de·cil·lion \(,)sep-,ten-di-'sil-yən\ n, often attrib [L *septendecim* seventeen (fr. *septem* seven + *decem* ten) + E *-illion* (as in *million*)] — more at TEN (ca. 1938) — see NUMBER table

sep·ten·ni·al \sep-'ten-ē-əl\ adj [LL *septennium* period of seven years, fr. L *septem* + *-ennium* (as in *biennium*)] (1640)  1 : occurring or being done every seven years  2 : consisting of or lasting for seven years — sep·ten·ni·al·ly \-ə-lē\ adv

sep·ten·tri·on \sep-'ten-trē-,än, -trē-ən\ n [ME, fr. MF, fr. L *septentrio,* sing. of *septentriones* the seven stars of Ursa Major or Ursa Minor, lit., the seven plow oxen, fr. *septem* seven + *trio* plow ox] *obs* (14c) : the northern regions : NORTH

sep·ten·tri·o·nal \-'tren-ən-ᵊl\ adj (14c) : NORTHERN

sep·tet \sep-'tet\ n [G *septet,* fr. L *septem*] (1837)  1 : a musical composition for seven instruments or voices  2 : a group or set of seven; esp : the performers of a septet

sep·tic \'sep-tik\ adj [L *septicus,* fr. Gk *sēptikos,* fr. *sēpein* to make putrid — more at SEPIA] (1605)  1 : PUTREFACTIVE  2 : relating to, involving, or characteristic of sepsis

sep·ti·ce·mia \,sep-tə-'sē-mē-ə\ n [NL, fr. L *septicus* + NL *-emia*] (1866) : invasion of the bloodstream by virulent microorganisms from a local seat of infection accompanied esp. by chills, fever, and prostration — called also *blood poisoning;* compare SEPSIS — sep·ti·ce·mic \-'sē-mik\ adj

sep·ti·ci·dal \,sep-tə-'sīd-ᵊl\ adj [NL *septum* + L *-cidere* to cut, fr. *caedere* — more at CONCISE] (1819) : dehiscent longitudinally at or along a septum ⟨a ~ fruit⟩

septic sore throat n (1924) : an inflammatory sore throat caused by hemolytic streptococci and marked by fever, prostration, and toxemia

septic tank n (ca. 1902) : a tank in which the solid matter of continuously flowing sewage is disintegrated by bacteria

sep·tif·ra·gal \sep-'tif-ri-gəl\ adj [NL *septum* + L *frangere* to break — more at BREAK] (1819) : dehiscing by breaking away from the dissepiments ⟨a ~ pod⟩

sep·til·lion \sep-'til-yən\ n, often attrib [F, fr. L *septem* + F *-illion* (as in *million*)] — more at SEVEN (1690) — see NUMBER table

sep·tu·a·ge·nar·i·an \,sep-,t(y)ü-ə-jə-'ner-ē-ən, ,sep-tə-,wäj-ə-\ n [LL *septuagenarius* seventy years old, fr. L. of or containing seventy, fr. *septuageni* seventy each, fr. *septuaginta*] (1805) : a person whose age is in the seventies — septuagenarian adj

Sep·tu·a·ge·si·ma \,sep-tə-wə-'jes-ə-mə, -'jä-zə-\ n [ME, fr. LL, fr. L, fem. of *septuagesimus* seventieth, fr. *septuaginta* seventy; fr. its being approximately seventy days before Easter] (14c) : the third Sunday before Lent

Sep·tu·a·gint \sep-'t(y)ü-ə-jənt, 'sep-tə-wə-,jint\ n [LL *Septuaginta,* fr. L, seventy, irreg. fr. *septem* seven + *-ginta* (akin to L *viginti* twenty); fr. the approximate number of its translators — more at SEVEN, VIGESIMAL] (1633) : a pre-Christian Greek version of the Jewish Scriptures redacted by Jewish scholars and adopted by Greek-speaking Christians — Sep·tu·a·gin·tal \(,)sep-,t(y)ü-ə-'jint-ᵊl, ,sep-tə-wə-\ adj

sep·tum \'sep-təm\ n, pl sep·ta \-tə\ [NL, fr. L *saepium* enclosure, fence, wall, fr. *saepire* to fence in, fr. *saepes* fence, hedge; akin to Gk *haimasia* stone wall] (1726) : a dividing wall or membrane esp between bodily spaces or masses of soft tissue — compare DISSEPIMENT

¹sep·ul·cher or sep·ul·chre \'sep-əl-kər\ n [ME *sepulcre,* fr. OF, fr. L *sepulcrum, sepulchrum,* fr. *sepelire* to bury; akin to Gk *hepein* to care for, Skt *sapati* he serves] (13c)  1 : a place of burial : TOMB  2 : a receptacle for religious relics esp. in an altar

²sepulcher or sepulchre vt -chered or -chred; -cher·ing or -chring \-k(ə-)riŋ\ (1591)  1 archaic : to place in or as if in a sepulcher : BURY  2 archaic : to serve as a sepulcher for

se·pul·chral \sə-'pəl-krəl also -'pùl-\ adj (1615)  1 : MORTUARY  2 : suited to or suggestive of a sepulcher : FUNEREAL — se·pul·chral·ly \-krə-lē\ adv

sep·ul·ture \'sep-əl-,chu̇(ə)r\ n [ME, fr. OF, fr. L *sepultura,* fr. *sepultus,* pp. of *sepelire*] (13c)  1 : BURIAL  2 : SEPULCHER

se·qua·cious \si-'kwā-shəs\ adj [L *sequac-, sequax* inclined to follow, fr. *sequi*] (1643)  1 archaic : SUBSERVIENT, TRACTABLE  2 : intellectually servile — se·qua·cious·ly adv — se·quac·i·ty \-'kwas-ət-ē\ n

se·quel \'sē-kwəl also -,kwel\ n [ME, fr. MF *sequelle,* fr. L *sequela,* fr. *sequi* to follow — more at SUE] (15c)  1 : CONSEQUENCE, RESULT  2 a : subsequent development  b : the next installment (as of a speech or story); esp : a literary or cinematic work continuing the course of a story begun in a preceding one

se·que·la \si-'kwel-ə\ n, pl se·quel·ae \-'kwel-(,)ē\ [NL, fr. L, sequel] (1793)  1 : an aftereffect of disease or injury  2 : a secondary result

