# Exhibit I

RECEIVED
APR 23 2004
HALE AND DORR
LIBRARY

# Webster's Third New International Dictionary

OF THE ENGLISH LANGUAGE

UNABRIDGED

A Merriam-Webster
REG U.S. PAT OFF.

WITH SEVEN LANGUAGE DICTIONARY

VOLUME II

# H to R

ENCYCLOPÆDIA BRITANNICA, INC.

*Chicago*
*Auckland, Geneva, London, Manila, Paris, Rome*
*Seoul, Sydney, Tokyo, Toronto*

**TA 164**



A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence It is used by a number of publishers and may serve mainly to mislead an unwary buyer

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language. unabridged: a Merriam-Webster/editor in chief. Philip Babcock Gove and the Merriam-Webster editorial staff
p. cm.
ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X (carrying case). — ISBN 0-87779-206-2 (imperial buckram).
1. English language—Dictionaries I Gove, Philip Babcock. 1902–1972. II. Merriam-Webster, Inc
PE1625.W36 1993
423–dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher*

MADE IN THE UNITED STATES OF AMERICA

29QPH95

**multiple sclerosis** *n* : a chronic progressive disease of the central nervous system marked by patchy demyelination and hardening of nerve tissue and associated with varied motor and psychic changes depending upon the location of the lesions
**multiple shop** *or* **multiple store** *n, Brit* : CHAIN STORE
**multiple-speed transmission** *n* : transmission that provides a choice of gear ratios between the motor and the shaft or axle finally driven
**multiple standard** *n* : TABULAR STANDARD
**multiple star** *n* : several stars in close proximity that appear to form a single system
**multiple switchboard** *n* : a manual telephone switchboard in the jack field of which some or all subscriber lines appear more than once so as to be within reach of all operators
**multiple synchronous telegraph** *n* : a multiplex telegraph in which at the receiving station apparatus is maintained in exact synchronism with corresponding apparatus at the sending station
**mul·ti·plet** \'məltəplət\ *n* -s [ISV ¹*multiple* + -*et*] : a spectrum line having several components
**multiple thread** *n* : a screw thread composed of two or more distinct parallel intertwined threads or helices
**multiple-tuned** \ˌ••ˈ•\ *adj* : tuned to more than one frequency or by more than one circuit or element — usu. used of antennas or electrical networks
**multiple-unit** \ˌ••ˌ••\ *adj* : of or relating to a system of electric traction in which two or more cars controlled from a single car are used to propel a train (as in commuter service)
**multiple voting** *n* **1** : voting by the same individual at the same election in various places in each of which he possesses the legal qualifications **2** : unauthorized and illegal voting by one person in two or more constituencies (as voting by floaters)
**multiple watermark** *n* : a watermark on a stamp that consists of more than one or portions of more than one unit of design
¹**mul·ti·plex** \'məltəˌpleks\ *adj* [L *multiplex* — more at MULTIPLE] **1** : having numerous parts or elements : MANIFOLD, MULTIPLE ⟨the ~ moods of our human nature —Herbert Read⟩ ⟨giants and the genii, ~ of wing and eye —G.K. Chesterton⟩ **2** : being or relating to a system of transmitting several messages or signals simultaneously on the same circuit (as in telephony or telegraphy) or on the same channel (as in radio or television) ⟨favored the development and use of ~ sound and facsimile broadcasting —*Proceedings of the Institute of Radio Engineers*⟩
²**multiplex** \"\ *vb* -ED/-ING/-ES *vt* : to send (several messages or signals) by a multiplex system — *vi* : to multiplex messages or signals ⟨granted permission for FM stations to test stereo ~*ing*, a system that sends the two separate signals over a single radio frequency —*Time*⟩
³**multiplex** \"\ *n* -ES **1** : a multiplex system **2** : a stereoscopic instrument used in preparing topographic maps by projecting aerial photographs onto a surface so that the projected images when viewed with anaglyphic spectacles give a three-dimensional effect
**mul·ti·plex·er** *or* **mul·ti·plex·or** \-sə(r)\ *n* -s [¹*multiplex* + -*er*] : a device for multiplex transmission of signals
**mul·ti·pli·able** \'məltəˌplīəbəl, ˌ••ˈ•••\ *adj* [F, fr. OF, fr. *multiplier* to multiply + -*able* — more at MULTIPLY] : capable of being multiplied
**mul·ti·plic·a·ble** \ˌməltəˈplikəbəl\ *adj* [ME, fr. ML *multiplicabilis*, fr. L *multiplicare* to multiply + -*abilis* -able] : MULTIPLIABLE
**mul·ti·pli·cand** \ˌməltəpləˈkand, -aa(ə)nd\ *n* -s [L *multiplicandum* something to be multiplied, neut. of *multiplicandus*, gerundive of *multiplicare* to multiply] : the number that is to be multiplied by another number — compare MULTIPLIER
¹**mul·ti·pli·cate** \'məltəpləˌkāt\ *adj* [ME, fr. L *multiplicatus*, past part. of *multiplicare* to multiply] **1** : consisting of many or of more than one : MULTIPLE, MULTIFOLD ⟨~ forms⟩ **2** : having many folds ⟨~ shells⟩
²**multiplicate** \"\ *n* -s : the form or condition of being exactly reproduced in many copies ⟨have copies made in ~⟩
**mul·ti·pli·ca·tion** \ˌməltəpləˈkāshən\ *n* -s [ME *multiplicacioun*, fr. MF *multiplication*, fr. L *multiplication-*, *multiplicatio*, fr. *multiplicatus* (past part. of *multiplicare* to multiply) + -*ion-*, -*io* -ion — more at MULTIPLY] **1 a** : the act or process of multiplying ⟨combat the weevil and prevent its ~ —*Encyc. Americana*⟩ ⟨the ~ and distribution of a printed and bound message —B.L.Stratton⟩ **b** : the state of being multiplied ⟨this ~ of security investigations is institutionalized —H.J.Morgenthau⟩ ⟨when the converter is developing its greatest torque ~ —Joseph Heitner⟩ **2 a** : a mathematical operation commonly indicated by *ab*, *a·b*, or *a×b* and having various significances according to the type of numbers involved, the simplest being in the case of positive integers where the process is that of repeating *b* as many times as there are units in *a* or vice versa **b** : the mathematical process involving an operand and an operator each of which may consist of various kinds of numbers, symbols, expressions, assemblages, or magnitudes and in which the operand is affected by the operator in a manner governed by defined laws some of which are usu. the same as those that apply to the multiplication of numbers even when numbers are not involved ⟨the ~ of derivatives to yield derivatives of derivatives⟩ **3** : the logical operation of forming a conjunction or product — rarely used outside the algebra of classes
**multiplication dance** *n* : a mixer in American social dances starting with one couple and multiplying by continual choice of new partners
**multiplication factor** *n* : the ratio of the number of neutrons produced in a nuclear pile to the number disappearing that must equal or exceed unity for a chain reaction to take place — called also *reproduction constant*, *reproduction factor*
**multiplication table** *n* : a table of the products of a set of numbers multiplied in some regular order; *usu* : a table of the products of the first 10 or 12 integers multiplied successively by 1, 2, 3, etc., up to 10 or 12

MULTIPLICATION TABLE

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 |
| 3 | 6 | 9 | 12 | 15 | 18 | 21 | 24 | 27 | 30 | 33 | 36 |
| 4 | 8 | 12 | 16 | 20 | 24 | 28 | 32 | 36 | 40 | 44 | 48 |
| 5 | 10 | 15 | 20 | 25 | 30 | 35 | 40 | 45 | 50 | 55 | 60 |
| 6 | 12 | 18 | 24 | 30 | 36 | 42 | 48 | 54 | 60 | 66 | 72 |
| 7 | 14 | 21 | 28 | 35 | 42 | 49 | 56 | 63 | 70 | 77 | 84 |
| 8 | 16 | 24 | 32 | 40 | 48 | 56 | 64 | 72 | 80 | 88 | 96 |
| 9 | 18 | 27 | 36 | 45 | 54 | 63 | 72 | 81 | 90 | 99 | 108 |
| 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 |
| 11 | 22 | 33 | 44 | 55 | 66 | 77 | 88 | 99 | 110 | 121 | 132 |
| 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 | 132 | 144 |