¹se·quence \'sē-kwən(t)s, -,kwen(t)s\ n [ME, fr. ML *sequentia,* fr. LL, sequel, lit., act of following, fr. L *sequent-, sequens,* prp. of *sequi*] (14c)  1 : a hymn in irregular meter between the gradual and Gospel in masses for special occasions (as Easter)  2 : a continuous or connected series: as  a : an extended series of poems united by a single theme ⟨a sonnet ~⟩  b : three or more playing cards usu. of the same suit in consecutive order of rank  c : a succession of repetitions of a melodic phrase or harmonic pattern each in a new position  d : a set of elements ordered as are the natural numbers  e (1) : a succession of related shots or scenes developing a single subject or phase of a film story  (2) : EPISODE  3 a : order of succession  b : an arrangement of the tenses of successive verbs in a sentence designed to express a coherent relationship esp. between main and subordinate parts  4 a : CONSEQUENCE, RESULT  b : a subsequent development  5 : continuity of progression

²sequence vt se·quenc·ing; se·quenc·ing (1941)  1 : to arrange in a sequence  2 : to determine the sequence of chemical constituents (as amino-acid residues) in ⟨*sequenced* biological macromolecules⟩

se·quenc·er \'sē-kwən(t)-sər, -,kwen(t)-sər\ n (1949) : any of various devices for arranging (as informational items or the events in the launching of a rocket) into or separating (as amino acids from protein) in a sequence



\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t̲h\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ÿ\ see Guide to Pronunciation

Case 1:05-cv-00110-GMS    Document 48-12    Filed 11/18/2005    Page 12 of 14

device and esp. a measuring device) to a desired position (~ the alarm for 7:00) (~ a thermostat at 68); *also* : to adjust (as a clock) in conformity with a standard  **b** : to restore to normal position or connection when dislocated or fractured (~ a broken bone)  **c** : to spread to the wind (~ the sails)  **13 a** : to put in order for use (~ a place for a guest)  **b** : to make scenically ready for a performance (~ the stage)  **c (1)** : to arrange (type) for printing (~ type by hand)  **(2)** : to put into type or its equivalent (as on film) (~ the first word in italic)  **14 a** : to put a fine edge on by grinding or honing (~ a razor)  **b** : to bend slightly the tooth points of (a saw) alternately in opposite directions  **c** : to sink (the head of a nail) below the surface  **15** : to fix in a desired position (as by heating or stretching)  **16** : to arrange (hair) in a desired style by using implements (as curlers, rollers, or clips) and gels or lotions  **17 a** : to adorn with something affixed or infixed : STUD, DOT (clear sky ~ with stars)  **b** : to fix (as a precious stone) in a border of metal : place in a setting  **18 a** : to hold something in regard or esteem at the rate of (~s a great deal by daily exercise)  **b** : to place in a relative rank or category (~ duty before pleasure)  **c** : to fix at a certain amount (~ bail at $500)  **d** : VALUE, RATE (his promises were ~ at naught)  **e** : to place as an estimate of worth (~ a high value on life)  **19** : to place in relation for comparison or balance (theory ~ against practice)  **20 a** : to direct to action  **b** : to incite to attack or antagonism (war ~s brother against brother)  **21 a** : to place by transporting (was ~ ashore on the island)  **b** : to put in motion  **c** : to put and fix in a direction (~ our faces toward home once more)  **d** *of a dog* : to point out the position of (game) by holding a fixed attitude  **22** : to defeat (an opponent or his contract) in bridge  **23 a** : to fix firmly : make immobile : give rigid form or condition to (~ his jaw in determination)  **b** : to make unyielding or obstinate  **24** : to cause to become firm or solid (~ milk for cheese)  **25** : to cause (as fruit) to develop ~ *vi*  **1** *chiefly dial* : SIT  **2** : to be becoming : be suitable : FIT (his behavior does not ~ well with his years)  **3** : to cover and warm eggs to hatch them  **4 a** : to become lodged or fixed (the pudding ~ heavily on his stomach)  **b** : to place oneself in position in preparation for an action (as running)  **5** *of a plant part* : to undergo development usu. as a result of pollination  **6 a** : to pass below the horizon : go down (the sun ~s)  **b** : to sink out of sight : pass away  **7** : to apply oneself to some activity (~ to work)  **8** : to have a specified direction in motion : FLOW, TEND (the wind was setting from Pine Hill to the farm —Esther Forbes)  **9** *of a dog* : to indicate the position of game by crouching or pointing  **10** : to dance face to face with another in a square dance (~ to your partner and turn)  **11 a** : to become solid or thickened by chemical or physical alteration (the cement ~s rapidly)  **b** *of a dye or color* : to become permanent  **c** *of a bone* : to become whole by knitting  **d** *of metal* : to acquire a permanent twist or bend from strain — **set about** : to begin to do — **set apart 1** : to reserve to a particular use  **2** : to make noticeable or outstanding — **set aside 1** : to put to one side : DISCARD  **2** : to set apart for a purpose : RESERVE, SAVE  **3** : DISMISS  **4** : ANNUL, OVERRULE — **set at** : to mount an attack on : ASSAIL (would go although... devils should *set at* me —Charlotte Yonge) — **set eyes on** : to catch sight of — **set foot in** : ENTER — **set foot on** : to step onto — **set forth 1** : PUBLISH  **2** : to give an account or statement of  **3** : to start out on a journey — **set forward 1** : FURTHER  **2** : to start out on a journey — **set in motion** : to give impulse to (*sets* the story *in motion* vividly —Howard Thompson) — **set one's hand to** : to become engaged in — **set one's heart on** : RESOLVE (she *set her heart on* succeeding) — **set one's house in order** : to organize one's affairs — **set one's sights on** : to determine to pursue — **set one straight** : to correct someone by providing accurate information — **set sail** : to start out on a course; *esp* : to begin a voyage (*set sail* for Europe) — **set store by** or **set store on** : to consider valuable, trustworthy, or worthwhile — **set the stage** : to provide the basis or background (this trend will *set the stage* for higher earnings) — **set to music** : to provide music or instrumental accompaniment for (a text) — **set upon** : to attack usu. with violence (the dogs *set upon* the trespassers)