¹**mul·ti·pli·ca·tive** \'məltəˈplikəd.iv, -ətl; ˌməltəpləˌkād.i, -ātl; [ēv *also* [əv\ *adj* [LL *multiplicativus*, fr. L *multiplicatus* (past part. of *multiplicare* to multiply) + -*ivus* -ive] : tending or having the power to multiply numbers ⟨the ~ tendency of proportional representation —Barbara & Robert North⟩ ⟨a ~ scale of monetary weight units —A.L.Kroeber⟩ — **mul·ti·pli·ca·tive·ly** \-ə̇vlē, -li\ *adv*
²**multiplicative** *n* -s : a numeral adjective (as *single*, *treble twofold*) denoting how many times something is taken
**mul·ti·pli·ca·tor** \'məltəpləˌkād.ə(r)\ *n* -s [LL, fr. L *multiplicatus* (past part. of *multiplicare* to multiply) + -*or*] : MULTIPLIER ⟨provides the necessary circulation in a ~ circuit —Anna Akeley⟩
**multiplicious** *adj* [L *multiplic-*, *multiplex* multiple + E -*ious*] *obs* : MULTIPLEX, MANIFOLD
**mul·ti·plic·i·ty** \ˌməltəˈplisəd.ē, -ətē, -i\ *n* -ES [MF *multiplicité*, fr. LL *multiplicitat-*, *multiplicitas*, fr. L *multiplic-*, *multiplex* multiple + -*itat-*, -*itas* -ity] **1** : the quality or state of being multiple, manifold, or various : multiple or multiform character : MULTIFARIOUSNESS ⟨try to reduce the incomprehensible ~ of the universe to a comprehensible simplicity —F.L.Mott⟩ ⟨the ~ and heterogeneity of our environment —Hunter Mead⟩ ⟨there is a vast ~ of duty for the squadron commander —H.H.Arnold & I.C.Eaker⟩ **2** : a great number ⟨a ~ of interesting paths crossed the featureless land —E.E. Shipton⟩ ⟨booklet is unfortunately marred by a ~ of minor errors —R.S.Churchill⟩ **3 a** : the number of components or sublevels in a given electronic multiple-energy state **b** : the number of components of a multiplet
**mul·ti·pli·er** \'məltəˌplī(ə)r -īə\ *n* -s [ME, fr. *multiplien* to multiply + -*er*] : one that multiplies: as **a** : a number by which another number is multiplied — compare MULTIPLICAND **b** (1) : an instrument or device for multiplying or intensifying some effect ⟨~ phototube⟩ — compare VOLTAGE MULTIPLIER (2) : MULTIPLYING COIL **c** (1) : a set of gears causing the spool of a fishing reel to revolve faster than the crank thereby accelerating the speed at which the fishing line is reeled in (2) *or* **multiplier reel** *or* **multiplying reel** : a reel so equipped **d** : a key-operated machine or a key-operated mechanism or circuit on a machine (as on a calculating machine) that multiplies figures and records the products **e** (1) : one of the underground bulbils or offsets by which a multiplier onion increases — compare TOP ONION (2) *chiefly NewEng* : WINTER ONION; *esp* : MULTIPLIER ONION **f** : a factor in the game of skat that is derived by adding 1 for each matador held by the bidder or his opponents, 1 for fulfilling or failing to fulfill the contract, and 1 each for schneider or schwarz and predation thereof and that is used by multiplying by the base value of a game to determine the total score **g** : the ratio of the income held to result from an addition to investment to the amount of such addition ⟨the ~, which began as an analysis of the effects of public spending, has thus broadened into a general concept of income formation⟩ — compare ACCELERATOR
**multiplier onion** *n* : any of several perennial garden onions that constitute a variety (*Allium cepa* var. *aggregatum*) of the common onion and are grown chiefly for salad onions
¹**mul·ti·ply** \'məltəˌplī\ *vb* -ED/-ING/-ES [ME *multiplien*, fr. OF *multiplier*, fr. L *multiplicare*, fr. *multiplic-*, *multiplex* multiple — more at MULTIPLE] *vt* **1** : to increase in number esp. greatly or in multiples : make more numerous : add quantity to : AMPLIFY, AUGMENT ⟨the spread of such a prejudice may ~ readers —R.P.Blackmur⟩ ⟨no organized attempt to ~ good writings —G.G.Coulton⟩ ⟨when an original manuscript could only be *multiplied* by handwritten copies —G.F.Hudson⟩ ⟨inspiring other property owners to ~ their prices —Louise Levitas⟩ ⟨ask you not to ~ those errors into misfortunes for all of us —Irving Stone⟩ ⟨commerce *multiplied* wealth and comfort —Stringfellow Barr⟩ **2 a** : to find the product of : perform multiplication on **b** : to combine with ⟨another number⟩ by multiplication **3** *obs* : MAGNIFY ~ *vi* **1 a** : to become greater in number : increase in extent : SPREAD ⟨as time passed, the forges and the furnaces *multiplied* —Desmond Sprague⟩ ⟨the natural secrecy in which errors breed and ~ —Norman Cousins⟩ **b** : BREED, PROPAGATE ⟨every species of animals naturally *multiplies* in proportion to the means of their subsistence, and no species can ever ~ beyond it —Adam Smith⟩ ⟨allows virus to ~ more than a millionfold —*Monsanto Mag.*⟩ **2** : to perform the mathematical operation of multiplication **syn** see INCREASE — **multiply the earth** : to add to the world's population ⟨front soldiers who have just returned from killing and destruction now begin calmly to *multiply the earth* as though nothing had happened —Lawrence Thompson⟩ — **multiply words** : to be verbose or garrulous ⟨a fool *multiplies words* —Eccles. 10: 14 (RSV)⟩
²**mul·ti·ply** \'məltəplē, -li\ *adv* [¹*multiple* + -*ly*] : in a multiple manner : in several or many ways : in multiple ⟨the use of ~ applicable names —A.I.Melden⟩ ⟨that physical objects are ~ accessible to different people —J.W.Yolton⟩
**mul·ti·ply** \'məltəˌplī\ *adj* [*multi-* + *ply*, n.] : composed of several or many plies ⟨*multi-ply* nylon⟩ ⟨*multi-ply* glass⟩
**mul·ti·ply·ing** \'məltəˌplīiŋ\ *adj* [ME *multeplynge*, fr. pres. part. of *multeplien*, *multiplien* to multiply] : that multiplies ⟨the ~ train in a timepiece⟩ ⟨~ camera⟩
**multiplying coil** *n* : a resistor connected in parallel with an ammeter or in series with a voltmeter and so adjusted that the readings of the instrument must be multiplied in a fixed ratio (as 10: 1) to give the correct value — called also *multiplier*
**multiplying reel** *n* : MULTIPLIER c(2)
**mul·ti·po·lar** \ˌ••+\ *at* MULTI- +\ *adj* [ISV *multi-* + *polar*] : having several poles: as **a** : having several dendrites ⟨~ nerve cells⟩ **b** : having a number of pairs of magnetic poles of alternate north and south polarity ⟨a ~ electric machine⟩ — **mul·ti·po·lar·i·ty** \"+\ *n*
¹**mul·ti·pole** \'məltəˌpōl\ *adj* [*multi-* + *pole*, n.] : MULTIPOLAR ⟨~ radiation field⟩
²**multipole** \"\ *n* [ISV *multi-* + *pole*] : a system (as a molecule) involving two or more pairs of electric or magnetic dipoles and having an electric or a magnetic moment
**mul·tip·o·tent** \ˌmalˈtipəd.ənt\ *adj* [L *multipotent-*, *multipotens*, fr. *multi-* + *potent-*, *potens* potent — more at POTENT] : having power to do many things ⟨~ goblins gyrated in a danse macabre —Saul Carson⟩ ⟨the synthesis of new ~ derivatives —*Jour. Amer. Med. Assoc.*⟩
**mul·ti·pur·pose** \ˌməltə+ˌ•\ *adj* [*multi-* + *purpose* n] : having several purposes ⟨~ dam⟩ ⟨~ furniture⟩
**mul·ti·ra·cial** \ˌ•• *at* MULTI- +\ *adj* [*multi-* + *racial*] : of, relating to, or representing various races ⟨~ government⟩
**mul·ti·se·ri·ate** \"+\ *adj* [prob. fr. (assumed) NL *multiseriatus*, fr. NL *multi-* + (assumed) NL *seriatus* seriate] : consisting of or arranged in several or many series
**mul·ti·spi·ral** \"+\ *adj* : having several whorls
**mul·ti·stage** \'məltəˌstāj\ *adj* [*multi-* + *stage*, n.] **1** : having successive operating stages ⟨~ compressor⟩ ⟨~ pump⟩ ⟨~ turbine⟩; *specif* : having two or more propulsion units that operate in turn ⟨~ rocket⟩ **2** : conducted by stages ⟨~ amplification⟩ ⟨~ milling⟩ ⟨a ~ investigation⟩ ⟨~ sampling⟩
**mul·ti·sto·ry** \ˌməltə+ˌ•\ *adj* [*multi-* + *story*, n] : having a number of stories ⟨a ~ parking garage⟩; *esp* : having a floor plan that is repeated on levels above the ground floor ⟨a ~ hotel⟩
**mul·ti·syl·lab·ic** \ˌ•• *at* MULTI- +\ *adj* [*multi-* + -*syllabic*] : POLYSYLLABIC
**mul·ti·syl·la·bil·i·ty** \ˌməltəˌsiləˈbiləd.ē\ *n* [*multisyllable* + -*ity*] : the quality or state of being multisyllabic
**mul·ti·syl·la·ble** \ˌməltə+ˌ•\ *n* [*multi-* + *syllable*] : a word of many syllables
**mul·ti·ten·ta·cled** \"+\ *adj* [*multi-* + *tentacled*] : having several tentacles
**mul·ti·tu·ber·cu·lar** \ˌ•• *at* MULTI- +\ *adj* [*multi-* + *tubercular*] : MULTITUBERCULATE
**mul·ti·tu·ber·cu·la·ta** \ˌməltəˌt(y)üˌbərkyəˈlād.ə, -lädə\ *n pl*, *cap* [NL, fr. neut. pl. of *multituberculatus* multituberculate] : an order of relatively small Mesozoic and Eocene mammals with multituberculate teeth coextensive with the subclass Allotheria and resembling the rodents although not considered ancestral to any recent mammals
¹**mul·ti·tu·ber·cu·late** \ˌ•• *at* MULTI- +\ *adj* [NL *multituberculatus*, fr. *multi-* + *tuberculatus* tuberculate] **1** *of teeth* : having many simple conical cusps **2** : of or relating to the Multituberculata **3** : of or relating to multituberculy
²**multituberculate** *n* -s : a mammal of the order Multituberculata
**mul·ti·tu·ber·cu·lism** \ˌməltəˈbərkyəˌlizəm\ *n* -s [*multituberculate* + -*ism*] : MULTITUBERCULY
**mul·ti·tu·ber·cu·ly** \-ˌlē\ *n* -ES [*multituberculate* + -*y*] : the state of having many tubercles — used esp. in ref. to a theory of the origin of mammalian teeth; compare TRITUBERCULY
**mul·ti·tude** \'məltəˌtüd, -təˌtyüd\ *n* -s [ME, fr. MF or L; MF, fr. L *multitudo*, fr. *multi-* + -*tudo* -tude] **1** : the state of being many : NUMEROUSNESS ⟨whereas you were as the stars of heaven for ~ —Deut. 28:62 (RSV)⟩ ⟨the mind [alters, confused by the ~ and yet the harmony of the detail —Theodore Dreiser⟩ ⟨of large numbers, note whether they are used precisely, or merely to express ~ —*Notes & Queries on Anthropology*⟩ **2** : a great number : HOST ⟨~ in the valley of decision —Joel 3:14 (RSV)⟩ ⟨love covers a ~ of sins —1 Pet 4:8 (RSV)⟩ ⟨a language in which the same sound has to stand for a ~ of ideas —Edward Clodd⟩ ⟨a ~ of stories and traditions grew up around his name —D.E.Smith⟩ **3** : a great number of persons collected together : CROWD, THRONG ⟨all the ~ was astonished —Mk 11:18 (RSV)⟩ ⟨the tourist buses disgorged their ~s —Mollie Panter-Downes⟩ **4** : POPULACY, PUBLIC ⟨both scorns and seeks the understanding and approbation of the ~ —Arthur Knight⟩ ⟨does not like his defeat in a matter of the heart to be known, and needs must dissemble to the ~ —Rex Ingamells⟩
**mul·ti·tu·di·nal** \ˌməltəˈtüdᵊnəl, -təˈtyü-\ *adj* [L *multitudin-*, *multitudo* multitude + E -*al*] : MULTITUDINOUS
**mul·ti·tu·di·nism** \ˌ••ˈtüdᵊnˌizəm, -ˈtyü-\ *n* -s [L *multitudin-*, *multitudo* multitude + E -*ism*] : a doctrine or policy giving primary importance to the interests of the multitude as opposed to the individual
**mul·ti·tu·di·nous** \ˌməltəˈtüdᵊnəs, -təˈtyü-\ *adj* [L *multitudin-*, *multitudo* multitude + E -*ous*] **1** : including a multitude of individuals : POPULOUS ⟨the invasion of nature by ~ man —H.S.Canby⟩ ⟨in the ~ city —W.S.Maugham⟩ **2** : existing in a great multitude : MYRIAD ⟨the mosquitoes were ~ and fierce —Claud Cockburn⟩ ⟨evaluates the ~ happenings of the day —F.L.Mott⟩ ⟨lunch of ~ hors d'oeuvres —Jean Stafford⟩ **3** : existing in or consisting of innumerable forms, particles, elements, or aspects ⟨filling the air with a ~ musical clamor —John Burroughs⟩ ⟨urgent demand upon my attention made by the ~ world around me —Richard Church⟩ ⟨the long ~ rain —Carl Sandburg⟩
**mul·ti·tu·di·nous·ly** *adv* : in a multitudinous manner
**mul·ti·tu·di·nous·ness** *n* -ES : the state or quality of being multitudinous ⟨the ~ of their wants —Douglas Rimmer⟩
**mul·ti·unit tube** \'məltə+ˌ• . . . -\ *n* [*multi-unit* fr. *multi-* + *unit*, n.] : a single electron tube that contains in one envelope elements enabling it to perform the functions of two or more separate tubes
**mul·ti·va·lence** \ˌməltəˈvālən(t)s\ *n* -s [fr. ¹*multivalent*, after such pairs as E *absent*: *absence*] **1** *or* **mul·ti·va·len·cy** \-nsē\ : POLYVALENCE **2** : the quality or state of having many values, meanings, or appeals ⟨while ~ in the sense of appeal to different periods can not be demonstrated —*Western Rev.*⟩ ⟨the admission of relativity and ~ does not make value illusory or judgment futile —H.J.Muller⟩ ⟨the ~ of his imagery —James Burnham⟩
¹**mul·ti·va·lent** \ˌ•• *at* MULTI- +\ *adj* [ISV *multi-* + *valent*] **1** : POLYVALENT **2** : MULTIPLE — used of homologous chromosomes when more than two are present and associate in synapsis **3** : having many values, meanings, or appeals ⟨even in the field of the terminal values of form, a work of art is ~ —George Boas⟩ ⟨as great and ~ a poet —Ramon Guthrie⟩
²**multivalent** \"\ *n* -s : one that is multivalent; *esp* : a multivalent chromosome group
**mul·ti·val·ued** \"+\ *adj* [*multi-* + *valued*] : having several or many values
¹**mul·ti·valve** \'məltə+ˌ•\ *adj* [NL *multivalvis*, fr. *multi-* + -*valvis* (fr. *valva* valve)] : having many valves — used esp of shellfish and shells
²**multivalve** \"\ *n* : a multivalve shellfish or shell
**mul·ti·var·i·ant** \ˌ•• *at* MULTI- +\ *adj* [*multi-* + *variant*, adj.] : having more than two degrees of freedom — used esp of a physical-chemical system; compare PHASE RULE
**mul·ti·var·i·ate** \"+\ *adj* [*multi-* + *variate*, n.] : having or involving a number of independent mathematical variables — used esp. in statistical analysis
**mul·ti·var·i·ous** \"+\ *adj* [*multi-* + *various*] : widely diverse
**mul·ti·verse** \'məltəˌvərs\ *n* -s [*multi-* + -*verse* (as in *universe*)] : a totality of things and forces that are disparate or lacking in ultimate unity ⟨neither a universe pure and simple nor a ~ pure and simple —William James⟩ ⟨the part that mind plays in changing individuals and their ~ —Maynard Whitlow⟩ — compare PLURIVERSE
**mul·ti·vi·bra·tor** \ˌməltə+\ *n* [ISV *multi-* + *vibrator*] : a radio-frequency oscillator that produces a controlled fundamental frequency but distributes its energy chiefly among several harmonic or subharmonic frequencies
**mul·ti·vin·cu·lar** \ˌməltəˈviŋkyələ(r)\ *adj* [*multi-* + *vinculum* + -*ar*] : having several small separate ligaments — used of the hinge of various bivalves
**mul·tiv·i·ous** \ˌməlˈtivēəs\ *adj* [L *multivius*, fr. *multi-* + -*vius* (fr. *via* way, road) — more at VIA] : having many ways or roads
¹**mul·ti·vi·ta·min** \ˌ•• *at* MULTI- +\ *adj* [*multi-* + *vitamin*, n.] : containing or employing several vitamins
²**multivitamin** \"\ *n* : a multivitamin preparation
**mul·tiv·o·cal** \ˌməlˈtivəkəl\ *adj* [*multi-* + -*vocal* (as in *equivocal*)] **1** : signifying many things : of manifold meanings : EQUIVOCAL ⟨meet with an ambiguous or ~ word —S.T. Coleridge⟩ **2** [*multi-* + *vocal*] : VOCIFEROUS ⟨so bustling and ~ in pacifism —F.L.Paxson⟩ ⟨scandals and horrors of the moment in ~ . . . clamor —S.H.Adams⟩
**mul·ti·vol·tine** \ˌməltəˈvōlˌtēn, -ˌtᵊn\ *adj* [*multi-* + -*voltine* (as in *bivoltine*)] : having several broods in a season — used esp. of an insect
**mul·ti·vol·ume** \ˌ•• *at* MULTI- +\ *or* **mul·ti·vol·umed** *adj* [*multi-* + *volume* (n.) or *volumed*] : comprising several volumes ⟨a ~ atlas⟩
¹**mul·ti·wall** \'məltəˌwȯl\ *adj* [*multi-* + *wall*, n.] : having a wall made up of several layers ⟨moisture-resistant ~ bags⟩
²**multiwall** \"\ *n* : a multiwall bag
**mul·ture** \'məlchə(r)\ *n* -s [ME *multyr*, *multer*, fr. OF *molture*, lit., grinding, fr. (assumed) VL *molitura*, fr. L *molitus* (past part. of *molere* to grind) + -*ura* -ure — more at MEAL] *chiefly Scot* : a fee in the form of money, grain, or meal paid to a land proprietor or a tenant miller for the grinding of grain
**mul·tur·er** \-chərə(r)\ *n* -s **1** *chiefly Scot* : one who has grain ground at a mill **2** *chiefly Scot* : a miller to whom multure is paid
¹**mum** \'məm\ *adj* [prob. imit. of a sound made with closed lips] : having no speech : SILENT ⟨to all of which I listened, ~ as an oyster —Carleton Beals⟩ ⟨officially he is still ~ on the subject —*Newsweek*⟩ — often used interjectionally to express a desire or need for silence
²**mum** \"\ *n* -s : abstention from speaking : SILENCE — often used in the expression *mum's the word*
³**mum** \"\ *vb* **mummed**; **mummed**; **mumming**; **mums** [ME *mommen*, fr. MF *momer* to go masked] *vi* **1** : to act or play (as in a pantomime) usu. in mask or disguise ⟨miserable *mumming* on the stage —Donn Byrne⟩ **2** : to go about merrymaking in disguise esp during festivals ⟨the crowds *mumming* in the streets at Mardi Gras⟩ ~ *vt* : to make (one's way) esp. in disguise during festivals ⟨with soot-blackened faces and grotesque attire, *mumming* their way . . . singing for sixpences —A.J.Cronin⟩
⁴**mum** \"\ *n* -s [G *mumme*] : a strong ale or beer orig. made in Brunswick, Germany
⁵**mum** \"\ *chiefly Brit var of* MOM
⁶**mum** \", ˌməm, -əm\ *n* -s [alter. of *ma'am*] : MADAM
⁷**mum** \'məm\ *n* -s [by shortening] : CHRYSANTHEMUM
¹**mum·ble** \'məmbəl\ *vb* **mumbled**; **mumbled**; **mumbling** \-b(ə)liŋ\ **mumbles** [ME *momelen*, of imit. origin] *vi* **1** *archaic* : to chew something gently with closed lips or with little use of the teeth **2** : to make speech sounds that are hard to understand because of minimal displacement of the speech organs from their rest position : utter words in a low confused indistinct manner : MUTTER ⟨he lay . . . gray and limp, with a parson *mumbling* over him —Francis Yeats-Brown⟩ ~ *vt* **1** : to utter with a low inarticulate voice ⟨*mumbled* something about not having a license —George Meredith⟩ **2** : to chew or bite with or as if with toothless gums ⟨the old women *mumbling* soft sandwiches —A.P.Gaskell⟩ **3** : to press or caress with the lips ⟨she *mumbled* his cheek and called him "lovey" —Robertson Davies⟩ **4** *chiefly dial Eng* : MUMBLE
²**mumble** \"\ *n* -s : a low confused indistinct utterance : MUTTERING ⟨the ~ of his voice vanished —Gwyn Thomas⟩
**mumblebee** \'••ˌ•\ *n* -s [origin unknown] : a sloop-rigged Devonshire fishing boat with a mast stepped far aft, a large foresail, and a jib
**mumblenews** \'••ˌ•\ *n pl but sing or pl in constr* : TALEBEARER
**mum·bler** \'məmb(ə)lə(r)\ *n* -s **1** : one that mumbles **2** *Brit* : GLASSBLOWER