²**set** *n* (14c)  **1 a** : the act or action of setting  **b** : the condition of being set  **2 a** : mental inclination, tendency, or habit : BENT (a ~ toward mathematics)  **b** : a state of psychological preparedness usu. of limited duration for action in response to an anticipated stimulus or situation (the influence of mental ~ on the effect experienced with marijuana)  **3** : a number of things of the same kind that belong or are used together  **4** : direction of flow (the ~ of the wind)  **5** : form or carriage of the body or of its parts  **6** : the manner of fitting or of being placed or suspended (in order to give the skirt a pretty ~ —Mary J. Howell)  **7** : amount of deflection from a straight line (~ of a saw's teeth)  **8** : permanent change of form (as of metal) due to repeated or excessive stress  **9** : the act or result of arranging hair by curling or waving  **10** *also* **sett** \'set\ : a young plant or rooted cutting ready for transplanting  **b** : a small bulb, corm, or tuber or a piece of tuber used for propagation (onion ~s)  **11** *or* **sett** : the burrow of a badger  **12** : the width of the body of a piece of type  **13** : an artificial setting for a scene of a theatrical or film production  **14** *also* **sett** : a rectangular paving stone of sandstone or granite  **15** : a division of a tennis match won by the side that wins at least six games beating the opponent by two games or by winning a tiebreaker  **16** : a collection of books or periodicals forming a unit  **17** : a clutch of eggs  **18** : the basic formation in a country-dance or square dance  **19** : a session of music (as jazz or dance music) usu. followed by an intermission; *also* : the music played at one session  **20** : a group of persons associated by common interests  **21** : a collection of elements and esp. mathematical ones (as numbers or points) — called also *class*  **22** : an apparatus of electronic components assembled so as to function as a unit (a television ~)  **23** : a usu. offensive formation in football

³**set** *adj* [ME *sett*, fr. pp. of *setten* to set] (15c)  **1** : INTENT, DETERMINED (~ upon going)  **2** : fixed by authority or appointment : PRESCRIBED, SPECIFIED (~ hours of study)  **3** : INTENTIONAL, PREMEDITATED (did it of ~ purpose)  **4** : reluctant to change (~ in his ways)  **5 a** : IMMOVABLE, RIGID (~ frown)  **b** : BUILT-IN  **6** : SETTLED, PERSISTENT (~ defiance)  **7** : being in readiness : PREPARED (~ for an early morning start)

**se·ta** \'sē-tə\ *n, pl* **se·tae** \'sē-,tē\ [NL, fr. L *saeta, seta* bristle — more at SINEW] (1793) : a slender usu. rigid or bristly and springy organ or part of an animal or plant — **se·tal** \'sēt-əl\ *adj*

**se·ta·ceous** \si-'tā-shəs\ *adj* [L *saeta, seta*] (1664)  **1** : set with or consisting of bristles  **2** : resembling a bristle in form or texture
**set-aside** \'set-ə-,sīd\ *n* (1943) : something (as a portion of receipts or production) that is set aside for a specified purpose
**set-back** \'set-,bak\ *n* (1674)  **1** : a checking of progress  **2** : DEFEAT, REVERSE  **3** : ¹PITCH 7  **4** : a placing of the face of a building on a line some distance to the rear of the building line or of the wall below; *also* : the rooftop area produced by a setback  **5** : automatic scheduled adjustment to a lower temperature setting of a thermostat
**set back** \(')set-'bak\ *vt* [¹*set* + ²*back*] (1600)  **1** : to slow the progress of : HINDER, DELAY  **2** : COST (a new suit *set* him *back* $200)
**set by** *vt* (1595) : to set apart for future use
**set down** *vt* (15c)  **1** : to cause to sit down : SEAT  **2** : to place at rest on a surface or on the ground  **3** : to suspend (a jockey) from racing  **4** : to cause or allow to get off a vehicle : DELIVER  **5** : to land (an airplane) on the ground or water  **6 a** : ORDAIN, ESTABLISH  **b** : to put in writing  **7 a** : REGARD, CONSIDER (*set* him *down* as a liar)  **b** : ATTRIBUTE
**se·te·nant** \sə-'ten-ənt, ,set-ə-'nän\ *adj* [F, lit., holding one another] *of postage stamps* (ca. 1911) : joined together as in the original sheet but differing in design, overprint, color, or perforation
**Seth** \'seth\ *n* [Heb *Shēth*] : a son of Adam
¹**set-in** \'set-,in\ *adj* (1534)  **1** : placed, located, or built as a part of some other construction (a ~ bookcase) (a ~ washbasin)  **2** : cut separately and stitched in (~ sleeves)
²**set-in** \'set-,in\ *n* (1953) : INSERT