mum·ble·ty-peg \'məmbəltēˌpeg
\'••ˌ•\ *or* mumble peg *also* m
ˌpeg, -ˌpāg\ *or* mum·bly-peg
*mumble the peg*; fr. the loser's
with his teeth a peg driven into
the players try to flip or throw
so that the blade will stick into
mum·bling·ly *adv* : in a mumbli
mum·bo jum·bo \ˌməm(ˌ)bōˈjəm
[perh. fr. Mandingo *mama dj*
*dyumbo* pompon, wearer of a p
idol or deity held to have been
peoples **b** : an object of s
**2 a** : a complicated observan
accompanied by elaborate r
*mumbo jumbo* of a ritual and
Ferguson⟩ ⟨the *mumbo jumbo* o
Sackville-West⟩ **b** : complicat
activity intended to obscure a
notes is not mere diplomatic m
combat is not *mumbo jumbo* —
that is unnecessarily involve
: GIBBERISH ⟨created a *mumb*
lawyer to translate —Stuart
*jumbo* of much of our scholarl
¹mumbudget *n* [prob. fr. ²*mun*
²mumbudget *adj*, *obs* : SILENT
³mumbudget \ˌ•ˈ••\ *vi*, *obs* : t
¹mum·chance \'məmˌchan(t)s
[LG *mummenschanze* throw in
revelers, fr. MLG, fr. *mumme*
revelers (fr. *mummen* to go m
(assumed) MLG *schanze* throv
of dice, chance — more at CH
which the caster is not permi
whom he contests the stake — c
in meaning by ¹*mum*] *dial Eng*
²mumchance \"\ *vi* **1** : MASK
silent out of caution or stupi
³mumchance \"\ *adj*, *chiefly*
⁴mumchance \"\ *adv* [¹*mum*
⟨peering down ~ at its refl
Llewellyn⟩
mu-me \'mümē\ *n* -s [Jap] :
mu-me·son \'•ˌ•+\ *n* [*mu* +
approximately 200 times that
mum·mer \'məmə(r)\ *n* -s [M
fr. OF *momeur*, fr. *momer* to g
actor in a pantomime **b** : a th
goes merrymaking in disguise
of May morning when ~s we
fred Bryher⟩
mum·mery \'məmərē\ *n* -ES
*mommerie*] **1** : a performance g
lous, hypocritical, or pretent
performance ⟨practices . . .
stitious *mummeries* were reviv
ceremonial of modern life —V
mummia *n* -s [ME *momyan*, fr
*obs* : MUMMY 1
mum·mi·chog *also* mum·ma
my·chog \'•ˌ•ˌ•\ *n* -s [Nar
go in great numbers] : any of
mon American killifish (*Fund*
mum·mick \'məmik\ *var of* ¹
mum·mi·fi·ca·tion \ˌməmal
after such pairs as E *amplify*:
of mummifying or the state o
tion resembling mummificatio
. . . of ~ in bandages of s
devitalization of a tooth pul
coronal portion leaving the r
in the tooth canal **3** : DRY G
mum·mi·form \'məməˌfȯrm'
sembling or suggestive of a r
mum·mi·fy \'məməˌfī\ *vb* -E
**1** : to embalm and dry (as tl
other sacred animals of Eg
—Emma Hawkridge⟩ **2 a** :
⟨dead love affairs, *mummifi*
Cunnington⟩ ⟨Arab women
white shadows scurrying —V
tions that have long outlast
**b** : to cause to dry up and sh
decay of fruits but *mummi*
Bush⟩ **3** : to wrap (a body
~ *vi* : to dry up and shrivel l
mum·ming \'məmiŋ\ *n* -s
*mommen* to mum — more at ³
: MASKING
mum·mock \'məmək\ *dial I*
¹mum·my \'məmē, -mi\ *n* -ES
ML *mumia*, fr. Ar *mūmiyah*
wax] **1** : a concoction for
drug containing powdered p
**2 a** *obs* : lifeless flesh (shoul
**b** *chiefly dial* : a soft pulpy m
being or other animal emb
preservation after the ma
(2) : a body unusually well p
its burial or to some special p
~⟩ (3) : a carcass fortu
sun-dried⟩ **b** : one resemb
whose energies have withere
ever since we left home —
bituminous artists' pigment c
grinding the bones of mumm
BROWN 2b **c** : a moderate ye
very slightly darker than E
slightly redder than maple s
fruit first rotted by a fungus
fruits⟩
²mummy \"\ *vb* -ED/-ING/-E
bells of the past summer —T
³mummy *var of* MOMMY
mummy apple *n* [alter. of r
mummy bag *n* : a sleeping b
times enclosed at the head v
mummy berry *n* : a disease
(*Sclerotinia vaccinii*) charac
or brown shriveled fruit
mummy brown *n* **1** : MUMM
brown to yellowish brown
brown and slightly paler t
*chukker brown*, *snuff*, *tomat*
mummy case *n* : a case fit
usu. having the face mod
body covered with ritualist
mummychog *var of* MUMMI
mummy cloth *n* **1** : a fabric
mummies **2** : a heavy unb
or cotton fabric in plain we
foundation for embroidery
CLOTH
mummy pot *n* : a vase used
Egyptians for keeping the
small animals — compare C
mummy wheat *n* [so called
been found in Egyptian m
: POULARD WHEAT
¹mump \'məmp, *dial Eng*
-ED/-ING/-S [prob. of imi
*chiefly dial* : MUMBLE (Judic
passion —Oliver Goldsmith
*Eng* : to grimace with the
**2** *dial Eng* : MUMBLE **3** *dial*
a shift at bearing yourself
—J.G.Cozzens⟩
²mump \'məmp\ *n* -s **1** *ob*
: SULLENNESS : silent disple

RECEIVED
APR 23 2004
HALE AND DORR
LIBRARY

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

---

## VOLUME III

# S to Z

## and Britannica World Language Dictionary

ENCYCLOPÆDIA BRITANNICA, INC.

*Chicago*
*Auckland, Geneva, London, Manila, Paris, Rome*
*Seoul, Sydney, Tokyo, Toronto*

TA 167



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove and the Merriam-Webster editorial staff
p. cm.
ISBN 0-87779-201-1 (blue sturdite) —ISBN 0-87779-202-X (carrying case). — ISBN 0-87779-206-2 (imperial buckram)
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster, Inc.
PE1625.W36 1993
423-dc20 93-10630
CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA
29QPH95

down our free institutions and ~ our form of government into a tyranny —*New Republic*) **b** : to make invalid or futile : CONFUTE, DEFEAT (amorous sweet things, enough to make one fancy the adage ~*ed* that stolen fruits are sweetest —George Meredith) ~ *vi* : to overthrow something completely : OVERTHROW, OVERTURN **syn** see OVERTURN

**sub·vert·er** \-tə(r)\ *n* -s : one that subverts

**sub·vert·ible** \-təbəl\ *adj* : capable of being subverted

**sub·vertical** \ˌsəb+\ *adj* [*sub-* + *vertical*] : nearly but not quite vertical

**sub·visible** \ˈ+\ *adj* [*sub-* + *visible*] : invisible unless magnified

**sub·vitreous** \ˈ+\ *adj* [*sub-* + *vitreous*] : not quite vitreous

**sub·vocal** \ˈ+\ *adj* [*sub-* + *vocal*] : characterized by the occurrence in the mind of words in speech order with or without inaudible articulation of the speech organs (thinking is ~ talking) — **sub·vocally** \ˈ+\ *adv*

**sub·vo·la** \ˈsəbˌvōlə, ˈsəbvələ\ *n* [NL, fr. L *sub-* + *vola* hollow of the hand, palm, sole] **1** : the interval between the second and fifth fingers **2** : the hypothenar eminence

**sub·water** \ˈsəb+\ *vt* [*sub-* + *water*] : to furnish water to (plants) below the surface of the ground so that the water rises about the roots by capillary attraction : SUBIRRIGATE

**¹sub·way** \ˈsəbˌwā\ *n* [*sub-* + *way*] **1** : an underground way or gallery: as **a** : a passage under a street (as for pedestrians, electric cables, water mains) **b** : a usu. electric railway built partly or entirely underground and usu. for local transit in metropolitan areas **c** : UNDERPASS **2** : a subway train (the ~ pounds along over a steel viaduct —Blake Ehrlich)

**²subway** \"\ *vi* -ED/-ING/-S : to travel by subway

**sub·weight** \ˈsəb+\ *n* [*sub-* + *weight*] : a section of an assembled weight (as a unit of an elevator counterweight)

**sub·xerophilous** \ˌsəb+\ *adj* [*sub-* + *xerophilous*] *of a plant* : preferring but not confined to a dry habitat

**sub-zero** \ˈ+\ *adj* **1** : registering less than zero on some scale, esp. Fahrenheit (*sub-zero* temperatures) **2** : characterized by or suitable for sub-zero temperature (*sub-zero* weather) (*sub-zero* clothing)