**set in** *vt* (15c) : INSERT; *esp* : to stitch (a small part) within a large article (*set in* a sleeve of a dress) ~ *vi*  **1** : to become established  **2** : to blow or flow toward shore (the wind was beginning to *set in*)
**set-line** \'set-,lin\ *n* (1865) : a long heavy fishing line to which several hooks are attached in series
**set-off** \'set-,óf\ *n* (1621)  **1** : something that is set off against another thing:  **a** : DECORATION, ORNAMENT  **b** : COMPENSATION, COUNTERBALANCE  **2** : the discharge of a debt by setting against it a distinct claim in favor of the debtor; *also* : the claim itself  **3** : OFFSET 7a
**set off** \(')set-'óf\ *vt* (1596)  **1** : to put in relief : show up by contrast  **b** : ADORN, EMBELLISH  **c** : to set apart : make distinct or outstanding  **2 a** : OFFSET, COMPENSATE (more variety in the Lancashire weather to *set off* its most disagreeable phases —Geog. Jour.)  **b** : to make a setoff of (the respective totals shall be *set off* against one another —O. R. Hobson)  **3 a** : to set in motion : cause to begin  **b** : to cause to explode  **4** : to measure off on a surface ~ *vi* : to start out on a course or a journey (*set off* for home)
**set on** *vt* (1670)  **1** : ATTACK  **2 a** *obs* : PROMOTE  **b** : to urge (as a dog) to attack or pursue  **c** : to incite to action : INSTIGATE  **d** : to set to work ~ *vi* : GO ON, ADVANCE
**se·tose** \'sē-,tōs\ *adj* [L *saetosus,* fr. *saeta*] (1661) : SETACEOUS, BRISTLY
**set-out** \'set-,aút\ *n* (1806)  **1 a (1)** : ARRAY, DISPLAY  **(2)** : ARRANGEMENT, LAYOUT  **b** : BUFFET, SPREAD  **c** : TURNOUT 5  **2** : PARTY ENTERTAINMENT  **3** : BEGINNING, OUTSET
**set out** \(')set-'aút\ *vt* (1540)  **1** : to state, describe, or recite at length (distributed copies of a pamphlet *setting out* his ideas in full —S. F. Mason)  **2 a** : to arrange and present graphically or systematically  **b** : to mark out (as a design) : lay out the plan of  **3** : to begin with a definite purpose : INTEND, UNDERTAKE ~ *vi* : to start out on a course, a journey, or a career
**set piece** *n* (ca. 1909)  **1** : a realistic piece of stage scenery standing by itself  **2** : a composition (as in literature or music) executed in a fixed or ideal form often with studied artistry and brilliant effect  **3** : a precisely planned and conducted military operation
**set point** *n* (1928) : a situation (as in tennis) in which one player will win the set by winning the next point; *also* : the point won
**set-screw** \'set-,skrü\ *n* (1855)  **1** : a screw screwed through one part tightly upon or into another part to prevent relative movement  **2** : a screw for regulating a valve opening or a spring tension
**sett** *var of* SET
**set·tee** \se-'tē\ *n* [alter. of *settle*] (1716)  **1** : a long seat with a back  **2** : a medium-sized sofa with arms and a back
**set·ter** \'set-ər\ *n* (15c)  **1** : one that sets  **2** : a large bird dog of a type trained to point on finding game
**set theory** *n* (1936) : a branch of mathematics or of symbolic logic that deals with the nature and relations of sets — **set theoretic** *adj*
**set·ting** \'set-iŋ\ *n* (15c)  **1** : the manner, position, or direction in which something is set  **2** : the frame or bed in which a gem is set; *also* : style of mounting  **3 a** : BACKGROUND, ENVIRONMENT  **b** : the time and place of the action of a literary, dramatic, or cinematic work  **c** : the scenery used in a theatrical or film production  **4** : the music composed for a text (as a poem)  **5** : the articles of tableware for setting a place at table (two ~s of sterling silver)  **6** : a batch of eggs for incubation
**setting circle** *n* (ca. 1899) : a graduated scale or wheel on the mounting of an equatorial telescope for indicating right ascension or declination
**setting-up exercise** *n* (ca. 1900) : any of a series of gymnastic exercises used to give an erect carriage, supple muscles, and easy control of the limbs
¹**set·tle** \'set-ᵊl\ *n* [ME, place for sitting, seat, chair, fr. OE *setl;* akin to OHG *sezzal* seat, L *sella* seat, chair, saddle, OE *sittan* to sit] (bef. 12c) : a wooden bench with arms, a high solid back, and an enclosed foundation which can be used as a chest
²**set·tle** *vb* **set·tled; set·tling** \'set-liŋ, -ᵊl-iŋ\ [ME *settlen* to seat, bring to rest, come to rest, fr. OE *setlan,* fr. *setl* seat] *vt* (bef. 12c)  **1** : to place so as to stay  **2 a** : to establish in residence  **b** : to furnish with inhabitants : COLONIZE  **3 a** : to cause to pack down