**sub·zone** \ˈsəb+ˌ-\ *n* [*sub-* + *zone*] : a subdivision of a zone : a secondary or subordinate zone

**suc** *abbr* **1** succeeded **2** successor **3** suction

**suc** *abbr* **1** succeeded **2** successor

**suc·cade** \(ˌ)səˈkād\ *n* -s [ME *socade*, fr. MF *succade*, *sucrade* sweet, candied fruit, succade, fr. OProv *sucrado*, adj., sweet, sugary, sugared, fr. past part. of *sucra* to sugar, fr. *sucre* sugar, fr. OIt *zucchero* — more at SUGAR] : a preserve or confection made from fruit : preserved or crystallized fruit

**succah** *var of* SUKKAH

**suc·ce·da·ne·ous** \ˌsəksəˈdānēəs\ *adj* [L *succedaneus*, fr. *succedere* to succeed] : of, relating to, or serving as a succedaneum : SUBSTITUTED

**suc·ce·da·ne·um** \ˌ··ˈnēəm\ *n, pl* **succedaneums** \-ēəmz\ *or* **succeda·nea** \-ēə\ [NL, fr. neut. of L *succedaneus*] **1** : one that succeeds to the place of another : SUBSTITUTE **2** *obs* : REMEDY, MEDICINE

**suc·ce·dent** \səkˈsēdᵊnt\ *adj* [L *succedent-*, *succedens*, pres. part. of *succedere* to succeed] **1** : SUCCEEDING, SUBSEQUENT **2** : of or relating to the 2d, 5th, 8th, and 11th mundane houses

**suc·ceed** \səkˈsēd *sometimes* sik-\ *vb* -ED/-ING/-S [ME *succeden*, fr. L *succedere* to go up, follow after, follow, succeed, fr. *sub-* up, after + *cedere* to go, proceed, yield — more at SUB-, CEDE] *vi* **1 a** : to come next after or replace another in an office, position, or role or in possession of an estate : fill a vacancy in an inherited, elective, or appointive position (upon the death of his father he ~*ed* to a considerable fortune and to his father's position as rector —J.D.Wade); *specif* : to inherit sovereignty, rank, or title (upon the death of the president the vice-president would ~) (an instructor in biology . . . before ~*ing* to the chairmanship of the department of biology —*Current Biog.*) **b** : to follow or take place after another esp. in a natural, prescribed, or necessary order, course of events, or development (one idea would ~ to another with a rush —Osbert Sitwell) (slate has ~*ed* to thatch, and brick to timber —T.B.Macaulay) (the ~*ing* fifteen years . . . were uneventful —J.C.Fitzpatrick) **2 a** : to turn out well : result favorably according to plans or desires (the formula and ingredients . . . that finally ~*ed* remain the top company secrets —*Monsanto Mag.*) **b** : to attain a desired object or end : accomplish what is attempted or intended : be successful (~*ed* in regaining the offensive after a smashing defeat —*Reporter*) (mental abilities high enough to enable them to ~ in college —*Clearing House*) **c** : to attain or be in a thriving, prosperous, or popular state (will produce high quality grapes for wine on gravels where hardly any other crop will ~ —G.G.Weigend) (~*s* with our public —E.R. Bentley) **3** *obs* : to turn out : RESULT, EVENTUATE (whether the manner of their operation would ~ contrary —Richard Waller) **4** *obs* : APPROACH (will you to the cooler cave ~ —John Dryden) **5** *obs* : to become the property of a person through inheritance : DESCEND (a ring . . . that downward hath ~*ed* in his house from son to son —Shak.) ~ *vt* **1 a** : to be the event or thing immediately following on or one of the items or events following upon in an ordered sequence or chain of events (simplicity of concept ~*s* complexity of calculation —E.T.Bell) (the past is merely a series of messes ~*ing* one another by discoverable laws —E.M.Forster) (the cathedral ~*ed* a frame building —*Amer. Guide Series: Ark.*) **b** : to come after or follow in an office, position, role, or title : fill a vacancy as heir or elected or appointed successor to (~*ed* her father as keeper of the lighthouse —*Amer. Guide Series: R.I.*) **2** *obs* : to fall heir to : INHERIT **3** *obs* : to follow the example of (~ thy father in manners as in shape —Shak.) **4** : to make successful : cause to prosper

**syn** SUCCEED, PROSPER, THRIVE, and FLOURISH can mean in common to attain the desired end, or increase or enlarge in that attainment. SUCCEED means to gain one's purpose (*succeed* in passing a civil service examination) (*succeed* in business) (*succeed* in becoming president) (this government *succeeded* for seventy years —J.P.Boyd) PROSPER implies continued success (if a genuine democratic revolution should *prosper* —H.N.Brailsford) (education *prospers* by economy —R.W.Livingstone) (the oyster-fishing industry that *prospered* here in the middle-nineteenth century —*Amer. Guide Series: N.Y. City*) THRIVE adds to PROSPER the idea of vigorous growth (dictatorship *thrives* on poverty and war *thrives* on dictatorship —*New Republic*) (the era in which most American firms were born and *thrived* —C.F.Robinson) (the lumber industry *throve* during the boom days by meeting the needs of rush building —*Amer. Guide Series: Texas*) FLOURISH suggests a thriving or prospering, esp. during a period when the thing is at the peak of its development or productivity (if physics and chemistry and biology have *flourished*, morals, religion, and aesthetics have withered —J.W.Krutch) (three expensive but *flourishing* weeklies devoted to absolutely nothing but the life of the rich and the titled —Aldous Huxley) (the demagogue *flourishes* most luxuriantly where negligence is flagrant and the abuse of power is arrogant —A.W.Long) **syn** see in addition FOLLOW

**suc·ceed·er** \-də(r)\ *n* -s [ME, fr. *succeden* to succeed + *-er*] *archaic* : SUCCESSOR

**succeeding** *n* -s [ME *succeding*, fr. gerund of *succeden* to succeed] *obs* : CONSEQUENCE, RESULT

**suc·cent** \səkˈsent\ *vb* -ED/-ING/-S [back-formation fr. *succentor*] *vt* : to sing the close or second part of (a verse) esp. in responsive singing ~ *vi* : to act as succentor

**suc·cen·tor** \-tə(r)\ *n* -s [LL, leader, succentor, fr. L *succentus* (past part. of *succinere* to sing to, sing after, fr. *sub-* to, after + *canere* to sing) + *-or* — more at SUB-, CHANT] **1** : one that succents **2** : a precentor's deputy or assistant esp. in a monastery or cathedral

**suc·cen·tu·ri·ate** \ˌsəkˌsenˈt(y)u̇rēət, -ēˌāt\ *adj* [L *succenturiatus*, past part. of *succenturiare* to recruit into a Roman century, fr. *sub-* + *centuriare* to divide into hundreds — more at CENTURIATE] : SUPPLEMENTAL, ACCESSORY (a ~ placental lobe)

**suc·cès de scan·dale** \səkˌsādəskäⁿˈdäl\ *n* [F, lit., success of scandal] : the reception accorded a work of art that wins popularity or notoriety because of the scandalous nature of its contents or of its relation to a scandal (so antireligious and sacrilegious that they . . . achieved a tumultuous *succès de scandale* —H.E.Clurman) (a *succès de scandale* won by its anecdotes about the members of the aristocracy —Anthony West)

**suc·cès d'es·time** \-ˌā,dəˈstēm\ *n, pl* **succès d'estime** [F, lit., success of esteem] : the reception accorded a work of art that wins critical respect but not popular success (the satirical comedies which had brought him a small amount of money and a large *succès d'estime* —*Atlantic*)

**succès fou** \-ˈāˈfü\ *n* [F, lit., mad success] : an extraordinary success (the performance . . . according to one of the more ecstatic members of the entertainment committee . . . was a *succès fou* —Cornelia O. Skinner)

**suc·cess** \səkˈses *also* sik-\ *n* -ES [L *successus*, fr. *successus*, past part. of *succedere* to follow, succeed — more at SUCCEED] **1** *obs* : something that ensues : OUTCOME, CONSEQUENCE, ISSUE (what is the ~ —Shak.) **2** *obs* **a** : COURSE, SEQUENCE, SUCCESSION **b** : a group that proceeds in temporal sequence; *specif* : LINEAGE **3 a** : the degree or measure of attaining a desired end : kind of fortune (the poor ~ of the book disgusted him —Aldous Huxley) (the ~ of the performance is judged by its volume and enthusiasm —*Amer. Guide Series: Fla.*) **b** : a succeeding fully or in accordance with one's desires : favorable termination of a venture (I believe very little in the fortune . . . to which men attribute their ~*es* and reverses —George Meredith) (in pursuing this task she had, at first, cheering hopes of ~ —Matthew Arnold); *specif* : the attainment of wealth, position, esteem, favor, or eminence (the first book has been published and had a great ~ —L.L. Day) **4 a** : a person achieving success (as a dance student . . . was . . . an immediate ~ —*Current Biog.*) (a ~ as a rich man's wife —Pearl Buck) **b** : an undertaking that succeeds or confers success (the play was an immediate ~) (a remarkable series of ~*es* in experimentation)

**suc·cess·ful** \-esfəl\ *adj* **1** : resulting or terminating in success : having the desired effect (a ~ experiment) **2** : gaining or having gained success; *esp* : having attained wealth, position, or fame (a ~ writer) (a ~ banker) **3** *of a plant or animal group* : represented by diverse forms and occupying a wide variety of ecological niches — **suc·cess·ful·ly** \-fəlē, -li\ *adv* — **suc·cess·ful·ness** *n* -ES

**suc·ces·sion** \səkˈseshən *also* sik-\ *n* -S [ME, fr. MF or L; MF, fr. L *succession-*, *successio*, fr. *successus* (past part. of *succedere* to follow, succeed) + *-ion-*, *-io* -ion] **1 a** : the order in which or the conditions under which one person after another succeeds to a property, dignity, title, or throne — compare APOSTOLIC SUCCESSION **b** : the right of a person or line to succeed **c** : the line having such a right **2 a** : the act or process of following in order of time or place : a repeated following up of one by another : SEQUENCE **b (1)** : the change in legal relations by which one person comes into the enjoyment of or becomes responsible for one or more of the rights or liabilities of another person (a son's ~ to the estate of his father) (the ~ of one king to another) : the act or process of one person's taking the place of another in the enjoyment of or liability for his rights or duties or both; *also* : the right or duty to take another's place by succession or the rights and duties succeeded to — see SINGULAR SUCCESSION, UNIVERSAL SUCCESSION **(2)** : the act or process of a person's becoming beneficially entitled to a property or property interest of a deceased person whether by operation of law upon his dying intestate or by testamentary disposition **c** : the whole estate of a deceased including all assets and all liabilities **d** : the action or process of one state taking over or following upon another and becoming entitled to the former's rights and position in international law **e** : the continuance of corporate personality (a corporation which has unlimited ~) **f** : change in the composition of an ecosystem as the available competing organisms and esp. the plants respond to and modify the environment esp. when leading to some relatively stable community structure (the highlights of the ~ were the weed, grass, and forest communities, developed in that order) **g** : the process of change in an inhabited area through invasion by a different human population group or through a different utilization of real estate (the ~ from residence to business in an urban district) **3 a** : a series of descendants, heirs, successors, or members of a dynasty following by right and in order from an initial member (for him and for his ~ granted . . . a tribute —Shak.) (had no antecedent and no fit ~ —Henry Adams) **b** *obs* **(1)** : a group of people of somewhat homogeneous age succeeded to their ancestors : GENERATION **(2)** : succeeding generations : POSTERITY **c** : a number of persons or things that follow each other in sequence : a continuous and uninterrupted series (preserved . . . by a ~ of private owners —C.P.Fitzgerald) (a ~ of rooms, one after the other, extending over a great length —*Amer. Guide Series: La.*) **d** : a group, type, or series that succeeds or displaces another; *specif* : an inclusive stratigraphic sequence involving any number of stages, series, or systems, or parts thereof

**suc·ces·sion·al** \-shənᵊl, -shnəl\ *adj* **1** : of, relating to, or forming part of a succession (~ forest) **2** : in a regular order : CONSECUTIVE — **suc·ces·sion·al·ly** \-ᵊlē, -əli, li\ *adv*

**successional speciation** *n* : gradual evolution from and replacement of one species by another

**succession duty** *n, chiefly Brit* : INHERITANCE TAX 1

**suc·ces·sion·ist** \-sh(ə)nəst\ *n* -S : one who upholds the validity and necessity of the apostolic succession

**succession of crops** **1** : sustained seasonal production of a particular crop either by repeated sowings or by selecting varieties maturing at different times **2** : the culture of two or more short-life crops planted in turn

**succession state** *n* : one of a number of states that succeed a former state in sovereignty over a certain territory

**succession tax** *n* **1** : ESTATE TAX **2** : INHERITANCE TAX 1

**suc·ces·sive** \səkˈsesiv, -esēv *also* sik- *or* -esəv\ *adj* [ME, fr. ML *successivus*, fr. L *successus* (past part. of *succedere* to follow, succeed) + *-ivus* -ive] **1** *obs* **a** : inherited or capable of being inherited by succession : descending or transmissible to the next in a succession : HEREDITARY **b** : inheriting by succession **c** : being the next to inherit **2 a** : following in succession or serial order : following one upon another : coming in order : CONSECUTIVE (their fourth ~ victory) (the product of the ~ labors of innumerable men —Lewis Mumford) **b** : being a successor or one of a group of consecutive successors to a person, thing, or item (the idea of a world order, ~ to both the pagan and the Christian —Paul Rosenfeld) (the book . . . was followed by many ~ editions —J.T.Howard) **c** : characterized by or manifesting succession : produced or arranged in succession (the angles between ~ points may be measured —R.E.Davis) — **suc·ces·sive·ly** \-esəvlē, -li\ *adv* — **suc·ces·sive·ness** \-esivnəs, -esēv- *also* -esəv-\ *n* -ES