settle

TA   161

resembling sleep; as  a : a state of torpid inactivity  b : DEATH ⟨put a pet cat to ~⟩; also : TRANCE, COMA  c : the closing of leaves or petals esp. at night  d : a state marked by a diminution of feeling followed by tingling ⟨my foot's gone to ~⟩  e : the state of an animal during hibernation ⟨the groundhog's winter ~⟩  3 a : a period spent sleeping  b : NIGHT  c : a day's journey — sleep-like \'slē-,plik\ adj
²sleep vb slept \'slept\; sleep-ing vi (bef. 12c)  1 : to rest in a state of sleep  2 : to be in a state (as of quiescence or death) resembling sleep  3 : to have sexual relations ~ vt  1 : to be slumbering in ⟨slept the sleep of the dead⟩  2 : to get rid of or spend in or by sleep ⟨~ away the hours⟩ ⟨~ off a drunk⟩  3 : to provide sleeping accommodations for ⟨the boat ~s six⟩
sleep around vi (ca. 1964) : to engage in sex promiscuously
sleep-er \'slē-pər\ n (13c)  1 : one that sleeps  2 : a piece of timber, stone, or steel on or near the ground to support a superstructure, keep railroad rails in place, or receive floor joists : STRINGPIECE  3 : SLEEPING CAR  4 : someone or something unpromising or unnoticed that suddenly attains prominence or value  5 pl : children's pajamas usu with feet
sleep-in \'slē-,pin\ adj (1951) : that lives at the place of employment ⟨a ~ maid⟩
sleep in \'slē-'pin\ vi (ca. 1912)  1 : to sleep where one is employed  2 a : OVERSLEEP  b : to sleep late intentionally
sleeping bag n (1856) : a bag that is warmly lined or padded for sleeping outdoors or in a camp or tent
Sleeping Beauty n : a princess of a fairy tale who is wakened from an enchanted sleep by the kiss of a prince
sleeping car n (1839) : a railroad passenger car having berths for sleeping
sleeping partner n (ca. 1785) : SECRET PARTNER
sleeping pill n (1945) : a drug and esp. a barbiturate that is taken as a tablet or capsule to induce sleep — called also sleeping tablet
sleeping porch n (1920) : a porch or room having open sides or many windows arranged to permit sleeping in the open air
sleeping sickness n (1875)  1 : a serious disease that is prevalent in much of tropical Africa, is marked by fever, protracted lethargy, tremors, and loss of weight, is caused by either of two trypanosomes (Trypanosoma gambiense and T. rhodesiense), and is transmitted by tsetse flies  2 : any of various viral encephalitides or encephalomyelitides of which lethargy or somnolence is a prominent feature
sleep-less \'slē-pləs\ adj (15c)  1 : not able to sleep : INSOMNIAC  2 : affording no sleep  3 : unceasingly active — sleep-less-ly adv — sleep-less-ness n
sleep out vi (1912) : to sleep outdoors
sleep-walk-er \'slēp-,wȯ-kər\ n (1747) : one that walks in or as if in his sleep : SOMNAMBULIST — sleep-walk \-,wȯk\ vi
sleep-wear \-,wa(ə)r, -,we(ə)r\ n (1951) : NIGHTCLOTHES
sleepy \'slē-pē\ adj sleep-i-er; -est (13c)  1 a : ready to fall asleep  b : of, relating to, or characteristic of sleep  2 : sluggish as if from sleep : LETHARGIC; also : INACTIVE  3 : sleep-inducing — sleep-i-ly \-pə-lē\ adv — sleep-i-ness \-pē-nəs\ n
sleepy-head \'slē-pē-,hed\ n (1577) : a sleepy person
¹sleet \'slēt\ n [ME slete; akin to MHG slōz hailstone, ME sloor mud — more at SLUR] (14c)  1 : frozen or partly frozen rain  2 : GLAZE 1 — sleety \-ē\ adj
²sleet vi (14c) : to shower sleet
sleeve \'slēv\ n [ME sleve, fr. OE sliefe; akin to OE slēfan to slip (clothes) on, slūpan to slip, OHG sliofan, L lubricus slippery] (bef. 12c)  1 a : a part of a garment covering an arm  b : SLEEVELET  2 a : a tubular part (as a hollow axle or a bushing) designed to fit over another part  b : an open-ended flat or tubular packaging or cover; esp : JACKET 3c(2) — sleeved \'slēvd\ adj — sleeve-less \'slēv-ləs\ adj — up one's sleeve : held secretly in reserve
sleeve-let \'slēv-lət\ n (ca. 1912) : a covering for the forearm to protect clothing from wear or dirt
¹sleigh \'slā\ n [D slee, alter. of slede; akin to MD sledde sled] (1703) : a vehicle on runners used for transporting persons or goods on snow or ice
²sleigh vi (1728) : to drive or travel in a sleigh
sleigh bed n (1926) : a bed common esp. in the first half of the 19th century having a solid headboard and footboard that roll outward at the top
sleigh bell n (1772) : any of various bells commonly attached to a sleigh or to the harness of a horse drawing a sleigh: as  a : CASCABEL 2  b : a hemispherical bell with an attached clapper
sleight \'slīt\ n [ME. fr. ON slægth, fr. slægr sly — more at SLY] (13c)  1 : deceitful craftiness; also : STRATAGEM  2 : DEXTERITY, SKILL
sleight of hand (1605)  1 a : a conjuring trick requiring sleight of hand  b : a cleverly executed trick or deception  2 a : skill and dexterity in conjuring tricks  b : adroitness in deception
slen-der \'slen-dər\ adj [ME sclendre, slendre] (14c)  1 a : spare in frame or flesh; esp : gracefully slight  b : small or narrow in circumference or width in proportion to length or height  2 : limited or inadequate in amount or scope : MEAGER  syn see THIN — slen-der-ly adv — slen-der-ness n
slen-der-ize \-də-,rīz\ vt -ized; -iz-ing (1923) : to make slender
¹sleuth \'slüth\ n [short for sleuthhound] (1901) : DETECTIVE
²sleuth vi (1903) : to act as a detective ~ vt : to search for and discover
sleuth-hound \'slüth-,haůnd\ n [ME, fr. sleuth track of an animal or person (fr. ON slóth) + hound] (1856) : DETECTIVE
¹slew \'slü\ past of SLAY
²slew var of SLOUGH
³slew vb [origin unknown] vt (ca. 1769)  1 : to turn (as a telescope or a ship's spar) about a fixed point that is usu. the axis  2 : to cause to skid : VEER ⟨~ a car around a turn⟩ ~ vi  1 : to turn, twist, or swing about : PIVOT  2 : SKID
⁴slew n [IrGael sluagh] (1840) : a large number
¹slice \'slīs\ n [ME, fr. MF esclice splinter, fr. OF, fr. esclicier to splinter, of Gmc origin; akin to OHG slīzan to tear apart — more at SLIT] (15c)  1 a : a thin flat piece cut from something  b : a wedge-shaped piece (as of pie or cake)  2 : a spatula for spreading paint or ink  3 : a serving knife with wedge-shaped blade ⟨a fish ~⟩  4 : a flight of a ball that deviates from a straight course in the direction of the dominant hand of the player propelling it; also : a ball following such a course — compare HOOK  5 : PORTION, SHARE ⟨a ~ of the profits⟩