**suc·ces·siv·i·ty** \(ˌ)səkˌseˈsivəd·ē\ *n* -ES : the quality or fact of being successive : successive development

**suc·cess·less** \səkˈsesləs *also* sik-\ *adj* : being without success : UNSUCCESSFUL — **suc·cess·less·ly** *adv* — **suc·cess·less·ness** *n* -ES

**success line** *n* : LINE OF THE SUN

**suc·ces·sor** \səkˈsesə(r) *also* sik-, *archaic* ˈsəksəˌsȯ(ə)r\ *n* -S [ME *successour*, fr. OF, fr. L *successor*, fr. *successus* (past part. of *succedere* to follow, succeed) + *-or* — more at SUCCEED] : one that follows; *esp* : a person who succeeds to a throne, title, or estate or is elected or appointed to an office, dignity, or other position vacated by another

**suc·ces·sor·ship** \-ˌship\ *n* : the quality or state of being a successor

**successor state** *n* : SUCCESSION STATE

**success story** *n* : a real or fictitious narrative of a poor or unknown person who rises to fortune, acclaim, or brilliant achievement

**succi** *pl of* SUCCUS

**succin-** *or* **succino-** *comb form* [L *succin-*, *sucin-*, fr. *succinum*, *sucinum* amber] **1** : amber (*succinic* (acid)) (*succinite*) (*succiniferous*) **2** : succinic acid (*succinamide*) (*succinonitrile*)

**suc·cin·a·mate** \(ˌ)səkˈsinəˌmāt; ˌsəksəˈnamət, -aˌmāt\ *n* -S [*succinamic* + *-ate*] : a salt or ester of succinamic acid

**suc·ci·nam·ic acid** \ˌsəksəˈnamik-\ *n* [*succinamide* + *-ic*] : a crystalline compound $H_2NCOCH_2CH_2COOH$ that is the half amide of succinic acid

**suc·cin·a·mide** \(ˌ)səkˈsinəˌmīd; ˌsəksəˈnaməd, -aˌmīd\ *n* [ISV *succin-* + *amide*] : a crystalline compound $H_2NCOCH_2CH_2CONH_2$ that is the amide of succinic acid

**suc·ci·nate** \ˈsəksəˌnāt\ *n* -S [ISV *succin-* + *-ate*] : a salt or ester of succinic acid

**suc·cin·chlorimide** \ˌsəksən+\ *n* [*succin-* + *chlorimide*] : a crystalline compound $C_2H_4(CO)_2NCl$ that has an odor like that of chlorine and is used as a disinfectant and chlorinating agent; *N*-chloro-succinimide — not used systematically

**suc·cinct** \səkˈsiŋ(k)t *also* ˌsəkˈsi- *or* ÷ səˈsi- *or* ÷ ˌsəˈsi-\ *adj, often* -ER/-EST [ME, fr. L *succinctus*, past part. of *succingere* to gird from below, tuck up, gird about, fr. *sub-* under, up + *cingere* to gird — more at SUB-, CINCTURE] **1 a** *archaic* : encircled with or as with a girdle **b** *archaic* : adorned, wrapped, or bound up by a girdle **c** : supported by a band of silk around the middle (the ~ pupa of a butterfly) **2 a** : marked by brief and compact expression or by extreme compression and lack of unnecessary words and details (the displacement of the long-drawn-out epic similes by pithy and ~ comparisons —J.L. Lowes) **b** : brief to the point of curtness (a very ~ refusal) **3** : lacking fullness in cut : CLOSE-FITTING (~ little nipped-in suits —Lois Long) **syn** see CONCISE

**suc·cinct·ly** \-ŋ(k)tlē, -ŋklē, -li\ *adv* : in a succinct manner : with concise and precise brevity

**suc·cinct·ness** \-ŋ(t)nəs, -ŋkn-\ *n* -ES : the quality or state of being succinct

**succinctorium** *var of* SUBCINCTORIUM

**suc·cin·ea** \(ˌ)səkˈsinēə\ *n, cap* [NL, fem. of L *succineus* of amber, fr. *succinum* amber; fr. the color of the shell] : a cosmopolitan genus (the type of a family Succineidae) of amphibious or terrestrial pulmonate snails

**suc·ci·ne·idae** \ˌsəksəˈnēəˌdē\ *n pl, cap* [NL, fr. *Succinea*, type genus + *-idae*] : a family of small often amber-colored snails (suborder Stylommatophora) that comprises the amber shells — see SUCCINEA

**suc·cin·ic acid** \(ˌ)səkˈsinik\ *n* [F *succinique*, fr. *succin-* + *-ique*] : a crystalline dicarboxylic acid $HOOCCH_2CH_2COOH$ that occurs widely both free and combined (as in amber, lignite, turpentine oils, and animal fluids), that is formed in the Krebs cycle and in various fermentation processes, that is usu. made by hydrogenation of maleic acid or fumaric acid, and that is used chiefly as an intermediate (as for pharmaceuticals and synthetic resins); butane-dioic acid — compare MALIC ACID

**succinic anhydride** *n* : a crystalline cyclic compound $C_2H_4(CO)_2O$ obtained by dehydration of succinic acid and used similarly as an intermediate

**succinic dehydrogenase** *n* : an iron-containing flavoprotein enzyme that catalyzes often reversibly the dehydrogenation of succinate to fumarate in the presence of a hydrogen acceptor (as a phenazine dye) and that is widely distributed esp. in animal tissues, bacteria, and yeast — see SUCCINOXIDASE

**succinic oxidase** *n* : SUCCINOXIDASE

**suc·ci·nif·er·ous** \ˌsəksəˈnif(ə)rəs\ *adj* [*succin-* + *-iferous*] : yielding amber

**suc·cin·i·mide** \(ˌ)səkˈsinəˌmīd; ˌsəksəˈniˌmīd, -ˌməd\ *n* [ISV *succin-* + *imide*] : a crystalline cyclic imide $C_2H_4(CO)_2NH$ obtainable (as by heating with ammonia) from succinic acid or succinic anhydride

**suc·ci·nite** \ˈsəksəˌnīt\ *n* -S [in sense 1, fr. F, fr. *succin-* + *-ite*; in sense 2, fr. G *succinit*, fr. *succin-* + *-it* -ite] **1** : amber-colored grossularite **2** : AMBER

**succino-** — see SUCCIN-

**suc·cin·oxidase** \ˌsəksən+\ *n* [*succin-* + *oxidase*] : the entire complex system containing succinic dehydrogenase and cytochromes that catalyzes the reaction between succinate ion and molecular oxygen with the formation of fumarate ion (in rat liver cells, ~ activity is associated with the mitochondria, and in heart muscle it is localized in particles . . . that correspond cytologically to the mitochondria of other tissues —J.S.Fruton & Sofia Simmonds)

**suc·ci·nyl** \ˈsəksənᵊl, -ˌnil\ *n* -S [ISV *succin-* + *-yl*] **1** : the bivalent radical $-OC(CH_2)_2CO-$ of succinic acid **2** : the univalent radical $HOOC(CH_2)_2CO-$ of succinic acid — not used systematically

**suc·ci·nyl·choline** \ˌ··(ˌ)·+\ *n* [*succinyl* + *choline*] : a basic compound that has an action like that of curare and that is administered intravenously chiefly in the form of its crystalline dihydrochloride $C_{14}H_{30}Cl_2N_2O_4 \cdot 2H_2O$ as a skeletal relaxant in surgery

**suc·ci·nyl·sulfathiazole** \ˈ·+\ *n* [*succinyl* + *sulfathiazole*] : a crystalline sulfa drug $C_{13}H_{13}N_3O_5S_2$ used esp. for treating gastrointestinal infections

**suc·ci·sa** \səkˈsīsə, -īzə\ *n, cap* [NL, fr. fem. of L *succisus*, past part. of *succidere* to cut from below, fr. *sub-* + *-cidere* (fr. *caedere* to cut) — more at CONCISE] : a genus of European herbs (family Dipsacaceae) differing from the closely related *Scabiosa* chiefly in having the scales of the receptacle as long as the flowers — see BLUE SCABIOUS

**suc·civ·o·rous** \(ˌ)səkˈsivərəs\ *adj* [ISV *succi-* (fr. L *succus*, *sucus* juice, sap) + *-vorous* — more at SUCCULENT] : PHYTOSUCCIVOROUS

**¹suc·cor** \ˈsəkə(r)\ *n* -S *see -or in Explan Notes* [ME *succur*, *sucur*, *socur*, fr. earlier *sucurs*, *socours*, taken as pl., fr. OF *secors*, *sucors*, fr. ML *succursus*, fr. L, past part. of *succurrere* to run up, run to help] **1 a** : relief from difficulty, want, or distress : AID, HELP, ASSISTANCE **b** : something that furnishes relief (religion was their chief ~ —*Time*) **c** *or* **succors** *pl* : military assistance in supplies and esp. men : REINFORCEMENTS (can no longer draw ~ from this ally —Matthew Arnold) (the inconsiderable ~*s* . . . were easily intercepted —Edward Gibbon) **2** *chiefly dial* : a sheltered place : a building used as a shelter : REFUGE

**²succor** \"\ *vt* -ED/-ING/-S *see -or in Explan Notes* [ME *sucuren*, *soucouren*, fr. OF *secorir*, *sucurir*, fr. L *succurrere* to run up, run to help, help, fr. *sub-* up + *currere* to run — more at SUB-, CURRENT] **1** : to go to the aid of (one in difficulty, want, or distress) : HELP; *specif* : to provide with reinforcements or supplies : RELIEVE (an escort vessel . . . sent to ~ four vessels . . . under attack by submarine —E.L.Beach) **2** : to cure, alleviate, or mitigate (attempts to ~ the various distresses of these people —Jerome Stone) **3** *chiefly dial* : to provide a shelter for

**suc·cor·ance** \-rən(t)s\ *n* -S [¹*succor* + *-ance*] : DEPENDENCE

**suc·cor·er** \-rə(r)\ *n* -S [ME *socourer*, fr. MF *secorere*, *sucureor*, fr. OF, fr. *secorir*, *sucurir* to help + *-eor* -or] : one that succors

**suc·cor·rhea** *or* **suc·cor·rhoea** \ˌsəkəˈrēə\ *n* -S [NL, fr. *succo-* (fr. L *succus*, *sucus* juice, sap) + *-rrhea*, *-rrhoea* — more at SUCCULENT] : excessive flow of a juice or secretion

**suc·co·ry** \ˈsəkərē\ *n* -ES [alter. (prob. influenced by MD *suckerere* succory, modif. — influenced by MD *suker* sugar — of *cichorei*, fr. MF *cichorée*) of ME *cicorée* — more at SUIKERBOS, CHICORY] **1** : CHICORY 1; *broadly* : a plant of the genus *Cichorium* **2** : any of various composite plants other than the chicory — used in combination; see BLUE SUCCORY, GUM SUCCORY, LAMB SUCCORY

**succory blue** *n* : CHICORY 3

**suc·co·tash** \ˈsəkəˌtash, -taa(ə)sh, -taish\ *n* -ES [of Algonquian origin; akin to Narraganset *msakwatash* something broken into pieces (as corn from the cob), succotash, Natick *msakutahar*] **1** : a mixture of lima beans or shell beans and kernels of green corn cooked together **2** : a mixture of two grain crops (as oats and barley) sown together

**¹succoth** *or* **succot** *or* **succos** *pl of* SUCCAH

**²succoth** *or* **succot** *or* **succos** *cap, var of* SUKKOTH

**suc·cu·ba** \ˈsəkyəbə\ *n, pl* **succu·bae** \-ˌbē\ [LL, prostitute] : SUCCUBUS

**suc·cu·bous** \ˈsəkyəbəs\ *adj* [L *succubare* to lie under + E *-ous*] **1** *of leaves* : being so arranged that the posterior margin of each overlaps the anterior margin of the next older **2** : having succubous leaves (~ liverworts) — compare INCUBOUS

**suc·cu·bus** \ˈsəkyəbəs\ *n, pl* **succu·bi** \-ˌbī\ [ME, fr. ML, alter. (influenced by LL *incubus*) of LL *succuba* prostitute, lit., one who lies under, fr. L *succubare* to lie under, fr. *sub-* + *cubare* to lie down — more at HIP] **1** : a demon assuming female form to have sexual intercourse with men in their sleep — compare INCUBUS **2** : DEMON, FIEND **3** : STRUMPET, WHORE

**suc·cu·lence** \ˈsəkyələn(t)s\ *n* -S [F, prob. fr. (assumed) NL *succulentia*, fr. L *succulentus* succulent + *-ia* -y] **1** : the quality or condition of being succulent : JUICINESS **2** : fresh or juicy food of wild or cultivated plant origin (fodder should contain some ~); *also* : SILAGE