²slice vb sliced; slic-ing vt (15c)  1 : to cut with or as if with a knife  2 : to stir or spread with a slice  3 : to hit (a ball) so that a slice results ~ vi  1 : to slice something  2 : to move with a cutting action ⟨the ship sliced through the waves⟩ — slic-er n
slice bar n (1846) : a steel bar with a broad flat blade for chipping or scraping (as in breaking out clinkers)
slice-of-life adj [tr. the n. phrase slice of life, trans. of F tranche de vie] (ca. 1934) : of, relating to, or marked by the accurate transcription (as into drama) of a segment of actual life experience
¹slick \'slik\ vb [ME sliken; akin to OHG slīhhan to glide. Gk leios smooth] vt (13c) : to make sleek or smooth ~ vi : SPRUCE — usu used with up
²slick adj (14c)  1 a : having a smooth surface : SLIPPERY  b : having surface plausibility or appeal : GLIB, GLOSSY  c : based on stereotype : TRITE  2 archaic : SLEEK 1  3 a : characterized by subtlety or nimble wit : CLEVER; esp : WILY  b : DEFT, SKILLFUL  4 : extremely good : FIRST-RATE  syn see SLEEK — slick adv — slick-ly adv — slick-ness n
³slick n (1849)  1 : something that is smooth or slippery; esp : a smooth patch of water covered with a film of oil  b : a film of oil  2 : an implement for producing a slick surface: as  a : a flat paddle usu of steel for smoothing a sample of flour  b : a foundry tool for smoothing the surface of a sand mold or unbaked core  3 : a popular magazine printed on coated stock  4 : an automobile tire made without a tread for maximum traction (as in drag racing)
slick-ear \'slik-,i(ə)r\ n (1926) : a range animal lacking an earmark
slick-en-side \'slik-ən-,sīd\ n [E dial. slicken smooth (alter. of E ³slick) + E side] (1822) : a smooth often striated surface produced on rock by movement along a fault or a subsidiary fracture — usu. used in pl.
slick-er \'slik-ər\ n (1881)  1 [²slick] : OILSKIN; broadly : RAINCOAT  2 [slick (to defraud cleverly)]  a : a clever crook : SWINDLER  b : a city dweller esp of natty appearance or sophisticated mannerisms
¹slide \'slīd\ vb slid \'slid\; slid-ing \'slī-diŋ\ [ME sliden, fr. OE slīdan; akin to MHG slīten to slide, Gk leios smooth — more at LIME] vi (bef. 12c)  1 a : to move smoothly along a surface : SLIP  b : to coast over snow or ice  c : to approach a base in baseball by gliding along the ground usu feetfirst with the weight of the body supported esp. on one hip  2 a : to slip or fall by loss of footing  b : to change position or become dislocated : SHIFT  3 a : to slither along the ground : CRAWL  b : to stream along : FLOW  4 : to take a natural course : DRIFT ⟨let his affairs ~⟩  5 a : to pass unobtrusively : STEAL  b : to pass by gradations esp. downward ⟨the economy slid from recession to depression⟩ ~ vt  1 a : to cause to glide or slip  b : to traverse in a sliding manner  2 : to put unobtrusively or stealthily ⟨slid the bill into his hand⟩
²slide n (1570)  1 a : an act or instance of sliding  b : a musical grace of two or more small notes  (2) : PORTAMENTO  2 : a sliding part or mechanism: as  a  (1) : a U-shaped section of tube in the trombone that is pushed out and in to produce the tones between the fundamental and its harmonics  (2) : a short U-shaped section of tube in brass instruments that is used to adjust the pitch of the instrument or of individual valves  b  (1) : a moving piece (as the ram of a punch press) that is guided by a part along which it slides  (2) : a guiding surface (as a feeding mechanism) along which something slides  c : SLIDING SEAT  3 a : the descent of a mass of earth, rock, or snow down a hill or mountainside  b : a dislocation in which one rock mass in a mining lode has slid on another : FAULT  4 a  (1) : a slippery surface for coasting  (2) : a chute with a slippery bed down which children slide in play  b : a channel or track on which something is slid  c : a sloping trough down which objects are carried by gravity ⟨a log ~⟩  5 a : a flat piece of glass on which an object is mounted for microscopic examination  b : a photographic transparency on a small plate or film arranged for projection  6 : BOTTLENECK 3
slide fastener n (1939) : ZIPPER
slid-er \'slī-dər\ n (1530)  1 : one that slides  2 : a fast baseball pitch that breaks slightly in the same direction as a curve
slide rule n (1663) : an instrument used for calculation that consists in its simple form of a ruler and a medial slide that are graduated with similar logarithmic scales labeled with the corresponding antilogarithms
slide valve n (1802) : a valve that opens and closes a passageway by sliding over a port; specif : such a valve often used in steam engines for admitting steam to the piston and releasing it
slide-way \'slīd-,wā\ n (1856) : a way along which something slides
sliding scale n (1842)  1 : a wage scale geared to the selling price of the product or to the consumer price index but usu. guaranteeing a minimum below which the wage will not fall  2 a : a system for raising or lowering tariffs in accord with price changes  b : a flexible scale (as of fees or subsidies) adjusted to the needs or income of individuals ⟨the sliding scale of medical fees⟩
sliding seat n (1874) : a rower's seat (as in a racing shell) that slides fore and aft — called also slide
slier comparative of SLY
sliest superlative of SLY
¹slight \'slīt\ adj [ME, smooth, slight, prob. fr MD slicht; akin to OHG slīhhan to glide — more at SLICK] (14c)  1 a : having a slim or delicate build : not stout or massive in body  b : lacking in strength or substance : FLIMSY, FRAIL  c : deficient in weight, solidity, or importance : TRIVIAL  2 : small of its kind or in amount : SCANTY, MEAGER  syn see THIN — slight-ly adv — slight-ness n
²slight vt (1597)  1 : to treat as slight or unimportant : make light of  2 : to treat with disdain or indifference  3 : to perform or attend to carelessly and inadequately  4 : ¹SLUR 3  syn see NEGLECT
³slight n (1701)  1 : an act or an instance of slighting  2 : an instance of being slighted : a humiliating discourtesy
slight-ing adj (1632) : characterized by disregard or disrespect : DISPARAGING ⟨a ~ remark⟩ — slight-ing-ly \-iŋ-lē\ adv
sli-ly var of SLYLY
¹slim \'slim\ adj slim-mer; slim-mest [D bad, inferior, fr MD slimp crooked, bad; akin to MHG slimp awry] (1657)  1 : of small diameter or thickness in proportion to the height or length : SLENDER  2 a