**suc·cu·len·cy** \-nsē, -nsi\ *n* -ES [ … *culentia*] : SUCCULENCE

**¹suc·cu·lent** \-nt\ *adj* [L *succu…* *sucus* juice, sap; akin to L *sugr…* **1 a** : full of juice : JUICY (roa… Rawlings) **b** *of a plant* : hav… **2** : full of vitality, freshness, or r…

**²succulent** \"\ *n* -S **1** : a s… **2 succulents** *pl* : SUCCULENCE

**succulent feed** *n* : SUCCULENCE

**suc·cu·lom·e·ter** \ˌsəkyəˈlämə… *-meter*] : an instrument for meas… fresh or processed vegetable pro…

**suc·cumb** \səˈkəm\ *vi* -ED/-ING/… *succumbere* to fall down, yield, f… (akin to L *cubare* to lie down) — … cease to resist or contend befo… powering appeal or desire, or … drowsiness —Willa Cather) (th… the strains of war —C.E.Black & … to exist : DIE (disease ravaged th… whom ~*ed* —*Amer. Guide Serie…* —*Dun's Rev.*) **syn** see YIELD

**suc·cum·bence** \səˈkəmbən(t)s… *pl* **succumbences** *or* **succumb…** *cumb* + *-ence*; *succumbency* pro… in a cause, fr. L *succumbent-*, *s…* *cumbere*) + *-ia* -y] : the act or …

**¹suc·cur·sal** \səˈkərsəl\ *adj* [F … assistance, help + F *-ale* (fem. … the nature of a branch or offsho… ~ church of a cathedral) (a ~ …

**²succursal** \ˈ\ *also* **suc·cur·s…** *succursale*, adj., succursal] : a … pendent monastery or a branch …

**suc·cus** \ˈsəkəs\ *n, pl* **suc·ci** \… SUCCULENT] : JUICE; *specif* : ex… medicinal use

**succus en·ter·i·cus** \-ˌenˈter… : a fluid that is secreted in sm… glands of the small intestine, is … and typically contains various e… lactose), enterokinase, mucus, …

**suc·cus·sa·to·ry** \səˈkəsəˌtōrē … shaking, succussion (fr. ML *s…* *succussatus* — past part of *su…* throw up from below — + *-ion* … terized by up-and-down vibrati… of an earthquake; compare SUS…

**suc·cus·sion** \səˈkəshən\ *n* -S … *succussus* (past part. of *succuter…* up, fr. *sub-* up + *quatere* to sha… SUB-, QUASH] : the action or pr… tion of being shaken esp. with … body to ascertain if fluid is pre… thorax **b** : the splashing soun…

**suc·cus·sive** \-ˈkəsiv\ *adj* [L *s…* + E *-ive*] : SUCCUSSATORY

**¹such** \(ˈ)səch, (ˌ)sich (*i is less f…* *chiefly dial*)(ˈ)sech\ *adj* [ME *su…* *swelc*, *swilc*, *swylc*; akin to OH… Goth *swaleiks*; all fr. a prehisto… and second constituents respe… *swā* so and by OE *gelic* like — n… or character about to be indic… (will do ~ things as counsel an… hand car —Robert Crichton) … (coarse fish, ~ as carp, catfish … Donald) **b** : having a quality … joy at seeing her was ~ that he … organized with ~ success that … was able to retire —Frank Mor… already or just specified — used … live term (never so accept a th… me clearly and evidently to be … that character, quality, or exte… ously indicated or implied (that … garity —C.S.Forester) (were n… —Henry Lapham) (by ~ a rig… tion, those that reach maturi… **c** : previously characterized … (to take possession . . . of any … aforesaid and to detain ~ hi… **3** : of so extreme a degree or … never ate ~ food before) (I'v… day) **4** : not conspicuous of it… : MEDIOCRE (the meal, ~ as it … house, ~ as it is, is at your di… type, or sort : in the same c… twenty ~ libraries in the col… matters . . . developed an e… Mather) **6** : such and such … these films were shown in ~ a … Starr)

**²such** \ˈ\ *pron* [ME *such*, *swilc…* *swilc*, adj.] **1** : such a person o… (the father of ~ as dwell in ten… philosophy of life, if it may be … one or something that has bee… exemplified (~ was the result … cision, nothing further should … one or something similar : a p… (regarded a little water colorin… ment —Alfred Werner) (ship … in return for raw materials —… ˌsəch, əzˈs-\ *adv* : in itself (a…

**³such** \"\ *adv* [ME *such*, *swilc…* *swilc*, adj.] **1 a** : to such a deg… buildings) (~ a fine person) **b** … he was not in ~ good shape … good spirits the last few days) … refracted ~ that the point of li… Armstrong)

**¹such and such** *pron* [ME] : … requiring to be specified (mat… that *such and such* is the tru… *Queries*) (showed very clearly … true —K.A.Menninger)

**²such and such** *adj* : not spec… : not yet specified : not requi… have objectively before us is … people —A.L.Kroeber)

**such a one** *pron* [ME *such an* … : one of a specified or unders… likely witch and takes *such a* … methods —W.W.Howells) **2** … or specified (*such a one* as m… **b** : one of the same kind (just … : someone not named (telling … *such a one* were past cure —S…

**¹suchlike** \ˈ·ˌ·\ *adj* [ME, fr … : SIMILAR (a locker which norn… equipment for writing —Willi…

**²suchlike** \"\ *pron* [ME, fr. ¹*s…* the same kind or of similar ch… and ~ —*Times Lit. Supp.*… finery — gowns and ~ —Hal… something of the same sort : … often a nobleman than a tran…

**such·ness** *n* -ES **1** : the quality … or characteristic quality (wit… ~ of her environment, she sa… *dhism* : nameless and characte… — called also *tathata*. *thusnes…*

**¹suchow** *usu cap, var of* SOOC…

**²su·chow** \ˈsüˈchau̇, -ü;jō\ *a…* **1** : of or from the city of Such… : of the kind or style prevale…

**suchwise** \ˈ·ˌ·\ *adv* [ME] *ar…*

**¹suck** \ˈsək\ *vb* -ED/-ING/-S [I…

the upperparts and a white tail tip b : a closely related and somewhat similar Tasmanian bird (*A. paradoxa*) 2 : WATTLE CROW

**wattle crow** *n* : either of two long-tailed slaty gray corvine birds (*Callaeas cinerea* and *C. wilsoni*) of New Zealand having a brightly colored subcircular fleshy wattle on each side of the base of the lower mandible

**wattled** *adj* 1 a : furnished with pendent fleshy processes ⟨a ~ goat⟩ : having enlarged wattles ⟨a ~ honey eater⟩ b : depicted with wattles of a specified color ⟨a cock's head ~ argent⟩ 2 a : made or strengthened with wattle ⟨a ~ terrace⟩ ⟨~ walls⟩ b : formed for temporary use from hurdles of wattle ⟨a ~ sheepfold⟩ 3 : interlaced into or as if into wattle ⟨~ reeds⟩

**wattle day** *n, usu cap W&D* : August 1 or September 1 according to the forwardness of the flowering of the wattle in each state constituting a general holiday in Australia dedicated to the encouragement of the arts

**wattled bird of paradise** : a bird of paradise (*Paradigalla carunculata*) having an erect yellowish wattle in front of each eye and a bluish pendent one at each angle of the mouth

**wattled crow** *n* 1 : WATTLEBIRD 1 2 : WATTLE CROW

**wattled honey eater** *n* : WATTLEBIRD 1

**wattled plover** *or* **wattled lapwing** *n* : any of various plovers of the warmer parts of the Old World that resemble the lapwings but have about the face and esp. between the eye and the bill variously colored fleshy wattles and are usu. placed in a distinct subfamily of Charadriidae

**wattled stare** *or* **wattled starling** *n* : SADDLEBACK 2d

**wattle extract** *n* : a vegetable tanning material made from wattle bark

**wattle gum** *n* : gum arabic obtained from wattles (as *Acacia pycnantha*) in the form of reddish tears or lumps — compare AUSTRALIAN GUM

**watt-less component** \ˈ-ləs-\ *n* [*wattless* fr. *watt* + *-less*] : REACTIVE COMPONENT

**wattless power** *n* : REACTIVE VOLT-AMPERES

**wattless volt-amperes** *n pl* : the product of the reactive component of current by voltage or of the reactive component of voltage by current

**wattle turkey** *n* : the Australian brush turkey

**wattlework** \ˈ-,-\ *n* : coarse wickerwork : WATTLE 1a

**wattling** *pres part of* WATTLE

**watt-meter** \ˈ-,mēd·ə(r), -ēt·ə-\ *n* [ISV *watt* + *-meter*] 1 : an instrument for measuring electric power in watts 2 : WATT-HOUR METER

**watt-second** \ˈ-ˈ--\ *n* : JOULE

**wa-tu-si** *also* **wa-tus-si** \wäˈtüsē, -sī\ *or* **wa-tut-si** \-ˈtüt-\ *n pl, usu cap* : TUSI

**wau-co-bi-an** \wȯˈkōbēən\ *adj, usu cap* [*Waucoba* mountains, range in eastern Calif. + E *-an*] : of or relating to a subdivision of the American Cambrian — see GEOLOGIC TIME table

**1waugh** \ˈwȯf\ *adj* [prob. fr. ME *walh, walhwe*, fr. OE *wealg*; akin to OE *wlæc, wlacu* lukewarm — more at WELKIN] 1 *chiefly Scot* : INSIPID, NAUSEOUS, STALE 2 *chiefly Scot* : FAINT, WEAK

**2waugh** *also* **wagh** *or* **wah** \ˈwō, ˈwä\ *interj* [imit. of a child's cry] — used to express anger, disgust, or grief

**1waught** \ˈwäkt\ *vb* -ED/-ING/-S [origin unknown] *chiefly Scot* : to drink deep : QUAFF

**2waught** \"\ *n* -s *chiefly Scot* : a copious draft

**wauk** \ˈwȯk\ *Scot var of* WAKE

**wau-ke** \ˈwaükā\ *n* -s [Hawaiian] *Hawaii* : PAPER MULBERRY

**wau-ke-gan juniper** \wȯˈkēgən-\ *n, usu cap W* [fr. *Waukegan*, city in northeastern Illinois] : a creeping juniper (*Juniperus horizontalis douglasii*) having long branches and blue-green leaves that turn purplish in winter

**wauk-en** \ˈwȯkən\ *Scot var of* WAKEN

**wauk-rife** \ˈwȯ,krīf\ *chiefly Scot var of* WAKERIFE

**waul** \ˈwȯl\ *var of* WAWL

**waulk** \ˈwȯk\ *Scot var of* 2WALK

**waur** \ˈwär\ *Scot var of* 1WAR, 4WAR

**1wave** \ˈwāv\ *vb* -ED/-ING/-S [ME *waven*, fr. OE *wafian* to wave with the hands; akin to OE *wæfre* wavering, restless — more at WAVER] *vi* 1 a : to flutter in a breeze ⟨*waving* battle streamers⟩ : float, play, or shake in an air current : move up and down or to and fro : FLAP b *obs* : to bob on or as if on the surface of the water : toss or fluctuate in water or air 2 *archaic* : to waver irresolutely between conflicting courses of action or opinion : HESITATE, VACILLATE 3 : to motion with the hands or with something held in them in signal, greeting, or salute ⟨continued to ~ to him until the train disappeared in the distance⟩ 4 a *of water* : to move in waves, fluctuations, or undulations : HEAVE b *of a crowd* : to move in a restless, irregular, or fluctuating way likened to that of sea waves 5 : to become moved or brandished to and fro ⟨handkerchiefs *waved* as the president rode by⟩ ⟨his sword *waved* and flashed⟩ 6 *obs* : to bend from side to side : move sinuously 7 : to move before the wind with a wavelike motion and appearance ⟨field of *waving* grain⟩ 8 : to follow a curving line or take a wavy form : UNDULATE ⟨seen from a distance, its outline curves and ~s in a Romanesque tracery⟩ ~ *vt* 1 : to swing (something) back and forth; *esp* : to lift up (a sacrifice) and move back and forth before the altar in consecration ⟨take the breast of the ram of Aaron's ordination and ~ it for a wave offering before the Lord —Exod 29:26 (RSV)⟩ 2 : to impart a curving or undulating shape or design to : decorate with a wavy surface, edge, or outline ⟨*waved* her hair and manicured her nails⟩ 3 a : to motion to (someone) to go in an indicated direction or to stop : FLAG, SIGNAL ⟨*waved* down an approaching motorist to ask for help⟩ ⟨looked at my identification card and then *waved* me on⟩ b : to gesture with (as the arm) in greeting or farewell, in celebration of someone's triumph, or in homage to an honored person : make a sweeping, circling, or twirling movement with ⟨*waved* hats and handkerchiefs in welcome to their returning hero⟩ c : to indicate by a sweep of hand or arm : SIGNIFY ⟨*waved* farewell from the ship's rail⟩ ⟨*waved* dismissal as he turned and left⟩ ⟨the officer *waved* acknowledgement —Wirt Williams⟩ 4 : to flap (the wings) in or as if in flight 5 : BRANDISH, FLOURISH, SHAKE ⟨*waved* a loaded pistol menacingly⟩ 6 : to blow (something) to and fro : FLUTTER ⟨the troops plodded by and a desultory breeze *waved* their banners from time to time⟩ 7 *archaic* : to move (the head) up and down : BOB 8 : to toss (as a blossom) in the breeze ⟨trees *waved* leafy heads⟩ **syn** see SWING