TA  162

**port** ~ *vi* 1 : to sign one's name to a document 2 a : to give consent or approval to something written by signing ⟨found him unwilling to ~ to the agreement⟩ b : to set one's name to a paper in token of promise to give something (as a sum of money); *also* : to give something in accordance with such a promise c : to enter one's name for a publication or service; *also* : to receive a periodical or service regularly on order d : to agree to purchase and pay for securities esp. of a new offering ⟨*subscribed* for 1000 shares⟩ 3 : to feel favorably disposed ⟨I ~ to your sentiments⟩ *syn* see ASSENT — **sub·scrib·er** *n*
**sub·script** \'səb-ˌskript\ *n* [L *subscriptus*, pp. of *subscribere*] (1895) : a distinguishing symbol (as a letter or numeral) written immediately below or below and to the right or left of another character — **subscript** *adj*
**sub·scrip·tion** \səb-'skrip-shən\ *n* [ME *subscripcioun* signature, fr. L *subscription-, subscriptio*, fr. *subscriptus*, pp.] (15c) 1 a : the act of signing one's name (as in attesting or witnessing a document) b : the acceptance (as of ecclesiastical articles of faith) attested by the signing of one's name 2 : something that is subscribed: as a : an autograph signature; *also* : a paper to which a signature is attached b : a sum subscribed 3 : an arrangement for providing, receiving, or making use of something of a continuing or periodic nature on a prepayment plan: as a : a purchase by prepayment for a certain number of issues (as of a periodical) b : application to purchase securities of a new issue c : a method of offering or presenting a series of public performances
**subscription TV** *n* (ca 1954) : pay-TV that broadcasts programs directly over the air to customers provided with a special receiver — called also *subscription television*; compare PAY-CABLE
**sub·sec·tion** \'səb-ˌsek-shən\ *n* (1621) 1 : a subdivision or a subordinate division of a section 2 : a subordinate part or branch
¹**sub·se·quence** \'səb-sə-ˌkwen(t)s, -si-kwən(t)s\ *n* (1500) : the quality or state of being subsequent; *also* : a subsequent event
²**sub·se·quence** \'səb-ˌsē-kwən(t)s, -sē-, -ˌkwen(t)s\ *n* (ca 1942) : a mathematical sequence that is part of another sequence
**sub·se·quent** \'səb-si-kwənt, -sə-ˌkwent\ *adj* [ME, fr. L *subsequent-, subsequens*, prp. of *subsequi* to follow close, fr. *sub-* near + *sequi* to follow — more at SUB-, SUE] (15c) : following in time, order, or place : SUCCEEDING — **subsequent** *n* — **sub·se·quent·ly** \-ˌkwent-lē, -ˌkwənt-\ *adv* — **sub·se·quent·ness** \-ˌkwent-, -ˌkwənt-\ *n*
**sub·serve** \(ˌ)səb-'sərv\ *vt* [L *subservire* to serve, be subservient, fr. *sub-* + *servire* to serve] (1661) 1 : to promote the welfare or purposes of 2 : to serve as an instrument or means in carrying out
**sub·ser·vi·ence** \səb-'sər-vē-ən(t)s\ *n* (1676) 1 : a subservient or subordinate place or function 2 : obsequious servility
**sub·ser·vi·en·cy** \-ən-sē\ *n* (1651) : SUBSERVIENCE
**sub·ser·vi·ent** \-ənt\ *adj* [L *subservient-, subserviens*, prp of *subservire*] (1632) 1 : serving to promote some end 2 : useful in an inferior capacity : SUBORDINATE 3 : obsequiously submissive : TRUCKLING — **sub·ser·vi·ent·ly** *adv*
*syn* SUBSERVIENT, SERVILE, SLAVISH, OBSEQUIOUS mean showing or characterized by extreme compliance or abject obedience. SUBSERVIENT implies the cringing manner of one very conscious of a subordinate position ⟨domestic help was expected to be properly *subservient*⟩ SERVILE suggests the mean or fawning behavior of a slave ⟨a political boss and his entourage of *servile* hangers-on⟩ SLAVISH suggests abject or debased servility ⟨the *slavish* status of migrant farm workers⟩ OBSEQUIOUS implies fawning or sycophantic compliance and exaggerated deference of manner ⟨waiters who are *obsequious* in the presence of celebrities⟩
**sub·set** \'səb-ˌset\ *n* (1902) : a set each of whose elements is an element of an inclusive set
**sub·shrub** \-ˌshrəb, *esp Southern* -ˌsrəb\ *n* (1851) : a perennial plant having woody stems except for the terminal part of the new growth which is killed back annually; *also* : a low shrub
**sub·side** \səb-'sīd\ *vi* **sub·sid·ed; sub·sid·ing** [L *subsidere*, fr. *sub-* + *sidere* to sit down, sink; akin to L *sedēre* to sit — more at SIT] (1646) 1 : to sink or fall to the bottom : SETTLE 2 : to tend downward : DESCEND; *esp* : to flatten out so as to form a depression 3 : to let oneself settle down : SINK ⟨*subsided* into a chair⟩ 4 : to become quiet or less ⟨as the fever ~s⟩ ⟨my anger *subsided*⟩ *syn* see ABATE — **sub·si·dence** \səb-'sīd-ᵊn(t)s, 'səb-səd-ən(t)s\ *n*
¹**sub·sid·i·ary** \səb-'sid-ē-ˌer-ē, -'sid-ə-rē\ *adj* [L *subsidiarius*, fr *subsidium* reserve troops] (1543) 1 a : furnishing aid or support : AUXILIARY ⟨~ details⟩ b : of secondary importance : TRIBUTARY ⟨a ~ stream⟩ 2 : of, relating to, or constituting a subsidy ⟨a ~ payment to an ally⟩ — **sub·sid·i·ari·ly** \-ˌsid-ē-'er-ə-lē\ *adv*
²**subsidiary** *n, pl* **-iar·ies** (1603) : one that is subsidiary; *esp* : a company wholly controlled by another
**sub·si·dize** \'səb-sə-ˌdīz, -zə-\ *vt* **-dized; -diz·ing** (1795) : to furnish with a subsidy: as a : to purchase the assistance of by payment of a subsidy b : to aid or promote (as a private enterprise) with public money ⟨~ a steamship line⟩ — **sub·si·di·za·tion** \ˌsəb-səd-ə-'zā-shən, -zəd-\ *n* — **sub·si·diz·er** *n*
**sub·si·dy** \'səb-səd-ē, -zəd-\ *n, pl* **-dies** [ME, fr. L *subsidium* reserve troops, support, assistance, fr. *sub-* near + *sedēre* to sit — more at SUB-, SIT] (14c) : a grant or gift of money: as a : a sum of money formerly granted by the British Parliament to the crown and raised by special taxation b : money granted by one state to another c : a grant by a government to a private person or company to assist an enterprise deemed advantageous to the public
**sub·sist** \səb-'sist\ *vb* [LL *subsistere* to exist, fr. L, to come to a halt, remain, fr. *sub-* + *sistere* to come to a halt; akin to L *stare* to stand — more at STAND] *vi* (1549) 1 a : to have existence : BE b : PERSIST, CONTINUE 2 : to have or acquire the necessities of life (as food and clothing); *esp* : to nourish oneself ⟨~ing on roots, berries and grubs⟩ 3 a : to hold true b : to be logically conceivable as the subject of true statements ~ *vt* : to support with provisions
**sub·sis·tence** \səb-'sis-tən(t)s\ *n* [ME, fr. LL *subsistentia*, fr. *subsistent-, subsistens*, prp. of *subsistere*] (15c) 1 a (1) : real being : EXISTENCE ⟨an abstraction without real ~⟩ (2) : the condition of remaining in existence : CONTINUATION, PERSISTENCE b : an essential characteristic quality of something that exists c : the character possessed by whatever is logically conceivable 2 : means of subsisting: as a : the minimum (as of food and shelter) necessary to support life b : a source or means of obtaining the necessities of life — **sub·sis·tent** \-tənt\ *adj*