**2wave** \"\ *n* -s 1 a : a ridge or swell on the surface of a liquid (as of the sea) having normally a forward motion distinct from the oscillatory motion of the particles that successively compose it : a minute ridge that is largely dependent on surface tension : a ridge of larger size that is dependent on the force of gravity : an undulation that is dependent on the friction between wind and water — compare BREAKER, RIPPLE b : a body of water 2 a : a shape or outline having successive curves like those of ocean waves : one of the crests of such a form or a crest with its adjacent trough b : a natural waviness of the hair or a dressing intended to simulate it — compare MARCEL, PERMANENT WAVE c : an undulating line or streak (as in glass, steel, or textiles) or a pattern formed by such lines 3 : something likened to an ocean wave as stormy or unsettling: as a : a surge of sensation or emotion ⟨a ~ of nausea⟩ ⟨a ~ of anger⟩ ⟨a ~ of tenderness⟩ b : one of the troubles or vicissitudes of life or fortune c : a tide of opinion or sentiment carrying many with it : a movement sweeping large numbers in a common direction : CONTAGION d : a peak or climax of intensity : the moment of greatest activity or strongest feeling ⟨a ~ of enthusiasm⟩ 4 : a sweep of hand or arm or of some object held in the hand used as a signal, greeting, or other indication 5 : a long ridge of ground rounded into the shape of an ocean wave 6 : a rolling or undulatory movement or one of a series of such movements passing along a surface or through the air 7 : a movement likened to that of an ocean wave: as a : a tide, advance, or surge of settlers : one of a succession of influxes of people migrating into a region b (1) : a large group of animals of one kind ⟨the final ~ of migrating ducks⟩ (2) : a sudden rapid increase in an animal population or its effects ⟨a very severe fly-strike ~ followed the moist summer⟩ c : a line of attacking or advancing troops, landing craft, combat vehicles or aircraft ⟨it was D company; our second ~ —H.G.Wells⟩ 8 : a disturbance or variation that transfers itself and energy progressively from point to point in a medium or in space in such a way that each particle or element influences the adjacent ones and that may be in the form of an elastic deformation or of a variation of level or pressure, of electric or magnetic intensity, of electric potential, or of temperature — see LONGITUDINAL WAVE, TRANSVERSE WAVE 9 : a change in temperature or a period of hot or cold weather — compare COLD WAVE, HOT WAVE 10 : EARTH WAVE 1 11 : RADIO WAVE 12 : an undulating or jagged line constituting a graphic representation (as of heart action in an electrocardiogram, brain waves in an electroencephalogram, an earthquake in a seismogram, or a varying electric current in an oscilloscope)

**3wave** \"\ *archaic var of* WAIVE

**4wave** \"\ *n* -s *usu cap* [*Women Accepted for Volunteer Emergency Service*] 1 : a member of the Women's Reserve of the U. S. Navy formed during World War II 2 : a woman serving in the U. S. Navy

**wave analyzer** *n* : a harmonic analyzer applied to wave-form-curve analysis

**wave antenna** *n* : a radio antenna of great length with special circuit arrangements permitting utilization of the antenna's directional properties

**wave band** *n* 1 : a range of radio-wave frequencies assigned to a particular type of broadcasting (as television or FM) 2 : 1CHANNEL 11

**wave base** *n* : the depth in a body of water (as a lake or sea) at which wave motion becomes inappreciable

**wave-built** \ˈ-,-\ *adj* : built up by the action of lake or sea waves and their concomitant currents ⟨a *wave-built* beach⟩

**wave-built terrace** *n* : a terrace built up of loosened material at the edge of a wave-cut terrace

**wave changer** *n* : a device in a radio transmitting set for effecting a rapid change from one frequency to another

**wave-cut** \ˈ-,-\ *adj* : cut away by the action of waves of a lake or sea and their concomitant currents

**wave-cut terrace** *n* : a shallow-water shelf inclining gently away from the base of an eroded sea cliff

**waved** *adj* [partly fr. 2*wave* + *-ed*, partly fr past part. of 1*wave*] : having a wavelike form or outline: as a : UNDULATING, INDENTED, CURVING ⟨the ~ cutting edge of a bread knife⟩ b *of cloth* : having wavelike lines of color : WATERED c : moved or swung to and fro

**wave equation** *n* 1 : a partial differential equation of the second order whose solutions describe wave phenomena (as the transverse vibrations of a stretched string) 2 : SCHRÖDINGER EQUATION

**wave filter** *n* : 1FILTER 3

**wave form** *n* : a curve that represents the condition of a wave-propagating medium at a given instant and is usu. a graph in rectangular coordinates whose abscissas represent distances along the direction of propagation and whose ordinates represent the corresponding values of the propagated variation or disturbance — called also *wave shape*

**wave front** *n* 1 : a surface composed at any instant of all the points just reached by a vibrational disturbance in its propagation through a medium 2 : a surface so drawn as to pass through those parts of a wave where the distortion or displacement of the medium through which the wave passes is everywhere the same

**wave function** *n* : a solution of the wave equation

**wave guide** *n* : a metal pipe of circular or rectangular cross section or a dielectric cylinder of such dimensions that it will propagate electromagnetic waves of a given frequency used for channeling ultrahigh-frequency waves in radio and television transmission because of the low loss by attenuation and radiation

**wave height** *n* : the vertical distance between the trough of a wave and the following crest

**wavelength** \ˈ-,-\ *n* : the distance in the line of advance of a wave from any one point to the next point at which at the same instant there is the same phase ⟨if $N$ is the frequency of the waves and $\lambda$ their ~, their velocity of advance is the product $N\lambda$⟩

**wave-less** \ˈwāvləs\ *adj* : having no waves : CALM, SMOOTH, UNRUFFLED

**wave-less-ly** *adv* : in a waveless manner

**wave-let** \ˈwāvlət\ *n* -s 1 : a little wave : RIPPLE 2 : one of the elementary waves each with a point source of which any advancing wave front is the envelope — see HUYGENS' PRINCIPLE

**wavelike** \ˈ-,-\ *adj (or adv)* : having the form, movement, or other characteristics of a wave : resembling a wave in manner of propagation

**wave line** *n* : WAVEMARK

**wa-vell-ite** \ˈwāvə,līt\ *n* -s [William *Wavell* †1829 Eng. physician + E *-ite*] : a mineral $Al_3(PO_4)_2(OH)_3 \cdot 5H_2O$ consisting of a hydrous basic aluminum phosphate and occurring usu. in hemispherical radiated aggregates varying from white to yellow, green, or black

**wavemark** \ˈ-,-\ *n* [1*wave* + *mark*] 1 : a very small ridge of sand made by a wave when it advances upon a low sandy beach and marking the limit of advance 2 : one of many undulations on the bedding surfaces of a sedimentary rock due to wave action during the period of deposition — compare RIPPLE MARK

**wave-mechanical** \ˈ-·-ˈ-·-\ *adj* : of or relating to wave mechanics

**wave mechanics** *n pl but sing or pl in constr* : a theory of matter holding that elementary particles (as electrons, protons, neutrons) have wave properties and seeking a mathematical interpretation of the structure of matter on the basis of these properties

**wave-me-ter** \ˈwāv,mēd·ə(r)\ *n* [1*wave* + *-meter*] : a device to measure the wavelength or the frequency of an electromagnetic or radio signal

**wave molding** *n* : a molding with a profile that suggests one or more breaking waves — compare VITRUVIAN SCROLL

**wave moth** *n* : any of many small geometrid moths of *Sterrha* and related genera having wavy markings on the wings

**wave motion** *n* : the motion of the particles of a medium in mechanically propagated waves (as water waves or sound waves)

**wave motor** *n* : a prime mover engine actuated by waves of water

**wave number** *n* : the number of waves per centimeter of light of a given wavelength : the reciprocal of the wavelength ⟨spectroscopists frequently specify a wave by the *wave number* —R.E.Lapp & H.L.Andrews⟩

**wave-off** \ˈ-,-\ *n* -s [fr. the phrase *wave off*] : a visible signal given by an officer on the deck of an aircraft carrier to the pilot of an approaching airplane usu. indicating that his approach is unsatisfactory for a successful landing, and that he must circle the carrier and make a new approach — compare LANDING SIGNAL OFFICER

**wave offering** *n* : a sacrificial offering elevated and swung to and fro in ancient Jewish religious ceremony and afterwards reserved for the personal use of the priestly families

**wave of oscillation** : a wave in which the particles of water move in closed vertical orbits

**wave of the future** : a line of historical development prob. sure to shape or dominate the future : a movement representing a trend that will inevitably prevail or forces that will certainly triumph

**wave of translation** : a wave in which the particles of water move forward in the direction of wave propagation

**wave packet** *n* : a pulse (as an electromagnetic pulse) that is the resultant of a number of wave trains of differing wavelengths and speed and has a definite group velocity

**wave pattern** *n* : an undulating line that often appears in primitive ornament (as in the decoration of pottery)

**wave plate** *n* 1 : HALF-WAVE PLATE 2 : QUARTER-WAVE PLATE

**1wa-ver** \ˈwāvə(r)\ *vi* **wavered; wavered; wavering** \-v(ə)riŋ\ **wavers** [ME *waveren*; akin to MHG *wabern* to waver, OE *wǣfre* wavering, restless, ON *vafra* to hover about, OE *wefan* to weave — more at WEAVE] 1 a : to vacillate irresolutely between options or attractions : hesitate undecided at a choice : fluctuate in opinion, allegiance, or direction : act inconstant or uncertain : VARY ⟨~s between easy tolerance and a bigotry which would have made the Puritans squirm —Green Peyton⟩ ⟨~*ed* between sympathy and superiority —Mary Austin⟩ ⟨~s between writing an adult fairy tale, a slick romance, and a social satire —Martin Levin⟩ b : to change, alternate, or shift between objects, conditions, uses, or otherwise ⟨a mood that ~*ed* between uncertain cheer and blackest gloom⟩ 2 a : to weave or sway unsteadily to and fro : move back and forth : REEL, TOTTER ⟨~*ed* back and forth a little as he spoke —Irwin Shaw⟩ ⟨on this point of view the character stands, ~s, or falls —F.J.Hoffman⟩ b : to move in an unsteady or uncontrolled manner : FLUTTER, QUIVER ⟨the feather ~*ed* to the floor —Elinor Wylie⟩ ⟨a thin grey stinking smoke ~*ed* up —Claud Cockburn⟩ ⟨it ~*ed* as he raised it and fired —Sherwood Anderson⟩ c : to approach or withdraw in an undecided or hesitant manner ⟨they both hesitated, and, as it were, ~*ed* uncertainly towards each other —Arnold Bennett⟩ d : to follow a changing or random line : move in a purposeless way or as if impelled by chance influences ⟨the story ~s and loses some of its . . . effectiveness —Edmund Fuller⟩ 3 a : to move with a shifting or uncertain gaze : turn uneasily, timidly, or weakly one way and another ⟨his glance ~*ed* like that of a cornered animal⟩ b : to give an unsteady sound : QUAVER, SHAKE ⟨her voice ~*ed* with strain⟩ c : to evince uncertainty or vagueness of mind (as in great perplexity or shock) : WANDER ⟨his wits at last ~*ed* from the prolonged and intense horror⟩ 4 a : to fluctuate in brightness : FLICKER, GLIMMER ⟨the candle flames ~*ed* —Margaret A. Barnes⟩ ⟨the thin blue light ~*ed* and vanished and ~*ed* again —Ellen Glasgow⟩ b : to move with the indistinctness or uncertainty of a shadow ⟨the silhouette of a moving car ~*ed* across the moonlight —Scott Fitzgerald⟩ ⟨before my face ~*ed* an incense cloud the like of which I had never smelt —Elinor Wylie⟩ 5 : to falter in battle : hesitate as if about to give way : CHECK ⟨the line ~*ed* and broke —John Buchan⟩ **syn** see HESITATE, SWING

**3waver** \"\ *n* -s [earlier *waiver*, prob. fr. *waive* + *-er*] *dial Eng* : a young tree left uncut during timber clearing

**2wav-er** \"\ *n* -s [1*wave* + *-er*] : one that waves: as a : one that swings something to and fro ⟨they are ~s of flags and shouters of slogans⟩ b : a vibrating roller that smooths and distributes ink on the inking table of a printing press c (1) : a hairdresser who does waving (2) : a device (as an iron) for waving hair

**4wa-ver** \"\ *n* -s [1*waver*] : an act of wavering, quivering, or fluttering

**wa-ver-er** \ˈwāvərə(r)\ *n* -s : one that wavers; *esp* : a vacillating or indecisive person

**wa-ver-ing-ly** *adv* : in a wavering manner

**wa-very** \-v(ə)rē\ *adj* : WAVERING

**waves** *pres 3d sing of* WAVE, *pl of* WAVE

**wave set** *n* : a somewhat viscous solution with which hair is wet before setting in order to make the waves or curls last