**subsistence farming** *n* (1937) 1 : farming or a system of farming that provides all or almost all the goods required by the farm family usu. without any significant surplus for sale 2 : farming or a system of farming that produces a minimum and often inadequate return to the farmer — called also *subsistence agriculture* — **subsistence farmer** *n*
**sub·so·cial** \ˌsəb-'sō-shəl, 'səb-\ *adj* (ca 1909) : incompletely social; *esp* : tending to associate gregariously but lacking fixed or complex social organization ⟨~ insects⟩
¹**sub·soil** \'səb-ˌsȯil\ *n* (1799) : the stratum of weathered material that underlies the surface soil
²**subsoil** *vt* (1840) : to turn, break, or stir the subsoil of — **sub·soil·er** *n*
**sub·so·lar point** \ˌsəb-ˌsō-lər-\ *n* (1908) : the point on the surface of the earth or a planet at which the sun is at the zenith
**sub·son·ic** \ˌsəb-'sän-ik, 'səb-\ *adj* [ISV] (1942) 1 : of, relating to, or being a speed less than that of sound in air 2 : moving, capable of moving, or utilizing air currents moving at a subsonic speed 3 : INFRASONIC 1 — **sub·son·i·cal·ly** \-i-k(ə-)lē\ *adv*
**sub·space** \'səb-ˌspās\ *n* (1927) : a subset of a space; *esp* : one that has the essential properties (as those of a vector space or topological space) of the including space
**sub·spe·cial·ty** \ˌsəb-'spesh-əl-tē, 'səb-\ *n* (1926) : a subordinate field within a specialty (as in medicine)
**sub spe·cie ae·ter·ni·ta·tis** \ˌsüb-ˈspek-ē-ˌā-ˌē-ˌter-nə-'tät-əs\ *adv* [NL, lit., under the aspect of eternity] (1895) : in its essential or universal form or nature
**sub·spe·cies** \'səb-ˌspē-shēz, -sēz\ *n* [NL] (1699) : a subdivision of a species: as a : a taxonomic category that ranks immediately below a species and designates a morphologically or physiologically distinguishable and geographically isolated group whose members interbreed successfully with those of other subspecies of the same species where their ranges overlap b : a named subdivision (as a race or variety) of a taxonomic species — **sub·spe·cif·ic** \ˌsəb-spi-'sif-ik\ *adj*
**sub·stage** \'səb-ˌstāj\ *n* (1888) : an attachment to a microscope by means of which accessories (as mirrors, diaphragms, or condensers) are held in place beneath the stage of the instrument
**sub·stance** \'səb-stən(t)s\ *n* [ME, fr. MF, fr. L *substantia*, fr. *substant-, substans*, prp. of *substare* to stand under, fr. *sub-* + *stare* to stand — more at STAND] (14c) 1 a : essential nature : ESSENCE b : a fundamental or characteristic part or quality c *Christian Science* : GOD 1b 2 a : ultimate reality that underlies all outward manifestations and change b : practical importance : MEANING, USEFULNESS ⟨the ... bill — which will be without ~ in the sense that it will authorize nothing more than a set of ideas —Richard Reeves⟩ 3 a : physical material from which something is made or which has discrete existence b : matter of particular or definite chemical constitution 4 : material possessions : PROPERTY ⟨a man of ~⟩ — **sub·stance·less** \-ləs\ *adj* — **in substance** : in respect to essentials : FUNDAMENTALLY
**substance P** *n* (1942) : a protein present esp in the gastrointestinal tract and pituitary gland that causes reduction in blood pressure and contraction of smooth muscle and that is thought to function as a neurotransmitter
**sub·stan·dard** \ˌsəb-'stan-dərd, 'səb-\ *adj* (1897) : deviating from or falling short of a standard or norm: as a : of a quality lower than that prescribed by law b : conforming to a pattern of linguistic usage existing within a speech community but not that of the prestige group in that community — compare NONSTANDARD c : constituting a greater than normal risk to an insurer
**sub·stan·tial** \səb-'stan-chəl\ *adj* (14c) 1 a : consisting of or relating to substance b : not imaginary or illusory : REAL, TRUE c : IMPORTANT, ESSENTIAL 2 : ample to satisfy and nourish : FULL ⟨a ~ meal⟩ 3 a : possessed of means : WELL-TO-DO b : considerable in quantity : significantly large ⟨earned a ~ wage⟩ 4 : firmly constructed : STURDY 5 : being largely but not wholly that which is specified ⟨a ~ lie⟩ — **substantial** *n* — **sub·stan·ti·al·i·ty** \-ˌstan-chē-'al-ət-ē\ *n* — **sub·stan·tial·ly** \-'stanch-(ə-)lē\ *adv* — **sub·stan·tial·ness** \-'stan-chəl-nəs\ *n*
**sub·stan·tia ni·gra** \səb-ˌstan-chē-ə-'nī-grə, -'nig-rə\ *n, pl* **sub·stan·ti·ae ni·grae** \-chē-ˌē-'nī-(ˌ)grē, -'nig-(ˌ)rē\ [NL, lit., black substance] (ca 1885) : a layer of deeply pigmented gray matter situated in the midbrain and containing the cell bodies of a tract of dopamine-producing nerve cells whose secretion tends to be deficient in Parkinson's disease
**sub·stan·ti·ate** \səb-'stan-chē-ˌāt\ *vt* **-at·ed; -at·ing** (1657) 1 : to give substance or form to : EMBODY 2 : to establish by proof or competent evidence : VERIFY ⟨~ a charge⟩ *syn* see CONFIRM — **sub·stan·ti·a·tion** \-ˌstan-chē-'ā-shən\ *n* — **sub·stan·ti·a·tive** \-'stan-chē-ˌāt-iv\ *adj*
**sub·stan·ti·val** \ˌsəb-stən-'tī-vəl\ *adj* (1832) : of, relating to, or serving as a substantive — **sub·stan·ti·val·ly** \-və-lē\ *adv*
¹**sub·stan·tive** \'səb-stən-tiv\ *n* [ME *substantif*, fr. MF, fr. *substantif, adj.*, having or expressing substance, fr. LL *substantivus*] (14c) : NOUN; *broadly* : a word or word group functioning syntactically as a noun — **sub·stan·tiv·ize** \-tiv-ˌīz\ *vt*
²**sub·stan·tive** \'səb-stən-tiv; 2c & 3 also səb-'stant-iv\ *adj* [ME, fr. LL *substantivus* having substance, fr. L *substantia*] (15c) 1 : being a totally independent entity 2 a : real rather than apparent : FIRM; *also* : PERMANENT, ENDURING b : belonging to the substance of a thing : ESSENTIAL c : expressing existence ⟨the ~ verb is the verb *to be*⟩ d : requiring or involving no mordant ⟨a ~ dyeing process⟩ 3 a : having the nature or function of a grammatical substantive ⟨a ~ phrase⟩ b : relating to or having the character of a noun or pronominal term in logic 4 : considerable in amount or numbers : SUBSTANTIAL 5 : creating and defining rights and duties ⟨~ law⟩ 6 : having substance : involving matters of major or practical importance to all concerned ⟨~ discussions among world leaders⟩ — **sub·stan·tive·ly** *adv* — **sub·stan·tive·ness** *n*
**substantive right** *n* (1939) : a right (as of life, liberty, property, or reputation) held to exist for its own sake and to constitute part of the normal legal order of society
**sub·sta·tion** \'səb-ˌstā-shən\ *n* (1890) 1 : a branch post office 2 : a subsidiary station in which electric current is transformed
**sub·stit·u·ent** \səb-'stich-(ə-)wənt\ *n* [L *substituent-, substituens*, prp of *substituere*] (1895) : an atom or group that replaces another atom or group in a molecule — **substituent** *adj*
**sub·sti·tut·able** \'səb-stə-ˌt(y)üt-ə-bəl\ *adj* (1805) : capable of being substituted — **sub·sti·tut·abil·i·ty** \ˌsəb-stə-ˌt(y)üt-ə-'bil-ət-ē\ *n*