**wave shape** *n* : WAVE FORM

**wave-son** \ˈwāvsən\ *n* [1*wave* + *-son* (as in AF *floteson* flotsam) — more at FLOTSAM] : goods that after shipwreck appear floating on the sea : FLOTSAM

**wave surface** *n* 1 : WAVE FRONT 2 : a combination of wave fronts developed simultaneously from a single center (as of light in uniaxial and biaxial crystals) ⟨the *wave surface* for a uniaxial doubly refracting substance consists of a sphere enclosing or enclosed by an ellipsoid of revolution⟩

**wave system** *n* : a system of traffic regulation in which the signals on a street or highway change progressively permitting traffic to proceed at a uniform predetermined speed without stopping

**wave theory** *n* 1 : UNDULATORY THEORY 2 [trans. of G *wellentheorie*] : a theory in linguistics: branches develop from a parent language (as Indo-European) by waves of linguistic change with the result that adjacent branches have more features in common than those that are widely separated — compare FAMILY-TREE THEORY

**wave train** *n* : a succession of similar waves at equal intervals

**wave trap** *n* : a tuned radio circuit used to improve the selectivity of radio apparatus or to eliminate interference

**wave variable** *n* : a quantity (as the pressure in sound-wave propagation) whose periodic variations are primarily responsible for the propagation of a wave

**wave velocity** *n* : PHASE VELOCITY

**wave wheel** *n* 1 : a rope pulley with a groove of wavy outline to increase the grip on the rope 2 : a wheel with wavy outline used as a cam to give a reciprocating movement

**wave winding** *n* : an armature winding in which the coils are laid in two layers and follow each other on the surface of the armature in the form of waves with the coils being so connected in series that there are only two paths for the flow of current whatever the number of poles in the machine — called also *series winding*; compare LAP WINDING, RING WINDING

**wave-worn** \ˈ-,-\ *adj* : showing attrition from waves

**wa-vey** *also* **wa-vy** \ˈwāvē\ *n, pl* **waveys** *or* **wavies** [of Algonquian origin; akin to Ojibwa *wewe* goose, Cree *wehwew*] : SNOW GOOSE

**wav-i-ly** \ˈwāvəlē, -li\ *adv* : in a wavy manner

**wav-i-ness** \-vēnəs, -vin-\ *n* -ES : the quality or state of being wavy

**waving** *pres part of* WAVE

**wav-ing-ly** *adv* : in a waving manner

**wavy** \ˈwāvē, -vi\ *adj* -ER/-EST 1 : rising or swelling in waves : abounding in waves ⟨a ~ lake⟩ 2 : playing or moving to and fro with an undulating motion : FLUCTUATING, WAVERING ⟨a ~ flame⟩ 3 : having a wavelike form or outline : CURVING, ROLLING ⟨~ terrain⟩ 4 : UNDULATE 5 : having transverse lines or bars curving in a manner suggesting a succession of waves — compare BARRY-WAVY

**1waw** \ˈwȯ\ *n* -s [ME *wawe, waghe*, akin to OE *wagian* to move, swing — more at WAG] *archaic* : WAVE

**2waw** \"\ *vi* -ED/-ING/-S [imit.] *chiefly Scot* : to utter the characteristic cry of a cat

**3waw** \"\ *n* -s *chiefly Scot* : the cry of a cat

**4waw** *or* **vav** \ˈväv, ˈvȯv\ *n* -s [Heb *wāw*, lit. hook] 1 : the sixth letter of the Hebrew alphabet — symbol ו; see ALPHABET table 2 : the letter corresponding to Hebrew waw in the Phoenician or in any of various other Semitic alphabets

**wa-wa-skeesh** \wəˈwä,skēsh\ *n* -ES [prob. fr. Ojibwa *wāwāshkeshi* deer] : WAPITI 1

**wawl** \ˈwȯl\ *vi* -ED/-ING/-S [imit. of an infant's cry] *chiefly Scot* : WAIL, HOWL, SQUALL

**1wax** \ˈwaks\ *n* -ES *often attrib* [ME *wax, wex*, fr. OE *weax*; akin to OHG *wahs* wax, ON *vax*, Lith *vaškas* wax, and prob. to OHG *wiohha* lint, wick — more at WICK] 1 a : a substance that is secreted by bees by special glands on the underside of the abdomen, deposited as thin scales, and used after mastication and mixture with the secretion of the salivary glands for constructing the honeycomb, that is then glossy and hard but plastic when warm, insoluble in water but partly soluble in boiling alcohol and in ether, and miscible with oils and fats, and that is a mixture consisting of the palmitate of myricyl alcohol and other higher esters, free cerotic acid, and hydrocarbons — called also *beeswax* b : BEESWAX 2 2 : any of various natural or synthetic substances resembling beeswax in physical properties or chemical composition or both and used chiefly in candles, in coatings (as for paper), and in polishing materials: as a : any of a class of substances (as carnauba wax, spermaceti, Chinese wax) of plant or animal origin that differ from fats in being less greasy, harder, and more brittle and in containing principally esters of higher fatty acids and higher monohydroxy alcohols instead of glycerol, free higher acids and alcohols, and saturated hydrocarbons — see VEGETABLE WAX, WAX INSECT b : a solid substance (as ozokerite or paraffin wax) of mineral origin consisting usu. of higher hydrocarbons : MINERAL WAX c : a pliable or liquid composition that may or may not contain wax and is used esp. in uniting surfaces, excluding air, making patterns of impressions, or producing a waxlike polished surface ⟨etching ~⟩ ⟨dental ~es⟩ ⟨floor ~es⟩ d : a resinous preparation used by shoemakers for rubbing thread 3 : something likened to wax as soft, impressionable, or readily molded ⟨thy noble shape is but a form of ~, digressing from the valor of a man —Shak.⟩ 4 : SEALING WAX 5 *or* **wax white** : a pale to grayish greenish yellow 6 : a waxlike product secreted by plants 7 : CERUMEN 8 : a substance secreted by some scales that is similar to beeswax — see WAX INSECT 9 : a phonograph recording

**2wax** \"\ *vt* -ED/-ING/-ES [ME *waxen, wexen*, fr. *wax, wex* wax] 1 : to treat, polish, or rub with wax ⟨~ a floor⟩ ⟨~ a thread⟩ 2 : to stiffen with wax ⟨~ a mustache⟩ 3 : to record on

**wax**

phonograph records (a vibrato-cl[…] years ago — *Time*)

**3wax** \"\ *vi* **waxed; waxed** \-st\ […] **waxing; waxes** [ME *waxen, wexen* […] OHG *wahsan* to increase, grow, O[…] *auxanein*, L *augere* — more at EKE […] size, numbers, strength, prosperity, […] fuller, stronger, or more numerous ([…] dwindle and die more contented tha[…] and struggled —George Santayana […] or duration (as a swelling river or d[…] c : to grow and develop as an an[…] maturing d : to gain in importance […] of the Progressive movement which […] fore the turn of the century —J.A.H[…] active or conspicuous : gain in vigor […] 2 : to increase in phase or intensi[…] moon, other satellites, and inferior […] see MOON illustration 3 : to assu[…] istic, quality, or state : BECOME (~ […] —*American*) (ate enormously and ~e[…]

**4wax** \"\ *n* -ES [ME, fr. *waxen* to incr[…] GROWTH (pileated woodpeckers . . . […] expected to continue so —Christoph[…] in phase or intensity of the moon [...] other satellite or planet

**5wax** \"\ *n* -ES [perh. fr. 2*wax*] : a […] been in a ~ at its loss —John Buch[…]

**6wax** \"\ *vt* -ED/-ING/-ES [prob. fr. […] of : beat soundly or badly (as in a ga[…]

**wax bean** *n* : any of various kidney […] creamy yellow to bright yellow wh[…] use as snap beans — compare GREE[…]

**wax begonia** *n* : a cultivated fibrou[…] from the species begonia (*Begonia s*[…]

**wax-berry** \ˈwaks- — see BERRY\ *n* […] of the wax myrtle; *also* : WAX MYRTL[…]

**waxberry cornel** *n* : RED OSIER 2

**waxbill** \ˈ-,-\ *n* : any of numerous […] family Ploceidae having white, pin[…] waxy appearance; *esp* : any of sev[…] *Estrilda* commonly kept as cage bird[…]

**wax-billed** \ˈ-,-\ *adj* : having a bill […] color — used of a bird

**waxbird** \ˈ-,-\ *n* : WAXWING

**wax brown** *n* : BEESWAX 3

**waxbush** \ˈ-,-\ *n* : WAXWEED

**wax-chandler** \ˈ-,-\ *n* [ME *wax cha*[…] ing in wax candles

**wax cloth** *n* 1 : a fabric waterproo[…] 2 : OILCLOTH

**wax creeper** *n, southern Africa* : cli[…] family Asclepiadaceae: a : a plan[…] b : WAX PLANT 2

**wax distillate** *n* : PARAFFIN DISTILLAT[…]

**wax dolls** *n pl but sing or pl in cons*[…] (*Fumaria officinalis*)

**waxed** *past of* WAX

**waxed end** *or* **wax end** *n* : a thread […] filaments rubbed with shoemaker's […] bristle, and used in sewing leather i[…] made (as in shoemaking)

**waxed paper** *or* **wax paper** *n* : pa[…] treated with wax to make it waterpr[…] used esp. as a wrapping

**1waxen** *archaic past part of* 3WAX

**2wax-en** \ˈwaksən\ *adj* [ME, fr. 1*wax* […] (a ~ record —*Congressional Record*) […] with wax (an ancient ~ writing tab[…] in pliability or impressionability (mer[…] minds —Shak.) 4 a : having the smo[…] of wax : seeming to lack vitality or […] poor face with the same awful ~ […] b : having a lustrous smoothness 5

**waxen chatterer** *n* : BOHEMIAN WAX[…]

**wax engraving** *n* : a process for prep[…] surfaces in which the design is cut […] coating on a metal plate that is […] which hand-cut additions or correcti[…] wax electrotype mold before deposi[…]

**wax-er** \ˈwaksə(r)\ *n* -s : one whic[…] polishing with wax: as a : one that […] mobiles b : an operator of a machin[…] holes of motion-picture film to ease p[…] the projector c : one that puts pro[…] parts of glass articles to protect them […] d : an operator of a machine for wa[…] strength

**wax-er-man** \-(r)mən\ *n, pl* **waxerr**[…] machine for coating paper with a wa[…]

**waxes** *pl of* WAX, *pres 3d sing of* WAX

**wax extractor** *n* : a device or mac[…] rendering beeswax from the empty […] heat

**waxflower** \ˈ-,-\ *n* 1 : a climbing […] *bunda*) of Madagascar often cultivat[…] its fragrant white flowers 2 : an […] *insignis*) of British Guiana 3 : IN[…] WINTERGREEN

**wax gland** *n* : a gland (as in the hon[…] that secretes wax

**wax gourd** *n* 1 : a tropical Asiatic […] *hispida*) 2 : the edible fruit of the […] pumpkin and having a waxy pulveru[…]

**wax hair** *n* : wax secreted by some […] extruded as a filament through the o[…]

**wax-haw** \ˈwaks,hȯ\ *n, pl* **waxhaw** […] 1 : an extinct Siouan people of nor[…] and south central No. Carolina 2 : a […] people

**waxier** *comparative of* WAXY

**waxiest** *superlative of* WAXY

**wax-i-ly** \ˈwaksəlē\ *adv* : in a waxy m[…]

**wax-i-ness** \-sēnəs\ *n* -ES : the qualit[…]

**waxing** *n* -s [ME, fr. gerund of *wax*[…] more at WAX] 1 : the act of applyin[…] 2 a : the making of a phonograph re[…] record (orchestral ~s)

**wax insect** *n* 1 : any of several scale[…] that secrete a wax from their bodies […] (*Ericerus pe-la*) that yields much of […] wax 2 : any of several homoptero[…] Fulgoridae that secrete a wax used […] candles)

**wax jack** *n* : an 18th century silver de[…] tral spindle and a very long wax ta[…] coiled about it like a rope with its light[…] end held in a socket and used to m[…] sealing wax

**wax light** *n* : a wax candle : TAPER

**waxlike** \ˈ-,-\ *adj* : resembling wax

**waxmallow** \ˈ-,-\ *n* [1*wax* + *mallo*[…] : any of various plants (genus *Malv*[…] *viscus*) of the family Malvaceae havi[…] drooping flowers like those of the hibisc[…]

**wax-man** \ˈwaksmən\ *n, pl* **waxmen** : […] worker who removes from the filters w[…] that accumulates during the pressing […] paraffin distillate

**wax moth** *n* 1 : BEE MOTH 2 : a mo[…] (*Achroia grisella*) smaller than the b[…] moth but similar in appearance a[…] habits — called also *lesser wax moth*

**wax myrtle** *n* : any of several shrubs […] trees of the genus *Myrica*; *esp* : a shr[…] (*M. cerifera*) of eastern No. America […] and small hard berries with a thick co[…] is used for candles — called also *bay* […] BAYBERRY 2

**wax painting** *n* : encaustic painting