# Exhibit J

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster

REG U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

TA 171



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1986 BY MERRIAM-WEBSTER INC.

PHILIPPINES COPYRIGHT 1986 BY MERRIAM-WEBSTER INC.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language, unabridged.

Includes index.
1. English language—Dictionaries. I. Gove, Philip Babcock, 1902–1972. II. Merriam-Webster Inc
PE1625 W36 1986 423 85-31018
ISBN 0-87779-201-1 (blue Sturdite)
ISBN 0-87779-206-2 (imperial buckram)

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher*

MADE IN THE UNITED STATES OF AMERICA

44AG/KP91

Preface
Editorial St
Outside Co
Explanator
Explanator
Divisions in
Spelling
Plurals
Capitalizat
Italicizatio

cgs electro
*Afro-Asiat*
*alphabet* ta
*anthracite*
*architectur*
common *a*
*Beaufort s*
ship's *bell*
*book* sizes
*Braille* alp
*constellati*
chief *crus*
principal
executive
*dye* tables
*Easter* dat
chemical
four syllo
principal
common
*geologic* t
*gestation*
*glacial* ep
*incubation*
*Indo-Eurc*
*measures*

Color:
Two
Constella
Constella

**anal·o·gon** \-,gän, -,gan\ *n, pl* **analo·ga** \-,gə\ [Gk, fr. neut of *analogos*] : ANALOGUE

**anal·o·gous** \ə'naləgəs\ *adj* [L *analogus*, fr. Gk *analogos* according to a due ratio, proportionate, fr. *ana-* + *logos* ratio, thought, word, fr. *legein* to gather, speak — more at LEGEND] **1** : showing an analogy or a likeness permitting one to draw an analogy : susceptible of comparison either in general or in some specific detail ⟨the doctrines of symbolism were . . . ~ to the doctrines of romanticism —Edmund Wilson⟩ **2 a** : having a similar function but differing in structure and origin ⟨the wings of a bird and those of an airplane are ~⟩ **b** *in commerce* : showing similar characteristics (as bulk, weight, or value) ⟨~ articles likewise given special handling⟩ **3** *of colors* : having a close relationship with respect to hue **syn** see LIKE

**analogously** *adv* : by or according to analogy

**analogous pole** *n* : the pole of a crystal that becomes positively electrified when the crystal is heated

**an·a·logue** \'an'l,ȯg *also* -äg\ *also* **an·a·log** \'\ *n* -s [F *analogue*, fr. *analogue* analogous, fr. Gk *analogos*] **1** : anything that is analogous or similar to something else : PARALLEL ⟨he would relate the poem to earlier sources and ~s —C.W. Shumaker⟩ **2 a** : an organ similar in function to an organ of another animal or plant but different in structure and origin ⟨the gill of a fish is the ~ of the lung of a cat⟩ — distinguished from *homologue* **b** : a species in one group corresponding in some particular characters with a member of another group **c** : a species or genus in one country that is closely related to a species of the same genus or a genus of the same group in another country **3** : a previous weather chart that in its main features resembles the current weather chart

**analogue computer** *var of* ANALOG COMPUTER

**anal·o·gy** \ə'naləjē, -ji\ *n* -ES [prob. fr. Gk *analogia* mathematical proportion, correspondence, fr. *analogos* proportionate + *-ia* -y] **1 a** : mathematical proportion or ratios (as in a statement of the form $a \times b = c \times d$ where the values of *a*, *b*, and *c* are given, so that *d* may be calculated) **b** : a proposition or a statement that embodies such an analogy **2 a** : similarity of ratios or of properties **b** : inference that if two or more things agree with one another in one or more respects they will prob. agree in yet other respects ⟨scholasticism distinguished between *analogies* of proportionality, *analogies* by attribution, and *analogies* by metaphor⟩ **3** : resemblance in some particulars between things otherwise unlike : SIMILARITY, CORRESPONDENCE, PARALLELISM ⟨mathematicians have . . . appealed to the arts in order to find some ~ to their own work —Havelock Ellis⟩ ⟨enameled bowls . . . show *analogies* . . . with late twelfth century English illumination —O. Elfrida Saunders⟩ **4 a** : ANALOGUE **b** : a figure of speech embodying an extended or elaborate comparison between two things or situations : SIMILITUDE **5** : correspondence between the members of pairs or sets of linguistic forms that is taken as a basis for the creation of another form (as *reindeers*, plural of *reindeer*, created on the basis of such pairs as *bear*, *bears* or *dog*, *dogs*; *cows*, plural of *cow*, replacing earlier *kine* and *kye*, on the basis of such pairs as *bough*, *boughs*; *glided*, past tense of *glide*, replacing earlier *glode* and *glid*, on the basis of such pairs as *guide*, *guided*; *a deck of cigarettes*, standing in the same synonymous relationship to *a pack of cigarettes* as *a deck of cards* does to *a pack of cards*) **6** [F *analogie*, fr. Gk *analogia*] : correspondence in function between organs or parts of different structure and origin — distinguished from *homology*

**analogy test** *n* : a reasoning test requiring a person examined to supply a final term in a proportion (as to supply *darkness* in the proportion *day : light :: night : . . .*)

**an·al·pha·bet** \(')a'nalfə,bet *also* -bət\ *n* -s [Gk *analphabētos* not knowing the alphabet, fr. *an-* + *alphabētos* alphabet — more at ALPHABET] : one who cannot read : ILLITERATE

**¹an·al·pha·bet·ic** \'a,nalfə'bed·ik, a'n-\ *adj* [*analphabet* + *-ic*] **1** : ILLITERATE **2** [*an-* + *alphabetic*] : not alphabetic; *specif*, *of a system of phonetic transcription* : representing each sound by a set of three symbols indicating respectively the articulating organs, place of articulation, and size and form of aperture

**²analphabetic** \"\ *n* -s : one who cannot read : ILLITERATE ⟨these . . . humble ~s . . . have left us no record —Norman Douglas⟩

**an·al·pha·bet·ism** \(')a'nal-\ *n* -s : an analphabetic phonetic system

**anal pit** *n* : the posterior terminal depression of the primitive streak of the embryo

**anal plate** *n* **1 a** : one of the posterior plates of the plastron of a turtle **b** : the large scale in front of the anus of most snakes **2** : the fused plate of early embryonic ectoderm and endoderm through which the anus later ruptures

**anal proleg** *n* : either of the pair of false legs occurring on the 10th abdominal segment of caterpillars

**anals** *pl of* ANAL

**anal sadism** *n* : a level of personality development characterized by preoccupation with pleasant sensations arising from fecal retention or by its symbolic manifestations (as power and cruelty) — compare ANAL CHARACTER

**anal-sadistic** \'·‥'‥\ *adj* : relating to anal sadism (see such grotesque behavior as a fierce perversion of the life instincts into *anal-sadistic* aggressiveness —Theodore Roszak)

**anal sphincter** *n* : either of two sphincters controlling the closing of the vertebrate anus: **a** : an outer sphincter of striated muscle extending from the coccyx to the central tendinous part of the perineum and surrounding the anus immediately beneath the skin — called also *external anal sphincter* **b** : an inner sphincter formed by thickening of the circular smooth muscle of the rectum — called also *internal anal sphincter*

**anal vein** *n* : one of the three posterior veins of the wing of a primitive insect

**anal·y·sand** \ə'naləˌsand, -ˌza-\ *n* -s [*analyse* + *-and* (as in *multiplicand*)] : one that is analyzed; *specif* : one who is undergoing psychoanalysis

**anal·y·san·dum** \·‥'‥dəm\ *n, pl* **analysan·da** \-də\ [NL, fr. *analysis* + L *-andum* (gerundive suffix)] : something that is to be analyzed or defined

**anal·y·sans** \-'‥,sanz, -,za-\ *n, pl* **analysan·tia** [NL, fr. *analysis* + L *-ans* (part. suffix)] : something that serves to analyze or define

**¹an·a·lyse** *chiefly Brit var of* ANALYZE

**²analyse** *n* -s [F, fr. Gk *analysis*] *obs* : ANALYSIS

**anal·y·sis** \ə'naləsəs\ *n, pl* **analy·ses** \-ə,sēz\ [NL, fr. Gk, fr. *analyein* to dissolve (fr. *ana-* + *lyein* to loosen, dissolve) + *-sis* — more at LOSE] **1** : separation or breaking up of a whole into its fundamental elements or component parts ⟨his problem defied ~⟩ **2 a** : a detailed examination of anything complex (as a novel, an organization, a race) made in order to understand its nature or to determine its essential features : a thorough study ⟨the ~ . . . of the structure of a poem can be a form of literary criticism —James Thorpe⟩ **b** : the presentation, usu. in writing, of such an analysis ⟨each chapter of the book is an ~ of a well-known painting⟩ **3** : the use of function words (as prepositions, pronouns, and auxiliary verbs) instead of inflectional forms as a highly frequent and characteristic device in the structure of a language (as English *I have seen* contrasted with Latin *vidi* or English *of the room* tending to replace *the room's* or *does he know that?* replacing *knows he that?*) — contrasted with *synthesis* **4 a** : the separation of compound substances into their constituents by chemical processes **b** : the determination, which may or may not involve actual separation, of one or more ingredients of a substance either as to kind or amount; *also* : the tabulated result of such a determination — see GRAVIMETRIC ANALYSIS, PROXIMATE ANALYSIS, QUALITATIVE ANALYSIS, QUANTITATIVE ANALYSIS, ULTIMATE ANALYSIS **c** : a statement of the amount or percent of each functional ingredient present in a mixture (as a vitamin solution or an animal feed); *often* : a statement of the percentage of nitrogen expressed as N, phosphoric acid as $P_2O_5$, and potash as $K_2O$ in a fertilizer — called also *fertilizer analysis*, *fertilizer grade* **5 a** : the practice of proving a mathematical proposition by assuming the result and reasoning back to the data or to already established principles **b** : the investigation of a problem by the methods of algebra **c** : any proof based on considerations of number and the theory of limits as opposed to geometric intuition **d** : the differential and integral calculus **6 a** : the resolution of knowledge into its fundamental factors or original principles and the tracing or reduction of physical, phenomenal, or abstract entities to their source or elements **b** : the elucidation, clarification, and explication of expressions and statements through a determination of their meaning or logical use **7** : the process of ascertaining the name of a species in biology or its place in a system of classification by means of an analytical table or key **8** : PSYCHOANALYSIS **9** : BOWLING ANALYSIS — **in the final analysis** *or* **in the last analysis** : everything having been taken into consideration ⟨it is the individual who is responsible, *in the last analysis*, for all additions to culture —L.A. White⟩ ⟨the lower grades of glue, while they may give satisfactory results, may not always be the cheapest *in the final analysis* —*Bindery Glues*⟩

**analysis si·tus** \-'sīd·əs, -'sē-\ *n* [NL, analysis of situation] : TOPOLOGY 3

**an·a·lyst** \'an'ləst\ *n* -s [prob. fr. *analyze*, after such pairs as E *Latinize* : *Latinist*] **1** : a person who analyzes or who is skilled in analysis: as **a** : one whose occupation is the making of analyses of the chemical, physical, or other properties of a substance or product **b** : a columnist or commentator who specializes in interpreting social and political developments **c** : PSYCHOANALYST **d** : STATISTICIAN

**¹an·a·lyt·ic** \'an'l'id·ik, -itik, -ēk\ *adj* [LL *analyticus*, fr. Gk *analytikos*, fr. (assumed) *analytos* (verbal of *analyein*) + *-ikos* -ic] **1** : of or relating to analysis or analytics; *esp* : separating or breaking up a whole or a compound into its component parts or constituent elements ⟨an ~ experiment⟩ ⟨~ reasoning⟩ **2** : skilled in or using analysis ⟨a keenly ~ man⟩ **3** *logic* **:** of or relating to a truth, a proposition, or a statement that is true in all possible worlds, that is true independently of any facts by reference to meanings alone, or that is logically true or definitionally reducible to logical truth **4** : characterized by analysis (sense 3) rather than inflection ⟨English is an ~ language⟩ — contrasted with *synthetic*; compare ISOLATING **5** : PSYCHOANALYTIC **6** : treated by the methods or represented by the symbolism of algebra or calculus ⟨~ statics⟩ — distinguished from *graphic*

**²analytic** \"\ *n* -s **1** : something that is analytic **2** : ANALYTICAL ENTRY

**an·a·lyt·i·cal** \-ə̇kəl, -ēk-\ *adj* [LL *analyticus* + E *-al*] **1** : ANALYTIC **2** *of cubist art* : involving the breakdown of a natural subject into component planes and geometric forms — **an·a·lyt·i·cal·ly** \-ək(ə)lē, -ēk-, -li\ *adv*

**analytical balance** *n* : a balance of precision used esp. in quantitative chemical analysis

analytical balance: *1* handle to move rider, *3*, on beam, *2*; *4*, *4* knife edges; *5* pointer; *6*, *6* scalepans

**analytical chemistry** *n* : the branch of chemistry that deals with analysis

**analytical entry** *n* : an entry in a library catalog that locates a specific part of a more general work or collection (as the treatment of one specific subject in a book)

**analytical jurisprudence** *n* : the study and examination of law in terms of its logical structure

**analytical note** *n* : the information at an analytical entry that locates the source of that analytical entry

**analytical table** *n* : KEY 3c

**analytic geometry** *n* : a branch of mathematics that studies geometric properties by means of arithmetic and algebraic operations upon symbols defined in terms of a coordinate system — called also *coordinate geometry*

**an·a·ly·tic·i·ty** \,an'l·ə'tisəd·ē\ *n* -ES : the nature, character, or property of being analytic

**analytic judgment** *n*, *logic* : a judgment in which what is predicated is already implied in the subject of the predication — opposed to *synthetic judgment*

**analytic mechanics** *n* : theoretical mechanics esp. as treated by the methods of infinitesimal calculus

**analytic psychology** *n* **1** : the analysis and classification of mental data (as sensations and feelings) esp. by introspection — contrasted with *experimental psychology* **2** : a modification of psychoanalysis that adds to the concept of the personal unconscious by postulating a racial or collective unconscious, that objects to a narrowly sexual interpretation of libido, and that advocates that psychotherapy be conducted in terms of the patient's present-day conflicts and maladjustments rather than in terms of his early psychosexual development

**an·a·lyt·ics** \,an'l'id·iks, -iti-\ *n pl but sing in constr* : the science of analysis esp. as a subdivision of logic

**analytic trigonometry** *n* : the branch of trigonometry that treats of the relations and properties of the trigonometrical functions

**an·a·lyz·a·ble** \'an'l,īzəbəl\ *adj* : admitting or capable of being analyzed ⟨the . . . data into which he believed things are ~ —Ernest Nagel⟩

**an·a·ly·za·tion** \,an'lə'zāshən, -,ī'z-\ *n* -s : ANALYSIS

**an·a·lyze** \'an'l,īz\ *vb* -ED/-ING/-s *see -ize in Explan Notes* [prob. irreg. fr. *analysis* + *-ize*] *vt* **1 a** : to ascertain the components of or separate into component parts : determine carefully the fundamental elements of (as by separation or isolation) for close scrutiny and examination of constituents or for accurate resolution of an overall structure or nature ⟨in the laboratory . . . we were required to ~ specimens —V.G. Heiser⟩ : subject to analysis **b** : to determine by mental discernment the nature, significance, and relationship of the various parts, elements, aspects, or qualities of (whatever is under consideration) ⟨Balzac . . . *analyzed* a society in which human existence was no longer possible —P.F. Drucker⟩ **2** : to weigh or study (various aspects, factors, or elements) in order to arrive at an answer, result, or solution ⟨constantly tries to ~ the motives for his own behavior —*Midwest Jour.*⟩ **3 a** : to determine one or more chemical ingredients of : examine by chemical analysis ⟨~ cast iron for phosphorus⟩ **b** : to show or yield on chemical analysis ⟨a slag that ~s 25 percent silica⟩ **4** : to divide (as a sentence) into parts and indicate the relation of each part to the other parts or to the whole **5** : to make an analytical entry for **6** : PSYCHOANALYZE ~ *vi* : to engage in analysis

**syn** RESOLVE, BREAK (*down*), DISSECT, ANATOMIZE: ANALYZE is likely to suggest ascertainment of components, sometimes by physical separation of those components, in the interests of determining a thing's nature or structure or the relationship of its parts ⟨he would make a plate or a fork or a bell, set it to ringing by a blow, and *analyze* the combination of musical notes which it emitted —K.K. Darrow⟩ It may suggest a scientific or objective attitude ⟨a cultured person, therefore, regards Nature with what might be called a Goethean, rather than a Newtonian, eye. He trains himself to see and to feel, rather than to *analyze* or to explain —J.C. Powys⟩ In more complex matters it involves ascertainment and individual scrutiny of aspects, traits, characteristics, qualities ⟨Gard was much struck. It never occurred to him to *analyze* the people that he loved —Mary Austin⟩ RESOLVE is likely to stress the fact of change of form, of metamorphosis, rather than necessarily indicating division into components, through some process or chain of effects ⟨one inseparable drop, crystallized beyond change . . . not *resolved* by any alchemy —W.H. Hudson⟩ ⟨labor measures the value not only of that part of price which *resolves* itself into labor, but of that which *resolves* itself into rent, and of that which *resolves* itself into profit —Adam Smith⟩ ⟨nothing but death was strong enough to shatter that inherited restraint and *resolve* it into tenderness —Ellen Glasgow⟩ BREAK (*down*) suggests classifying, itemizing, subgrouping, or other treatment of specific, individual component items for clarity or convenience ⟨an overall figure of 1,623,404. There was no attempt to *break* this *down* into dead, wounded, and missing —*N.Y. Times*⟩ DISSECT suggests laying bare parts, pieces or relationships under consideration or actually severing them for individual scrutiny, as with a scalpel ⟨when I speak of *dissecting* atoms or *dissecting* matter, I refer to the fact that we can draw negative electricity out of every substance which there is —K.K. Darrow⟩ ⟨to understand Elizabethan drama it is necessary to study a dozen playwrights at once, to *dissect* with all care the complex growth —T.S. Eliot⟩ ⟨a complicated record must be *dissected*, the narratives of witnesses, more or less incoherent and unintelligible, must be analyzed —B.N. Cardozo⟩ ANATOMIZE differs from DISSECT chiefly in suggesting even more meticulous innate scrutiny, often of character traits ⟨his colleagues also are vividly described and *anatomized* — with a few brush strokes to show us their outsides, and a few scalpel thrusts to expose their insides —Robert Halsband⟩ ⟨Thoreau could *anatomize* the professional reformer as amusingly as Dickens —Laurence Stapleton⟩

**an·a·lyz·er** \-zə(r)\ *n* -s : one that analyzes: as **a** : the part of a polariscope that receives the light after polarization and exhibits the properties of light **b** : a combined ammeter, voltmeter, and ohmmeter designed for testing electronic equipment **c** : the part of an absorption or gas refrigeration apparatus in which the ammonia vapor escapes from the recently heated solution and passes on to be liquefied in the condensing coils — compare ABSORPTION SYSTEM

**an·a·mir·ta** \,anə'mərd·ə\ *n, cap* [NL, prob. fr. *an-* + Skt *amṛtā*, a plant (slightly different from *Anamirta*), fr. *amṛta* immortal] : a genus of East Indian woody vines (family Menispermaceae) having dioecious flowers and very numerous stamens — see COCCULUS INDICUS

**an·a·mite** \'anə,mīt\ *n* -s [origin unknown] : TWINE 5

**an·am·ne·sis** \,anəm'nēsəs, ,a,nam-\ *n, pl* **anamne·ses** \-ē,sēz\ [NL, fr. Gk *anamnēsis*, fr. *anamimnēskein* to remind (fr. *ana-* + *mimnēskein* to remind) + *-sis* — more at MIND] **1** : a recalling to mind : REMINISCENCE ⟨in only one sense is *B.F.'s Daughter* a departure from the author's previous *anamneses* —John Woodburn⟩ **2** : information concerning a medical or psychiatric patient and his background for use in analyzing his condition — compare CATAMNESIS, FOLLOW-UP **3** *often cap* : the eucharistic prayer recalling the sacrifice of Christ and ending with the words "Do this in remembrance of me"

**an·am·nes·tic** \¦·(,)·¦nestik\ *adj* [Gk *anamnēstikos* easily recalled, fr. *anamnēstos* capable of being recalled (fr. *anamimnēskein*) + *-ikos* -ic] : of or relating to anamnesis — **an·am·nes·ti·cal·ly** \-tək(ə)lē\ *adv*

**anamnestic reaction** *n* : renewed rapid production of an antibody following second or later contact with the provoking antigen or with related antigens

**an·am·ni·on·ic** \(¦)a,namnē¦änik, a¦-\ *adj* [*an-* + *amnionic*] : not developing an amnion

**an·am·ni·o·ta** \-nē'ōd·ə\ *also* **an·am·nia** \(')a'namnēə\ *or* **an·am·ni·a·ta** \¦a,namnē'ād·ə, a¦n-, -'äd·ə\ *or* **an·am·ni·o·na·ta** \-nēə'nād·ə, -äd·ə\ *n pl, cap* [*Anamniota*, NL, fr. *an-* + *Amniota*; *Anamnia*, NL, fr. *an-* + *amnia*, pl. of *amnion*; *Anamniata*, *Anamnionata*, NL fr. *an-* + *amnion* + *-ata*] : vertebrates that develop no amnion regarded as a natural group — **an·am·ni·ote** \(')a¦namnē,ōt\ *adj or n* — **an·am·ni·ot·ic** \¦a,namnē¦äd·ik, a¦n-\ *adj*

**an·a·mor·pha** \,anə'mȯrfə\ *n pl, cap* [NL, fr. *ana-* + *-morpha*] : a division (commonly considered a subclass) of Chilopoda comprising the centipedes whose number of body segments increases as the animals mature, the young hatching with 7 pairs of legs and the adults having 15 pairs — compare EPIMORPHA, NOTOSTIGMA, PLEUROSTIGMA

**an·a·mor·phic** \¦‥¦·fik\ *adj* [*anamorphism* + *-ic*] **1** : characterized by progressive complexity or changing to a form of greater complexity : exhibiting or relating to anamorphosis **2** : producing or having different magnification of the image in each of two perpendicular meridians — used of an optical device or the image formed by one

**anamorphic zone** *n* : the zone within the earth in which simple mineralogical compounds become changed by silication, decarbonization and deoxidation to more complex ones

**an·a·mor·phism** \‥'‥,fizəm\ *n* -s [*ana-* + *-morphism*] **1** : ANAMORPHOSIS 2 **2** : the group of changes that rocks undergo in the anamorphic zone or the group of processes that effect the change — compare KATAMORPHISM, METAMORPHISM

**an·a·mor·pho·scope** \-,fə,skōp\ *n* -s [*anamorphosis* + *-scope*] : an optical device consisting usu. of a cylindrical mirror or lens that restores to its normal proportions an image distorted by anamorphosis

**an·a·mor·phose** \-,fōz, -ōs\ *vt* -ED/-ING/-s [back-formation fr. *anamorphosis*] : to represent by anamorphosis

**an·a·mor·phos·er** \-,fōzər, -,fōs-, -fə-\ *n* -s : an optical device used to form a sharply defined image having a different magnification in each of two perpendicular meridians, usu. vertical and horizontal

**an·a·mor·pho·sis** \,anə'mȯrfəsəs *sometimes* -,mȯr'fō-\ *n, pl* **anamorpho·ses** \-,sēz\ [MGk *anamorphōsis*, fr. LGk *anamorphoun* to transform (fr. Gk *ana-* + *morphoun* to form, fr. *morphē* shape) + Gk *-sis* — more at FORM] **1 a** : an image produced by a distorting optical system or by some other method that renders the image unrecognizable unless viewed by the proper restoring device **b** : the process of making such distorted images **2** : a gradually ascending progression or change of form from one type to another in the evolution of a group of animals or plants; *esp* : the acquisition in certain arthropods of additional body segments after hatching

**an·a·mor·phote lens** \¦anə¦mȯr,fōt-\ *n* [LGk *anamorphōtēs* transforming, fr. *anamorphoun* to transform] : a distorting lens used to produce anamorphosis — compare ANAMORPHOSCOPE

**an·a·mor·phot·ic** \-,mȯr¦fäd·ik\ *adj* [LGk *anamorphōtēs* transforming + E *-ic*] : ANAMORPHIC

**anan** \ə'nan\ *dial var of* ²ANON

**ana·nas** *in sense 1* 'anə,nas, ə'nanəs; *in sense 2* ¦anə¦näs *or* ¦än-\ *n* [F or Sp; F, fr. Sp *ananás*, fr. Pg, modif. of Guarani *naná*] **1** *cap* : a small genus of tropical American plants (family Bromeliaceae) having basal sword-shaped leaves, terminal racemose flowers, and large syncarpous fruits — see PINEAPPLE **2** *also* **ana·na** \¦anə¦nä, ¦än-\ *pl* **ananas** \-¦näz\ : any of several plants of the family Bromeliaceae: as **a** : PINEAPPLE **b** : PINGUIN

**an·a·ni·as** \,anə'nīəs\ *n* -ES *usu cap* [after *Ananias*, an early Christian who, according to Acts 5:1–11, was struck dead for lying to the Apostle Peter] : LIAR

**ana·ni·no** \ə'nänyē,nō, -ēnō,-\ *adj*, *usu cap* [fr. *Ananino*, town in the Kirov region, U.S.S.R., its type station] : of or belonging to a culture of east central Europe transitional between the Bronze and Iron ages and possibly ancestral to the culture of the early Volga Finns

**an·an·ism** \'anə,nizəm, ə'nä,n-\ *n* -s *usu cap* [*Anan* ben David, 8th cent. Jewish religious leader in Persia + E *-ism*] : Karaism as taught by Anan ben David

**an·an·kas·tic** *also* **an·an·cas·tic** \¦anan¦kastik, ¦a,nan¦-, ¦a,naŋ¦-\ *adj* [Gk *anankastikos* compulsory, fr. *anankastos* forced (fr. *anankē*) + *-ikos* -ic] : of, relating to, or arising from compulsion esp. in an obsessive or compulsive neurosis

**anan·ke** \ə'naŋ(,)kē, -an,kē\ *n* -s *usu cap* [Gk *Anankē*, fr. *anankē* necessity; akin to OIr *écen* necessity, need, W *angen*, Corn & Bret *anken*] *Greek relig* : a personification of compelling necessity or ultimate fate to which even the gods must yield

**an·a·nym** \'anə,nim\ *n* -s [*ana-* + *-nym* (as in *anonym*)] : a pseudonym consisting of the real name written backwards (*Elberp* is the ~ of *Preble*)

**anapa·ite** \ə'napə,īt\ *n* -s [G *anapait*, fr. *Anapa*, seaport on Black sea, U.S.S.R., its locality + G *-it* -ite] : a calcium ferrous iron hydrous phosphate occurring in pale-green transparent triclinic crystals and in columnar massive forms (hardness 3–4, sp. gr. 3.81)

**an·a·pest** *or* **an·a·paest** \'anə,pest, *esp Brit* -ēst\ *n* -s [L *anapaestus*, fr. Gk *anapaistos*, lit., struck back (a dactyl reversed), fr. (assumed) *anapaiein* to strike back (whence LGk *anapaiein*), fr. *ana-* + *paiein* to strike] **1** : a metrical foot of three syllables the first two being unstressed and the last being stress[ed . . .] [. . .]n in purpl[. . .] last being [. . .] co-

TA 173

between 768° and 910°C and that is identical with alpha iron except that alpha is magnetic — compare ALPHA IRON, GAMMA IRON

be·take \bə̇, bē+\ vb betook; betaken; betaking; betakes [ME betaken, fr. be- + taken to take — more at TAKE] vt 1 obs : to deliver over : give for disposal : give up : GRANT (Phoebe to a nymph her babe betook —Edmund Spenser) 2 archaic : OCCUPY, COMMIT (they betook themselves to a short debate —John Bunyan) 3 : to cause (oneself) to go (he betook himself to the steamship offices —C.G.D. Roberts) ~ vi, obs : to take oneself : have recourse : GO (then to her . . . wagon she ~s —Edmund Spenser)

beta-naphthol \ˈ+ˈ+\ n [¹beta] : NAPHTHOL 1b

beta-naphthyl \ˈ+ˈ+\ n [¹beta] : NAPHTHYL b

be·ta·nin \ˈbēd-ənə̇n\ n -s [blend of NL Beta and E cyanin] : a nitrogen-containing anthocyanin constituting the chief coloring matter of garden beets

beta oxy naphthoic acid n : HYDROXYNAPHTHOIC ACID a

beta particle n [¹beta] : an electron or positron emitted by the nucleus of an atom during radioactive decay

beta ray n 1 : BETA PARTICLE 2 or beta radiation : a stream of beta particles

beta rhythm or beta wave n [¹beta] : a brain wave current having a frequency of more than 10 pulsations per second

betas pl of BETA

be·tassel \bə̇, bē+\ vt [be- + tassel] : to adorn with or as if with tassels

beta test n [¹beta] : a nonverbal group intelligence test used in the U.S. Army during World War I

be·ta·tron \ˈbād-ə‚trän, -ˈbē-\ also ˈbē-\ n -s [ISV ¹beta + -tron] : an accelerator in which electrons are propelled by the inductive action of a rapidly varying magnetic field

betch·er·y·gah \ˈbechərē‚gä, -gä\ n -s [native name in Australia] : BUDGERIGAR

¹bete \ˈbāt\ adj [prob. fr. F bête, lit., blockhead, beast (in faire la bête to pass in a card game), fr. OF beste beast — more at BEAST] in certain card games : subject to a penalty for failure to fulfill one's contract; also : DOWN, BEATEN

²bete \"\ n -s : failure by the bidder (as in auction pinochle) to fulfill his contract; also : the penalty for such failure

beteem vt -ED/-ING/-S 1 obs : VOUCHSAFE, GRANT, ACCORD, CONCEDE 2 obs : ALLOW, PERMIT

be·tel \ˈbēd-ᵊl, -ˈēl\ or betel pepper n -s [Pg betel, betle, fr. Tamil verrilai] : a climbing pepper (Piper betle) whose leaves are wrapped around or mixed with a whole betel nut or scrapings from it together with lime made from burnt coral and chewed as a stimulant masticatory esp. by southeastern Asians

betel nut n [so called fr. its being chewed with betel leaves] : the astringent seed of the betel palm used as a vermifuge and myotic and in the East for chewing — called also areca nut

betel palm n [betel nut] : an Asiatic pinnate-leaved palm (Areca catechu) having a slender ringed trunk and an orange-colored pungent astringent drupe with an outer fibrous husk — see BETEL NUT; compare BETEL

betel phenol n : CHAVIBETOL

bête noire also bete noir \‚betnəˈwär, bet‚nw-, -ät-, -wä(r)\ n, pl bêtes noires also bêtes noirs \-r(z), -ēz-ä(r)\ [F bête noire, lit., black beast] : a person or thing usu. strongly and persistently detested, feared, or avoided (an idiosyncratic driver whose bête noir was the left turn—Marylin Bender)

beth \ˈbāth, -āt, -ās\ also bet \-āt, -ās\ n -s [Heb bēth, construct form of bayith, lit., house] 1 : the second letter of the Hebrew alphabet — symbol ב; see ALPHABET table 2 : the letter of the Phoenician or of any of various other Semitic alphabets corresponding to Hebrew beth

be·thab·a·ra \beˈthabərə\ n -s [origin unknown] : any of several British Guiana timber trees of the genus Tabebula yielding dense hard wood

beth din or bet din \-ˈdin, -ˈdēn\ n [Heb bēth dīn, lit., house of judgment] 1 : a Jewish court in ancient times composed of three or four judges 2 : a judicial body composed of a rabbi and two or more assistants having jurisdiction in matters of Jewish law

beth·el \ˈbethəl\ n -s [Heb bēth ēl house of God] : HOUSE OF WORSHIP: as a : a chapel for nonconformists b : a place of worship for seamen

beth·ell process \ˈbethəl-\ n, usu cap B [after John Bethell, 19th cent. Am. inventor] : a method of preserving wood with creosote under pressure

be·thes·da \bəˈthezdə, be-\ n -s [fr Bethesda, Biblical pool believed to have curative powers (Jn 5:2-4), fr. Gk Bēthesda] : a hallowed place : CHAPEL; esp : BETHEL b

beth ha·mi·drash \‚bāth‚hämiˈdräsh, ‚bāth‚hä'mi‚dräsh, -āt-, -ās-\ or bet hamidrash \-āt-, -ās-\ n [Heb bēth hammidhrāsh, lit., house of study] : a hall or school where Jews esp. in eastern Europe study the Bible, the Talmud, and later Hebrew literature

beth ha·so·pher or bet ha·so·fer \‚+hä'sōfər\ n [Heb bēth hassēpher house of the book] : a Jewish elementary school

beth ha·te·fil·lah or bet ha·to·fil·lah \‚+‚hätəˈfilə, -täfiˈlä\ n [Heb bēth hattĕphillāh house of prayer] : a Jewish house of worship : SYNAGOGUE

be·think \bə̇, bē+\ vb bethought; bethought; bethinking; bethinks [ME bethinken, bethenken, bethenchen, fr. OE bethencan, fr. be- + thencan to think — more at THINK] vt 1 a archaic : to call to mind : REMEMBER (~ how those of old . . . clove to their word —Edwin Arnold) b : to cause (oneself) to call something to mind (he bethought him of his responsibility as head of the house —Mary Webb) 2 obs a : to consider with a view to decision or action : think over (~ what clemency . . . they would desire —Francis Bland) b : to cause (oneself) to consider something with a view to decision or action (may find the grace . . . to ~ themselves and recover —John Milton) 3 : to give (oneself) up to reflection : devote (oneself) to thought (Rip bethought himself a moment —Washington Irving) 4 obs : to contrive as a result of thought : DEVISE (we ~ a means to break it off —Shak.) 5 : to bring (oneself) to a conclusion : RESOLVE (has bethought himself of joining profit and pleasure together —Richard Steele) ~ vi : to engage in thought : CONSIDER (~ ere thou dismiss us —Lord Byron) syn see REMEMBER

beth·le·hem \ˈbethlə‚hem, -lē‚h-, ˈbethlēəm, -lēhəm, rapid ˈbethləm, + -lə‚ham or + -lē‚ham\ n -s usu cap [fr. the Hospital of St. Mary of Bethlehem, London England] archaic : BEDLAM 2

beth·le·hem·ite \-‚mīt\ n -s cap [Bethlehem, Palestine + E -ite] : a native or inhabitant of Bethlehem

bethlehem sage n, usu cap B : a European herb (Pulmonaria saccharata) with white or reddish violet flowers shaped like bells

bethlehem's-star \‚+ˈ+\ n, pl bethlehem's-stars usu cap B : STAR-OF-BETHLEHEM 1

beth·root \ˈbeth+‚+\ n -s [alter. of birthroot] 1 : BIRTHROOT 2 : TRILLIUM 2

be·thumb \bə̇, bē+\ vt [be- + thumb] : to wear or soil with or as if with thumbs

be·thump \bə̇, bē+\ vt [be- + thump] : to beat or pelt soundly

be·thwack \bə̇, bē+\ vt [be- + thwack] : to beat, thrash, or pelt thoroughly

beth·y·lid \ˈbethəlȯd, -lid\ adj [NL Bethylidae] : of or relating to the family Bethylidae

be·thyl·i·dae \bəˈthilə‚dē\ n pl, cap [NL, fr. Bethylus, type genus (fr. Gk bēthylos, a kind of bird) + -idae] : a family of small wasps the females of which oviposit on other insects that they sting and paralyze

be·tide \bə̇ˈtīd, bē-\ vb betided \-tīdə̇d\ also archaic be·tid \-ˈtid\; betided also archaic betid; betiding; betides [ME betiden, fr. be- + tiden to happen — more at TIDE] vt 1 : to happen to : BEFALL — now used chiefly in the expression woe betide (woe ~ the man who recognizes no law) (woe ~ our enemies) 2 : FOREBODE, PRESAGE (such omens ~ no good) ~ vi 1 : BEFALL, HAPPEN (hope . . . must abide with all of us, whate'er ~ —William Wordsworth) 2 obs : to be the fate or end — used with of or on (if he were dead, what would ~ on me —Shak.) 3 : BETOKEN, FOREBODE syn see HAPPEN

betime adv [ME be- + time] obs : BETIMES

be·times \ . . . season or . . . Stephen . . . —Winston

SPEEDILY (my father and sister very ~ took their leave —Samuel Pepys) 3 chiefly dial : at times : OCCASIONALLY (to write local items ~ —W.A.White)

be·tis \ˈbēd-əs\ n -ES [Sp, fr. Tag bitis] : a Philippine tree (Payena betis) of the family Sapotaceae the fruit of which yields an illuminating oil

bê·tise \bāˈtēz\ n, pl bê·tises \-z(əz)\ [F, fr. bête foolish, fr bête blockhead, beast — more at BETE] 1 : FOLLY, STUPIDITY, IGNORANCE (one more exhibition of the ~ of an audience when confronted with something fresh —Arnold Bennett) 2 : an act of foolishness or stupidity (he had committed as many literary as ideological ~s and he was soundly chastised for both —D.U.McDowell)

be·title \bə̇, bē+\ vt [be- + title] 1 : to give a title to (a betitled elder statesman) 2 : to call by a title : call by the title of (betitled "king of the Anglo-Saxons" in some charters)

be·toil \bə̇, bē+\ vt [be- + toil] : to oppress or exhaust with toil

be·to·ken \bə̇ˈtōkən, bē-\ vt betokened; betokened; betokening \-k(ə)niŋ\ betokens [ME betacnien, betokenen, fr. be- + tacnien, tokenen to token — more at TOKEN] 1 a obs : to be a symbol of : signify visibly : REPRESENT (in the cloud a bow ~ing peace from God —John Milton) b : to show esp. by signs or tokens : give evidence of (thin, tall, and of that ash-gray color which ~s constant sleeplessness —Osbert Sitwell) (an elderly man, of . . . strong, square features, ~ing a steady soul —Nathaniel Hawthorne) 2 : FORESHOW, PRESAGE (no sighing in the woods to ~ a big weather change —John Muir) syn see INDICATE

be·ton·i·ca \bə̇ˈtänəkə\ n, cap [NL, fr. L betonica, vettonica betony] in some esp. former classifications : a small genus of Eurasian herbs (family Labiatae) often included in Stachys having the corolla tube greatly exceeding the calyx

bet·o·ny \ˈbetᵊnē\ n -ES [ME betone, fr. OF betoine, fr. L betonica, vettonica, fr. Vettones, an ancient people inhabiting the Iberian peninsula] 1 : any of several woundworts formerly included in the genus Betonica; esp : PURPLE BETONY 2 : any of several plants of the genus Teucrium; esp : AMERICAN GERMANDER

betook past of BETAKE

be·toss \bə̇, bē+\ vt [be- + toss] : to toss violently : AGITATE

be·to·yan \bəˈtōyən, -tōi(y)ən\ n -s usu cap [Betoya, a So. American Indian people, the language of the Betoya (fr Sp betoya, betoy, betoye, of AmerInd origin) + E -an] 1 : a language family of Chibchan stock in eastern Colombia 2 : TUCANO 1b

be·trample \bə̇, bē+\ vt [be- + trample] : to mark or dirty by trampling

be·tray \bə̇ˈtrā, bē-\ vb -ED/-ING/-S [ME betrayen, fr. be- + trayen to betray, fr. OF trair, fr. L tradere to betray, deliver — more at TRAITOR] vt 1 : MISLEAD: as a : to lead astray (as into error, sin, or danger) (a peaceful man ~ed by anger into violence) (their heroes are still victims ~ed by circumstances into criminal follies that lead to disasters —Malcolm Cowley) b : to lead astray and abandon (a girl or woman) : SEDUCE (a girl ~ed in her teens by a much older man) 2 : to deliver into the hands of an enemy by treachery or fraud in violation of trust (~ a citadel by opening its gates in the night to enemy forces) 3 : to prove faithless or treacherous to : fail or desert esp. in time of need (~ his own people by going over to the enemy) (use the poor as a stepping-stone to power, and then to ~ them —Encounter) 4 : REVEAL: as a : reveal unintentionally (as something more prudently concealed) : DISCLOSE (even his best writings ~ a limited imagination and a sour view of life) b : to show or indicate (as something not obvious on the surface) (only a tension of mouth muscles ~ed his uneasiness) (his best columns ~ . . . the philosophical bent of his mind —John Mason Brown) c : to disclose in violation of confidence (~ government secrets) ~ vi : to prove false (when lovely woman stoops to folly and finds too late that men ~ —Oliver Goldsmith) syn see DECEIVE, REVEAL

be·tray·al \-ā(ə)l\ n -s : the act of betraying or fact of being betrayed (his ~ of that trust by his unthinking egotism —Mark Schorer) (the hesitation was a ~ of his uncertainty)

be·trim \bə̇, bē+\ vt [be- + trim] : to adorn on both or all sides

be·troth \bə̇ˈtrōth, bē-, -ˈtrȯth, -ˈträth, or with th\ vt -ED/-ING/-S [ME betreuthen, betrouthen, fr. be- + treuthe, trouthe truth, troth — more at TRUTH] 1 archaic : to promise to take in marriage : plight one's troth to 2 a : to promise in marriage : AFFIANCE (a daughter ~ed to a rising young lawyer) (two children of noble blood ~ed almost from birth) b obs : PLEDGE (a fool that ~s himself to unquietness —Shak.) 3 : to give or pledge in religious faith and affiliation

be·troth·al \-ˈtrōthəl, -ˈtrōth-, -ˈtrȯth-\ n -s [betroth + -al] : the act of betrothing or fact of being betrothed : a mutual promise or contract for a future marriage — called also espousal

be·trothed \-tht,-thd sometimes -thəd or -thəd\ n -s : one betrothed; esp : the person to whom one is betrothed

be·troth·ment \-thmənt, -th-\ n -s : BETROTHAL

be·trousered \bə̇, bē+\ adj [be- + trousers + -ed] : wearing trousers

be·trunk \bə̇ˈtrəŋk, bē-\ vt -ED/-ING/-S [be- + trunk (to truncate)] : to remove the lower part of the course of (a stream) esp. by submergence of a valley or by recession of the land along a shore — compare BEHEAD

betrust vt [be- + trust] obs : TRUST

bets pres 3d sing of BET, pl of BET

bet·sey bug or bet·sy bug \ˈbetsē-\ also betsy beetle n, sometimes cap 1st B [by folk etymology] : BESS-BUG

bet·si·mi·sar·a·ka \‚betsēməˈsarəkə\ n, pl betsimisaraka or betsimisarakas : a native of the east coast of Madagascar of predominantly Malay blood and type — compare MALAGASY

bet·ta \ˈbed-ə\ n [NL] 1 cap : a genus of small brilliantly colored long-finned freshwater anabantid fishes of southeastern Asia related to the climbing perch 2 -s sometimes cap : any fish of the genus Betta; esp : one (B. splendens) often kept in the tropical aquarium — called also Siamese fighting fish

betted past of BET

¹bet·ter \ˈbed-ə(r), -etə-\ adj, comparative of GOOD [ME bettre, fr. OE betera; akin to OHG bezziro better, ON betri, Goth batiza; comparative (with the suffix represented by OE -ra) of the root found in OE bōt remedy, compensation, batian to get better, OHG bazzēn, ON batna to get better, Goth gabatnan to receive as a benefit, Skt bhadra fortunate, good — more at -ER] 1 : more than half; esp : much more than half (waiting the ~ part of an hour) 2 : improved in health (the patient is much ~ after a good night's rest) 3 : of higher quality (as in breeding, style, or workmanship) (a ~ class of people) (a ~ line of yard goods) (a ~ type of car) — bet·ter·ly adv — bet·ter·ness n -ES

²better \"\ adv, comparative of WELL [ME bettre, fr. bettre, adj.] 1 a : in a superior or more excellent manner (he writes ~ than I do) b : more desirably : PREFERABLY (things ~ left unsaid) 2 a : to a higher or greater degree (he knows the story ~ than you do) b : MORE (it is ~ than 10 miles to the lake) (the book was published ~ than 50 years ago)

³better \"\ n -s [ME bettre, fr. bettre, adj.] 1 a : something better (I expected ~) (I never looked for ~ at his hands —Shak.) b : one who has a claim to precedence : a superior esp. in merit or rank (the common man has been put and kept in his place by his ~s —C.G.Benjamin) (I like novels to be about my ~s, in body, wit, energy, breeding, or bank balance —W.H. Auden) 2 : superior position : ADVANTAGE, VICTORY — usu. used with of (have the ~ of an argument) (get the ~ of a rival) — for the better : so as to produce improvement (making alterations for the better in the design of a house)

⁴better \"\ vb -ED/-ING/-S [ME bettren, fr. bettre, adj.] vt 1 : make better : IMPROVE: as a : AMELIORATE (strive toward ~ing the condition of the slum dwellers) b : to advance or make sounder the condition or circumstances of (as time goes by and we ~ our acquaintance —A.T.Quiller-Couch) (closer proofreading would have ~ed the book —M.B.Emeneau) (~ his lot) 2 : to surpass in excellence : EXCEED, EXCEL (ran the mile in four minutes flat, ~ing his own previous record by several seconds) (industrial production this year considerably ~ed that of last year) 3 : to increase (a previous bet) in certain card games : RAISE ~ vi : become better : IMPROVE (the general condition . . . must be ~ing instead of worsening —Thomas Carlyle) (the cattle . . . , though they doubled in weight and shortened their horns, but little ~ed in temper —P.A.Rollins) syn see IMPROVE

⁵better \"\ verbal auxiliary : had better — not often in formal use (the boy felt he ~ go before the fight started)

⁶better var of BETTOR

Better Business Bureau trademark — used for a bureau maintained by businessmen in a town or city for keeping up local standards of honesty in business transactions

better half n, pl better halves : SPOUSE; esp : WIFE

bettering house n, archaic : ²REFORMATORY

bet·ter·ment \ˈbed-ə(r)mənt, -etə-\ n -s 1 : a making or becoming better : IMPROVEMENT: as a : an improvement of an estate (as by the addition of new buildings) that makes it better and more valuable than mere repairing would do b : an improvement (as of a highway, railroad, or business establishment) that does more than restore to a former good condition c : the replacement in accounting of an existing asset with one of greater cost or superior value 2 : the sum of money assessed, required, or used for a betterment (~s for street construction); specif : an expenditure that adds greater worth (as extended life or increased capacity) to a fixed asset

bet·ter·most \-‚mōst\ adj 1 now chiefly dial : BEST (my lady might wear some of her ~ gowns —Emily Eden) : SUPERIOR (the ~ person who shows her superiority by wearing kid gloves —Flora Thompson) 2 now chiefly dial : GREATER (the ~ part of the time)

better nature or better self n : the more virtuous, amiable, or kindly instincts of a person

better 'ole \¦bed-ə¦(r)ōl\ n [ˈole alter. of ¹hole] : the more tolerable of two undesirable things

¹better–to–do \¦+ + ¦+\ adj [intended as comparative of well-to-do] : in prosperous economic circumstances : better off (many of the better-to-do urban Frenchmen acquire homes in the country —S.K.Padover)

²better–to–do \"\ n, pl better–to–do : one who is better-to-do (the better-to-do on whom the burden of the expense of the liberal program had fallen —C.L.Jones)

betting pres part of BET

betting machine n : PARI-MUTUEL

bet·tong \ˈbe‚tȯŋ, -äŋ\ also bet·ton·ga \-ŋgə\ n -s [native name in Australia] : any of several kangaroos of the genus Bettongia

bet·ton·gia \beˈtäŋgēə\ n, cap [NL, fr E bettong + NL -ia] : a common Australian genus of small leaping rat kangaroos

bet·tor or bet·ter \ˈbed-ə(r), -etə-\ n -s : one that bets

betts' process \ˈbets(əz)-\ n, usu cap B [after Anson G. Betts b1876 Am. metallurgist] : an electrolytic process for refining lead, the electrolyte being a solution of lead fluosilicate $PbSiF_6$ and fluosilicic acid

bet·ty \ˈbedē, ˈbetē, -i\ n -ES usu cap [short for brown Betty] : a dessert made of alternate layers of fruit and buttered crumbs, sugar, and spices baked in a large baking dish or in individual dishes (cranberry ~); specif : BROWN BETTY

betty lamp \"-\ n, usu cap B [prob. fr. the name Betty] : a lamp consisting of a shallow lidded metal vessel with a small spout for a coarse wick, fueled by tallow, grease, or oil, usu. hung by a hook and chain, and used esp. in the American colonies

Betty lamp

bet·u·la \ˈbechələ\ n, cap [NL, fr. L betula, betulla birch, fr. Gaulish betulla; akin to MIr bethe, beithe box (tree), W bedw birch, and to the (prob. Celtic) source of L bitumen mineral pitch; fr. the use of the birch tree as a source of tar — more at CUD] : a genus of north-temperate and arctic trees and shrubs (family Betulaceae) comprising the birches and having hard close-grained wood, alternate toothed leaves, monoecious flowers in catkins, the fruiting bracts 3-lobed or entire, thin, and deciduous, and the fruit a small samara

bet·u·la·ce·ae \‚bechəˈlāsē‚ē\ n pl, cap [NL, fr. Betula, type genus + -aceae] : a family of trees and shrubs (order Fagales) having simple leaves, monoecious or rarely dioecious flowers, and one-seeded nutlike fruits and comprising the birches and certain related plants (as alders, hornbeams, and hazels) — bet·u·la·ceous \¦+ +¦lāshəs\ adj

betula oil n : BIRCH OIL 2

bet·u·lin \ˈbechələ̇n\ n -s [ISV betul- (fr NL Betula, genus name of Betula alba) + -in] : BETULINOL

bet·u·lin·ic acid \¦bechə¦linik\ n [ISV betulin + -ic] : a crystalline triterpenoid acid $C_{29}H_{45}(OH)COOH$ found in various plants (as flowering dogwood) and obtained from betulinol by oxidation

bet·u·lin·ol \-lə‚nȯl, -ōl\ n -s [betulin + -ol] : a crystalline triterpenoid alcohol $C_{30}H_{48}(OH)_2$ occurring esp. as the white pigment of the outer bark of the European birch (Betula alba)

bet·u·li·tes \‚bechəˈlīd-(‚)ēz\ n, cap [NL, fr. Betula + L -ites -ite] : a genus of extinct Cretaceous trees resembling the genus Betula

be·turbaned \bə̇, bē+\ adj [be- + turban + -ed] : wearing a turban

be·twat·tled \bə̇ˈtwädᵊld, bē-\ adj [be- + twattled, past part. of twattle] dial : ADDLED, CONFUSED

¹be·tween \bə̇ˈtwēn, bē-\ prep [ME betwene, prep. & adv., fr. OE betwēonum, fr. be- + -twēonum (dat. pl. of an old distributive numeral akin to Goth tweihnai two each); akin to OE twēgen, twā, tū two — more at TWO] 1 a : involving the reciprocal action of : involving as participants : jointly engaging (the job was completed ~ the two of them) (two years of quiet talks ~ the three —Time) b : shared by (there are many interrelationships, and many mutual interests, ~ linguistics, philosophy, and psychology —J.B.Carroll) c : by giving a portion of the total to each of (the fortune was divided ~ the four grandchildren) (the food was shared ~ three families) 2 a : in the time interval that separates (the two days ~ Monday and Thursday) (~ bites of food, they talked to their teacher) b : in the space that separates : BETWIXT (an alleyway ~ two tall buildings) (a vacuum ~ two electrodes) : in the midst of : surrounded by (a lion rampant ~ eight crosses) c : in intermediate relation to in respect to quantity, quality, or degree (weighing somewhere ~ a pound and a pound and a half) (a grade ~ passing and failing) 3 a : from one to the other of (air service ~ the two cities) b : JOINING, CONNECTING (a passageway ~ two rooms) c : in common to : in the joint possession, action, or agency of (an agreement ~ states) (there is no continuity of mood ~ the three books —F.A.Swinnerton) (mutual understanding ~ the brothers) d : SEPARATING, DISTINGUISHING : setting apart (the lines ~ different new media —F.L.Mott) (a distinction must be drawn ~ the . . . three functions of authority —Abram Kardiner) 4 : after a comparison of : in point of comparison of (there is not much to choose ~ the two coats) 5 : in confidence restricted to (a secret ~ ourselves) (there's nothing private ~ you and me —Walter de la Mare) 6 : taking together the total effect of (a series of things) (~ making beds, washing dishes, sewing, cleaning, and raising her children, she was kept busy)

²between \"\ adv [ME betwene] 1 a : in an intermediate position in relation to two other objects (two desks with a wastebasket ~) b : filling the space limited by two objects (two buildings with a parking area ~) 2 : in the interval : in intervals (two short movies with a newsreel ~) (dancing all the dances with very little rest ~) 3 : through a space limited by two objects (since he could not go around the two strolling men, he went ~)

³between \"\ n -s : the time, space, state, or way between

betweenbrain \-ˈ+,+\ n -s [¹between] : DIENCEPHALON

¹between decks \-ˈ+,+ +,+ˈ+\ adv [¹between] : in the space on a ship between decks : BELOWDECKS : below the main deck

²between decks \-ˈ+,+\ n pl but sing in constr 1 : the space belowdecks : the space below the main deck 2 : a deck below the main deck; specif : a raised deck in the hold of a cargo ship

betweenmaid \-ˈ+,+\ n -s [¹between] Brit : a maidservant whose work supplements that of cook and housemaid

be·tween·ness \-ēnnəs\ n -ES : the quality or state of being between two others in an ordered series

**el·liot's pheasant** \ˈeliəts-, -lyəts-\ *n, usu cap E* [prob. after Daniel G. *Elliot* †1915 Am. zoologist] : a large brilliantly colored barred pheasant (*Syrmaticus ellioti*) native to southeastern China where it is highly regarded as a game bird and extensively bred elsewhere as an ornamental

**el·lipse** \əˈlips, eˈ-, ēˈ-\ *n* -s [alter. of *ellipsis*] **1** : an elongated circle : a regular oval; *specif* : a closed plane curve generated by a point so moving that its distance from a fixed point divided by its distance from a fixed line is a positive constant less than 1 **2** : ELLIPSIS

ellipse 1: *F, F′* foci; *P, P′, P″* any point on the curve; *FP + PF′ = FP′ + P′F′ = FP″ + P″F′*

**el·lip·sis** \-psəs\ *n, pl* **ellip·ses** \-p,sēz\ [Gk *elleipsis*, lit., condition of falling short, defect, fr. *elleipein* to leave in, leave out, fall short (fr. *el-* — fr. *en* in — + *leipein* to leave) + *-sis* — more at IN, LOAN] **1** : ELLIPSE **2** [L, fr. Gk *elleipsis*] **a** (1) : omission of one or more words that are obviously understood but must be supplied to make a construction grammatically complete (as in "all had turned out as expected" for "all had turned out as had been expected") (fine examples of Shakespearean compression and ~ —F.R.Leavis) (a writer . . . whose very syntax is warm with the ~ of spoken speech —Robert Phelps) (uses ~ for poetic and comic effects —*Times Lit. Supp.*) (2) : an instance of such omission : a grammatical construction marked by ellipsis (the poem's striking *ellipses* offer no impediment to the reader's ear) (a crisp spare style abounding in *ellipses*) (3) : the practice or use of ellipsis (a writer much given to ~) **b** : omission of an element (as from a train of thought or a speech) either fortuitously or for artistic effect : a leap or sudden passage without logical connectives, from one topic to another (a complicated recital . . . full of grunts and *ellipses* —Hamilton Basso) (~ of both syntax and sense —Robert Browning) **3** : marks or a mark (as . . . or * * * or ——) showing omission of letters, words, or other material — compare SUSPENSION PERIODS

**el·lip·so·graph** \-psə,graf, -ȧf\ *n* [*ellipse* + *-o-* + *-graph*] : an instrument used for drawing ellipses

**el·lip·soid** \-p,sȯid\ *n* -s [F *ellipsoïde*, fr. *ellipse* + *-oïde* -oid] : a surface all plane sections of which are ellipses or circles; *also* : the corresponding solid

ellipsoid

**el·lip·soi·dal** \ə̇,lipˈsȯidᵊl, e(,)-, ē(,)-; ¦e(,)lip-ˈs-\ *adj* **1** : resembling an ellipsoid **2** : having a shape like a round pillow — used esp. of lava

**ellipsoidal spotlight** *n* : a spotlight used in theatrical lighting that contains an ellipsoidal reflector and that is particularly designed for long throws and is more efficient than conventional spotlights, reflecting rays that others waste

**ellipsoid of revolution** *math* : a figure generated by the revolution of an ellipse about one of its axes : SPHEROID

**el·lip·som·e·ter** \ə,lipˈsäməd·ə(r), e,-, ē,-, ,e(,)-\ *n* [*ellipse* + *-o-* + *-meter*] : a polarimeter designed esp. for determining the ellipticity of polarized light

**el·lip·tic** \əˈliptik, (ˈ)e¦l-, ē¦l-, -tēk\ *or* **el·lip·ti·cal** \-tȧkəl, -tēk-\ *adj* [Gk *elleiptikos* defective, elliptic (grammatical sense), fr. (assumed) *elleiptos* (verbal of *elleipein* to leave out, fall short) + *-ikos* -ic -ical — more at ELLIPSIS] **1** : of, relating to, or shaped like an ellipse (an ~ mirror) (an ~ orbit) — see LEAF illustration **2 a** (1) : of, relating to, or marked by grammatical ellipsis (the clause of comparison is often *elliptical* —G.O. Curme) (2) : of or relating to a statement that is grammatically complete but lacks an element needed to assert a definite proposition ("the car moves now" is *elliptical* for "the car moves now relatively to the earth" —Arthur Pap) (3) : of or relating to a mark showing omission (as of words) (many authors use brief phrases, separated by three *elliptical* dots —L.E.Bowling) **b** (1) : of, relating to, or marked by a manner of speech or writing characterized by extreme economy of expression or omission of superfluous elements : SUMMARY, BRIEF, CONCISE, CONDENSED (the author in her *elliptical* four-page introduction —B.S.Myers) (concise, even *elliptical* to the verge of obscurity —H.O.Taylor) (listened to them talk, in tight, exclusive groups, with their own peculiar, *elliptical* language —Irwin Shaw) (2) : of, relating to, or marked by a literary style that cultivates a studied obscurity for artistic effect : ENIGMATIC, CRYPTIC, OBLIQUE, OBSCURE (the dialogue between them is stately, ~, and full of dark hints of the metaphysical —Wolcott Gibbs)

**elliptical galaxy** *n* : a galaxy of a generally elliptical shape, from round to lenticular, differing chiefly from other types in having no apparent internal structure or spiral arms — called also *spheroidal galaxy*

**el·lip·ti·cal·ly** \-tȧk(ə)lē, -tēk-, -li\ *adv* **1** : in an elliptic manner : in the shape or manner of an ellipse (moves ~ about its orbit) **2 a** : with omission of an element (as one needed to complete a train of thought or speech) : without transition or logical connectives : CRYPTICALLY, ENIGMATICALLY (one might go ~ . . . from talk of toothache to talk of ship storm-tossed at sea —K.D.Burke) **b** : with great economy of expression : CONCISELY (this whole earlier empire-building clan . . . is described so eloquently and so ~ —M.D.Geismar) **c** : in a passing or tangential way (even in the pieces upon which he impinges most ~ —Richard Watts)

**el·lip·ti·cal·ness** \-kəlnəs\ *n* -ES : the quality or state of being elliptical

**elliptical projection** *n* : a map of the earth's surface upon the interior of an ellipse

**elliptical stern** *n* : an overhanging ship's stern in which the part above the knuckle line (as the bulwark) is of conical form with a rake aft

**elliptic arch** *n* : an arch whose intrados is or approximates an ellipse

**elliptic compass** *n* : ELLIPSOGRAPH

elliptic arch

**elliptic gear** *n* : a change gear consisting of a pair of equal gear wheels which are elliptical in shape and each of which rotates around one of its foci

**elliptic geometry** *n* : geometry that adopts all of Euclid's axioms except the parallel axiom which is replaced by the axiom that through a point in a plane there pass no lines that do not intersect a given line in the plane

**elliptic integral** *n* : the integral as to *x* of a function rational in *x* and the square root of a polynomial of third or fourth degree in *x*

**el·lip·tic·i·ty** \ə,lipˈtisəd·ē, e,-, ē,-, ,e(,)-\ *n* -ES **1** : deviation of an ellipse or a spheroid from the form of a circle or a sphere **2** : the difference between the equatorial and polar semi-diameters, divided by the equatorial or occas. by the polar — used esp. in ref. to the figure of the earth (the ~ of the earth is approximately 1/300)

**elliptic-lanceolate** *adj. bot* : intermediate between elliptic and lanceolate

**elliptic spring** *or* **elliptical spring** *n* : a spring composed of laminated steel plates and having an elliptical shape

**el·lip·to·cyte** \əˈliptə,sīt, eˈ-, ēˈ-\ *n* -s [ISV *elliptic* + *-o-* + *-cyte*] : an elliptical red blood cell : OVALOCYTE

**el·lip·to·cy·to·sis** \-,sīˈtōsəs\ *n, pl* **elliptocyto·ses** \-ō,sēz\ [NL, fr. ISV *elliptocyte* + NL *-osis*] : OVALOCYTOSIS

elliptic springs: *1* half elliptic, *2* elliptic

**el·lo·bi·idae** \,eləˈbīə,dē\ *n pl, cap* [NL, fr. *Ellobium*, type genus + *-idae*] : a family of pulmonate snails that have a conoidal shell with a strongly toothed ear-shaped aperture and that are widely distributed in salt marshes chiefly along tropical and subtropical shores

**el·lo·bi·um** \əˈlōbēəm, eˈ-\ *n, cap* [NL, fr. Gk *ellobion* that which is in the lobe of the ear, earring, fr. *el-* (fr. *en* in) + *lobos* lobe + *-ion* (dim. suffix) — more at IN, LOBE] : the type genus of Ellobiidae

**el·lops** \ˈe,läps\ *n, pl* **ellops** *or* **ellopses** [Gk *ellops*, *elops*, a fish — more at ELOPS] : ELOPS

**ells** *pl of* ELL

**ellul** *usu cap, var of* ELUL

**ell·wand** \ˈelwan(d)\ *n* [ME *elenwand*, *elle wande*, *el wande*, fr. *eln*, *ellen*, *elle* ell + *wand* — more at ELL] *Scot* : a measuring rod one ell long

**elm** \ˈelm, ˈeüm, *dial or substand* ˈeləm\ *n* -s *often attrib* [ME, fr. OE; akin to OHG *elmr*, *elm* elm, ON *almr*, L *ulmus*, MIr *lem* elm, and perh. to L *alnus* alder — more at ALDER] **1 a** : a tree of the genus *Ulmus* — see ROCK ELM, SIBERIAN ELM, SLIPPERY ELM — see TREE illustration **b** : the hard tough wood of this tree used extensively for implements, furniture, and barrel hoops **2** : any of various chiefly Australian and West Indian trees or shrubs having foliage resembling that of members of the genus *Ulmus*

**el man·su·ra** \,el,manˈsu̇rə\ *adj, usu cap E&M* [fr. *El Mansura*, Egypt] : of or from the city of El Mansura, Egypt : of the kind or style prevalent in El Mansura

**elm bark** *n* : SLIPPERY ELM 1c

**elm bark beetle** *n* : either of two beetles that are vectors of the fungus which causes Dutch elm disease: **a** : a native beetle (*Hylurgopinus rufipes*) of eastern No. America **b** : a smaller European beetle (*Scolytus multistriatus*) that has become established in the same part of the New World

**elm blight** *n* : DUTCH ELM DISEASE

**elm borer** *n* : any of several beetles having larvae that bore into the elm; *esp* : a rather large hairy longicorn beetle (*Saperda tridentata*) of the eastern U. S.

**elm calligrapha** *n* : a coppery green and yellow calligrapha (*Calligrapha scalaris*) that often feeds on the foliage of elm

**elm·en** \ˈelmən\ *adj* [ME *elmyn*, fr. *elm* + *-yn* -en] *dial Eng* : relating to or made of wood from an elm tree

**el·men·dorf test** \ˈelmən,dȯrf-\ *n, usu cap E* [after Armin *Elmendorf* b1890 Am. mechanical engineer, its inventor] : a standard test for the tearing strength of paper

**el·men·tei·tan** \¦elmən¦tāt°n\ *adj, usu cap* [*Elmenteita* Lake, Kenya + E *-an*] : of or relating to an early Neolithic or Mesolithic culture of eastern Africa characterized by obsidian microliths

**elm family** *n* : ULMACEAE

**elm green** *n* : a moderate olive green that is slightly lighter than forest green (sense 2), yellower, lighter, and stronger than cypress, and greener and stronger than Lincoln green

**el·min·i·us** \elˈminēəs\ *n, cap* [NL] : a genus of acorn barnacles native to the southern hemisphere but including one form (*E. modestus*) that has recently become established on the English coast where it is a pest of oyster beds

**el·mi·ra system** \elˈmīrə-\ *n, usu cap E* [fr. *Elmira*, N.Y., where the system was adopted in a reformatory in 1876] : a system of penology based on the indeterminate sentence with possible commutation

**elm leaf beetle** *n* : a small orange-yellow black-striped Old World chrysomelid beetle (*Pyrrhalta luteola*) that is long established in eastern No. America and is both as adult and larva a leaf-eating pest on elm

**elm phloem necrosis** *n* : PHLOEM NECROSIS c

**elm sawfly** *n* : a large American sawfly (*Cimbex americana*) that has knobbed antennae, orange-tinged tarsi, black head and thorax with somewhat lighter, spotted abdomen, and smoke brown wings, and produces yellowish or greenish white larvae with a dorsal black stripe which are vigorous defoliators chiefly of elm and willow

**elm scale** *or* **elm scurfy scale** *n* : any of several scales that feed on elm trees; *esp* : a widely distributed scale (*Chionaspis americana*) of eastern No. America that feeds on elm and hackberry and has the female covered by a dull white scale often darkened anteriorly by secretion

**elm tea** *n* : an infusion prepared from slippery-elm bark that is used as a demulcent

**elm water** *n* **1** : a decoction of slippery-elm bark **2** : a watery exudation from the galls of the English elm

**elmy** \ˈelmē, ˈeümē\ *adj, sometimes* -ER/-EST : characterized by or abounding in elms

**elocular** \(ˈ)ē+\ *adj* [*e-* + *locular*] : having but one cavity : not divided by a septum : lacking loculi

**el·o·cute** \ˈelə,kyüt\ *vb* -ED/-ING/-S [back-formation fr. *elocution*] : DECLAIM (the senator ranted and *elocuted* but made little impression on the crowd) (a frail drama superbly acted and excellently *elocuted* —*N.Y. Times*)

**el·o·cu·tion** \,eləˈkyüshən\ *n* -s [ME *elocucioun*, fr. L *elocution-*, *elocutio*, fr. *elocutus* (past part. of *eloqui* to speak out, orate) + *-ion-*, *-io* -ion — more at ELOQUENT] **1** *archaic* **a** : literary style or expression **b** : impressive writing or style : ELOQUENCE (to express these thoughts with ~ —John Dryden) **2 a** : oratorical, dramatic, or expressive oral delivery (an expert user of ~) **b** : style or manner of speaking (clear concise ~); *sometimes* : an affected or overembellished style or manner of speaking **3** : the art of oratorical or expressive public speaking

**el·o·cu·tion·ary** \-shə,nerē, -ri\ *adj* : of, relating to, or exhibiting elocution (~ recitals) (an ~ Oxonian delivery —E.R.Bentley)

**el·o·cu·tion·ist** \-sh(ə)nəst\ *n* -s : a person adept in elocution; as **a** : a teacher of elocution **b** : a professional reciter or reader

**elo·dea** \əˈlōdēə, ,eləˈdēə\ *n* [NL, irreg. fr. Gk *helōdēs* marshy — more at HELODES] **1** *cap* : a small genus of submerged aquatic herbs (family Hydrocharitaceae) that are native to No. and So. America and that have leafy stems and small dioecious or polygamous flowers arising from a 2-cleft spathe — see WATERWEED **2** -s : any plant of the genus *Elodea*

**eloge** \āˈlōzh, ālōōzh\ *n, pl* **elog·es** \-ōzhəz, -ōōzh\ [MF, fr. ML *elogium* (influenced in meaning by ML *eulogium* eulogy), fr. L, maxim, saying, inscription on a tombstone, prob. by folk etymology (influence of L *e-* and Gk *logos* word) fr. Gk *elegeion* elegy — more at EULOGY, LOGIC, ELEGY] **1** *archaic* : ENCOMIUM, EULOGY **2** : a panegyrical funeral oration

**el·o·gy** \ˈeləjē, -ləjē\ *also* **elo·gium** \əˈlōj(ē)əm, ēˈ-, eˈ-\ *n, pl* **elogies** *also* **elogiums** [in sense 1, fr. L *elogium*, in sense 2 & 3, fr. ML *elogium*] **1** *obs* : an inscription esp. on a tombstone **2** *archaic* : a characterization or biographical sketch esp. in praise **3** *obs* : a funeral oration

**elo·him** \,elōˈhēm, -lōˈ-, -ˈhim; eˈlō,him, əˈ-\ *n* [Heb *ĕlōhīm*, pl. of *ĕlōah* god] **1** *cap* : God esp. as conceived of in the Old Testament or in those Old Testament passages where he is designated in the Hebrew text by the word *ĕlōhīm* **2 elohim** *pl, usu cap* : local or minor divinities of the ancient Canaanites and Hebrews

**el·o·him·ic** \¦elō¦himik\ *adj, cap* : ELOHISTIC 2

**elo·hism** \ˈelō,hizəm, -lō,-; eˈlō,-, əˈ-\ *n* -s *cap* : the religion and worship of Elohim — compare YAHWISM

**¹elo·hist** \-,(h)ȧst\ *n* -s *usu cap* [*elohim* + *-ist*] **1** : an author of an Elohistic document **2** *archaic* : a priestly writer

**²elohist** \"\ *adj, usu cap* : ELOHISTIC

**el·o·his·tic** \¦elō¦histik\ *adj, usu cap* **1** : of, relating to, or characteristic of one of the supposed ancient biblical sources (*Elohistic* document) **2** : characterized by use in Hebrew of the word *ĕlōhīm* rather than *yahweh* as a designation of God (Psalms 42–83, the *Elohistic* Psalter) **3** : of, or characteristic of, or characterized by worship of God as Elohim rather than as Yahweh

**eloign** \əˈlȯin, ēˈ-\ *vt* -ED/-ING/-S [ME *eloynen*, *esloignen*, fr. MF *esloigner*, fr. OF *esloignier*, fr. *es-* (fr. L *ex-*) + *loing* far, fr. L *longe* long, far, adv. fr. *longus* long — more at LONG] **1** *archaic* : to take (oneself) far away **2** *archaic* **a** : to convey to a distance or beyond a legal jurisdiction **b** : CONCEAL (~ goods liable to distress)

**Elon** \ˈē,län, ˈ-ˈ-\ *trademark* — used for a white soluble powder used as a photographic developer

**¹elon·gate** \ēˈlȯŋ,gāt, əˈ- *also* -läŋ- *sometimes* ˈē,-,-; *usu* -ād·+V\ *vb* -ED/-ING/-S [LL *elongatus*, past part. of *elongare*, fr. L *e-* + *longus* long] *vt* : to increase the length of : stretch out : LENGTHEN (he *elongated* his face as he heard their story) (the British *elongating* their defense program —*Economist*) ~ *vi* : to grow in length : LENGTHEN — used esp. of plants and their parts (rapidly *elongating* internodes) **syn** see EXTEND

**²elongate** \"\ *adj* [LL *elongatus*, past part.] : stretched out : LENGTHENED; *esp* : having a form notably long in comparison to its width (an ~ tail that tapers to a point —R.E.Coker)

**³elongate** \"\ *vi* -ED/-ING/-S [LL *elongatus*, past part. of *elongare*, fr. L *e-* + *longe* far — more at ELOIGN] **1** *archaic* : to go away : DEPART, RECEDE **2** *archaic, of a celestial body* : to appear to recede from its primary or from a particular point in the sky — compare ELONGATION

**elongated** *adj* : ELONGATE

**elongate nut shell** *n* : BEAKED COCKLE

**¹elon·ga·tion** \(,)ē,lȯŋˈgāshən, ə,- *also* -läŋ-\ *n* -s [ME *elongacioun*, fr. ML *elongation-*, *elongatio*, fr. LL *elongatus* (past part. of *elongare* to withdraw) + L *-ion-*, *-io* -ion] **1 a** : the angular distance of a celestial body from another around which it revolves or from a particular point in the sky (the ~ of a planet from the sun) (the ~ of an eclipsing variable) — see GREATEST ELONGATION **b** : the daily extreme east or west position of a star with reference to the north celestial pole (the ~s of the North Star) **2** *obs* : removal to a distance : REMOTENESS

**²elongation** \"\ *n* -s [¹*elongate* + *-ion*] **1 a** : a lengthening or state of being lengthened : PROTRACTION, EXTENSION (the ~ of a muscle under tension) (~ of the apex of a plant) **b** : the total deformation in the direction of load or per unit of length caused by a tensile force; *sometimes* : the maximum permanent stretch per unit of original length induced in a body by a force that causes it to break **2** : something that is elongated : PROLONGATION, CONTINUATION (the arm may be considered a specialized ~ of the earlier fin)

**elongato-** *comb form* [*elongate* + *-o-*] : elongated and (*elongato*-ovate)

**elope** \əˈlōp, ēˈ-\ *vi* -ED/-ING/-S [AF *aloper*, perh. fr. *a-* (fr. OF *es-*, fr. L *ex-*) + MD *lōpen* to run; akin to OE *hlēapan* to leap, jump, run — more at LEAP] **1 a** *of a married woman* : to run away from one's husband with a lover **b** *of an unmarried woman* : to run away from one's home with the unannounced intention of getting married (she *eloped* with her second cousin and they were married in the next state) **c** *of two persons of opposite sex* : to go away secretly with the intention of marrying or establishing a more or less permanent relation of cohabitation (her mother wanted a big wedding but the young people decided to ~) **2** : to run or slip away (as from a mental institution or training school) : ESCAPE, FLEE (he *eloped* from his creditors) — **elope·ment** \-pmənt\ *n* -s

**elop·er** \-pə(r)\ *n* -s : one that elopes

**elops** \ˈe,läps, ˈē,-\ *n* [L, fr. Gk *ellops*, *elops*, a fish; perh. akin to Gk *lepis* scale — more at LEPID-] **1** *pl* **elops** *or* **elopses** *obs* : a marine animal sometimes identified as the sturgeon; *also* : SEA SERPENT **2** *cap* [NL, fr. L] : a genus (the type of the family Elopidae) of fishes of the order Isospondyli that are related to the tarpons and contain the ten-pounder (*E. saurus*)

**el·o·quence** \ˈeləkwən(t)s *sometimes* -lēk- *or* -lik-\ *n* -s [ME, fr. MF, fr. L *eloquentia*, fr. *eloquent-*, *eloquens* + *-ia* -y] **1 a** : discourse marked by force and persuasiveness suggesting strong feeling or deep sincerity; *esp* : discourse marked by apt and fluent diction and imaginative fervor (the poetry of western nations is ~ in meter —George Santayana) **b** : the art or power of using such discourse (Plato's ~ and moral fervor —G.R.Morrow) **2** : forceful or persuasive usu. oral expressiveness (he convinces himself by the sheer ~ of his own voice —H.J.Laski) (the ~ of the photographs —*Times Lit. Supp.*) **3** *archaic* : RHETORIC

**el·o·quent** \-nt\ *adj* [ME, fr. MF, fr. L *eloquent-*, *eloquens*, fr. pres. part. of *eloqui* to speak out, fr. *e-* + *loqui* to speak] **1** : adept at skilled easy pleasing communication of a thought, idea, or feeling usu. in a fluent, moving, vivid, or forceful manner (but he was no Emerson, of the grave ~ voice, the noble presence —H.S.Canby) **2** : clearly and forcefully indicative of some feeling, condition, or character (that paternal pressure on his hand was ~ to him how warmly he was beloved —George Meredith) (a tremulous little man in greenish black broadcloth, ~ of continued depression in some village retail trade —A.T.Quiller-Couch) **syn** see EXPRESSIVE, VOCAL

**el·o·quent·ly** *adv* [ME, fr. *eloquent* + *-ly*] : with eloquence : in an eloquent manner

**el·o·quent·ness** *n* -ES : the quality or state of being eloquent

**el·o·the·ri·um** \,eləˈthirēəm\ [NL, irreg. fr. Gk *helos* marsh + NL *-therium* — more at HELODES] *syn of* ENTELODON

**elo·ti·llo** \,elōˈtē(,)(y)ō\ *n* -s [MexSp, dim. of *elote* ear of green corn, fr. Nahuatl *elotl*] : SQUAWROOT 1

**el paso** \elˈpa(,)sō\ *adj, usu cap E&P* [fr. *El Paso*, Texas] : of or from the city of El Paso, Texas : of the kind or style prevalent in El Paso

**el paso·an** \elˈpasəwən\ *n* -s *cap E&P* [*El Paso*, Texas + E *-an*] : a native or resident of El Paso, Texas

**el·paso·lite** \elˈpasō,līt\ *n* -s [*El Paso* co., Colo. + E *-lite*] : a mineral $K_2NaAlF_6$ consisting of sodium potassium aluminum fluoride

**el·pi·dite** \ˈelpə,dīt\ *n* -s [Sw *elpidit*, fr. Gk *elpid-*, *elpis* hope + Sw *-it* -ite; fr. the expectation of finding other minerals in the same locality — more at VOLUPTUOUS] : a mineral $Na_2ZrSi_6O_{15}.3H_2O$ consisting of a hydrated sodium zirconium silicate

**elritch** *var of* ELDRITCH

**els** *pl of* EL

**-els** *pl of* -EL

**el sal·va·dor** \elˈsalvə,dȯ(ə)r, (,)-,-+ˈ-\ *adj, usu cap E&S* [fr. *El Salvador*, republic of Central America] : of or from the Republic of El Salvador : of the kind or style prevalent in El Salvador : SALVADORAN

**¹else** \ˈels, -lts\ *adv* [ME *elles*, fr. OE; akin to OHG *elles* otherwise, ON *elligar* otherwise, Goth *aljis* other, L *alius* other, *alter* other of two, Gk *allos* other, Arm *ail* other, OE *eall* all — more at ALL] **1 a** : in a different manner (how ~ could he act under the circumstances) : in a different place (here and nowhere ~) : at a different time (Friday isn't convenient for me so when ~ can we meet) **b** : in an additional manner (how ~ can buildings be heated) : in an additional place (where ~ is gold found) : at an additional time (Friday is convenient for one of the two weekly lessons but when ~ can we get together) **2 a** : if the facts are different : if the facts were different : if not : OTHERWISE — often preceded by *or* (do what I tell you, or ~ you will be sorry) and used absolutely without a following clause to express a threat of unspecified but presumably dire consequences (do what I tell you or ~) **b** : whether it is not so (house, land, money are things obtainable . . . by clever headwork: ask my father ~ —Robert Browning) **c** : apart from that : with the exception of that (a tower of refuge built for the ~ forlorn —William Wordsworth)

**²else** \"\ *adj* [ME *elles*, fr. *elles*, adv.] : OTHER: **a** : being different in identity (nothing ~ but the best will do) (such decisions are to be made by the commanding officer and no one ~) **b** : being in addition (what ~ did he say) (did you meet anyone ~) — now usu. used with a preceding pronoun; followed by the possessive ending *-s* when the combination of the pronoun and *else* is in the possessive case dependent on an immediately following noun (somebody ~'s house) (I don't know who ~'s hat it could be) and usu. also when not dependent on an immediately following noun (it couldn't be anybody ~'s) (I don't know who ~'s it could be) (I don't know whose ~ it could be)

**elseways** \ˈ-,-\ *adv* [¹*else* + *-ways*] *dial* : OTHERWISE

**elsewhence** \ˈ-,-, -ˈ-\ *adv* [¹*else* + *whence*] : from another quarter

**else·where** \ˈel(t)s,(h)we(ə)r, -wa(ə)(r, ¦ə ·ˈ-\ *also* **else·wheres** \|(ə)rz, |ez\ *adv* [ME *elleswher*, fr. OE *elles hwǣr*, fr. *elles* else + *hwǣr* where — more at ELSE, WHERE] : in or to some or any other place (it is found in town and ~) (we went ~ for dinner) (~ he mentions his dependence on his mother)

**elsewhither** \ˈ-,-, -ˈ-\ *adv* [ME *elleswhider*, fr. OE *elles hwider*, fr. *elles* else + *hwider* whither — more at WHITHER] : to some or any other place in a different direction or toward a different objective (his soul aimed ~)

**elsewise** \ˈ-,-, -ˈ-\ *adv* [¹*else* + *-wise*] : OTHERWISE

**el·sholt·zia** \elˈshōltsēə\ *n, cap* [NL, fr. Johann S. *Elsholtz* †1688 Ger. physician and botanist + NL *-ia*] : a genus of chiefly Asiatic aromatic herbs (family Labiatae) with blue or purple flowers in one-

**el·sin** *or* **el·shin** *or* **el**

TA 175

without grilles, with the visor closed, and unless another tincture is specified with argent to represent steel

**es·quisse** \(ˈ)eˈskēs\ *n* -s [F, fr. MF *esquiche*, fr. OIt *schizzo* — more at SKETCH] : a first usu. rough sketch (as of a picture or model of a statue)

**esrog** *var of* ETHROG

**ess** \ˈes\ *n* -es **1** *also* **es** \ˈ\ : the letter *s* **2** : something resembling the letter *s* in shape (the great ~*es* the tide left in the estuary —J.M.Brinnin)

**-ess** \əs *sometimes* ˌes\ *n suffix* -es [ME *-esse*, fr. OF, fr. LL *-issa*, fr. Gk] : female (goddess) (giantess) — esp. in agent nouns (actress) (poetess)

**ess** *abbr* essence

**essart** *var of* ASSART

**¹es·say** \(ˈ)eˈsā, ˈeˌsā\ *vt* -ED/-ING/-S [MF *essaier*, *assaier* fr. OF, fr. *essai*, *assai* (n.)] **1 a** *archaic* : to put to a test : try out **b** *obs* : to find out by making a test **c** : ¹ASSAY 4a **2 a** : to attempt or endeavor esp. by tentative methods or by appraising, probing, or seeking expedients — used with the infinitive (Dick, being carefully installed in the saddle, ~*ed* to descend —Arnold Bennett) (the heavy butler ~*ed* to speak, but the tremendous blow and the baronet's gesture choked him —George Meredith) **b** : to make an effort to do, accomplish, perform, deal with, or venture upon (something difficult or presenting obstacles) (stayed there all day and in the evening ~*ed* escape —F.Tennyson Jesse) (the medieval men who again ~*ed* the paths of natural science —H.O.Taylor) (the ballerina ~*ed* a dramatic role on television —*Current Biog.*) (the second part ~*s* to give in sixty-four pages an account of our modern knowledge of the universe —*Times Lit. Supp.*) **syn** see TRY

**²es·say** *in sense 2* ˈeˌsā *sometimes* -sə *or* -ˌsē *or* -sī *in other senses* (ˈ)eˈsā *or* ˈeˌsā\ *n* -s [MF *essai*, *assai*, fr. OF, fr. LL *exagium* act of weighing, weight, balance, fr. L *ex-* + *-agium*, fr. *agere* to do, drive; influenced by L *exigere* to weigh, test, drive out — more at AGENT, EXACT (adj)] **1 a** : an effort made to do or perform : ATTEMPT, ENDEAVOR (make an ~ to assist a friend) (making an ~ to be gallant. "Present company excepted", he said with a smile and a little bow —Aldous Huxley) (nowhere in the book do we find any systematic ~ to characterize this creative partnership —Lee Strasberg) (politics in England is one long ~ in the gentle art of compromise —W.A.Robson); *esp* : an initial and tentative effort (the fledgling bird made a small ~ at flying) **b** : the result or product of the effort to do or perform something (as something difficult or presenting unusual obstacles) (Haydn's final ~ in the symphonic form —*Sydney (Australia) Bull.*) (his first ~*s* in the skyscraper and the industrial building, which paved the way for the successful buildings of the middle nineteen-thirties —Lewis Mumford) (turn . . . the monstrously dull Brahms sonata into the heroic ~ it was undoubtedly meant to be —*N.Y. Herald Tribune*); *esp* : a usu. tentative and short intellectual or artistic excursion (as into a new field of endeavor) (a schizoid novel . . . an admirable ~ into the picaresque —*New Yorker*) (concertino for pianoforte and orchestra, a charming ~ in the modernized classical vein —Walter Legge) (Brook's first ~ into politics was in the 1932 state elections campaign —*Current Biog.*) **2 a** : an analytic, interpretative, or critical literary composition usu. much shorter and less systematic and formal than a dissertation or thesis and usu. dealing with its subject from a limited often personal point of view (the thesis must not be a mere ~; it must present evidence of a thorough acquaintance with some limited special field, obtained by recourse to original sources —*Bull. of N.Y. Univ.*) (persuasion is more starkly and simply the purpose of the ~ than of fiction or poetry, since the ~ deals always with an idea —Katharine F. Gerould) (in style and structure the three volumes . . . completed are a thousand-page ~ rather than a systematic treatise —Geoffrey Bruun) **b** : something resembling or suggesting such a composition esp. in its presentation of an extended analytic, interpretative, or critical view of something (as by a series of photographs or a documentary film) (a book he did on Europe's postwar children remains one of the most arresting ~*s* of modern photography —*Newsweek*) (the Shelter drawings made during the war are frankly graphic ~*s* done with no thought of sculpture —R.J.Goldwater) (two young dancers whose evident physical talents have not yet received the polish that this ~ in elegant athletics requires —Winthrop Sargeant) **3** : TRIAL, TEST (make an ~ of the various methods of removing paint) **4 a** *obs* : a trial specimen : SAMPLE, EXAMPLE **b** : a proof of an unaccepted design for a stamp or piece of paper money

**es·say·er** *n* -s **1** \(ˈ)eˈsāə(r), ˈeˌs-\ : one that essays **2** *obs* : ESSAYIST

**es·say·ette** \ˌeˌsāˈet\ *n* -s [²*essay* + *-ette*] : a short essay

**essay examination** *or* **essay test** *n* : an examination made up of essay questions or a single comprehensive essay question — compare OBJECTIVE TEST

**es·say·ist** \ˈeˌsāəst *sometimes* -ˌsāˌ- *or* -ˌsē- *or* -ˌsī- *or* eˈsā-\ *n* -s **1** : one that essays to do something **2** : a writer of essays

**es·say·is·tic** \ˌe(ˌ)sāˈistik\ *adj* : of or relating to an essay or an essayist : like an essay in quality or character: as **a** : EXPLANATORY (brief ~ statements of overtly moral intent cannot adequately suggest the interplay of emotional struggles —Carl Benson) (the solid ~ style of a historian —Helmut Schoeck) **b** : more informal, discursive, or personal in its exposition of an idea than a dissertation or treatise (the approach is neither philosophical nor purely historical, but ~ —Alfred Neumeyer) **c** : like a piece of formal exposition (all this is kept from seeming too ~ by the high spirits of the author, the piquant element of caricature with which he flavors his personages, and a complicating twist given to the main character —F.C.Flint)

**essay question** *n* : an examination question that requires an answer to be framed in a sentence, paragraph, or short composition and usu. calls for individual analysis, assembling of facts, and interpretation by the student — see ESSAY EXAMINATION

**es·se** \ˈesē\ *n* -s [ML, fr. L, to be, exist — more at IS] **1** *in scholastic philosophy* : actual being : EXISTENCE **2** : essential nature : ESSENCE

**es·se est per·ci·pi** \ˌeˌse,estˈperkəˌpē\ [NL, lit., to be is to be perceived] *Berkeleianism* : a tenet that existence consists in the condition of being perceived

**es·se·len** \ˈesələn\ *n, pl* **esselen** *or* **esselens** *usu cap* **1 a** : an Indian people of the California coast near Monterey **b** : a member of such people **2** : an Esselenian language of the Esselen people **3** : ESSELENIAN

**es·se·le·nian** \ˌesəˈlēnyən, -ˈēnēən\ *n, pl* **esselenian** *or* **esselenians** *usu cap* : a language family of the Hokan stock comprising only the Esselen language

**es·sen** \ˈesᵊn\ *adj, usu cap* [fr. *Essen*, Germany] : of or from the city of Essen, Germany : of the kind or style prevalent in Essen

**es·sence** \ˈesᵊn(t)s\ *n* -s [ME *essencia*, *essence*, fr. MF & L; MF *essence*, fr. L *essentia*, fr. *esse* to be + *-ent-*, *-ens* -ent + *-ia* -y — more at IS] **1** : a basic underlying or constituting entity, substance, or form: as **a** *archaic* : ELEMENT 1a **b (1)** : the permanent as contrasted with the accidental and variable and hence phenomenal phases or foundation of being : metaphysical substance esp. when a substratum that is distinguished from and that supports attributes **(2)** : something that constitutes the individual, real, or ultimate nature or kind often as opposed to the existence of a being or thing (a picture of a tree should represent the ~ of the tree — its ultimate or basic reality, that which makes it what it is the thing-in-itself or in its intrinsic nature —Hunter Mead) (succeeds in conveying completely the cruel ~ of loneliness —Arthur Knight) (came to the conclusion that the ~ of heat was motion —S.F.Mason) (everything that one has seen or heard or thought or felt leaves a deposit that never filters entirely through the ~ of mind —Ellen Glasgow) (not life in its humdrum, day-by-day existence, but life in its ~, exciting, meaningful, important —L.D.Rubin); *also* : the property, attribute, or element or totality of properties, attributes, or elements indispensable or necessary to the nature of a thing (what is individual, what is the peculiar ~ of the man —T.S.Eliot) (the biographical story of its main character, not in the bulk of its million-fold detail but in its ~ —Irving Stone) (the ~ of liberalism—freedom of thought and inquiry, freedom of discussion and criticism —M.R.Cohen) (many of our people . . . have forgotten the ~ of Americanism —George Sokolsky) — see NOMINAL ESSENCE, REAL ESSENCE **(3)** : an immanent form or metaphysical archetype : an Aristotelian formal cause : a Platonic idea **c (1)** : the properties or attributes that every member of a species or class of things must necessarily have in order to belong to that species or class **(2)** : the totality of those properties or attributes that are indispensable to whatever can be named by a certain term or classified as of a certain class **2** *obs* : distinguishing nature or character **3** : condition or fact of being or existing : existence considered as a property of a thing **4** : something by which another is basically motivated or is maintained or by which it subsists (the enthusiasm of its personnel is the ~ and life of any enterprise) (criticism that will keep in mind that the ~ of a performance is the music as it was written —*Saturday Rev.*) (the camera work, which is the ~ of the coverage . . . was a brilliant job —Gilbert Seldes) (a country where controversy is the ~ of politics —Clifton Daniel) (the trend toward a herd state of which the ~ is the denial of supreme value to the human individual —E.A. Mowrer) (the health of our people is the very ~ of our vitality, our strength, and our progress as a nation —D.D. Eisenhower) **5** : ENTITY; *esp* : an abstract entity (the same true characterization which makes each person in the story an ~ with whom spectators will identify themselves —*Current Biog.*) (own little reviews tranquilly engaged in their endless and placid pursuit of poetry as a timeless ~ —William Barrett) **6 a (1)** : the volatile matter constituting perfume **(2)** : PERFUME, ODOR, SCENT (the rice and shrimp in Venice, which breathed with the unmistakable ~ of garlic —Horace Sutton) **b (1)** : a volatile spirit (as petroleum spirit or gasoline) **(2)** : a substance resembling a volatile spirit (impregnate it with the volatile ~ of their souls —J.G.Frazer) **c** : AURA, CACHET (a special ~ of authority —S.N Behrman) (captured in words something of the pattern of life, its color or ~ —Ernest Beaglehole) (the drenched condition of the two women seemed to draw into that little room a desolate melancholy ~ composed of fallen leaves, muddy cart ruts, and clammy mist —J.C.Powys) **7 a** : the most significant element, attribute, quality, property, or aspect of a thing (it is the very ~ of Machiavelli that in politics there is neither good nor evil, of a moral kind —Irving Kristol) (the ~ of Scotland—highlands and lowlands, blue lochs and swift brown streams, grouse moors, tidy farmlands and wild sea cliffs —Alice Campbell); *specif* : a central focal issue, argument, or point (as in a law case) upon which all other issues, arguments, or points depend or to which they are subordinate (what he could do superbly was to state a case or extract an ~ in a few clear and compelling words —R.H.Rovere) (appellate argument is the most exacting and concentrated work . . . for it involves the presentation of the ~ of a long trial in an hour or less —A.T.Vanderbilt) (the discernment and understanding with which he penetrates to the heart and ~ of the problem —Margaret E. Hall) **b** : a most significant element, attribute, quality, or property of a thing (speak of his paintings in terms of what they consider his Gallic ~*s*—his sensuousness, his economy in putting his pictures into focus his infinitely civilized feeling for color and the refinement of line —Janet Flanner) **c** : the essential and most characteristic features of a thing (he believes that deceit and mistrust are the ~ of human relationships —Bergen Evans) (attempts to capture the ~ of our twenty-four-dollar island through extreme close-ups of thirty or more representative New York people —James Kelly) (managed to combine the ~ of jazz, mountain music, and New England church music into one —*Saturday Rev.*) **d** : CENTER, CORE, PITH (such attention to appearances and details rather than to true substance went to the very ~ of the struggle —*Time*) (this takes us to the ~ of national strategy —H.H. Arnold & I.C.Eaker) (here is the ethical ~ of the treaty — the common resolve to preserve, strengthen, and make understood the very basis of tolerance, restraint, and freedom —Dean Acheson) **8 a (1)** : a substance considered to possess in high degree the predominant qualities or virtues of a plant, drug, or other natural product from which it is extracted (as by distillation or infusion) **(2)** : an extract (as from fruit) used as flavoring in cooking **(3)** : the concentrated juices of foods obtained in the process of cooking **b (1)** : ESSENTIAL OIL **(2)** : an alcoholic solution esp. of an essential oil : SPIRIT 21 (~ of peppermint) **(3)** : an artificial preparation (as an alcoholic solution of one or more esters) used esp. in flavoring (pineapple ~) **(4)** : ELIXIR 2 (pepsin ~) **9** : something that resembles or suggests an extract in possessing the quality, virtue, or value of an original larger substance or thing in concentrated form (it is an ~, a distillation, the very best of all our past reduced, not to a list of physical sights, but to a single emotion —Jerome Weidman) (this spot is the heart and ~ of the Green mountains —Carl Brandt) (the heroine who, in the hands of less eminent novelists, appeared to be the ~ of sentimentality —C.W.Cunnington) — **in essence** *adv* : ESSENTIALLY, BASICALLY, FUNDAMENTALLY (from that day onward he became *in essence* a painter —E.O.Malley) (art issues . . . were *in essence* political though presented with masks of aesthetics —*Americana Annual*) (the conflicts between labor and capital often give rise to what are *in essence* lynchings —F.W.Coker) — **of the essence** *adj* : of unavoidable importance : ESSENTIAL, INDISPENSABLE (in politics, personality is very often *of the essence* —R.H.Rovere) (in a revolution, timing is *of the essence*: temporary expedients are apt to congeal into permanent situations —Gladys Delmas) (it is not enough to say that we are trying to equip young women for life in a self-governing country, though that is clearly *of the essence* —*Smith College President's Report*)

**es·senced** \-n(t)st\ *adj, archaic* : SCENTED, PERFUMED

**es·sence d'ori·ent** \ˌesᵊn(t)sˈdōrēˌänt, -dōr-, -ēˌent; esᵊ"sdōryäⁿ\ *n* [F, lit., essence of the Orient] : pearl essence esp from bleak fish

**essence peddler** *n* **1** : a peddler of cure alls and medicinal preparations **2** *slang* : SKUNK

**es·sene** \əˈsēn, eˈs-, ˈeˌs-\ *n* -s *usu cap* [Gk *Essēnos*] : a member of an ascetic, esoteric, and monastic brotherhood among the Jews of Palestine from the second century B.C. to the second century A.D. who practiced a community of goods and rigorous discipline and for the most part shunned the company of women — **es·se·ni·an** \əˈsēnēən, (ˈ)eˈs-\ *adj, usu cap* — **es·sen·ic** \əˈsenik, (ˈ)eˈs-, -ˈsēn-\ *adj, usu cap* — **es·sen·ism** \əˈsēˌnizəm, eˈs-, ˈeˌs-\ *n* -s *usu cap*

**es·sen·hout** \ˈesᵊnˌhaut, -ˌhōt\ *n* -s [Afrik, fr. MD *esschenhout* ash wood, fr. *essche* ash + *hout* wood; akin to OHG *ask* ash and to *holz* wood — more at ASH, WOOD] : CAPE ASH

**es·sen·tia** \əˈsench(ē)ə, eˈ-, ēˈ-\ *n* -s [L, trans. of Gk *ousia* — more at ESSENCE, OUSIA] : ESSENCE 1

**¹es·sen·tial** \əˈsenchəl, eˈ-, ēˈ-\ *adj* [ME *essencial*, fr. LL *essentialis*, fr. L *essentia* essence + *-alis* -al] **1** : of or relating to an essence: as **a** : having or realizing in itself the essence of its kind : having or consisting of the basic, most fundamental nature, property, quality, or attribute peculiar to or necessary or indispensable to its kind (the problem is to grasp the ~ man —Carl Bridenbaugh) (the sunshine where it fell was a blinding ~ light without color, so that the grass looked like snowdrifts —John Buchan) **b** : forming or constituting the essence of something : making up or being the constituent or intrinsic character or very nature of a thing (his eyes were wide, as one who looks at his ~ self through the mask we wear —George Meredith) (wished his work to have no ornament other than its own ~ beauty, without exterior decoration —Aldous Huxley) (our ~ admixture of matter and spirit, emotions and intelligence —*Word Study*) **c** : belonging to or being part of the essence of something : belonging to the constituent fundamental character of a thing : not accidental to something (stamens are ~ organs of a flower) (has not shown that the merits of puritan thought are ~ and the defects accidental —M.G.White) (the most ~ characteristic of mind is memory —Bertrand Russell) (the great charm of his personality, his ~ sympathy and kindliness —M.R.Cohen) (did much to direct attention to the ~ immorality of lotteries —J.S.Kendall) — compare ACCESSORY 1 **d** : constituting an indispensable structure, core, or condition of a thing : BASIC, FUNDAMENTAL (a little excessive to have to sit through so much frankly nonessential repertory in order to hear two short works from the band's ~ repertory —Virgil Thomson) (there was an ~ soundness in his line of reasoning) **2 a** : NECESSARY, INDISPENSABLE (transporting the heavy ore by rail was difficult and expensive; a water route was ~ —Allan Nevins & H.S. Commager) (international scientific meetings are ~ to scientific progress for the reason that no one nation has a monopoly of either ideas or brains —*Saturday Rev.*) (agreed to request uniform standards for deferment of ~ physicians —*Current Biog.*) (Lutherans from the sixteenth century have regarded choir singing as ~ to their ritual —*Amer. Guide Series: Minn.*) **b** : UNAVOIDABLE (a good many ~ tasks are left until the last minute —Stewart Cockburn) (physicians and lawyers may count their purchases of books as ~ expenses of their profession in computing income tax —*Report. (Canadian) Royal Commission on Nat'l Development*) **c** : important in the highest degree : demanding maximum attention : unavoidably significant (a great reserve of manpower ~ to the defense of the homeland) **d** : minimal but fundamental to the achievement of an end (make yourself a small pocket map showing the ~ landmarks around camp so that you can find your way back —*Boy Scout Handbook*) **3** : containing the essence of that portion of a plant or substance which is marked by its characteristic odor or virtue : being or relating to an essence (sense 8) (an ~ odor) — see ESSENTIAL OIL **4** *of a musical tone* : necessary to or determining the tonality of a piece of music (did not alter the ~ tones but added grace notes) **6** : having no obvious or known cause : IDIOPATHIC, INHERENT (~ disease)

**syn** FUNDAMENTAL, VITAL, and CARDINAL all imply maximum importance, indispensability, and necessary priority in considerations, plans, or discussions. Often the words are interchangeable. When they do differ in implication, these differences are suggested by the etymologies. ESSENTIAL may suggest that the matter in question involves the very essence, or being or real nature, of whatever is concerned (but in the epic, lyric, the dramatic . . . ideality in contrast with actuality plays an intrinsic and *essential* part —John Dewey) (undoubtedly correct in concluding that the *essential* emotion of the play [*Hamlet*] is the feeling of a son toward a guilty mother —T.S. Eliot) FUNDAMENTAL may suggest something of the nature of a foundation, something on which a system or structure rests (such *fundamental* methods as induction and deduction, analysis, synthesis, and comparison are common to all types of systematic knowledge —René Wellek & Austin Warren) (recognition of the importance of *fundamental* skills, since in a democracy citizens must be able to compute, read, write, listen, and speak effectively —*N.Y.Times*) VITAL may suggest that which is necessary to continued life or existence of whatever is in question (nitrate, necessary in fertilizers, but *vital* to the manufacturers of explosives in case of war —A.C.Morrison) (barriers within our own country which stand in the way of bringing to Americans resources *vital* to their own safety and interest —C.E.Odegaard) CARDINAL may refer to the decisive or conclusive since it may suggest that on which an outcome hinges or pivots (to one *cardinal* principle Edwards was faithful—the conception of the majesty and sufficiency of God, and this polar idea provides the clue to both his philosophical and theological systems —V.L.Parrington) (the *cardinal* virtue in the Shavian scale . . . is responsibility; every creed he has attacked Shaw has attacked on the grounds of irresponsibility —E.R Bentley) **syn** see in addition NEEDFUL

**²essential** \"\ *n* -s : something essential: as **a** : something basic or fundamental esp. belonging to or forming part of the minimal indispensable body, character, or structure of a thing (the ~*s* of the good life) (the ~*s* of astronomy) (gave only the ~*s* of the story) **b** : something necessary, indispensable, or unavoidable (work was an ~ to survival) (a man considered an ~ in his office) (a job that was both a great chore and an ~ to the success of the enterprise) (all that sort of duplicity is an ~ in any handling of men by methods other than direct authority —Hilaire Belloc)

**essential amino acid** *n* : any of usu. ten alpha amino acids that are required for normal health and growth in many vertebrates, are either not manufactured in the body or manufactured in insufficient quantities, are usu. supplied by dietary protein, and in man include arginine, histidine, isoleucine, leucine, lysine, methionine, phenylalanine, threonine, tryptophan, and valine

**essential clause** *n* : RESTRICTIVE CLAUSE

**essential hypertension** *n* : abnormally high blood pressure, both systolic and diastolic, occurring in the absence of any evident cause and resulting typically in marked hypertrophic and degenerative changes in small arteries, hypertrophy of the heart, and often more or less severe kidney damage — see MALIGNANT HYPERTENSION

**es·sen·tial·ism** \-chəˌlizəm\ *n* -s **1** : a philosophic theory significantly concerned with and esp. based on a conception of essence or essential things: as **a** : a theory subscribing to the idea that metaphysical essences really subsist and are intuitively accessible — compare REALISM **b** : a theory that assigns priority to essence over existence — contrasted with *existentialism* **2** : an educational theory holding that certain basic ideas and skills or disciplines essential to our culture are formulable and should be taught to all alike by certain time-tested methods — contrasted with *progressivism*

**¹es·sen·tial·ist** \-ch(ə)ləst\ *n* -s : a follower of or believer in essentialism (as in religion, philosophy, or education)

**²essentialist** \"\ *adj* : of, relating to, subscribing to, or being essentialism : of or relating to an essentialist; *also* : realist in philosophic theory or point of view — **es·sen·tial·is·tic** \əˌsenchəˈlistik, (ˌ)eˌs-, ēˌs-\ *adj*

**es·sen·ti·al·i·ty** \əˌsenchēˈaləd-ē, (ˌ)eˌs-, ēˌs-, -lətē, -i\ *n* -ES **1** : the quality or state of being essential (the ~ of certain amino acids in the diet for maximum growth of the tissues —*Jour. Amer. Med. Assoc.*) (the ~ of giving special consideration to the needs of older people —*N.Y. State Legislative Committee on Problems of the Aging*) (are not by tradition fearful or quarrelsome over the ~ of freedom and justice —P.G.Hoffman) **2 a** : the essential nature or character : ESSENCE **b** : an essential quality, property, or aspect

**es·sen·tial·ize** \əˈsenchəˌlīz, eˈ-, ēˈ-\ *vt* -ED/-ING/-S : to express or formulate in essence or in essential form : state or present the essence of : distill the essence from : reduce to essentials

**es·sen·tial·ly** \əˈsench(ə)lē, eˈ-, ēˈ-, -li\ *adv* [ME *essencially*, fr. *essencial* essential + *-ly*] : in an essential manner : by its very nature : FUNDAMENTALLY (taught her to play golf in the same grave, methodical but ~ encouraging way —Louis Auchincloss) (the species being ~ an inhabitant of southern waters —W.H.Dowdeswell) (government in New Jersey is ~ the same in general pattern as in each of the other 47 States —*Amer. Guide Series: NJ*) (painting. ~ a two-dimensional art —Herbert Read)

**es·sen·tial·ness** \-chəlnəs\ *n* -ES : the quality or state of being essential

**essential oil** *n* : any of a large class of volatile odoriferous oils of vegetable origin that impart to plants odor and often other characteristic properties, that are obtained from various parts of the plants (as flowers, leaves, or bark) by steam distillation, expression, or extraction, that are usu. mixtures of compounds (as terpenoids, aldehydes, or esters), and that are used often in the form of essences in perfumes, flavoring materials, and pharmaceutical preparations — called also *ethereal oil*, *volatile oil*; distinguished from *fatty oil* and *fixed oil*; see OLEORESIN

**essential predication** *n* : predication in which the predicate is wholly contained in the essence of the subject

**essential proposition** *n* : an analytic proposition

**essentiate** *vb* [ML *essentiatus*, past part. of *essentiare* to make real or essential, fr. L *essentia* essence — more at ESSENCE] *vt*, *obs* : to form or constitute the essence or being of ~ *vi, obs* : to become essence

**esses** *pl of* ESS *or of* ESSE

**-esses** *pl of* -ESS

**¹es·sex** \ˈesiks, -sēks *sometimes* -ˌseks\ *adj, usu cap* [fr. *Essex* co., Eng.] : of or from the county of Essex, England : of the kind or style prevalent in Essex

**²essex** \"\ *n* [fr. *Essex* co., Eng. where it was orig. bred] **1** *usu cap* : a British breed of small hardy swine that are black with white markings **2** -ES *often cap* : any animal of the Essex breed

**es·sex·ite** \-ˌsikˌsīt, -sēk-\ *n*

: granular intrusive igneous

cleanse of something morally harmful, offensive, or erroneous : PURGE; *esp* : to expunge before publication or presentation obscene or otherwise objectionable parts from (~ a book) (~ a play)

**ex·pur·ga·tion** \,ekspər'gāshən\ *n* -s [ME *expurgacion*, fr. L *expurgation-, expurgatio* vindication, fr. *expurgatus* + *-ion-, -io* -ion] : an act of expurgating, purging, or cleansing : purification from something morally harmful, offensive, sinful, or erroneous

**ex·pur·ga·tor** \'ekspər,gād·ə(r), -ātə-\ *n* -s : one that expurgates

**ex·pur·ga·to·ri·al** \ik¦spərgə¦tōrēəl, ek'-, ,ek,spər-\ *adj* [NL *expurgatorius* + E *-al*] : relating to expurgation or an expurgator : EXPURGATORY

**ex·pur·ga·to·ry** \-'spərgə,tōrē\ *adj* [NL *expurgatorius*, fr. L *expurgatus* + *-orius* -ory] : serving to purify from something morally harmful, offensive, or erroneous : CLEANSING, PURIFYING

**¹ex·qui·site** \ek'skwizət, 'ek,skwiz-, 'ekskwəz-, ik'skwiz-, *usu* -zəd·+V\ *adj* [ME *exquisit*, fr. L *exquisitus*, fr. past part. of *exquirere* to search out, seek, fr. *ex-* ¹ex- + *-quirere* (fr. *quaerere* to seek, gain, obtain, ask)] **1 a** : carefully selected or sought out : ingeniously devised : CHOICE, RECHERCHÉ (I have given her the best advice, . . . making the most ~ moral reflections — but to no purpose —Iris Origo) **b** *obs* : FARFETCHED, AFFECTED **2** *archaic* : careful or exact in working or operation : ACCURATE, NICE, EXACT **3 a** : marked by flawless craftsmanship or by beautiful, ingenious, delicate, or elaborate execution (Sung vases and ~ lacquers —James Hilton) (an ~ cameo) (an ~ portrait) **b** : marked by nicest discrimination, keenest appreciation, deepest sensitivity, or most subtle understanding (a far more keen and ~ observer than her brother —J.L.Lowes) (an ~ choice) (an ~ critic) : marked or perceptible by or calling for keenest sensitivity (an ~ sense of hearing) (~ variations in color) **c** : transcending and superlative : marked by acute discrimination and selection, faultless execution, and maximum effectiveness (paints with ~ art the charm of the deep country —John Buchan) (the ~ transparency and delicate finish of her work —P.E.More) **d** : ACCOMPLISHED, FINISHED, PERFECTED (an ~ gentleman) **4 a** : affording or accompanied by keen delight, rapture, or pleasure esp. through beauty, fitness, delicacy, or perfection : DELIGHTFUL, DELECTABLE (the night-blooming cereus . . . an ~ white blossom with a spicy fragrance —*Amer. Guide Series: Ariz.*) (~ brushwork) **b** : perfect and unrelieved : TRANSCENDING, ACUTE, EXTREME, CONSUMMATE (the most ~ pitch of joy and happiness to which life could thrill —Jack London) (an ~ pain shot through his arm) (wondered at the ~ stupidity of the hearers —S.M.Crothers) **c** : marked by uncommon, esoteric, or precious appeal (the ~, the finely drawn, the rich trappings of legend —Sara H. Hay) **syn** see CHOICE

**²exquisite** \"\ *n* -s : one who is overnice in dress or ornament (young ~s, perfumed and foppish)

**ex·qui·site·ly** *adv* : in an exquisite manner

**ex·qui·site·ness** *n* -es : the quality of being exquisite

**ex·qui·si·tive·ly** \ek'skwizəd·ivlē\ *adv*, *archaic* : EXQUISITELY

**exr** *abbr* executor

**ex·ra·di·us** \(')eks+\ *n* [¹*ex-* + *radius*] : a radius of an escribed circle or sphere — opposed to *inradius*

**ex re·la·ti·o·ne** \,eksrə,lād·ē'ōnē\ *prep* [L] : by or on the relation or information of — used in the title of informations and special proceedings to designate the person at whose instance the state or a public officer is acting; abbr. *ex rel.*

**ex rights** *adv (or adj)* [¹*ex*] : without carrying or conferring the right to subscribe to a pending new issue of stock (stock that sells *ex rights*)

**exrx** *abbr* executrix

**ex·san·gui·nate** \ek(s)'saŋgwə,nāt\ *vt* -ED/-ING/-S [L *exsanguinatus* bloodless, fr. *ex-* ¹ex- + *sanguin-, sanguis* blood + *-atus* -ate] : to make bloodless : drain of blood — **ex·san·gui·na·tion** \(,)e,-'nāshən\ *n* -s

**ex·san·guine** \(')ek(s)¦saŋgwən\ *adj* [irreg. (influence of *sanguine*) fr. L *exsanguis*, fr. *ex-* ¹ex- + *sanguis* blood] : BLOODLESS, ANEMIC — **ex·san·guin·i·ty** \,ek(s),saŋ'gwinəd·ē, -saŋ'g-\ *n* -es

**ex·san·gui·ne·ous** \,ek(s),saŋ'gwinēəs, -saŋ'g-\ *adj* [¹*ex-* + *sanguineous*] : EXSANGUINE

**ex·san·gui·no·trans·fu·sion** \ek(s)¦saŋgwə,nō+\ *n* [exchange + *sanguino-* + *transfusion*] : EXCHANGE TRANSFUSION

**ex·san·gui·nous** \(')ek(s)¦saŋgwənəs\ *adj* [¹*ex-* + *sanguinous*] : EXSANGUINE

**ex·san·gui·ous** \(')ek(s)¦saŋgwēəs\ *adj* [irreg. fr. L *exsanguis*] : EXSANGUINE

**ex·scind** \ek'sind\ *vt* -ED/-ING/-S [L *exscindere* to cut or tear out, fr. *ex-* ¹ex- + *scindere* to cut, tear — more at SHED (to throw off)] : to cut off or out : EXCISE (these words were ~ed from the text)

**exscribe** *vt* [L *exscribere*, fr. *ex-* ¹ex- + *scribere* to write — more at SCRIBE] *obs* : COPY, TRANSCRIBE

**ex·sculp·tate** \ek'skəlp,tāt\ *adj* [L *exsculptus* (past part. of *exsculpere* to carve out, fr. *ex-* ¹ex- + *sculpere* to carve) + E *-ate* — more at SCULPTOR] : having variable and irregular depressed lines that resemble sculptured work

**ex·scu·tel·late** \(')ek(s)+\ *adj* [¹*ex-* + NL *scutellum* + E *-ate*] : EXCUTELLATE

**ex·sect** \(')ek¦sekt\ *vt* -ED/-ING/-S [L *exsectus*, past part. of *exsecare*, fr. *ex-* ¹ex- + *secare* to cut — more at SAW] : to cut out : EXCISE (an ~ed uterus)

**ex·sec·tile** \(')ek¦sekt°l, -,tīl, -(,)tīl\ *adj* : capable of being exsected

**ex·sec·tion** \(')ek¦sekshən\ *n* [L *exsection-, exsectio*, fr. *exsectus* + *-ion-, -io* -ion] : EXCISION

**ex·sert** \(')ek¦sərt\ *vt* -ED/-ING/-S [L *exsertus, exertus*, past part. of *exserere, exerere* — more at EXERT] : to thrust forth or out : cause to protrude : cause to project : stick out (a bee ~ing its sting)

**²exsert** \"\ *adj* [L *exsertus, exertus*, past part.] : EXSERTED

**exserted** *adj* : projecting beyond an enclosing organ or part (~ stamens)

**ex·ser·tile** \(')ek¦sərd·°l, -r,tīl, -r(,)tīl\ *adj* : capable of being exserted (the highly ~ tongue of this snake)

**ex·ser·tion** \(')ek¦sərshən\ *n* -s : the action of exserting or state of being exserted

**ex·sheath** \(')ek(s)'shēth, -th\ *vb* [¹*ex-* + *sheath* (n.)] *vi* : to escape from the residual membrane remaining from a previous stage of development — used of certain larval nematodes (as filaria) ~ *vt* : to cause (nematode larvae) to exsheath — **ex·sheath·ment** \-mənt\ *n* -s

**ex ship** *adv (or adj)* [¹*ex*] : without shipment costs to the consignee until receipt overside of the shipment at destination, the consignee being required to accept delivery at the ship's side and assume all subsequent liability (the firm agreed to receive the lumber *ex ship*) — compare FREE ON BOARD

**ex·sic·ca·tae** \,eksə'kā,tē, -kā,-, -ā,tī\ *also* **ex·sic·ca·ti** \-ā,tī, -ā,-, -ā,tē\ *n pl* [NL, fr. L, fem. & masc. pl. respectively of *exsiccatus*] : a collection or series of dried herbarium specimens

**ex·sic·cate** \'eksə,kāt, ek'si,-\ *vt* -ED/-ING/-S [L *exsiccatus*, past part. of *exsiccare*, fr. *ex-* ¹ex- + *siccare* to dry, fr. *siccus* dry — more at SACK] : to drive moisture from (as by the action of heat) : make dry : DEHYDRATE (*exsiccated* salt) : drain of moisture : dry up (an *exsiccated* swamp) : DESICCATE — now used chiefly in passive — **ex·sic·ca·tion** \,eksə'kāshən\ *n* -s

**ex·sic·co·sis** \,eksə'kōsəs\ *n* -es [NL, fr. L *exsiccare* + NL *-osis*] : insufficient intake of fluids or the state of bodily dehydration produced thereby

**ex si·len·tio** \,ek(s)sə'lenchē,ō, -),sī'-\ *or* **a silentio** \,ësō-, ,ēsī-\ *adv (or adj)* [L *ex silentio* from silence] : from the fact of lack of specific evidence (as of written or oral attestation) (an argument that was built up wholly *ex silentio*)

**ex·so·lu·tion** \¦ek(s)+\ *n* [L *exsolution-, exsolutio* release, fr. *exsolutus* (past part. of *exsolvere*) + *-ion-, -io* -ion] : the action or process of exsolving

**ex·solve** \(')ek(s)+\ *vb* [L *exsolvere* to loosen, untie, release, fr. *ex-* ¹ex- + *solvere* to loosen, release — more at SOLVE] : to separate or precipitate from a solid crystalline phase : UNMIX

**ex·stip·u·late** \(')ek(s)+\ *adj* [¹*ex-* + *stipule* + *-ate*] : having no stipules (~ leaves)

**ex store** *adv (or adj)* [¹*ex*] : with shipment costs to be paid by the consignee after the shipment leaves the store — opposed to *free on board*, compare IN STORE

**ex·stro·phy** \'ekstrəfē\ *n* -ES [¹*ex-* + *-strophy* (fr. Gk *strephein* to turn + E *-y*) — more at STROPHE] : eversion of a part or organ; *specif* : a congenital malformation of the bladder in which the normally internal mucosa of the organ lies exposed on the abdominal wall because of failure of union between the halves of the pubic symphysis and between the adjacent halves of the abdominal wall

**ex·suc·cous** \(')ek(s)¦səkəs\ *adj* [L *exsuccus*, fr. *ex-* ¹ex- + *succus* juice — more at SUCCULENT] : devoid of all juices or sap : having no moisture whatsoever : dried up (a withered ~ piece of fruit)

**exsudation** *obs var of* EXUDATION

**ex·suf·fla·tion** \,eksə'flāshən\ *n* [LL *exsufflation-, exsufflatio*, fr. *exsufflatus* (past part. of *exsufflare* to blow away, fr. L *ex-* ¹ex- + *sufflare* to inflate, blow upon) + L *-ion-, -io* -ion — more at SUFFLATE] **1** : the action of breathing forth or blowing; *esp* : this action used as an exorcism in some rites of baptism **2** : forcible breathing or blowing out (as in clearing the respiratory tract) : forcible expiration

**ext** *abbr* **1** extended; extension **2** exterior **3** external **4** extinct **5** extinguisher **6** extra **7** extract **8** extreme; extremely

**ex·tant** \'ekstənt, ek'stant, 'ek,stant, ik'stant, -taa(ə)nt\ *adj* [L *exstant-, exstans, extant-, extans*, pres. part. of *exstare, extare* to stand out, project, be in existence, fr. *ex-* ¹ex- + *stare* to stand — more at STAND] **1 a** *archaic* : standing, projecting, or protruding out or above (its naked body half ~ from the coarse blanket —George Borrow) **b** *archaic* : standing out in a way that is adapted to physical or mental perception : easily seen or understood : clearly evident (the truth should be visibly ~ —A.W.Kinglake) **2 a** : currently or actually existing : that is in existence (the most charming writer ~ —G.W. Johnson) **b** : still existing : continuing to exist : maintaining existence : not exterminated, destroyed, or lost (in the specimens of graphic art found among ~ barbaric folk —Edward Clodd) (one of the oldest works ~ on that subject)

**ex·ta·sy** *archaic var of* ECSTASY

**ext d&c color** \'eks(t),dēən,sē-\ *n*, *usu cap E&D & 1st C* [abbr. of *external drug and cosmetic color*] : any of the synthetic dyes that in certified batches are permitted for use only in drugs and cosmetics to be applied externally — compare D&C COLOR, FD&C COLOR; see DYE table II

**ex·tem·po·ral** \(')ek¦stemp(ə)rəl, ik's-\ *adj* [L *extemporalis*, fr. *ex tempore* + *-alis* -al] *archaic* : EXTEMPORANEOUS, EXTEMPORE — **ex·tem·po·ral·ly** \-rəlē\ *adv*, *obs*

**ex·tem·po·ra·ne·i·ty** \(,)ek,stempərə'nēəd·ē, ik,-, -ēətē, -i\ *n* -ES : the quality or state of being extemporaneous

**ex·tem·po·ra·ne·ous** \(¦)ek¦stempə¦rānēəs, ik¦-\ *adj* [LL *extemporaneus*, fr. L *ex tempore* + *-aneus* (as in *subterraneus* subterranean)] **1 a** : composed, performed, or uttered on or as if on the spur of the moment (an ~ musical composition) (an ~ piece of verse) : impromptu (~ comment) or apparently impromptu (as by avoiding use of rigid memorization, reading, or notes) (a brilliant ~ speech) : marked by or as if by no previous thought, study, or other preparation : IMPROVISED, UNPREMEDITATED **b** : skilled at, given to, or marked by extemporaneous composing, performance, or utterance (one of the funniest ~ wits of our time —E.J.Kahn) **c** : happening suddenly, often unexpectedly, and usu. without clearly known causes or relationships (a great deal of criminal and delinquent behavior is . . . ~ —W.C.Reckless) **2** : provided, made, or put to use as a temporary expedient : suggested by or hurriedly adapted to the occasion : MAKESHIFT (preparing an ~ meal) (using an ~ shelter) **3** *of a pharmaceutical preparation* : compounded according to a physician's prescription as needed : prepared when ordered : not ready-made — **ex·tem·po·ra·ne·ous·ly** *adv* — **ex·tem·po·ra·ne·ous·ness** *n* -ES

**ex·tem·po·rar·i·ly** \ik¦stempə¦rerəlē, -li, (,)ek,--'--, ek'---,---\ *adv* : in an extemporary manner

**ex·tem·po·rary** \ik'stempə,rerē, ek-, -eri\ *adj* [L *ex tempore* + E *-ary*] : EXTEMPORANEOUS

**¹ex·tem·po·re** \ik'stempərē, ek-, -ri, -,rē *also* -,rā\ *adv* [L *ex tempore* instantaneously, on the spur of the moment, fr. *ex* out of + *tempore*, abl. of *tempus* time — more at EX-, TEMPORAL] : in an extempore manner : EXTEMPORANEOUSLY

**²extempore** \"\ *n*, *pl* **extempores** *also* **extempore** *archaic* : something that is extemporaneous : IMPROVISATION

**³extempore** \"\ *adj* : EXTEMPORANEOUS (his effusions were genuinely ~ —W.G.Lane)

**ex·tem·po·ri·za·tion** \ik,stempərə'zāshən, (,)ek,-, -,rī'z-\ *n* -S **1** : the act of extemporizing : IMPROVISATION **2** : something produced or marked by extemporization (ingenious ~s were employed to provide substitutes for customary foods, clothing, and household articles —A.D.Kirwan)

**ex·tem·po·rize** \-'--,rīz\ *vb*, see *-ize* in Explan Notes [¹*extempore* + *-ize*] *vi* **1** : to do something extemporaneously : IMPROVISE; *esp* : to speak extemporaneously (he rarely *extemporized* and never on grave occasions —John Buchan) **2** : to get along in a makeshift manner adapted to the occasion : regularly meet necessity with temporary expedients : live with little or no advance planning (the world, facing the need to organize itself internationally, drifted and *extemporized* —Charles McKinley) (*extemporizing* without a plan has long been regarded by many as a necessary and inherent part of movie making —Hortense Powdermaker) ~ *vt* **1** : to compose, perform, or utter extemporaneously : IMPROVISE (a cleverly *extemporized* organ accompaniment) (*extemporizing* an after-dinner speech) **2** : to provide, make, or put to use as a temporary expedient (the ungainly but useful vessels which Caesar had *extemporized* —J.A.Froude) (beyond the *extemporized* bandstand —Graham Greene) : produce, put together, devise, or contrive hurriedly or in a makeshift manner to meet an immediate need or emergency (trying to ~ a competent personnel) (*extemporizing* a plan to overwhelm the opposition)

**ex·tem·po·riz·er** \-zə(r)\ *n* -S : one that extemporizes

**ex·tend** \ik'stend, ek-\ *vb* -ED/-ING/-S [ME *extenden*, fr. MF or L; MF *estendre, extendre*, fr. L *extendere*, fr. *ex-* ¹ex- + *tendere* to stretch — more at THIN] *vt* **1** [ME *extenden*, fr. ML *extendere* (fr. L) or AF *estendre*, fr. OF *estendre, extendre*] **a** *Brit* : to assess the value of (as lands or buildings) **b** *Brit* : to take possession of by a writ of extent **c** *obs* : to take by force : SEIZE **2** : to lay out at full length (with his body ~ed on the ground) : put into a horizontal and usu. straight position (~ing their arms in front of them) : straighten out (as a limb or other bodily part) : UNBEND (alternately flexing his arm and ~ing it) **3 a** : to stretch out esp. forcibly : stretch out to fullest length (with the sails ~ed by yards) **b** *obs* : to stretch, fill, or inflate beyond normal limits : STRAIN, DISTEND **c** : to cause (as a horse) to move at full stride (a promising racehorse that had so far never been really ~ed) : push to full stride **d** : to apply or exert (oneself) energetically or to full capacity (people who would rather accept federal bounties than ~ themselves —F.L.Allen) (his capacity for handling an immense amount of work without appearing to ~ himself —*Lamp*) **e** : to increase the quantity or bulk of (a product) by the addition of a relatively inexpensive or otherwise readily available substance so as to reduce cost, improve efficiency, or attain other desired effects (~ing ground meat with cereal); *sometimes* : ADULTERATE **4 a** : to stretch forth : hold out (she ~ed both her hands to him —W.F.deMorgan) (a bald eagle with its wings ~ed) **b** : to present for acceptance or rejection : make the offer of : PROFFER (~ing their greetings) (~ed hospitality to them) **c** : to make available (as a fund or privilege) often in response to an explicit or implied request : GRANT (financial aid will be ~ed where needed —Paul Wooton) **5 a** : to cause to stretch out or reach (as from one point to another) (~ing the railroad to the next city) : cause to span an interval (as of distance, space, or time) (a rope bridge was ~ed over the chasm) : push to a farther point (~ing the frontiers of knowledge) (city boundaries were ~ed to take in the entire county —*Amer. Guide Series: Pa.*) : open out (a compass) **b** : to cause to be longer : LENGTHEN, PROLONG, PROTRACT (~ing their visit); *specif* : to prolong the time of payment of (as a debt) beyond the time orig. stipulated **c** : to cause to project in one or more directions : stick out (when disturbed, the creature ~s its spines) **d** : to bring to a further degree of development (the Anglo-Saxons ~ed the use of the plow —L.D.Stamp) : cause to be more nearly complete or perfect : ADVANCE, FURTHER (~ing man's knowledge of the universe) (the rest of the decade consolidated and ~ed those gains —Oscar Handlin) **e** : to transfer (figures) from one column to another (as in bookkeeping) : carry forward **f** : to compute the amount of (as in accounting) : indicate the amount of (the credit balance will be ~ed on the accounts) **6 a** : to cause to be of greater area or volume (~ing the surface of metal plates by hammering) : increase the size of : ENLARGE : make greater in extent (trying to ~ its staff of trained personnel) **b** : to increase the scope, meaning, or application of (~ing the sense of a word) (the name . . . was easily ~ed to the new land —P.E.James) (~ the force of the laws) : increase the action or capacity of (beauty, I suppose, opens the heart, ~s the consciousness —Algernon Blackwood) : make more comprehensive, inclusive, or intensive : BROADEN, AMPLIFY (~ing the range of their duties) **c** *archaic* : to enlarge upon in imagination : EXAGGERATE **d** : to write out (as shorthand notes) in expanded form : write out or set forth in detail ~ *vi* **1** : to stretch out (as in distance, space, or time) : RANGE (rugged hills and ravines ~ in all directions —*Amer. Guide Series: Minn.*) (occupation of the fortress ~ed from the second century B.C. to the first century A.D. —J.E.M.White) : REACH, SPREAD **2** : to span an interval (as of distance, space, or time) (an ancient bridge ~s over the river) **3** : to jut out : stick out : PROTRUDE, PROJECT (through a cupola . . . ~s a thin square chimney —*Amer. Guide Series: Minn.*) (fruit trees that ~ed out over the farm fences —Sherwood Anderson) **4** *of a serviceman* : to agree to remain on active duty for another term

**syn** LENGTHEN, ELONGATE, PROLONG, PROTRACT: EXTEND, like others in this group, applies to a drawing out in length; it may suggest also similar or comparable drawing out in breadth, size, or range (*extend* a road) (an *extended* trip) (*extending* his vacation) (federal grants to the states to *extend* and improve their health and welfare services for mothers and children —*Americana Annual*) LENGTHEN is likely to refer to what constitutes or may be thought of as similar in some way to a line (*lengthen* a road) (a *lengthened* period) (the *lengthening* of the average life span by more than twenty years since the last century —*Collier's Yr. Bk.*) ELONGATE suggests a stretching out resulting in a long narrow frame or shape or to unusual length (*elongated* fibers) (an *elongated* segment) (the old man's gaunt and *elongated* frame) PROLONG is likely to indicate a drawing out or stretching out in duration (a *prolonged* discussion) (withstanding a *prolonged* siege) (a strange, secret life, *prolonged* for half a century in Paris —Van Wyck Brooks) PROTRACT, often close to EXTEND or PROLONG, may suggest needlessness, boredom, vexation, indefiniteness (litigation *protracted* through a decade) (the *protracted* interruption of steel production by labor difficulties —*Americana Annual*) (his temptation will be to *protract* negotiations on the minor points still outstanding —*New Statesman & Nation*)

**extended** *adj* [ME, fr. past part. of *extenden*] **1 a** : drawn out in length (an ~ meandering river) esp. in length of time (their ~ residence in England) (an ~ visit) : LENGTHY (an ~ tale) : PROLONGED, PROTRACTED **b** *of a letter or typeface* : having a face considerably wider than that of a typeface not so characterized — compare CONDENSED, EXPANDED **2 a** : fully stretched out (his ~ limbs raised in an attitude of prayer) : widely spread out (an ~ battle line) **b** : stretched forth : held out (refusing to accept her ~ hand) **c** *of a horse's stride* : FULL (an ~ gallop) — compare COLLECTED 3 **d** : INTENSIVE (the groundwork is laid for more ~ efforts —Dorothy Barclay) (an ~ course in college mathematics) **3** : having the property of extension : having spatial magnitude (~ substances) **4** : EXTENSIVE: as **a** : having great area (~ farm lands) : WIDESPREAD, FAR-FLUNG (an ~ empire) **b** : having a wide range : greatly diversified : of great scope (an ~ vocabulary) (a word with ~ meanings) : notable in extent (surgeons who have had ~ experience —Morris Fishbein) **c** : ENLARGED, AMPLIFIED : more complete, comprehensive, or detailed (lectures that were later brought out in ~ book form) — **ex·tend·ed·ly** *adv* — **ex·tend·ed·ness** *n* -ES

**extended coverage** *n* : coverage extending a fire insurance policy so that additional hazards (as those arising from storms or explosions) are included

**extended family** *n* : a larger family group which includes near relatives (as patrilineal descendants) and in which collateral lines are kept fairly distinct — distinguished from *clan*; opposed to *nuclear family*

**extended harmony** *n* : OPEN HARMONY

**extended insurance** *or* **extended term insurance** *n* : life insurance that after cessation of premium payments is continued in its original amount for the period allowed by the cash value

**extended order** *n* : an arrangement of troops for skirmishing not in exact formation or at fixed intervals but usu. as widely separated as the tactical situation and the terrain permit — distinguished from *close order*

**extended play** *n* : a 45-rpm phonograph record that has a playing time of about 6 to 8 minutes obtained by the use of closer groove spacing and utilization of a greater part of the surface area than in the standard 45-rpm record — abbr. *EP*

**extended river** *or* **extended consequent** *n* : a stream lengthened by the extension of its course downstream across newly emerged land (as on a coastal plain)

**ex·tend·er** \-də(r)\ *n* -S **1 a** : a substance added to a product esp. in the capacity of a diluent, adulterant, or modifier: as (1) *or* **extender pigment** : a colorless or white mineral pigment (as whiting) used with one or more other pigments usu. to achieve certain physical properties (as improved surface characteristics or working properties in paint or printing ink) — called also *filler, inert* (2) : a substance usu. having some adhesive action (as flour) that is added to an adhesive for reducing the cost or sometimes for improving the viscosity (3) : a substance (as a petroleum oil) used for increasing the bulk or improving the processing characteristics of a rubber compound, a plastic, or a resin **b** : EXPANDER 2 **2** *Brit* : a teacher of university extension classes

**ex·tend·i·bil·i·ty** \ik,stendə'biləd·ē, (,)ek,--, -lətē, -i\ *n* -ES : capability of being extended

**ex·tend·i·ble** *or* **ex·tend·able** \ik'stendəbəl, (')ek¦s-\ *adj* : capable of being extended

**extending** *pres part of* EXTEND

**extends** *pres 3d sing of* EXTEND

**ex·tense** \ik'sten(t)s, (')ek¦s-\ *adj* [L *extensus*, past part. of *extendere* to extend — more at EXTEND] *archaic* : widely extended

**ex·ten·si·bil·i·ty** \ik,sten(t)sə'biləd·ē, (,)ek,--, -lətē, -i\ *n* -ES : capability of being extended; *specif* : the extent to which something can be stretched without breaking

**ex·ten·si·ble** \ik'sten(t)səbəl, (')ek¦s-\ *adj* [L *extensus* + E *-ible*] : capable of being extended (~ school building); *esp* : capable of being protruded (an ~ tongue) or opened out (an ~ measuring rule)

**ex·ten·sile** \ik'sten(t)səl, (')ek¦s-, -n,sīl, -n(t)(,)sil\ *adj* [L *extensus* + E *-ile*] : EXTENSIBLE

**extensimeter** *var of* EXTENSOMETER

**ex·ten·sion** \ik'stenchən, ek-, *in sense 3c* " *or* estä"syō"\ *n*, *pl* **extensions** \-ənz, -ō"(z)\ *often attrib* [ME *extensioun*, fr. MF or LL; MF *extension*, fr. LL *extension-, extensio*, fr. L *extensus* + *-ion-, -io* -ion] **1 a** : the action of extending or state of being extended : a stretching out or stretching forth : a carrying forward : LENGTHENING, FURTHERING, DEVELOPING **b** : the action of spreading out (as in area) or state of being spread out : EXPANSION, ENLARGEMENT, AUGMENTATION, INCREASE **c** : something extended **2 a** : the total range over which something extends or can be extended : COMPASS (the ~ of the human mind) **b** : DENOTATION 4 (*plant* is a word with wider ~ than *orchid*) — contrasted with *intension* **3 a** : the stretching of a fractured or luxated limb so as to restore it to its natural position **b** : the straightening out of a flexed limb **c** : a dance movement in which the leg is extended at an angle to the body; *also* : an exercise (as for a ballet dancer) in which this movement is used **4 a** : a property whereby something occupies or apparently occupies a greater or lesser part of space : spatial magnitude **b** : something marked or delimited by the property of extension **5** : an increase in length of time : increased or continued duration; *specif* : an agreement on or concession of

additional tin
legal formalit
opportunities
programs or
campus instr
branches, or l
advantage of
or system by
available **7** :
main body or
ment (a hous
tended or att
an additional
a railway) :
tensions (as a
principal line
of the bedro
**a** : a figure tr
**b** : an amoun
by the cost of
**extension age**
**ex·ten·sion·a**
lating to, or
~ meaning o
—P.D.Wienpe
values, relati
nonsubjective
objective real
\-'lē, -əlē, -li\
**ex·ten·sion·al**
: EXTENSIONAL
**ex·ten·sion·al**
quality or stat
**ex·ten·sion·al**
\-, -l,i'z-, -ə,l
tion of being
**ex·ten·sion·al**
-ED/-ING/-S : t
**extension bolt**
or bottom of
may be conver
**extension-gap**
with an upper
**ex·ten·sion·ist**
vocates extensi
**extension jamb**
or window usu
**extension ladd**
arranged so t
mechanism ali
**ex·ten·sion·les**
~ time)
**extension rule**
measuring of i
**extension spri**

force pulling in
**extension table**
the insertion of
**ex·ten·si·ty** \ik
**1** : the quality
about an emoti
—H.H.Britan)
severity and ~
**2** *psychol* : an a
perceived
**ex·ten·sive** \ik
*extensivus*, fr. L
*-ivus* -ive — mor
: APPLICABLE (i
acts —Jonathan
logical extension
~ nature of the
extended in sco
COMPREHENSIVE
privileges) : ver
knowledge of la
extended in are
large surface or
: ranging over a
by considerable
~ trip) or detail
(~ funds will be
road developme
: NUMEROUS (~
to, or involving
utilized with mi
under ~ conditio
*intensive* — **ex·t**
**ness** \-sivnəs, -s
**ex·ten·siv·i·ty** \
state of being ex
**ex·ten·som·e·ter**
**sim·e·ter** \-sim
instrument for m
mens under stre
twisting)
**ex·ten·sor** \ik'st
*extensus* + *-or*]
bodily part — op
**extensor thrust**
sponse to upwar
**ex·tent** \ik'stent,
*estente, extente*
veyal, fr. fem. of
to extend — more
ment (as of land
purpose of taxati
behalf —R.H.I.P.
valuation or asses
an extent : asses
justice) or showi
—Shak.) **3 a** : a
extent in Great Br
: the right of ma
**c** : a writ giving
debtor's property
unjust ~ against t
inclusiveness or
: SCOPE, COMPASS
knowledge) (the
: the point or deg
money to the ~ o
tends (exerting th
fond of him) **b**
cupies or the dis
width, height, thic
something : DIM
SPREAD (a farm of
(20 square miles in
in area : a usu. le
~ of the sea) : an
the forest) (in the
**syn** see SIZE
**¹extenuate** *adj* [ME
: EXTENUATED
**²ex·ten·u·ate** \ik's
[L *extenuatus*, pas
to make thin or sm
**1 a** *archaic* : to tr
(not by *extenuatin*
Taylor) : UNDERRA
try to lessen the re
offense, or fault) or

²intensive \"\ n -s : an intensive linguistic element (as a word, particle, or prefix)

**intensive pronoun** n 1 : a pronoun that emphasizes a preceding noun or another pronoun (as *itself* in "borrowing is itself a bad habit") 2 : a personal pronoun compounded with *-self* and used in apposition with a noun or pronoun or as pronominal adjunct (as *itself* in "the cat looked innocence itself" or *himself* in "he made it himself")

**intensive proposition** n : a proposition stating a relation of intension between concepts or one whose meaning is to be understood in intension

¹**in·tent** \ən·'tent\ n -s [alter. (influenced by L *in-* ¹in-) of ME *entent, entente;* ME *entent,* fr. OF, fr. LL *intentus* aim, purpose, intent, fr. L, act of stretching out, fr. *intentus,* past part. of *intendere* to stretch out, intend; ME *entente,* fr. OF, fr. L *intentus* (past part.) — more at INTEND] **1 a** (1) : the act, fact, or an instance of intending : PURPOSE, DESIGN (suspect him of hostile ~ —S.M.Crothers) (came with ~ to kill) (2) : the design or purpose to commit any wrongful or criminal act that is the natural and probable consequence of other voluntary acts or conduct (3) : the state of mind or mental attitude with which an act is done : VOLITION **b** : an end or object proposed : AIM (used his leisure time to good ~) **2 a** : MEANING, PURPORT, IMPORT, SIGNIFICANCE (paraphrase in speech the ~ of the communication —Edward Sapir); *specif* : INTENDMENT 2b **b** : the connotation of a term **syn** see INTENTION — **to all intents and purposes** *also* **to all intents** *or* **to all intent and purpose** : in all applications or senses : PRACTICALLY, REALLY, VIRTUALLY (the process is *to all intents and purposes* identical with that practiced today —A.C.Morrison)

²**intent** \"\ adj [L *intentus,* fr. past part. of *intendere* to stretch forth] **1** : directed with strained or eager attention : CONCENTRATED, EARNEST, INTENSE (a gaze so ~ that the girl flushed a little —P.B.Kyne) (his face was ~ as he examined each picture —Lyle Saxon) **2 a** (1) : having the mind or attention closely or fixedly directed on something : PREOCCUPIED, ENGROSSED (the two men, ~ on their figures, did not notice —Sherwood Anderson) (still too ~ upon his own thoughts —W.M.Thackeray) (so ~ on this fantastic . . . narrative that she had hardly stirred —Walter de la Mare) (2) : reflecting or evidencing strained or concentrated attention or preoccupation (her forehead was painfully anxious and ~ as she gave this evidence —Charles Dickens) **b** : having the mind or will concentrated on some end or purpose : DETERMINED, RESOLVED, BENT (a selfish interest ~ upon privilege for itself —H.J.Laski) (~ upon making his way in the corporation —Lee Rogow) (~ that we should have a week of climbing —E.A.Weeks)

**in·ten·tion** \ən'tenchən\ n -s [ME *entencioun, intencioun,* fr. MF & L; MF *entention, intention,* fr. OF, fr. L *intention-, intentio,* lit., act of stretching out, fr. *intentus* (past part.) + *-ion-, -io* -ion] **1 a** (1) : an act of intending : RESOLVE (announced its ~ to divide its Indian Empire into two dominions —*Current Biog.*) (certainly had no ~ of doing so —Rose Macaulay) (2) **intentions** *pl* : purpose with respect to marriage (inquired concerning the young man's ~s toward his daughter) (3) : a written or printed statement of intention (filed his ~ to run for mayor) **b** (1) : the will to administer a sacrament in the form and spirit prescribed by the Roman Catholic Church (2) : the will to apply the benefits of a mass or prayers to a particular person or purpose; *also* : the person or purpose contemplated **c** (1) *Roman law* : the part of a formula in which the plaintiff's claims and the defendant's defenses are stated (2) *old English law* : a declaration in a real action **2** : an intended object : AIM, END (complete and final victory was his ~) (his ~ (the intended significance of the poem) . . . and what he actually contrives as a poet to do, conflict —F.R.Leavis) **3** : the import or meaning of something : something that is conveyed or intended to be conveyed to the understanding : SIGNIFICANCE (shook his head with a double ~ —James Joyce) **4 a** *archaic* (1) : strenuous mental application : close attention (2) : the act or an instance of straining or tensing (as the eye) **b** : a concept or notion; *esp* : a concept considered as the product of attention directed to an object of knowledge — see FIRST INTENTION, SECOND INTENTION **5** : a process or manner of healing of incised wounds — see FIRST INTENTION, SECOND INTENTION

**syn** INTENT, PURPOSE, DESIGN, AIM, END, OBJECT, OBJECTIVE, GOAL: INTENTION simply indicates what one proposes to do or accomplish (the main *intention* of the poem has been to make dramatically visible the conflict —Allen Tate) (it was Buchanan's *intention* that his administration should be chiefly characterized by a vigorous foreign policy —C.R.Fish) INTENT may imply more deliberate and clear formulation (to tell a lie, also, with *intent* to deceive was a serious offense —Havelock Ellis) (the clear *intent* of the Taft-Hartley law's provision on secondary boycotts —*Wall Street Jour.*) PURPOSE can apply to what one proposes with resolution and determination (the missionary was here for a *purpose,* and he pressed his point —Willa Cather) (writing her excellent period stories for girls, Elizabeth Howard has a well-defined *purpose* in view —*Current Biog.*) DESIGN may suggest careful ordering, calculating, or scheming (that sense of inherent *design* that characterizes the English or the Russian novel —J.A.Michener) (the TVA is substituting order and *design* for haphazard, unplanned, and unintegrated development —*Amer. Guide Series: Tenn.*) (to keep this strategic peninsula out of the hands of any power which might harbor aggressive *designs* —C.A. Fisher) AIM may imply clear and definite singleness of purpose or intention (the theoretical understanding of the world, which is the *aim* of philosophy —Bertrand Russell) (the next *aim* of the company was to secure the St. Louis and Missouri river trade —Grace L. Nute) END stresses intended effect and may subordinate or contrast with notions of means (the final *end* of government is not to exert restraint but to do good —Rufus Choate) (He knows us and our true *end* is to know Him —J.A.Pike) OBJECT is closely synonymous with END but may be used for more individually determined desires or intentions to accomplish (my *object* all sublime I shall achieve in time — to let the punishment fit the crime —W.S.Gilbert) (the *object* of this society is to elevate the architectural profession as such —*Amer. Institute of Architects*) OBJECTIVE may be used in relation to that which is quite concrete and tangible and immediately attainable (getting the child to want to write is the new-style teacher's first *objective* —John Haverstick) (to fight wars of limited *objective* and to make moderate and reasonable peace settlements —W.H.Chamberlin) GOAL may indicate that which is attained by struggle and endurance of hardship (the achievement of understanding, which is man's highest *goal* —Ida C. Merriam) (could not help thinking that this was my *goal,* that I had been brought to this spot with a purpose, that in this wild and solitary retreat some tremendous adventure was about to befall me —W.H.Hudson 1922)

**in·ten·tion·al** \-chən'l, -chnəl\ adj [ML *intentionalis,* fr. L *intention-, intentio* intention, attention + *-alis* -al] **1** : relating to intention or design : having an intention (deeply ~ in its message —Fanny Butcher) **2** : done by intention or design : INTENDED, DESIGNED (~ damage) **3 a** : of, relating to, or based on intention (sense 4b) or a particular conception of intention (a simple categorical statement (for example, "Parsifal sought the Holy Grail") is ~ if it uses a substantival expression (in this instance, "the Holy Grail") without implying either that there is or there isn't anything to which the expression truly applies —R.M.Chisholm) **b** : referring or pointing beyond itself (the ~ structure of consciousness —Hannah Arendt) **syn** see VOLUNTARY

**intentional fallacy** n : the fallacy that the value or meaning of a work of art (as a poem) may be judged or defined in terms of the artist's intention

**in·ten·tion·al·ism** \-'l,izəm -ə,li-\ n -s [ISV *intentional* + *-ism*] : ACT PSYCHOLOGY

**in·ten·tion·al·i·ty** \ən,tenchə'nalədē\ n -ES [ML *intentionalitas, intentionalitas,* fr. *intentionalis* intentional + L *-itas, -itas* -ity] : the quality or state of being intentional; *specif* : the characteristic of being conscious of intending an object (three forms of ~ or objective reference: idea, judgment and desire —Vivian J. McGill)

**in·ten·tion·al·ly** \ən'tenchən°lē, -chnəlē, -i\ adv : in an intentional manner : with intention : PURPOSELY (~ vague and misleading language)

**intentional object** n : something whether actually existing or not that the mind thinks about : a referent of consciousness — compare PHENOMENOLOGY

**intentional pass** n : the act or an instance of deliberately walking a batter in baseball

**intentional species** n : mental images or forms produced by sensation and cognition — compare SPECIES

**in·ten·tioned** \ən;tenchənd\ adj : having intentions of a specified kind (seriously ~ radio work —Leslie Rees) — often used in combination (justify a well-*intentioned* lie —Lucius Garvin)

**in·ten·tion·less** \ən'tenchənləs\ adj : being without intention

**intentions** *pl of* INTENTION

**intention tremor** n : a slow tremor of the extremities that increases on attempted voluntary movement and is observed in certain diseases (as multiple sclerosis) of the nervous system

**in·ten·tive** \ən'tentiv\ adj [alter. (influenced by L *in-* ²in-) of ME *ententif,* fr. OF, fr. LL *intentivus* intensive, fr. L *intentus* (past part. of *intendere* to intend, attend) + *-ivus* -ive — more at INTEND] : ATTENTIVE, INTENT — **in·ten·tive·ly** \-əvlē\ adv — **in·ten·tive·ness** \-ivnəs\ n -ES

**in·tent·ly** adv : in an intent manner

**in·tent·ness** n -ES : the quality or state of being intent

**intents** *pl of* INTENT

**in·ter** \R ən'tər, + *vowel* -tər·; -R -tə, + *suffixal vowel* -tər· *also* -tər, + *vowel in a following word* -tər· *or* -tə *also* -tər\ vt **interred; interred; interring; inters** [alter. (influenced by L *in-* ²in-) of ME *enteren,* fr. MF *enterrer,* fr. OF, fr. (assumed) VL *interrare,* fr. *in-* ²in- + L *terra* earth — more at TERRACE] **1** : to deposit (a dead body) in the earth or in a grave or tomb : BURY, INHUME (the good is oft *interred* with their bones —Shak.) **2** *obs* : to enclose the dead body of **3** *obs* : to put in the ground : cover with earth

**inter-** *prefix* [ME *inter-, entre-, enter-;* ME *inter-,* fr. MF & L; MF, fr. L, fr. *inter;* ME *entre-,* fr. OF, fr. L *inter-;* ME *enter-,* fr. MF & L; MF *entre-,* fr. OF, fr. L *inter-;* akin to OHG *untar* between, among, ON *innr,* pl., intestines, OIr *etar, eter* between, among, Gk *enteron* intestine, Skt *antar* between, within, in, and OE *in* — more at IN] **1** : between, among, in the midst (*inter*mediate) (*inter*polar) (*inter*space) **2** : mutual, reciprocal (*inter*marry) (*inter*mesh) (*inter*relation) (*inter*twine) **3** : between or among the parts of (*inter*costal) (*inter*dental) **4** : carried on between (*inter*collegiate) (*inter*communication) (*inter*national) **5** : occurring between : intervening (*inter*glacial) (*inter*tidal) **6** : shared by or derived from two or more (*inter*departmental) (*inter*faith) **7** : between the limits of : within (*inter*tropical)

**inter** *abbr* **1** intermediate **2** interrogative

**in·ter·academic** \;intə(r)+\ adj [*inter-* + *academic*] : among or between or common to schools, colleges, or universities (~ exchanges) (~ courtesies)

**in·ter·acinous** \"+\ *also* **in·ter·acinar** \"+\ adj [*interacinous* fr. *inter-* + *acinous, interacinar* fr. *interacinous* + *-ar*] : situated between or among the acini of a gland

¹**in·ter·act** \'intə,(r)akt\ n [*inter-* + *act;* intended as trans. of F *entr'acte*] : ENTR'ACTE (a mask proper was closely associated with an early Tudor play as an afterpiece rather than as an ~ —E.K.Chambers)

²**in·ter·act** \;..;..\ vi [*inter-* + *act*] : to act upon each other : have reciprocal effect or influence (required many generations of ~*ing* human beings to make such discoveries and inventions —P.A.Sorokin)

**in·ter·ac·tant** \-ktənt\ n -s [²*interact* + *-ant*] : one that interacts; *specif* : one of two or more substances taking part in a chemical reaction : REACTANT

**in·ter·ac·tion** \;intə(r)akshən\ n **1** : mutual or reciprocal action or influence (~ of the heart and lungs) (~ of an individual with his social environment) (~ admits causal action between physical events, between mental events, and also between mental and physical events —Vivian J. McGill) **2** : a measure of how much the effect of one statistical variable upon another is determined by the values of one or more other variables

**in·ter·ac·tion·al** \-shən'l, -shnəl\ adj : of or relating to interaction or to a theory of interaction (~ ecology) — **interactionally** adv

**in·ter·ac·tion·ism** \-shə,nizəm\ n -s **1** : a theory that mind and body are distinct and interact causally upon one another — compare DOUBLE-ASPECT THEORY, PSYCHOPHYSICAL PARALLELISM **2** : a theory that derives social processes (conflict, competition, cooperation) from human interaction

**in·ter·ac·tion·ist** \-.nəst\ n : a proponent of interactionism

**in·ter·active** \;intə(r)+\ adj [*inter-* + *active*] **1** : mutually or reciprocally active **2** : INTERACTIONAL

**in·ter·activity** \"+\ n : the fact or process of interacting

**in·ter·adaptation** \"+\ n [*inter-* + *adaptation*] : mutual adaptation

¹**in·ter·agency** \"+\ n [*inter-* + *agency*] : the action or function of an intermediary

²**interagency** \"\ adj [*inter-* + *agency* (n.)] : involving two or more public or government agencies (~ dispute) (~ committee)

**in·ter·agent** \"+\ n [*inter-* + *agent*] : an intermediate agent : INTERMEDIARY

**in·ter alia** \;intə(r)ālēə, -lyə\ adv [L] : among other things (the commission recommended, *inter alia,* that:) (rate of progress will depend upon, *inter alia,* the number of . . . engineers available —L.L.Goodman)

**inter al·i·os** \-lē,ōs\ adv [L] : among other persons

**in·ter·allied** \;intə(r)+\ *also* **in·ter·ally** \"+\ adj [*inter-* + *allied* (adj.) or *ally* (n.)] : involving or relating to all or a number of allies (British policy on both German reparations and *Interallied* debts —*Atlantic*) (~ agreement)

**in·ter·ambulacral** \"+\ adj [*inter-* + *ambulacral*] : situated between ambulacra

**in·ter·ambulacrum** \"+\ n [NL, fr. *inter-* + *ambulacrum*] : one of the areas between two ambulacra in an echinoderm

**in·ter-american** \"+\ adj, *usu cap A* : involving or concerning some or all of the nations of No. and So. America (~ affairs) (~ treaties)

**in·ter·am·ni·an** \;intə(r)amnēən\ adj [LL *interamnus* interamnian (fr. L *inter-* + *amnis* river) + E *-ian*] : situated between or enclosed by rivers

**in·ter·animate** \;intə(r)+\ vt [*inter-* + *animate*] : to animate mutually (love with one another so ~s two souls —John Donne)

**in·ter·animation** \"+\ n : mutual animation

**in·ter·articular** \"+\ adj [*inter-* + *articular*] : situated between articulating surfaces (~ cartilage)

**in·ter·association** \"+\ n [*inter-* + *association*] : mutual association : INTERRELATION (~ of sense perceptions)

**in·ter·astral** \"+\ adj [*inter-* + *astral*] : situated or occurring between or among stars

**in·ter·atomic** \"+\ adj [*inter-* + *atomic*] : situated or acting between atoms (~ forces)

**in·ter·atrial** \"+\ adj [*inter-* + *atrial*] : situated between the atria of the heart (~ septum)

**in·ter·aural** \"+\ adj [*inter-* + *aural*] : situated between or connecting the ears (~ plane)

**in·ter·availability** \"+\ n [*inter-* + *availability*] *Brit* : availability mutually extended throughout a specified system or grouping

**in·ter·axial** \"+\ *also* **in·ter·axal** \"+\ adj [NL *interaxis* + *-ial* or *-al*] : lying between the axes (~ space in an architectural plan)

**in·ter·axillary** \"+\ adj [*inter-* + *axillary*] : situated within or between the axils of leaves

**in·ter·axis** \"+\ n [NL, fr. L *inter-* + *axis*] : the space between two axes (as of a building plan)

**in·ter·balance** \"+\ vt [*inter-* + *balance*] : to balance mutually or reciprocally : achieve mutual balance among (intricate *interbalancing* of lead, glass, and stone —M.W.Baldwin)

**in·ter·banded** \"+\ adj [*inter-* + *banded*] : deposited in alternating layers of different materials (~ quartz and galena)

**in·ter·bank** \"+\ adj [*inter-* + *bank* (n.)] : involving two or more banks (~ deposits) (~ relations)

¹**in·ter·bed** \"+\ vb [*inter-* + *bed*] : INTERSTRATIFY

²**in·ter·bed** \'intə(r),bed\ n : a typically thin layer of one kind of sedimentary material between layers of another kind

**in·ter·behavior** \"+\ n [*inter-* + *behavior*] : interaction between two or more individuals : social behavior — **in·ter·behavioral** adj

**in·ter·bel·la** \;intə(r);belə\ *or* **interbel·lum** \-ləm\ adj [NL, fr. L *inter* between, among + *bella* (pl. of *bellum* war) or *bellum* — more at INTER-, BELLICOSE] : extending or occurring between wars (~ period) (*interbellum* generation of writers)

**in·ter·blend** \;intə(r)+\ vb [*inter-* + *blend*] : to blend together : INTERMINGLE, COMMINGLE

**in·ter·bonding** \"+\ n [*inter-* + *bonding,* gerund of *bond*] : a bonding together (~ of concrete and rock)

**in·ter·borough** \"+\ adj [*inter-* + *borough*] : relating to, situated in, or operating between two or more boroughs (~ subway system)

**in·ter·bourse** \"+\ adj [*inter-* + *bourse* (n.)] : issued simultaneously in different countries (~ securities)

**in·ter·brain** \'intə(r)+,-\ n [*inter-* + *brain*] : DIENCEPHALON

**in·ter·branch** \;intə(r)+\ adj [*inter-* + *branch* (n.)] : occurring between branches (~ rivalry in the armed forces)

**in·ter·breed** \"+\ vb [*inter-* + *breed*] vi : to breed together, as **a** : CROSSBREED **b** : to breed within a closed population : INBREED ~ vt : to cause (individuals or groups) to breed together

**in·ter·ca·lary** \ən'tərkə,lerē, -tāk-, -təik-, -ri, ;intə(r);kal(ə)r-\ adj [L *intercalarius,* fr. *intercalare* to intercalate + *-arius* -ary; influenced also by L *intercalaris* intercalary, fr. *intercalare* + *-aris* -ar] **1 a** *of a day or month* : inserted in a calendar by intercalation : INTERCALATED **b** *of a year* : containing an intercalary period **2** : inserted or introduced between the usual or original elements or components : INTERPOLATED (~ matter in a text) (~ tissue in a plant) (~ line in a poem)

**intercalary meristem** n : a meristem developing between regions of mature or permanent tissue (as at the base of the grass leaf) — compare APICAL MERISTEM, LATERAL MERISTEM

**in·ter·ca·late** \ən'tərkə,lāt, -tāk-, -təik-, *usu* -ād+V\ vt -ED/-ING/-S [L *intercalatus,* past part. of *intercalare,* fr. *inter-* + *calare* to call, summon — more at LOW] **1** : to insert (as a day or month) in a calendar by intercalation **2** : to insert between or among existing elements : INTERPOLATE (~ a vowel into a cluster of consonants) (stories *intercalated* into a narrative) **3** : to insert (as a sheet of lava) between layers or beds of other rock : INTERSTRATIFY — usu. used in the past part.

**in·ter·ca·la·tion** \,..'lāshən\ n -s [MF or L; MF, fr. L *intercalation-, intercalatio,* fr. *intercalatus* (past part.) + *-ion-, -io* -ion] **1 a** : the insertion of one or more days at regular intervals in a calendar in order to bring it into accord with the solar year **b** : a period so inserted **2 a** : the insertion or introduction of something among other existing or original things **b** : something that is so inserted (the poet was reluctant to vary the metrical arrangement of the poem to accommodate an ~ —A.K.Moore) **3** : the introduction or existence of a bed or layer between other layers or of a particular fossil horizon between fossil zones of different character; *also* : an intercalated bed or lenticular deposit (a few lenses of volcanic ash are present as ~s)

**in·ter·cameral** \;intə(r)+\ adj : occurring between two chambers of a legislature (~ deadlock)

**in·ter·capillary** \"+\ adj [*inter-* + *capillary*] : situated between capillaries

¹**in·ter·cardinal** \"+\ n [*inter-* + *cardinal*] : an intercardinal point of the compass (~s are four points from the cardinals and eight points from one another —H.A.Calahan)

²**intercardinal** \"\ adj : lying midway between the cardinal points (~ points of the compass)

**in·ter·carotid body** \"+...\ n [*inter-* + *carotid*] : CAROTID BODY

**in·ter·carpal** \"+\ adj [*inter-* + *carpal*] : situated between carpal bones

**in·ter·cartilaginous ossification** \"+...\ n [*inter-* + *cartilaginous*] : ENDOCHONDRAL OSSIFICATION

**in·ter·caste** \"+\ adj [*inter-* + *caste* (n.)] : existing between or involving two or more castes (~ education) (~ mobility)

**in·ter·catenated** \"+\ adj [*inter-* + *catenated,* past part. of *catenate*] : chained or linked together (~ ideas)

**in·ter·cavernous** \"+\ adj [*inter-* + *cavernous*] : situated between and connecting the cavernous sinuses behind and in front of the pituitary body (~ sinus)

**in·ter·cede** \,intə(r)'sēd\ vi [L *intercedere,* fr. *inter-* + *cedere* to move, go — more at CEDE] **1** *obs* **a** : to get in the way : INTERVENE **b** : to come or lie esp. in time or space **2** : to act between parties with a view to reconciling differences : to beg or plead in behalf of another : MEDIATE (the Western powers would not ~ in behalf of the people —N.S.Timasheff) (she it was who *interceded* for the old woman with her uncle —Hilaire Belloc)

**in·ter·ced·er** \-də(r)\ n : one that intercedes

**in·ter·cellular** \;intə(r)+\ adj [*inter-* + *cellular*] : lying between cells (~ space in plant tissue) (~ canals in lumber)

**intercellular substance** n : MIDDLE LAMELLA

**in·ter·cen·sal** \"+;sen(t)səl\ adj [*inter-* + *census* + *-al*] : occurring between censuses (~ study) (~ figures)

**in·ter·central** \"+\ adj [*inter-* + *central*] **1** : lying or extending between centers (~ nerve fibers) **2** [NL *intercentrum* + E *-al*] : of or relating to an intercentrum

**in·ter·centrum** \"+\ n [NL, fr. *inter-* + *centrum*] **1** : an element of the vertebral column alternating with the true centra of the vertebrae in several different classes of vertebrates **2** : HYPOCENTRUM **3** : one of the ossified intervertebral disks characteristic of certain mammals

¹**in·ter·cept** \,intə(r)'sept\ vt -ED/-ING/-S [L *interceptus,* past part. of *intercipere,* fr. *inter-* + *-cipere* (fr. *capere* to take, seize) — more at HEAVE] **1** : to take, seize, or stop by the way or before arrival at the destined place : stop or interrupt the progress or course of (~ a letter) (telegram will ~ him at Paris) (~ a forward pass) (~ an attacking bomber) **2** *obs* : to stop or prevent from doing something : HINDER (who ~s me in my expedition —Shak.) **3** *obs* : to interrupt communication or connection with (while storms vindictive ~ the shore —Alexander Pope) **4** : to include (part of a curve, surface, or solid) between two points, curves, or surfaces (the part of a circumference ~*ed* between two radii)

²**in·ter·cept** \'..,.\ n -s **1** : a part intercepted; *specif* : the part of a coordinate axis included between the origin and the point where a graph crosses the axis **2** : an interception of a ball passed or thrown by an opponent (as in lacrosse) **3** : a picked-up code or message (as one sent by radio)

**in·ter·cept·er** \,..'septə(r)\ n -s : INTERCEPTOR

**in·ter·cep·tion** \-pshən\ n -s [MF or L; MF, fr. L *interception-, interceptio,* fr. *interceptus* (past part.) + *-ion-, -io* -ion] **1** : the act of intercepting or state of being intercepted (~ of vital information to and from enemy agents —*All Hands*) (rushing skyward like a fighter going up on an ~ —Terrence Horsley) **2** : an intercepted segment : INTERCEPT

**in·ter·cep·tive** \;..;septiv\ adj [¹*intercept* + *-ive*] : tending to intercept

**in·ter·cep·tor** \,..'..tə(r)\ n -s [L, fr. *interceptus* (past part.) + *-or*] : one that intercepts as **a** : a device for preventing the entrance of solid matter, grease, or other material into a drain subject to clogging **b** : a light high-speed fast-climbing fighter plane designed for defense against raiding bombers

**in·ter·cerebral** \;intə(r)+\ adj [*inter-* + *cerebral*] : situated between the cerebral hemispheres

**in·ter·ces·sion** \,intə(r)'seshən\ n -s [MF or L; MF, fr. L *intercession-, intercessio* intervention, act of becoming surety, interposition of a veto, fr. *intercessus* (past part. of *intercedere* to intervene, become surety) + *-ion-, -io* -ion — more at INTERCEDE] **1 a** : the act of interceding : interposition between parties at variance with a view to reconciliation : MEDIATION **b** : prayer, petition, or entreaty in favor of another **2** *Roman & civil law* : assumption of liability for the debt of another either by substitution or by the addition of a new debtor or surety — compare ADPROMISSION, CUMULATIVE INTERCESSION, EXPROMISSION, FIDEJUSSION

**in·ter·ces·sion·al** \;..;seshən'l, -shnəl\ adj : relating to or characterized by intercession or entreaty

**in·ter·ces·sive** \;intə(r);sesiv\ adj [L *intercessus* (past part.) + E *-ive*] : INTERCESSORY

**in·ter·ces·sor** \'..,sesə(r)\ n -s [ME *intercessour,* fr. MF & L; MF *intercesseur,* fr. L *intercessor,* fr. *intercessus* (past part.) + *-or*] **1** : one who intercedes : MEDIATOR **2** : a bishop who

rein or strap used to lead or guide a horse in training — called also *longeing rein*
[2]**longe** *or* **lunge** \"\ *vt* **longed** *or* **lunged; longed** *or* **lunged; longeing** *or* **lunging; longes** *or* **lunges** : to guide or exercise (a horse) by means of a longe
[3]**longe** \'länj, 'lənj\ *n* -s [by shortening & alter.] **1** : LAKE TROUT b **2** : MUSKELLUNGE
**longear** \'ˌ-ˌ\ *n, West* : an unbranded calf
**long-eared** \'ˌ-ˌ\ *adj* **1** : having long ears **2** : ASININE : STUPID ⟨an evil heavy-laden. *long-eared* age —Thomas Carlyle⟩
**long-eared bat** *n* : any of numerous bats having very long ears (as members of the nearly cosmopolitan genus *Plecotus* in which the ears may equal the forearm in length)
**long-eared fox** *n* **1** : a small carnivorous mammal (*Otocyon megalotis*) of southern Africa that is related to the typical foxes but is distinguished by very large erect ears and the presence of four molars in each jaw **2** : DESERT FOX 2
**long-eared jerboa** *n* : a central Asian jerboa (*Euchoreutes naso*) that is ocherous or russet and has a snout like that of a pig
**long-eared owl** *n* : an owl of the northern hemisphere (*Asio otus*) that has conspicuous ear tufts and mottled coloration; *esp* : a slender long-winged and long-tailed American owl (*Asio otus wilsonianus*)
**longear sunfish** *or* **long-eared sunfish** *n* : a sunfish (*Lepomis megalotis*) of the central and southern U.S. that is brilliant in color with a long opercular flap
**longed** *past of* LONG
**longeing rein** *or* **lunging rein** *n* : LONGE
[1]**longer** *comparative of* LONG
[2]**lon·ger** \'läŋgə(r)\ *n* -s [origin unknown] : a row of barrels stowed fore and aft
**lon·ge·ron** \'länjərən\ *n* -s [F, longitudinal girder, longeron, fr. *allonger* to make long — more at ALLONGE] : a fore-and-aft member of the framing of an airplane fuselage that is usu. continuous across a number of points of support
**long ess** *var of* LONG S
**longest** *superlative of* LONG
**lon·ge·val** *also* **lon·gae·val** \län'jēvəl\ *adj* [L *longaevus* + E *-al*] *archaic* : long lasting
**lon·gev·i·ty** \län'jevəd·ē, lön-, -ətē, -i\ *n* -es [LL *longaevitas*, fr. L *longaevus* long-lived (fr. *longus* long + *aevum* age, lifetime) + *-itas* -ity — more at LONG, AYE] **1 a** : a long duration of individual life ⟨his ~ was remarkable, considering the fact that he had been sickly as a child⟩ ⟨~ of metal parts is increased by this new process —*Report: General Motors Corp.*⟩ **b** : length of life ⟨studies in ~⟩ **2** : long continuance : SENIORITY ⟨~ in office is also an asset —Spencer Parratt⟩ ⟨held a remarkable record for parliamentary ~ —*Time*⟩
**longevity pay** *n* : additional wages or other compensation given on the basis of length of service
**lon·ge·vous** \(')län'jēvəs\ *adj* [L *longaevus*] : LONG-LIVED ⟨this ~ royal grandfather —*Time*⟩
**long face** *n* : a facial expression of sadness or melancholy usu. affected or exaggerated ⟨go around with a *long face* feeling sorry for yourself —Gregor Felsen⟩
**long-fed** \'ˌ-ˌ\ *adj, of cattle* : kept on a fattening ration for a period of four or more months — compare SHORT-FED
**long field** *n* : the part of a cricket field near the boundary behind the bowler; *also* : a fielder stationed there — called also *deep field*
**longfin** \'ˌ-ˌ\ *n* : any of several long-finned fishes: as **a** *Austral* : a member of the family Serranidae **b** : ARCTIC GRAYLING **c** : ALBACORE
**long-finned tuna** *or* **long-finned tunny** \'ˌ-ˌ-\ *n* : ALBACORE
**longfin pompano** *n* : a common pompano (*Trachinotus palometa*) of the warm western Atlantic that is marked by elongated fins and tail
**long fold** *adj* : LONG GRAIN
**long·ford** \'lôŋfə(r)d, 'läŋ-\ *adj, usu cap* [fr. *Longford* county, Ireland] : of or from County Longford, Ireland : of the kind or style prevalent in County Longford
**long four** *n* : a candle weighing a quarter of a pound
**long·ful** \'lôŋfəl *also* 'läŋ-\ *adj* [[1]*long* + *-ful*] *dial* : LENGTHY
**long game** *n* : the phase of golf in which distance driving is a factor of first importance — compare SHORT GAME
**long glass** *n* : a nautical telescope
**long grain** *adj, of paper and paperboard* : having the machine direction running the long way of the sheet — called also *long fold*; compare BROAD FOLD
**long green** *n, slang* : paper money : CASH ⟨the boy will have plenty of the *long green* in a couple of years —Raymond Chandler⟩
**long hair** *also* **long-haired cat** *n* : a domestic cat having long silky outer fur and conforming in basic characteristics to the Persian type — compare SHORTHAIR
**longhair** \'ˌ-ˌ\ *n* [back-formation fr. *long-haired*] **1 a** : a man who wears his hair long **b** : an American Indian (as a Navaho) who has not attended school ⟨the ~s of the Southwest, if sometimes rejected for illiteracy, are sought to man jackhammers and bulldozers —Elizabeth S. Sergeant⟩ **2 a** : an artistically gifted person or one seriously interested in any of the arts; *esp* : a composer, performer, or lover of classical music ⟨the great and the unknown who make music in Manhattan go there — from ~s to hot pianists, drummers, and vibraharpists —*Newsweek*⟩ **b** : an impractical or unworldly intellectual : a scholar remote from everyday life ⟨described the younger writers as lugubrious and timid ~s huddling in chill academies —Irving Howe⟩ ⟨problems the hard-boiled businessmen seem willing to leave to the ~s —H.A.Wolff⟩ ⟨books are for women and ~s —Ellery Queen⟩
**long-haired** \'ˌ-ˌ\ *adj* **1** : having long hair **2** : characterized by a devotion to abstract theory and impractical ideas ⟨making the crusader seem a *long-haired* dreamer who has never met a payroll —John Lardner⟩ ⟨were called reformers, cranks, enthusiastics, *long-haired* idealists —S.V.Benet⟩ **3** : comprising, produced by, or appealing to aesthetes, idealists, or intellectuals ⟨the advanced guard of writers, the holy few who can only appeal endlessly to a limited and *long-haired* audience —Harrison Smith⟩ ⟨playing together in informal *long-haired* jam sessions —*Newsweek*⟩ ⟨*long-haired* fiction —*Time*⟩ **4** : of, devoted to, or having the characteristics of classical music ⟨*long-haired* pianist⟩ ⟨*long-haired* audience⟩ ⟨*long-haired* concerto⟩
**long-haired chimpanzee** *n* : a chimpanzee (*Pan satyrus schweinfurthii*) that has exceptionally long hair and is found in forested country north and east of the Congo river
**longhand** \'ˌ-ˌ\ *n* : the characters used in ordinary writing : HANDWRITING — compare SHORTHAND
**long handle** *n* : the full force of the bat in cricket ⟨the batsman used the *long handle*⟩ ⟨give the bowling the *long handle*⟩
**long haul** *n* **1** : a long distance; *specif* : transportation of goods between two distant points ⟨the furniture was crated for the *long haul* between New York and Chicago⟩ **2** : a considerable period of time — used with *the* ⟨many old wives' rules are still valid for the *long haul* from cradle to the grave —Ernestine Evans⟩ ⟨over the *long haul* there is every reason to believe that the number of college students will increase steadily —R.C. Story⟩
**longhead** \'ˌ-ˌ\ *n* **1** : a head with a low cephalic index **2** : a dolichocephalic person
**longheaded** \'ˌ-ˌ-\ *adj* **1** : having unusual foresight or wisdom **2** : DOLICHOCEPHALIC — **long·head·ed·ly** *adv* — **long·head·ed·ness** *n* -es
**long hop** *n* : a bowled ball in cricket that pitches short and takes a relatively long flight after rebounding
**longhorn** \'ˌ-ˌ\ *n* **1** : a long-horned animal **2 a** (1) *cap* : an English breed of heavy beef cattle with low wide horns that is now little raised (2) *usu cap* : an animal of this breed **b** : any of certain practically extinct long-horned cattle of Spanish derivation formerly common in southwestern U.S. esp. in Texas **3** *or* **longhorn cheese** : mild cheddar cheese of a specified form and weight
**long-horned beetle** *also* **longhorn beetle** \'ˌ-ˌ-\ *n* : any of various beetles that constitute the family Cerambycidae and are usu. distinguished by their very long antennae
**long-horned grasshopper** *n* : any of various grasshoppers that constitute the family Tettigoniidae and are distinguished by their very long antennae — see KATYDID

**long horse** *n* **1** : a vaulting apparatus that is similar to a side horse but has one end elongated and is placed for vaulting in the direction of its length **2** : a gymnastic event on the long horse

long horse

**longhouse** \'ˌ-ˌ\ *n* **1 a** : a communal dwelling often over 100 feet long used by some No. American Indians (as the Iroquois) **b** : a similar dwelling used by some peoples of the Pacific **2** : a major council of some No. American Indians (as Iroquois)
**long hundred** *n* : a unit of quantity for countable objects (as fish) equal to 120 objects or to some other number larger than 100
**long hundredweight** *n* : HUNDREDWEIGHT b — see MEASURE table
**long hunter** *n* : a resident of an eastern frontier settlement of late 18th century America accustomed to spending long continuous periods hunting in the mountains of Tennessee and Kentucky
**longi-** *comb form* [ME, fr. L, fr. *longus* — more at LONG] **1** : long ⟨*longi*caudal⟩ ⟨*longi*pennate⟩ ⟨*longi*rostrine⟩ **2** : longitudinal ⟨*longi*section⟩
**lon·gi·col·lous** \ˌlänjə'käləs\ *adj* [*longi-* + L *collum* neck + E *-ous*] : having a long beak or neck ⟨a ~ perithecium⟩
**lon·gi·cone** \'länjəˌkōn\ *n* [ISV *longi-* + *cone*] : a long conical shell characteristic of certain cephalopods; *also* : an animal having such a shell — **lon·gi·con·ic** \ˌ--'känik\ *adj*
[1]**lon·gi·corn** \'länjəˌkȯrn\ *adj* [NL *Longicornia*] **1** : of or relating to the Cerambycidae **2** [*longi-* + *-corn*] : having long antennae
[2]**longicorn** \"\ *n* : LONG-HORNED BEETLE
**lon·gi·cor·nia** \ˌlänjə'kȯ(r)nēə\ *n pl, cap* [NL, fr. *longi-* + L *-cornia*, neut. pl. of *-cornis* -corn] *in former classifications* : a group of beetles coextensive with Cerambycidae
**long·ie** \'läŋi\ *var of* LUNGIE
**long·ies** \'lôŋēz *also* 'läŋ-\ *n pl* [[1]*long* + *-ie* + *-s*] **1** : long underwear **2** : long pants for boys
**lon·gi·fo·lene** \ˌlänjə'fōˌlēn\ *n* -s [ISV *longifol-* (fr. NL *longifolia* — specific epithet of *Pinus longifolia* — fr. *longi-* + *-folia*, fr. L *folium* leaf) + *-ene* — more at BLADE] : a liquid tricyclic sesquiterpene $C_{15}H_{24}$ occurring in various turpentines (as from *Pinus longifolia*, *P. ponderosa* or *P. torreyana*)
**lon·gil·o·quence** \län'jiləkwən(t)s\ *n* [*longi-* + *-loquence* (as in *grandiloquence*)] : LONG-WINDEDNESS
**long·ing** \'lôŋiŋ, -ŋēŋ *also* 'läŋ-\ *n* -s [ME *longing*, *longing*, fr. OE *langung*, fr. *langian*, *langian* to long + *-ung* -ing — more at LONG] : an eager desire esp. for something remote or unattainable : CRAVING ⟨this first sight of him must answer for the amassed ~s of 20 years —Anne S. Mehdevi⟩ ⟨pined away with ~ for ancient Greece —W.A.Kaufmann⟩
**long·ing·ly** *adv* : in a longing manner
**long·ing·ness** *n* -es : LONGING, DESIRE
**lon·gin·ian** \län'jinēən\ *adj, usu cap* [Dionysius Cassius *Longinus*, 3d cent. A.D. Greek philosopher and rhetorician + E *-ian*] : of or characteristic of Longinus ⟨the perennial dialectic between Horatian technique and *Longinian* inspiration —Harry Levin⟩
**lon·gin·qui·ty** \län'jiŋkwəd·ē\ *n* -es [L *longinquitas*, fr. *longinquus* distant (fr. *longus* long) + *-itas* -ity — more at LONG] *archaic* : remoteness in space or time
**long iron** *n* **1** : a golf iron (as a No. 1, No. 2 or No. 3 iron) that has a long shaft and relatively slight loft and is used for hitting a long relatively low ball **2** : a shot or stroke made with a long iron — compare SHORT IRON
[1]**lon·gi·ros·trine** \ˌlänjə'rästrən, -ˌstrīn\ *adj* [*longi-* + *rostr-* + *-ine*] : having a long jaw
[2]**longirostrine** \"\ *n* -s : a long-jawed creature; *specif* : one of the long-jawed primitive proboscideans of the family Gomphotheriidae
**lon·gi·section** \ˌlänjə+\ *n* [*longi-* + *section*] : a longitudinal section
**long·ish** \'lôŋish, -ŋēsh *also* 'läŋ-\ *adj* [[1]*long* + *-ish*] : somewhat long : moderately long ⟨followed by a ~ courtship — a couple of years or more —Robert Reid⟩ ⟨the ~ hair, the mustache and Vandyke the bohemian air —Claudia Cassidy⟩
**lon·gis·si·mus dor·si** \län'jisəməs dȯrsē\ *n* [L, lit., the longest of the back] : the middle and largest division of the sacrospinalis muscle
**lon·gi·tude** \'länjəˌt(y)üd, -ə-ˌtyüd\ *n* -s [ME, fr. L *longitudo*, fr. *longi-* + *-tudo* -tude] **1 a** : measure or distance along the longest line : LENGTH **b** *archaic* : long duration **2 a** : angular distance measured on a great circle of reference from the intersection of the adopted zero meridian with this reference circle to the similar intersection of the meridian passing through the object — used esp. in astronomy and geodesy; see CELESTIAL LONGITUDE, GALACTIC LONGITUDE **b** : the arc or portion of the earth's equator intersected between the meridian of a given place and the prime meridian (as from Greenwich, England) or sometimes from the capital of a country (as from Washington or Paris) and expressed either in degrees or in time, the length of a degree varying as the cosine of the latitude so that it is 69.65 statute miles at the equator and 53.43 miles at 40 degrees latitude ⟨the ~ of New York is 74 degrees or 4 hours 56 minutes west of Greenwich⟩
**longitude by account** *or* **longitude by dead reckoning** : the approximate longitude of a ship as calculated by dead reckoning
**longitude of node** : the angular distance of the node of a planet's or comet's orbit eastward along the ecliptic from the vernal equinox
**longitude of perihelion** : the heliocentric longitude of the perihelion point of a planet's or comet's orbit as usu. measured along the ecliptic to the orbit's node and thence along the orbit to the perihelion point
**longitude signal** *n* : a telegraphic or radio time signal sent out from a station whose longitude is known and received at other stations whose longitude is to be determined from the differences in local time
**lon·gi·tu·di·nal** \ˌlänjə't(y)üdᵊnəl, -ə-tyü-\ *adj* [F, fr. MF, fr. L *longitudin-*, *longitudo* longitude + MF *-al*] **1** : of or relating to the lengthwise dimension : AXIAL ⟨the ~ extent of the building⟩ ⟨~ stability⟩ ⟨the ~ strength of a beam⟩ **2 a** : extending in length : placed or running lengthwise — opposed to *transverse* ⟨contour plowing has largely replaced ~ plowing on sloping land⟩ **b** : extending along or relating to the anteroposterior axis of a body or part ⟨a fish with yellow ~ stripes⟩ **c** : ECTOMORPHIC **3** : extending over a period of time; *specif* : dealing with the growth and change of an individual or group over a period of years ⟨a ~ study of juvenile delinquents over a five-year period⟩ — **lon·gi·tu·di·nal·ly** \-ᵊnəlē, -li\ *adv*
[2]**longitudinal** \"\ *n* -s **1** : a longitudinally located body part (as a sinus or nerve) **2** : LONGERON **3** : one of the fore-and-aft continuous or intercostal girders used in large merchant ships and in nearly all warships to give the required strength and stiffness
**longitudinal bulkhead** *n* : a bulkhead that extends fore and aft
**longitudinal crevasse** *n* : a crevasse roughly parallel to the direction of ice movement that forms where a glacier spreads laterally
**longitudinal fault** *n* : a geological fault with its strike parallel to that of the regional structure
**longitudinal framing** *n* : ISHERWOOD SYSTEM
**longitudinal metacenter** *n* : the point in a vertical line through the center of gravity of a ship where this line is intersected by a second vertical line through the center of buoyancy when the ship is inclined at a very small angle in a fore-and-aft direction
**longitudinal metacentric height** *n* : the distance between the center of gravity of a ship and the longitudinal metacenter
**longitudinal system** *n* : a method of constructing steel ships in which the required strength and stiffness in a fore-and-aft direction is obtained by working in longitudinals — compare ISHERWOOD SYSTEM
**longitudinal valley** *n* : a valley parallel to adjacent folds or mountain ridges : STRIKE VALLEY
**longitudinal wave** *n* : a wave (as a sound wave) in which the particles of the medium vibrate in the direction of the line of advance of the wave
**long jack** *n, usu cap J* [fr. the name *Jack*] **1** : an Australian tree (*Flindersia oxleyana*) with smooth bark and yellow wood **2** : the wood of the long jack tree
**longjaw** \'ˌ-ˌ\ *or* **longjaws** *n* **1 a** : a cisco (*Leucichthys alpenae*) of Lake Huron and Lake Erie **b** : any of various other ciscoes of the Great Lakes **2** : NEEDLEFISH
**long-jawed** \'ˌ-ˌ\ *adj* **1** : having a long jaw **2** *of rope* : having lost most of its twist
**long jenny** *n* : a losing hazard in English billiards in which the ball is played in a corner pocket from the far end of the table — compare SHORT JENNY
**long john** *n, usu cap J* [fr. the name *John*] : a timber tree (*Triplaris surinamensis*) of the family Polygonaceae found along the lower Amazon and in the Guianas
**long johns** *n pl* [fr. the name *John* + *-s*] : long underwear
**long jump** *n, Brit* : BROAD JUMP
**long knife** *n, usu cap L&K* : BIG KNIFE
**longl** *abbr* longitudinal
[1]**longleaf** \'ˌ-ˌ\ *n* : LONGLEAF PINE
[2]**longleaf** \"\ *adj* : made from longer leaves rather than the small tip leaves ⟨~ tea⟩
**longleaf pine** *also* **long-leaved pine** \'ˌ-ˌ-\ *n* **1** : a large pine (*Pinus palustris*) of the southern U.S. that has very long dark green leaves, long cones, thin orange-brown bark, and gnarled twisted limbs and that is an important timber tree and the chief New World source of naval stores — called also *Georgia pine* **2** : the rather heavy tough coarse-grained reddish orange wood of the longleaf pine — called also *southern pine*
**longleaf willow** *n* : any of several willows (as a sandbar willow) with slender elongated leaves
**long leg** *n* : a fielding position in cricket on the leg side relatively far from the batsman; *also* : a player fielding in this position — compare SHORT LEG; see CRICKET illustration
**long-legged bat** \'ˌ-(ə)-\ *n* : a small brown bat (*Myotis volans*) of western No. America
**long-legged duck** *n, South* : TREE DUCK
**longlegs** \'ˌ-ˌ\ *n pl but sing or pl in constr* **1** : STILT **2** : DADDY LONGLEGS
**longline** \'ˌ-ˌ\ *n* : a long heavy fishline with numerous baited hooks that sometimes extends for several miles and that may be used as a setline or arranged to drift with current or tide
**long-line** \'ˌ-ˌ\ *adj* : of or relating to long-distance communication or transportation ⟨*long-line* telephone workers⟩ ⟨*long-line* trains⟩ ⟨*long-line* trucking⟩
**long-liner** \'ˌ-ˌ-\ *n* [*longline* + *-er*] : one that fishes with a longline
**long-lining** \'ˌ-ˌ-\ *n* : fishing with a longline
**long-lived** \'lôŋ'līvd, -livd *also* 'läŋ-\ *adj* [ME *longe lived*, fr. *longe* long + *lived*] **1 a** : having a long life ⟨a *long-lived* man⟩ : typically having long life ⟨a *long-lived* family⟩ **b** : capable of having a long life by reason of constitutional peculiarities ⟨a *long-lived* tree⟩ **2** : lasting a long time : ENDURING ⟨a successful textbook is *long-lived* and stays in print for several years — —*Education Digest*⟩ — **long-lived·ness** *n* -es
**long logger** *n* : a logger in the western American coastal fir and redwood regions
**long·ly** *adv* [ME *longly*, *langly*, fr. *long*, *lang* long + *-ly* — more at LONG] : at or to a considerable length : for a considerable distance ⟨the lawn sloping ~ up to the brick house —Ross Lockridge⟩
**long mark** *n* : MACRON
**long measure** *n* : LINEAR MEASURE
**long meter** *also* **long measure** *n* : a quatrain in iambic tetrameter lines with the second and fourth lines rhyming and often the first and third lines rhyming — compare BALLAD METER
**long moss** *n* : SPANISH MOSS
**longneck** \'ˌ-ˌ\ *n* **1** *North* : PINTAIL 1 **2** *Eng* : LITTLE BITTERN
**long-neck clam** \'ˌ-ˌ-\ *n* : SOFT-SHELL CLAM
**long-necked turtle** \'ˌ-ˌ-\ *n* : a common Australian turtle (*Chelodina longicollis*) that is distinguished by a greatly elongated neck and a peculiar garlicky odor
**long·ness** *n* -es [ME *longnesse*, *langnesse*, fr. OE *langnes*, fr. *long*, *lang* long + *-nes* -ness] : the quality or state of being long
**long nine** *n* : a long thin cheap cigar formerly made in the U.S. and packed in barrel lots for shipment
**longnose dace** *also* **long-nosed dace** \'ˌ-ˌ-\ *n* : a common dace (*Rhinichthys cataractae*) that is olive green to dusky brown above with dark blotches on the sides and pale underparts and is common in clean swift streams of the central U.S.
**long-nosed cattle louse** *n* : a widely distributed sucking louse (*Linognathus vituli*) that feeds on cattle
**long-nosed squirrel** *n* : any of several Oriental squirrels that have the snout prolonged; as **a** : a member of a genus (*Dremomys*) of brightly mottled arboreal forms **b** : a short-tailed ground squirrel (genus *Rhinosciurus*) of Malaysia
**longnose gar** *also* **long-nosed gar** *n* : a gar (*Lepisosteus osseus*) that has a snout more than twice as long as the rest of its head and is widely distributed in rivers and lakes of the eastern and north central sections of the U.S.
**longnose sucker** *or* **long-nosed sucker** *n* : NORTHERN SUCKER
**long nutmeg** *n* : MACASSAR NUTMEG
**lon·go·bard** \'läŋgəˌbärd\ *n, pl* **longobards** \-dz\ *or* **longobar·di** \ˌ--'bärˌdī, -dē\ *cap* [L *Longobardi*, *Langobardi*] : LOMBARD — **lon·go·bar·dic** \ˌ--'bärdik\ *adj, usu cap*
**long of** *prep* [by shortening] *dial* : along of
**long off** *n* : a fielding position in cricket on the off side of the field well behind the bowler; *also* : a player fielding in this position — see CRICKET illustration
**long-oil** \'ˌ-ˌ\ *adj* : containing a relatively high proportion of drying oil to resin ⟨spar varnishes are *long-oil* varnishes⟩ — compare OIL LENGTH
**long on** *n* : a fielding position in cricket on the on side of the field well behind the bowler; *also* : a player fielding in this position — see CRICKET illustration
**long particular meter** *n* : an iambic hymn meter of six four-foot lines to the stanza
**long pennant** *n* : a long narrow piece of bunting generally carried at the masthead of a government vessel in commission
**long pepper** *n* **1 a** : the fruit of an eastern Asiatic pepper (*Piper longum*) consisting of elongated spikes that are ground to produce a condiment somewhat sweeter and more aromatic but less pungent than common pepper **b** : any of several plants of the genus *Piper* (as the kava) **2 a** : a hot pepper (*Capsicum frutescens longum*) with extremely pungent slender elongated drooping red or yellow fruits that are the chief source of cayenne pepper **b** : the fruit of a long pepper
**long-period variable** *n* : an intrinsic variable star whose light fluctuations are fairly regular and require many months or several years to complete one cycle
**long pig** *n* : a human victim of a cannibal feast
**long play** *n* : a long-playing record
**long-playing** \'ˌ-ˌ-\ *adj* : of or relating to a microgroove record having a diameter of 10 or 12 inches and turning at $33\frac{1}{3}$ revolutions per minute
**long primer** *n* : an old size of type (approximately 10 point) between bourgeois and small pica — compare POINT SYSTEM
**long pull** *n* : LONG RUN
**long purples** *n pl* : MALE ORCHIS ⟨with fantastic garlands did she come of crow-flowers, nettles, daisies, and *long purples* — Shak.⟩
**long-range** \'ˌ-ˌ\ *adj* **1** : involving or taking into account a long period of time ⟨the *long-range* inadequacy of the world's resources of coal, gas, oil, and uranium —Farrington Daniels & R.A.Morgen⟩ ⟨a *long-range* study for development of a national postwar monetary and fiscal program —*Current Biog.*⟩ **2 a** : relating to long distances ⟨*long-range* travel⟩ **b** : designed for or fit for long distances ⟨*long-range* rockets⟩
**long rate** *n* : TERM RATE
**long ream** *n* : twenty quires of paper of 25 sheets each
**long rifle** *n* : KENTUCKY RIFLE
**long robe** *n* : the legal profession ⟨gentlemen of the *long robe*⟩
**long roll** *n* : a prolonged roll of the drums formerly the signal for troops to fall i
**longroot** \'ˌ-ˌ\ *n*
**long run** *n* : a p
factors in a situa

feeling that I was being ~ —Edmund Wilson) (the ~ expression of the middle period of a life that came to late maturity —V.L.Parrington) (there is the type magisterial or imperative; the type laconic or ~ —B.N.Cardozo) (2) : given to or abounding in excessive moralizing (they were verbose, ~, circumlocutious, and grandiloquent —Harold Rosen & H E. Kiene) (too often the significant episode deteriorates into ~ conversation —Kathleen Barnes) **syn** see EXPRESSIVE

**sen·ten·tious·ly** *adv* : in a sententious manner

**sen·ten·tious·ness** *n* -ES : the quality or state of being sententious

**senti** *pl of* SENT

**sen·tience** \'sench(ē)ən(t)s\ *also* **sen·tien·cy** \-ənsē, -si\ *n, pl* **sentiences** *also* **sentiencies** [*sentience* fr. ¹*sentient*, after such pairs as E *intelligent: intelligence*; *sentiency* fr. ¹*sentient* + *-cy*] **1** : the readiness to receive sensation, idea, or image : unstructured available consciousness (then I shall see light . . . and I shall hear the notes of birds; and this ~, this negation of death, will be in itself for me an Easter sermon —Harry Lang) **2** : a state of elementary or undifferentiated consciousness : feeling as contrasted with sensation, perception, or ideation (gave ~ to slugs and newts —Richard Eberhart)

**sen·ti·en·dum** \,sentē'endəm, ,senchē'-\ *n, pl* **sentien·da** \-də\ [NL, fr L, neut. of *sentiendus*, gerundive of *sentire*] : SENSE-DATUM

¹**sen·tient** \'sench(ē)ənt\ *adj* [L *sentient-, sentiens*, pres. part. of *sentire* to feel, perceive — more at SENSE] **1** : capable of sensation and of at least rudimentary consciousness (a ~ being) (the conception . . . of impulsive, instinctive, and ~ life —Susanne K. Langer) (these highly ~, motile, instinctive, and often intelligent creatures —D.C.Peattie) **2 a** : consciously perceiving : AWARE — used with *of* (he alone is ~ of the intolerable load —Elinor Wylie) (a boy so ~ of his surroundings —W.A.White) **b** : conscious or capable of fine distinctions or perceptions : SENSITIVE (at its best democracy breeds the ~ person —Elizabeth Bowen) (the problems which confront us all as ~ responsible beings —Randall Stewart) **3** : capable of receiving and reacting to sensory stimuli (the ~ cells of the brain) **4** : marked by the stimulation or exercise of the senses or of conscious perception (the highly ~ quality in the experiences —G.A.Woods) (her . . . conviction of the tragedy of the ~ life —Hudson Strode)

²**sentient** \"\ *n* -s : a sentient being; *also* : the conscious mind

**sen·tient·ly** *adv* : with feeling, consciousness, or perception (had ~ been an artist —Janet Flanner)

**sen·ti·ment** \'sentəmənt\ *n* -s [F or ML; F *sentiment* fr. ML *sentimentum*, fr. L *sentire* to feel, perceive + *-mentum* -ment — more at SENSE] **1 a** : an attitude, thought, or judgment permeated or prompted by feeling : a complex of emotion and idea : PREDILECTION (rising ~ for broadening the tax base —*N. Y. Times*) (public ~ for good roads greatly increased —*Amer. Guide Series: N. C.*) (his own antislavery ~s were sincere —Helen C. Boatfield) **b** : a specific view or notion : OPINION (am obliged to differ from nearly every ~ expressed —Gilbert Parker) (share their ~s . . . on school problems —Julius May) **2 a** : FEELING, EMOTION (generated within him a ~ of good will and cooperation —A.L.Funk) (stimulating to the ~s and occasionally interesting to the mind —Virgil Thomson) **b** : refined feeling : keen or delicate sensibility esp. as expressed in a work of art or evinced in conduct (a strong, frank, and positive character, of keen wit and generous ~ —E.V.Wilcox) (poems of ~ and reflection —Matthew Arnold) (an almost religious ~ of the dignity of art —Meyer Schapiro) **c** : emotional idealism (community life in those days was a requisite of survival rather than a matter of ~ —Dana Burnet) (making ~ a substitute for action) **d** : a romantic or nostalgic feeling verging on sentimentality (still keeps a bartender to preside over its ornate old bar, mostly for ~'s sake —Green Peyton) (so much slush and ~ —Jack London) (just the difference between passion and silly ~ —A.T.Quiller-Couch) **3 a** : an emotional idea as set forth in literature or art (the book expresses the noblest ~s) **b** : the emotional significance of a passage or expression as distinguished from its verbal context (a diplomatic statement is a statement about which everything is true except the ~ which prompts it —Joseph Conrad) (to my thinking the ~s of the pledge, properly interpreted, are unexceptionable —W.T. Hastings) **c** : an emotionally tinged thought or wish expressed as a maxim, axiom, or epigram (cards . . . with appropriate verses and ~s —*Bks. of Jewish Interest*) (I'll give you a ~; here's *Success to usury* —R.B.Sheridan) **syn** see FEELING, OPINION

¹**sen·ti·men·tal** \,sentə'mentᵊl\ *adj* **1 a** : of, relating to, or characterized by sentiment (a scientific as opposed to a ~ appraisal of the situation —*Times Lit. Supp.*); *esp* : marked or governed by feeling, sensibility, or emotional idealism (his sincerely ~ love for children —Sir Winston Churchill) (was profoundly ~; his warm, expansive heart yearned for sympathy —G.S.Haight) (in his earlier days was a ~ liberal —J.T.Farrell) **b** : expressive of sentiment or feelings : addressed or appealing to the emotions : stimulating an emotional response (the ~ or sensuous appeal of an art —André Malraux) (was a ~ comedy of love in the modern equivalent of a cottage —*Current Biog.*) **c** : resulting from or motivated chiefly by feeling rather than reason or thought (many of our old notions . . . are more ~ than accurate —W.H. Whyte) (working-class unity, both for ~ and realistic reasons, has remained an obsession —J.G.Colton) **2 a** : having an excess of sentiment or sensibility : indulging in feeling to an unwarranted extent : affectedly or mawkishly emotional (are incurably ~, and take immoderate pleasure in the contemplation of domestic bliss —Eric Linklater) (pity without values is as ~ as if applied to insects —*Accent*) (an age in which the most natural feeling of tenderness, happiness, or sorrow was likely to be called ~ —Randall Jarrell) **b** : expressing or stimulating an excessive, affected, or unwarranted emotional indulgence (much that is hackneyed, shoddy, and falsely ~ is foisted upon the public under the guise of the Biblical novel —Edmund Fuller) (rant and bombast and ~ cant of politics —Florence Converse) (works of art which have ~ subjects (partings, deaths, waiting for a lover's return, children . . . praying or crying over a hurt pet) —Hunter Mead)

**syn** SENTIMENTAL, ROMANTIC, MAWKISH, MAUDLIN, SOPPY, MUSHY, and SLUSHY can mean unduly or affectedly emotional. SENTIMENTAL can apply to anyone strongly and esp. unduly, habitually, or promiscuously affected by the softer, pleasanter, more feminine emotions, or it can apply to anything marked by such an affection, but usu. it suggests a lack of complete genuineness or naturalness, implying that the emotion arises from a factitious situation or out of hyperesthesia, or is purposely evoked for the thrill, as an affectation, or for a given even though often obscure purpose (a *sentimental* mother cherishing every memento of the babyhood of her children) (whisky made him somewhat *sentimental* —Sherwood Anderson) (*sentimental* popular songs) (the advertising agent . . . must wax as *sentimental* over one man's soap as over another's laxative —Roger Burlingame) (theological discussion of any kind, as distinct from a loosely *sentimental* religiosity —C.A. Lejeune) (*sentimental* and cheap novels —J.T.Farrell) (compassionate without being *sentimental* —Gertrude Buckman) ROMANTIC implies emotion that derives from things not so much as they actually or generally are but as they may be or are imaginatively or ideally conceived, as in literature, drama, or one's waking dreams (a *romantic* story of love and adventure in the South Seas) (I am filled with a sense of the French *romantic* spirit. It soars, it expands, it engulfs you with a sweet kind of poetry that is charming, but very unreal —Irving Kolodin) (this idealism — reflected in his *romantic* love of country, hatred of materialism, and concept of the general interest —A.S.Link) (a *romantic* young lady waiting for her Prince Charming to come along) MAWKISH suggests a sickening sentimentality marked by gross insincerity or objectionable emotional excess (stories simpering with delight and *mawkish* with pathos —J.D.Hart) (his mixture of harshness and *mawkish* sentimentality —Peter Quennell) (murder was punished without *mawkish* concern or delay —C.M.Webster) MAUDLIN suggests an excess of emotion or feeling marked by an unwarranted weeping or an inappropriately gushing expression of love, or the like (silly *maudlin* ballads of the suicide of young lovers) (the death of a famous actress is the signal, as a rule, for a great deal of *maudlin* excitement —Ben Hecht) SOPPY, MUSHY, and SLUSHY are all informal equivalents of MAWKISH, SOPPY, chiefly Brit., often carrying the suggestion of silliness (a novel . . . *soppy* with manufactured emotionalism —John Cournos) (a naturally sad but never *soppy* poet —G.S. Fraser), MUSHY suggesting a driveling sentimentality (the language is *mushy* with sentiment and turgid with rhetoric —C.J.Rolo) (he croons with *mushy* sentimentality over his heroes —Anthony West) (writing *mushy* letters to women admirers —Stanley Walker), and SLUSHY applying chiefly to utterances and like MUSHY, suggesting a sentimental or emotional drivel esp. about love (*slushy* letters from an adolescent admirer) (*slushy* and woebegone songs)

²**sentimental** \"\ *n* -s : a sentimental person

**sentimental comedy** *n* : comedy that addresses itself to the spectator's love of goodness rather than to his sense of humor and emphasizes the moral aspects of its situations and the virtues of its characters

**sen·ti·men·tal·ism** \,sentə'mentᵊl,izəm\ *n* -s [¹*sentimental* + *-ism*] **1 a** : the quality or state of being sentimental : the disposition to favor or indulge in sentiment (there was . . . a normal adolescent ~, but none of the turbulence, the storm and stress —H.S.Commager) (rise above the level of gushy ~ —John Dewey) (~ in 19th century art arose . . . largely from the belief that art was a moral agent —Bernard Smith) **b** : ROMANTICISM (degenerated into a superficial ~, dominated by wishes which were taken for facts —*Time*) (scientific writing that is not accurate . . . can become a kind of sloppy ~ —C.E. Kellogg) (his doctrine was a ~ which tended to present all human instincts as naturally good —L.J.A.Mercier) (the ~ of making our own paltry woes glorious in their bitterness —W.L.Sullivan) **2** : a conception or statement marked by or expressive of sentimentality (in this program he was handicapped by various ~s —Carl Van Doren)

**sen·ti·men·tal·ist** \-ᵊləst\ *n* -s [¹*sentimental* + *-ist*] : one disposed to indulge in sensibility or sentimentality : ROMANTICIST (was essentially a ~ with feelings close to the surface and stirred by the lightest touch —G.S.Haight) (the ~, who lives by illusions, is let down more gently in English fiction than in French —Harry Levin) (the nerveless ~ and dreamer, who spends his life in a weltering sea of sensibility and emotion —William James)

**sen·ti·men·tal·i·ty** \,sentə,men'taləd·ē, -,man-, -lətē, -i\ *n* -ES [¹*sentimental* + *-ity*] **1** : the quality or state of being sentimental esp. to excess or in affectation (what was respected as honest sentiment is branded as ~, and mocked at, when the emotion which sustained it no longer exists —John Mason Brown) (the indulgence in sentiment that sometimes passes into ~ —N.F.Adkins) (the same objectivity, ruthlessness, and lack of any ~ —Harrison Smith) (culminated in the vapid ~ of a good deal of English romanticism and its steadily more mawkish offshoots —Joseph Frank) **2** : a sentimental idea or its expression (is a regular American with *sentimentalities* that are supposed to be sentiments —J.T.Farrell)

**sen·ti·men·tal·iza·tion** \,sentə,mentᵊlə'zāshən, -ᵊl,ī'z-\ *n* -s : the act or process of sentimentalizing : the state of being sentimentalized

**sen·ti·men·tal·ize** \,sentə'mentᵊl,īz\ *vb* -ED/-ING/-S [¹*sentimental* + *-ize*] *vi* : to indulge in sentiment : ROMANTICIZE (it's a waste of breath to go back over the past and ~ —Agatha Christie) (analyzed lust in its crudest form . . . and grieved without *sentimentalizing* over it —Monica Stirling) ~ *vt* : to look upon or imbue (as a person or thing) with sentiment : ROMANTICIZE (denounced as a *sentimentalized* Christianity that religious attitude which prefers slavery to war —*Current Biog.*) (the mistake of *sentimentalizing* the politician as a poor abused fellow —John Lodge) (the most insidious vices are those that began as virtues, and have been *sentimentalized* long after they became ugly —Katharine F. Gerould)

**sen·ti·men·tal·ly** \,sentə'mentᵊlē, -li\ *adv* : in a sentimental manner : with sentiment or sentimentality

**sen·ti·ment·less** \'---ləs\ *adj* : that is without sentiment

**sentiments** *pl of* SENTIMENT

¹**sen·ti·nel** \'sent(ᵊ)nəl, -tənᵊl\ *n* -s [MF *sentinelle*, fr OIt *sentinella*, fr. *sentina* vigilance, fr. *sentire* to perceive, fr. L — more at SENSE] **1** : one that watches or guards : SENTRY **2 a** *obs* : WATCH, GUARD (keep ~) **b** *obs* : WATCHTOWER **c** : SOLDIER **3** : an officer of a secret society who is stationed outside the door of a meeting place to prevent unauthorized entry — compare WARDER

²**sentinel** \"\ *vt* **sentineled** *or* **sentinelled**; **sentineled** *or* **sentinelled**; **sentineling** *or* **sentinelling**; **sentinels** **1** : to watch over as a sentinel (long lines of shivering poplars that *sentinelled* the meadows —Willa Cather) **2** : to furnish with a sentinel : place under the guard of a sentinel or sentinels **3** : to post as sentinel

**sentinel crab** *n* : a crab (*Podophthalmus vigil*) of the Indian ocean with very long eyestalks

¹**sen·try** \'sen·trē, -ri\ *n* -ES [alter. of ME *seintuarie* — more at SANCTUARY] *archaic* : SANCTUARY

²**sentry** \"\ *n* -ES [perh. fr ¹*sentry*] **1** *obs* : SENTINEL 2b **2** : a soldier standing guard (as at a passing point) **3** : one that guards as a sentry (rooks . . . always left a ~ posted on a tree —Adrian Bell) **4** : KITE 7a

³**sentry** \"\ *vb* -ED/-ING/-ES *vt* : to guard as a sentry (its marble entrance hall sandbagged and *sentried* —R.M.Ingersoll) ~ *vi* : to stand guard : act as a sentry (herons had begun ~*ing* up and down, stalking minnows —Edwin Granberry)

**sentry board** *n* [³*sentry*] **1** : a platform for a sentry outside the gangway **2** : a board hung near a sentry post for posting instructions and orders

**sentry box** *n* : a hut or box to shelter a sentry on his post

**sentry go** *n* [fr. the phrase *sentry, go*] **1** : a call for the changing of the guard **2** : duty as a sentry

**sents** *pl of* SENT

**se·nu·fo** \sə'nü(,)fō\ *n, pl* **senufo** *or* **senufos** *usu cap* **1 a** : a people of the interior of the Ivory Coast Republic and the Republic of Mali widely known for their woodcarving and masks **b** : a member of such people **2** : a Gur language or the Gur languages of the Senufo people

**senussi** *usu cap, var of* SANUSI

**sen·vy** \'senvē\ *n* -ES [ME *senevey, senvey*, fr. MF *senevé*, fr. L *sinapi, sinapis* — more at SINAPIS] **1** : the mustard plant **2** : MUSTARD SEED

**sen·za rep·li·ca** \,sentsə'repləkə, ,senzə-\ *adv* [It, lit., without repetition] : without the (normally indicated) repeat — used as a direction in music

**seoul** \'sōl *sometimes* 'sül *or* 'sāōl *or* sē'ül\ *adj, usu cap* [fr. *Seoul*, So. Korea] : of or from Seoul, the capital of So. Korea : of the kind or style prevalent in Seoul

**sep** *abbr* **1** sepal **2** separate; separated

**sepal** \'sēpəl *also* 'sep-\ *n* -s [NL *sepalum*, fr. *sepa* (modif. of Gk *skepas, skepē* covering) + *-lum* (as in *petalum*); akin to Lith *kepùrė* head covering] : one of the modified leaves comprising a calyx — compare PETAL; see CARPEL illustration

**sepaled** *also* **sepalled** \-ld\ *adj* [NL *sepalum* + E *-ed*] : having sepals

**sepal·ine** \'sepə,lin, 'sēp-, -,līn\ *adj* [NL *sepalinus* fr *sepalum* sepal + L *-inus* -ine] : SEPALOID

**sepa·lo·dy** \'sepə,lōdē, 'sēp-\ *n* -ES [ISV *sepal* + *-ody*] : metamorphosis of other floral organs into sepals

**sepal·oid** \-,lȯid\ *adj* [NL *sepaloideus*, fr. *sepalum* + *-oideus* (fr. L *-oides* -oid + *-eus* -eous)] : resembling or having the nature of a sepal

**-sep·al·ous** \'sepələs\ *adj comb form* [*sepal* + *-ous*] : having sepals (gamo*sepalous*) (tetra*sepalous*)

**sep·a·ra·bil·i·ty** \,sep(ə)rə'biləd·ē, -lətē, -i\ *n* [ML *separabilitas*, fr. L *separabilis* separable + *-itas* -ity] : the quality or state of being separable (~ of the nuclear motion from the electronic motion in molecules —L.M.Branscomb) (consider . . . the ~ of the provision from the remainder of the statute —R.W.Ginnane)

**separability clause** *n* : a clause often included in a legal document (as a contract) stating that invalidation of some sections or clauses in the document will not affect the validity of the remainder

**sep·a·ra·ble** \'sep(ə)rəbəl\ *adj* [ME *seperable*, fr L *separabilis*, fr. *separare* to separate + *-abilis* -able] **1** : capable of being separated or dissociated : DISTINGUISHABLE SEVERABLE **2** *obs* : causing separation (a ~ spite . . . doth steal sweet hours from love's delight —Shak.) — **sep·a·ra·bly** \-blē, -bli\ *adv*

**separable attachment plug** *n* : an attachment plug having a removable cap

**sep·a·ra·ble·ness** *n* -ES : SEPARABILITY

**separata** *pl of* SEPARATUM

¹**sep·a·rate** \'sepə,rāt *also* -e,prāt; *usu* -ād+V\ *vb* -ED/-ING/-S [ME *separaten*, fr. L *separatus*, past part. of *separare*, fr. *sed-, se-* apart (fr. *sed, se* without) + *parare* to prepare, procure — more at IDIOT, PARE] *vt* **1 a** : to set or keep apart : DETACH (two longitudinal valleys ~ the mountains into three high ranges —Samuel Van Valkenburg & Ellsworth Huntington) (a pull on the tab . . . ~s seal just below cap —*Modern Packaging*) (~ the white from the yolk of an egg) **b** : to make a distinction between : DISCRIMINATE, DISTINGUISH (how difficult it is to ~ religion from magic in the beliefs . . . of savages —W.R.Inge) (there is usually not much difficulty in ~ a butterfly from a moth —A.D.Imms) **c** : SORT (~ mail) (~ cards into suits) (parcels fly . . . as clerks ~ them by regions and states —A.C.Fisher) **d** : to disperse in space or time : SCATTER (theaters in Canada are so widely *separated* that the costs of travelling are prohibitive —*Report: (Canadian) Royal Commission on Nat'l Development*) **e** *slang* : to cause to divest oneself : STRIP — used with *from* (tricks for *separating* country bumpkins from their bankrolls) (~ them from . . . money to back ventures that never were produced —E.D.Radin) **2** *archaic* : to set aside for a special purpose : CHOOSE, DEDICATE (came into existence with the sense of being a "*separated*" nation, which God was using to make a new beginning for mankind —Reinhold Niebuhr) **3** : to part by or as if by a legal separation; **a** : sever conjugal ties with : cause to live apart (payments made to a divorced or legally *separated* wife —W.C.Warren&S.S.Surrey) **b** : to sever contractual relations with : DISCHARGE (he was *separated* from the service with the rank of captain —E.J Kahn) (more than 100 employees have been *separated* from the firm in the past six months) (any student who does not remove his probationary status . . . may be *separated* from the institution —*Bull. of Meharry Med. Coll.*) **4** : to block off : BAR, SEGREGATE (a . . . rood screen ~s the nave from the chancel —*Amer. Guide Series: N. Y.*) (the rural worker . . . is not *separated* from the landed aristocracy by racial difference —P.E.James) **5 a** : to isolate from a mixture : single out : EXTRACT (~ cream from milk by putting it through a separator) (~ gold from an alloy) — often used with *out* (by whatever method the smaller organisms are *separated* out —R.E.Coker) (static episodes . . . *separated* out of a larger and more complex historical situation —M.D. Geismar) **b** *archaic* : to give off : SECRETE (glands, which ~ a substance that has the smell of musk —Jedidiah Morse) ~ *vi* **1** : to become divided (the airflow over the trailing edge of the flap has begun to ~ —*Skyways*) (the Uralian languages . . . ~ into three branches —W.K.Matthews) **2 a** : to sever an association : become estranged : WITHDRAW (Puritans . . . unwilling to ~ from the Established Church —*Amer. Guide Series: Mass.*) **b** : to cease to live together as man and wife (after two stormy years of married life the couple *separated* by mutual consent) **3** : to go in different directions : part company : DISPERSE (after dinner we *separated*, the women to the library —Lucien Price) (thought the House would like to know, before it *separated* —Sir Winston Churchill) **4** : to become isolated from a mixture (oil . . . ~s readily from water —B.G.A.Skrotzki & W A.Vopat)

**syn** SEPARATE, PART, DIVIDE, SEVER, SUNDER, and DIVORCE can all mean to become or cause to become disunited or disjoined. SEPARATE implies a putting or keeping apart (*separate* the sheep from the goats) (the political boundary *separating* this country from Mexico —R.S.Thoman) (the ten centuries which *separated* the reign of Charlemagne and the reign of Napoleon —T.B.Macaulay) or a scattering or dispersion of units (the war *separated* many families) or a removal of one thing from another (*separate* a troublesome boy from a group) PART suggests the separation, often complete, of two persons or things in close union or association, or of two parts of one thing (the two friends did not *part* until they had reached the station) (a man and wife *parted* only by death) (the cable *parted* under the strain) DIVIDE commonly stresses the idea of parts, groups, or sections resulting from cutting, breaking, partitioning, or branching (*divide* a cake into two pieces) (the land is *divided* by natural boundaries such as streams) (the auditorium proper *divided* into a pit, one or more galleries —C.F.Wittke) It can also be used in the sense of SEPARATE, esp. when mutual antagonism or wide separation is suggested (the war *divided* many families) (no religious difference arose to *divide* the old inhabitants from the English —G.M.Trevelyan) (the suspicion which the Citizens' Committee predicted would *divide* neighbor from neighbor —David Clinton) SEVER often adds the idea of violence, suggesting forced separation, esp. of part from whole or of persons joined in affection, close association, and so on (with one stroke he *severed* the head from the body) (man's ancestors later became *severed* from this separate line of evolution —R.W.Murray) (an immense peninsula slightly *severed* from the main mass —Forrest Morgan) (*severs* relations with a hostile nation) (*severed* friend from friend) SUNDER implies a violent rending or wrenching apart (the *sundered* atom —M.C.Faught) (the dearest ties of friendship and of blood were *sundered* —T.B. Macaulay) DIVORCE, in implying the legal dissolution of a marriage, usu. suggests the separation of things so closely associated that they interact, are often regarded as inseparable, or commonly work, often work best, only in union (an institution concerned with general education . . . *divorced* from research and education for the professions is admittedly not a university but a college —J.B.Conant) (form in art *divorced* from matter) (*divorce* the worker's income from any dependence on the efforts he makes —*Time*) (his gaiety was as *divorced* from scorn or cynicism as it was wedded to melancholy —John Mason Brown)

²**sep·a·rate** \'sep(ə)rət *sometimes* -pərt; *usu* |d+V\ *adj* [L *separatus*, past part. of *separare* to separate] **1 a** *archaic* : characterized by segregation from other people : SOLITARY, SECLUDED (the tendency of prolonged ~ confinement is to affect the mind —*Edinburgh Rev.*) (the plan of my bungalow, with all convenience for being ~ and sulky when I please —Sir Walter Scott) **b** : having an incorporeal existence : DISEMBODIED, IMMATERIAL (being . . . is now seen as the nature which constitutes ~ entity —Alan Gewirth) **c** : set or kept apart : standing alone : DETACHED, ISOLATED (the more perfect the artist, the more completely ~ in him will be the man who suffers and the mind which creates —T.S.Eliot) (ceremonial chambers . . . were built as ~ units in the central courtyards —*Amer. Guide Series: Ariz.*) **2 a** : not shared with another : INDIVIDUAL, SINGLE (group consciousness . . . makes the individual think lightly of his own ~ interests —M.R.Cohen) (the world's largest city deserves ~ consideration —L.D. Stamp) **b** *often cap* : estranged from a parent body (there were 90 *Separate* churches, with 6,490 members —F.S.Mead) **3 a** : existing by itself : AUTONOMOUS, INDEPENDENT (the partitioning of India created two ~ jute economies —F.F.George) (reorganization of schools into ~ primary and postprimary units —H.C.Dent) **b** : dissimilar in nature or identity : DISTINCT, DIFFERENT (my most recent works, in their ~ ways, embody this tendency —Aaron Copland) (the full bibliography . . . lists 2204 ~ publications —*Geog. Jour.*) (built-in facilities . . . permit cooking in seven ~ ways without the use of additional utensils —*Report of General Motors Corp.*) **syn** see DISTINCT, SINGLE

³**separate** \"\ *n* -s **1** *usu cap* : NEW LIGHT a; *esp* : SEPARATE BAPTIST **2** : OFFPRINT (sent out ~s and reprints of his major monographs —J.C.Burnham) **3** : a group of soil particles of a definite size or grade obtained in separation (as in mechanical analysis) **4** **separates** *pl* : articles of dress designed to be worn interchangeably with others to form various costume combinations

**separate baptist** *n, usu cap S&B* : a member of a Baptist sect organized in 1662 as the English Puritan Separate Baptist Church and migrating to America in 1695, being congregational in polity, and observing open communion, baptism by immersion, and foot washing

**separate but equal** *adj* : of, relating to, or constituting a doctrine of segregation whereby Negroes and whites have equal

line ⟨~ of an axle⟩ ⟨~ of a saw's teeth⟩ or level position ⟨~ of a gun aimed for distance⟩ **b** : the camber of a curved roofing tile **c** : the camber of a leaf spring **13** : fixed direction of growth ⟨rubbing against the ~ of the fur⟩ **14 a** : a permanent bend or loss in elasticity ⟨~ in a bow⟩ ⟨~ of a fishing rod⟩ **b** : permanent change of form (as of metal) due to repeated or excessive stress — compare FATIGUE, PERMANENT SET **15 a** : the act of arranging hair by curling or waving when wet with water or wave solution **b** : the result of such arranging **16** : the act or position of a dog in setting game **17** *also* **sett a** : a young plant or rooted cutting ready for setting out ⟨a ~ of a strawberry⟩ **b** : a small tuber or section of tuber, bulb, or corm ⟨an onion ~⟩ ⟨potato ~⟩ **c** : the amount of bloom produced on a plant **d** : the blossoms of a plant (as a fruit tree) that have set fruit as a result of fertilization of the flowers ⟨heavy ~ of apples⟩ **e** : the attachment of young mollusks (as oysters) to the substrate; *also* : the crop set at a particular time **18** *obs* : a pleat in a ruff; *also* : the manner in which a ruff is pleated **19** : the burrow of a badger **20** : a trap or snare placed to catch game ⟨visit each ~ daily⟩ **21** *also* **sett** : SHOT 1d, 4 **22** : the width of the shank of a piece of type; *also* : the overall width of a letter — compare POINT-SET, UNIT-SET; see TYPE illustration **23** *also* **sett a** : a piece placed temporarily upon the head of a pile that cannot be reached directly by the weight or hammer **b** : SET HAMMER **c** : ²PUNCH 1a(3) **d** : SNAP 11a **24** : the artificially constructed setting in which a stage or television play or motion picture is enacted including decor, properties, and furniture **25** *also* **sett** : a rectangular block of granite or sandstone used for paving streets and truck highways **26** : SET IRON **27** : the finishing coat of plaster **28 a** : the contents of a fermenting vat just after all ingredients have been added **b** : the pH value of a freshly filled fermenter **29** : SET SHOT **30** : SETUP 6e **31 a** : a unit in a tennis match consisting of a group of games of which one side wins six to opponent's four or less or in case of a deuced score wins two consecutive games **b** : a combination of three or more playing cards of the same rank or of the same suit in sequence : MELD **32** : a number of things naturally connected by location ⟨~ of muscles⟩ ⟨~ of footprints⟩ or formation ⟨~ of teeth⟩ or order in time ⟨~ of temperature readings⟩ **33** : a collection of books forming a unit: as **a** : the works of one author issued in volumes in uniform style **b** : a file of issues of a periodical **c** : a group of related works on a particular subject or of unrelated volumes printed uniformly and intended to be sold as a group **34** : a number of associated buildings or rooms ⟨~ of farm buildings⟩ **35** : the eggs laid by a bird for a single incubation or brood : CLUTCH **36 a** : the number of persons necessary for a square dance **b** : the formation assumed by a group of dancers to start a square dance **c** : a balancing step in country-dance usu. done by partners face to face **d** : the music played for a single turn of square, country, or ballroom dancing ⟨between ~s . . . balladeer sings folk songs —*New Yorker*⟩ **37** : a group of musical compositions forming a whole ⟨~ of dances⟩ **38** : a team of matched horses **39 a** : a group of articles of uniform design ⟨~ of dining room furniture⟩ ⟨~ of dishes⟩ **b** : the complete apparatus or equipment used in a particular process (as gas manufacture) **c** : an assortment of tools or instruments of identical kind ⟨~ of drill bits in graded sizes⟩ or complementary relationship ⟨~ of drafting tools⟩ ⟨~ of carpenter's tools⟩ ⟨~ of golf clubs⟩ **d** : a complete collection of articles necessary for playing a game ⟨croquet ~⟩ ⟨chess ~⟩ **e** *Brit* : a string of railway cars of the same exterior style **f** : a group of pumps that are used for lifting water from one level to another **g** : a group comprising breaker, intermediate, and finisher cards used in wool carding **40** : a heavy timber frame for supporting the sides of an excavation, shaft, or tunnel **41** *also* **sett** : a standard measurement of the fineness of cloth usu. determined by the number of threads in one inch and the number of threads in each dent of the reed **42 a** : a number of persons associated by custom, occupation, social activity, or age; *collectively* : the persons of a specified social type ⟨belonged to the horsy ~⟩ ⟨the younger married ~⟩ **b** : a number of associated workers : GANG **c** : a small breeding group of domestic animals; *esp* : a gander and one or more geese **43 a** : a series of postage stamps **b** : a group of postage stamps including the lower denominations of a single series **44 a** : a group formed by classification ⟨~ of ideas⟩ ⟨~ of grammatical forms⟩ **b** : a collection of things and esp. mathematical elements (as numbers or points)— called also *class* **45** : an apparatus of electrical or electronic components assembled so as to function as a unit ⟨radio ~⟩ ⟨television ~⟩ ⟨amplifying ~⟩ ⟨sending ~⟩ **46** : the chromosome complement of a gamete **47** : TWELVE-TONE ROW

**se·ta** \'sēd·ə\ *n, pl* **se·tae** \'sē(,)tē, 'sē,tī\ [NL, fr. L *seta, saeta* bristle — more at SINEW] : any of numerous slender typically rigid or bristly and springy organs or parts of animals or plants: as **a** : one of the hairs of a caterpillar **b** : a slender spine on the carapace of a crustacean **c** : one of the organelles in the form of processes of fused cilia that function in the movement of various ciliated protozoans **d** : the slender stalk of the sporogonium of a bryophyte **e** : one of the stalked glands on plants of the genus *Rubus* **f** : the bristle in the utricle of some plants of the genus *Carex* **g** : one of the chitinous often complex bristles that project from the body wall or from parapodia of chaetopod annelid worms and assist in locomotion **h** : one of the spiny feathers about the base of the bill of various birds : rictal bristle **i** : the slender maxilla of various insects with piercing or sucking mouthparts

**se·ta·ceous** \sə'tāshəs, sē'-\ *adj* [L *seta, saeta* bristle + E *-aceous*] **1** : set with or consisting of bristles : BRISTLY **2** : resembling a bristle in form or texture — see ANTENNA illustration — **se·ta·ceous·ly** *adv*

**set acid** *n* : the titratable acidity of a freshly filled fermenter

**se·tal** \'sēd·ᵊl\ *adj* [NL *seta* + E *-al*] : relating to a seta

**se·tar·ia** \sə'ta(a)rēə\ *n* [NL, fr. *seta* + *-aria*] **1 a** *cap* : a large and widely distributed genus of annual and perennial grasses having a dense or open cylindrical inflorescence in which the individual spikelets are subtended by one or more bristles that persist after the spikelets fall and including several grasses that yield forage or hay — see FOXTAIL 2a, FOXTAIL MILLET **b** -s : any grass of the genus *Setaria* **2** *cap* : a genus of filarial worms parasitic as adults in the body cavity of various ungulate mammals and producing larvae that wander in the tissues and organs, invade the eye

**se·tar·id** \-rəd\ *n* -s [NL *Setaria* + E *-id*] : a worm of the genus *Setaria*

**se·tar·i·ous** \-rēəs\ *adj* [NL *setarius*, fr. L *seta* + *-arius* -ary] : resembling a bristle : ARISTATE

**set-aside** \'••,•\ *n* -s [fr. *set aside*, v.] : a required reserving and earmarking of a commodity (as food) up to a specified quantity or percentage of production for a particular purpose esp. by governmental order for the use of the military, for housing, or for veterans; *also* : a quantity so set aside

**se·ta·tion** \sə'tāshən\ *n* -s [NL *seta* + E *-ation*] : a covering or growth of setae (the ~ of the hind tarsi)

**set back** *vt* **1** : HINDER, CHECK, DELAY ⟨the harvest was *set back* by bad weather⟩ **2** : to cause (a timepiece) to indicate an earlier time ⟨forgot to *set* his watch *back* on his trip west⟩ **3** : to defeat (an opponent) with the effect that points are subtracted from the opposing score (as in a card game)

**setback** \'•,•\ *n* -s [*set back*] **1** : a checking of progress ⟨~ in steel production occurred this week⟩ ⟨union organization received a ~⟩ : a putting in a position less advanced than before ⟨~ in prices⟩ **2** : DEFEAT, REVERSE ⟨military ~⟩ ⟨diplomatic ~⟩ ⟨baseball team's first ~ of the season⟩ **3** : BACKSET 2 **4** : a card game in which points are deducted from a player's score during the play; *esp* : AUCTION PITCH **5 a** : OFFSET 3a **b** : a withdrawal of the face of a building to a line some distance to the rear of the building line or to the rear of the wall below in order to reduce the obstruction the upper stories offer to sunlight reaching the streets and the lower stories of adjacent buildings **6** : the reaction of a mass (as a projectile) to a force producing or tending to produce acceleration (as in ballistics) **7** : a device for moving over the needles in an annunciator to the normal position after a call

**set bar** *n* : SET IRON

**set by** *vt* **1** *obs* : give up : REJECT, DISMISS **2** : to set apart for future use

**set down** *vt* **1** : to cause to sit down : SEAT **2** : to place at rest on a surface or on the ground ⟨I *set* it *down* in this room somewhere and now it's lost⟩ **3** *obs* : to place or encamp (an army) so as to besiege **4** : to suspend (a jockey) from racing because of an offense **5** : to cause or allow to get off a vehicle ⟨the bus *set* him *down* right before his house⟩ **6** : to land (an airplane) on the ground or water **7 a** : to lay down : ORDAIN, ESTABLISH **b** : to write down : record or relate in writing ⟨tried to *set* his thoughts *down* in an orderly way⟩ or in painting ⟨always *set down* exactly what he saw⟩ **8 a** : REGARD, CONSIDER, ESTIMATE ⟨soon *set* him *down* as a liar and a faker⟩ **b** : ATTRIBUTE ⟨let it be *set down* to his credit that he did not retreat⟩ ⟨*set* his success *down* to sheer perseverance⟩ **9** : to lower the spirit or pride of : SNUB, DEFLATE, HUMILIATE **10 a** : to defeat (an opponent) in a game or contest **b** : to prevent (a batter) from reaching base : RETIRE ⟨*set* them *down* in order in the last inning⟩ ~ *vi* **1** *archaic* : to make up one's mind **2** *archaic* : to discharge passengers or occupants ⟨watched the carriages *setting down* for a reception —Osbert Lancaster⟩ **3** : LAND ⟨time to *set down* and gas up —*Fortune*⟩

**setdown** \'•,•\ *n* -s [*set down*] **1** *archaic* : a drive in a vehicle : TRIP; *also* : a lift in a passing vehicle **2** : an act of humbling or deflating : REPROOF, SNUB

**se te·nant** \sə'te'nä"\ *adj* [F, holding together] *of postage stamps* : joined together as in the original sheet : not separated

**seter** *var of* SAETER

**set-fair** \'•,•\ *n* -s [fr. the phrase *set fair*] : a good troweled surface of plaster; *esp* : the coat after roughing-in leveled with the float

**setfast** *var of* SITFAST

**set gage** *n* : a gage for determining the set of sawteeth

**set gun** *n* : a firearm set as a trap to fire on an intruder or on game when a wire attached to its trigger is disturbed

**seth** *or* **sett** \'sāt\ *n* -s [Hindi *seṭh*, fr. Skt *śreṣṭha* chief or best person; akin to Gk *kreiōn* noble, master, Skt *śrī* beauty, majesty, power, Av *srī-* beauty] *India* : a rich merchant : BANKER

**set hammer** *n* **1** : a hammer used as a swage or flatter in blacksmithing **2** : a hammer with a hollowed-out face used as a swage in riveting

set hammer

**set-hands dial** *n* : a small auxiliary dial observable by a person when setting a turret clock or other large clock

**sethead** \'•,•\ *n* : HEADCAP

**set-hedge** \'•,•\ *n* : a planted hedge

**seth·ite** \'se,thīt\ *or* **seth·i·an** \'sethēən\ *n* -s *usu cap* [*Sethite* fr. *Seth*, a son of Adam in the Bible + E *-ite*; *Sethian* fr. ML *Sethianus* fr. LGk *Sēthianos*, fr. *Sēth* Seth + Gk *-ianos* -ian] : a member of a Gnostic school of serpent worshipers

**set hook** *n* : a hook on a setline

**seti-** *comb form* [L *seti-*, *saeti-*, fr. *seta*, *saeta* — more at SINEW] : bristle ⟨*seti*ferous⟩

**se·tier** \sə'tyā\ *n* -s [MF *sestier*, *setier*, fr. L *sextarius*, a liquid measure, fr. *sextus* sixth + *-arius* -ary — more at SEXT] : any of various old French units of capacity or land area

**se·ti·fi·ca·tion** \,sēd·əfə'kāshən\ *n* -s [*seti-* + *-fication*] : the development of setation

**se·ti·form** \'sēd·ə,fȯrm\ *adj* [*seti-* + *-form*] : like a bristle

**se·ti·ger** \'sēd·əjə(r)\ *n* -s [NL, fr. L *setiger*, *saetiger* setigerous] : a segment or process bearing bristles

**se·tig·er·ous** \sə'tijərəs\ *adj* [L *setiger*, *saetiger* setigerous (fr. *seti-* + *-ger* -gerous) + E *-ous*] : bearing or producing setae

**set in** *vt* **1** : to put in : INSERT; *esp* : to stitch (a small part) within a large article ⟨*set in* a sleeve of a dress⟩ ⟨*set in* a belt at the waistline⟩ **2** : to direct (a ship) towards shore ~ *vi* **1** : to enter upon a particular state : become prevalent or settled ⟨cold weather *set in* before the British could take the forts —E.P.Alexander⟩ **2** *dial* : to set to work : begin to function **3** : to blow or flow toward shore ⟨the wind was beginning to *set in*⟩

**¹set-in** \'•;•\ *adj* [fr *set in*, past part. of *set in*] **1** : placed, located, or built as a part of some other construction ⟨*set-in* bookcase⟩ ⟨*set-in* wash basin⟩ **2** : cut separately and stitched in ⟨*set-in* sleeves⟩ ⟨*set-in* pocket⟩

**²set-in** \'•,•\ *n* -s [*set in*] **1** : an instance or time of something setting in ⟨early *set-in* of frosty nights⟩ **2** : something that is set in : INSERT

**set iron** *n* : a flat plate bar of soft iron used in ship construction to transfer the curvature of the frames from the scrive board to the bending slab — called also *set bar*

**set kettle** *n* : SET POT

**setline** \'•,•\ *n* **1** : a long heavy fishline consisting of one or more skates of gear that is anchored at either end and marked with buoys and used chiefly for bottom fishing — called also *groundline* **2** : TROTLINE

**set mark** *n* : a defect in cloth; *esp* : a crosswise streak caused by a loom stoppage or improper setting

**set·ness** *n* -es [¹*set* + *-ness*] : the quality or state of being set : FIXITY, RIGIDITY ⟨~ of his gaze showed his fear⟩ ⟨~ of his habits⟩

**setnet** \'•,•\ *n* : a fishnet that is anchored in position rather than drifted, trawled, or manipulated by hand

**set nut** *n* : LOCK NUT 1

**set off** *vt* **1** *obs* : REMOVE **2 a** : to put in relief : show up or intensify by contrast ⟨bright with flowers . . . a sinister brightness . . . *set off* by the blackness of the shadows —William Beebe⟩ **b** : ADORN, EMBELLISH ⟨ribbons and laces to *set off* the faces of pretty young sweethearts —W.S.Gilbert⟩ **c** *obs* : to give a flattering description of **d** : to set apart : make distinct or outstanding ⟨dramatic line that generally *sets off* the leaders among men —C.B.Forcey⟩ ⟨*set off* the interjected material with commas⟩ **3 a** : OFFSET, COUNTERBALANCE, COMPENSATE ⟨more variety in the Lancashire weather to *set off* its most disagreeable phases —*Geog. Jour.*⟩ — often used with *against* ⟨strength of the middle classes . . . has been their ability to *set off*, within themselves, intellect against money —Roy Lewis & Angus Maude⟩ **b** : to make a setoff of : plead as a setoff **4 a** : to set in motion : cause to begin ⟨speculation in stocks often *sets off* speculation in commodities —*Kiplinger Washington Letter*⟩ ⟨sensations of thirst can be shown to be *set off* by dryness of the mouth —F.A.Geldard⟩ **b** : to cause to explode : touch off ⟨lightning may *set off* nitroglycerin —Stanley Frank⟩ **5** : to measure or mark off on a surface : lay off ~ *vi* **1** : to start out on a course or a journey ⟨*set off* for home⟩ ⟨saddled up and *set off* in pursuit⟩ **2** : to smear the next sheet with ink : OFFSET

**setoff** \'•,•\ *n* -s [*set off*] **1** : something that is set off against another thing: **a** : something used to improve the appearance of anything : DECORATION, ORNAMENT **b** : COMPENSATION, COUNTERBALANCE **2** : OFFSET 3a **3** : the discharge of a debt by setting against it a distinct claim in favor of the debtor; *also* : the claim itself — compare COUNTERCLAIM, CROSS CLAIM, RECOUPMENT **4** : OFFSET 8a **5** : a railroad car removed from a train to a siding between yards or terminals

**set-off man** \'•,•-\ *n* : FLOORMAN 1b

**setoff sheet** *n*, *Brit* : SLIP SHEET

**set on** *vt* **1** *obs* : to set on foot : PROMOTE **2** : to urge (as a dog) to attack or pursue : UNLEASH **3** : to incite to action : INSTIGATE ⟨*set on* to rebellion by their leaders⟩ **4** : to set to work : set about ⟨an extra gang was *set on* to the job⟩ ~ *vi* : to go on : ADVANCE

**¹se·ton** \'sēt'n\ *n* -s [ME, fr. ML *seton-*, *seto*, fr. L *seta* silk, fr. L, bristle — more at SINEW] **1** : one or more threads or horsehairs or a strip of linen introduced beneath the skin by a knife or needle to form an issue — compare ROWEL **2** : SUTURE

**²seton** \"\ *vt* -ED/-ING/-S : to use a seton on

**se·toph·a·ga** \sə'täfəgə\ *n, cap* [NL, fr. Gk *sēto-* (fr. *sēs*, *sēs* moth, prob. fr. Syr *sāsā*) + NL *-phaga*] : a genus of fly-catching warblers consisting of the American redstart and numerous related species of Central and So. America — **se·toph·a·gine** \-fə,jīn, -,jən\ *adj*

**se·tose** \'sē,tōs\ *also* **se·tous** \'sēd·əs\ *adj* [L *setosus*, *saetosus*, fr. *seta*, *saeta* bristle + *-osus* -ose, -ous — more at SINEW] : BRISTLY, SETACEOUS

**set out** *vt* **1** *obs* : to equip and send out **2 a** : ISSUE, PROMULGATE ⟨this act *sets out* the personnel of a tribunal as follows —F.D.Smith & Barbara Wilcox⟩ **b** : to recite, describe, or state at large ⟨distributed copies of a pamphlet *setting out* his ideas in full —S.F.Mason⟩ **3** *obs* : to place in relief : set off **4 a** : to arrange and present graphically or systematically ⟨the grammar is well *set out*⟩ ⟨on fig. 67 you will see *set out* the semaphore code —Peter Heaton⟩ **b** : to mark out (as a design) : lay out the plan of ⟨*sets out* the wood with square and marking knife, shapes and joints it —*Choice of Careers: Furniture Manufacturing*⟩ **c** : to smooth or flatten (a wet hide or skin) when dressing **5** : to separate (a railroad car) from a train and place on a siding **6** : to begin with a definite purpose : INTEND, UNDERTAKE ⟨given up the attempt to read poets who *set out* deliberately to mystify him —Douglas Stewart⟩ ⟨necessary for the effect he *set out* to produce —Bernard De Voto⟩ ~ *vi* : to start out on a course, a journey, or a career ⟨*set out* across the sea⟩ ⟨*set out* early from his cabin⟩ ⟨the engineering course he had originally *set out* on⟩

**setout** \'•,•\ *n* -s [*set out*] **1 a** (1) : ARRAY, DISPLAY ⟨complete ~ of dinnerware and glassware⟩ (2) : ARRANGEMENT, LAYOUT ⟨in ~ the catalog had the appearance of an ode —Adrian Bell⟩ **b** : BUFFET, SPREAD **c** : TURNOUT 6a **d** : COSTUME, GETUP **e** : OUTFIT, EQUIPMENT ⟨a gambling ~⟩ **2** : PARTY, ENTERTAINMENT, AFFAIR **3** : BEGINNING, OUTSET **4** : the act of taking a car out of a train (average number of ~s for hot boxes per car-mile)

**setover** \'•,••\ *n* -s [fr. *set over*, v.] **1** : distance or amount set over **2** : a device by which a lathe headstock or tailstock can be moved perpendicular to the ways for taper turning

**set piece** *n* **1** : a composition of formal pattern in painting, sculpture, music, or literature ⟨an autobiographical *set piece*⟩ ⟨thrilling effect of . . . any of Shakespeare's great *set pieces* —W.S.Maugham⟩ ⟨the *set pieces*, too — the cathedrals and galleries and parks and palaces . . . come alive —Mitchell Goodman⟩ **2 a** : a flat cut to the silhouette of a building, tree, mountain, or some other object required in a stage setting **b** : a piece of constructed scenery **3** : a framework on which fireworks are so arranged as to form a design on burning **4** : a precisely planned and conducted military operation

**set pin** *n* : DOWEL

**set point** *n* **1** : a point that decides a tennis set if won by the side having an advantage in the score **2** : a point at which it is desired to have a control system maintain the variable quantity (as of pressure, temperature, relative humidity) : SETTING

**set pot** *n* : a vessel usu. of stainless steel heated either directly or indirectly in a fixed location for manufacturing synthetic resins and varnishes — called also *set kettle*

**sets** *pres 3d sing of* SET, *pl of* SET

**set sample** *n* : a sample taken from a freshly filled fermenter for chemical analyses

**setscrew** \'•,•\ *n* **1** : a machine screw designed to be screwed through a metal part (as a collar) and to jam tightly upon another part (as a shaft) so as to prevent relative movement — compare CLAMP SCREW **2** : a screw for regulating a valve opening or a spring tension

**setscrew wrench** *n* : ALLEN WRENCH

**set shot** *n* : a two-handed floor shot in basketball from a stationary position

**sets·man** \'setsmən\ *n, pl* **setsmen** : a workman in a stone quarry who cuts stone paving blocks

**set square** *n* **1** : TRIANGLE 3e **2** : a drafting instrument having a straightedge that may be set at any desired angle with an edge of the drawing board **3** : a try square with an adjustable sliding head

**set-stitched** \'•;•\ *adj* : embroidered on tapestry

**¹sett** *var of* SET

**²sett** *var of* SETH

**³sett** \'set\ *n* -s [prob fr. obs *var of* ¹*set*] : a pattern of a Scottish tartan

**set·te·cen·tist** \,sed·ə'chentəst\ *n, pl* **settecentists** \-sts\ *or* **settecentis·ti** \-,chen'tēstē\ [It *settecentista*, fr. *settecento* seven hundred, 18th century (fr. *sette* seven — fr. L *septem* — + *cento* hundred, fr. L *centum*) + *-ista* -ist — more at SEVEN, HUNDRED] : an artist, poet, or student of the 18th century period in Italian literature and art

**¹set·tee** \se'tē\ *n* -s [modif. of It *saettia*, fr. ML *sagittea*, fr. L *sagitta* arrow] : a boat with a long sharp prow and single deck fitted with two or three masts with lateen sails and formerly used in the Mediterranean

**²settee** \'\ *n* -s [alter. (influenced by *-ee*) of ³*settle*] **1** : a long seat having a back and made to accommodate several at once **2** : a medium-sized sofa with arms and a back

settee 1

**settee bed** *n* : a settee convertible into a bed by turning down or pulling out the seat

**settee sail** [¹*settee*] *n* : a quadrilateral sail on a lateen yard hung obliquely to the mast

**set·ter** \'sed·ə(r), -etə-\ *n* -s [ME, fr. *setten* to set + *-er* — more at SET] **1** : one that sets ⟨~ of traps⟩ ⟨an accurate ~ of type⟩ ⟨good ~ of fruit⟩ ⟨~ of fashions⟩ — used often in combination ⟨brick*setter*⟩ ⟨tile*setter*⟩ **2** : a worker who sets something esp. by putting it in readiness for some operation or process or by placing it at a permanent location: as **a** : a sawmill worker who rides on the log carriage of the head saw and adjusts the position of logs so that planks are cut to desired thickness **b** : a textile worker who prepares harnesses for drawing-in **c** : one that places stacks of brick or tile in kilns **d** : one that adjusts paper-cutting machines **e** (1) : one that erects stone monuments (2) : one that sets stone blocks in a masonry wall **f** : BED SETTER **g** : one that sets stones or seals in jewelry **h** : a leather worker who smooths wrinkles from oiled hides with a dull scraper or by machine — called also *putter-out*, *setter-out*, *striker-out* **3** : one of those who place the cocks beak to beak in a cockfight **4** : one that sets out plants (tobacco ~) **5** *Scots law* : LESSOR **6** : something used in setting: as **a** : a stone for setting an edge on a tool **b** : a fireclay container to hold a single piece (as a plate or saucer) in the kiln **c** : a low short sawhorse that is placed under the axle of a vehicle after it is raised with a jack and that leaves the wheels free to turn **d** : SAW SET **e** : a device for setting a combination of stops in a pipe organ **7 a** : one that finds and decoys victims for sharpers or thieves **b** : a police spy : INFORMER **c** : one employed to run up prices at auctions **8** : a large bird dog of a type formerly trained to set on finding game but now expected to point — see ENGLISH SETTER, GORDON SETTER, IRISH SETTER; compare POINTER **9 setters** *pl* : WOMEN — distinguished from *pointers*

**settergrass** \'••,•\ *n* : BEAR'S-FOOT

**setter-in** \'••'•\ *n, pl* **setters-in** [*set in* + *-er*] : a pottery worker who packs ware in saggers and places them in kilns

**setter-on** \'••'•\ *n, pl* **setters-on** [*set on* + *-er*] **1** : one that sets on or attacks : ATTACKER **2** : one that instigates or incites ⟨*setter-on* to treason⟩

**setter-out** \'••'•\ *n, pl* **setters-out** [*set out* + *-er*] **1** : SETTER 2h **2** : a carpenter or metalworker who lines out the details of the work

**setter-to** \'••'•\ *n, pl* **setters-to** [*set to* + *-er*] : SETTER 3

**setter-up** \'••'•\ *n, pl* **setters-up** [*set up* + *-er*] : one that sets something up: as **a** : RAISER 4 **b** : a worker who inserts linings into leather products **c** : a worker who assembles cardboard boxes **d** : one that sets up and sets off fireworks displays **e** : SETTER 2h

**setterwort** \'••,•\ *n* [*setter-* (of unknown origin) + *wort*] : BEAR'S-FOOT

**set theory** *n* : a branch of mathematical or symbolic logic that deals with the nature and relations of sets — **set theoretic** *adj*

**set·ting** *n* -s [ME, fr. gerund of *setten* to set — more at SET] **1 a** : the manner, position, or direction in which something is set ⟨change the ~ of a thermostat⟩ **b** : the numerical reading of a graduated circle or other scale (as in right ascension or declination) by which an instrument is pointed at a celestial body **c** : the placing of a micrometer wire centrally on the

living space, safety facilities, or maintenance) in respect to a standard set by legal or other authoritative sources **b :** conforming to a pattern of linguistic usage existing within a speech community but not that of the prestige group in that community in choice of word (as *set*, for *sit*), form of word (as *brung*, for *brought*), pronunciation (as *twicet*, for *twice*), grammatical construction (as the boys *is* growing fast), or idiom (as *all to once*, for *all at once*) — compare NONSTANDARD **c :** constituting a greater than normal chance of loss to an insurer due to some inherent and determinable cause (as poor health or unusual fire hazard) ⟨a ~ life⟩ ⟨a ~ risk⟩; *also* **:** covering a substandard risk usu. in return for an extra premium ⟨~ insurance⟩ **d** *of motion-picture film* **:** narrower than 35 millimeters

2**substandard** \ˈ\ *n* [in sense 1 fr. *sub-* + *standard*, n ; in sense 2, fr. 1*substandard*] **1 :** a secondary standard used in measurement and esp. to check the accuracy of commercial measuring devices (as scales) **2 :** something (as a way of living) that is substandard

**sub·stan·tia** \səbzˈtanch(ē)ə, -bˈst-\ *n, pl* **substanti·ae** \-chē,ē\ [NL, fr. L, substance] **:** anatomical material, substance, or tissue

**sub·stan·tia·ble** \-ch(ē)əbəl\ *adj* [*substantiate* + *-able*] **:** capable of being substantiated

1**sub·stan·tial** \səbzˈtanchəl, -bˈst-, -taan-\ *adj* [ME *substancial*, fr. LL *substantialis*, fr. L *substantia* substance + *-alis* -al — more at SUBSTANCE] **1 a :** consisting of, relating to, sharing the nature of, or constituting substance **:** existing as or in substance **:** MATERIAL ⟨~ life⟩ ⟨the ~ realities⟩ ⟨most ponderous and ~ things —Shak.⟩ **b :** not seeming or imaginary **:** not illusive **:** REAL, TRUE ⟨the ~ world⟩ ⟨a mere dream neither ~ nor practical⟩ **c :** being of moment **:** IMPORTANT, ESSENTIAL **2 a :** adequately or generously nourishing **:** ABUNDANT, PLENTIFUL ⟨set a ~ table⟩ ⟨after that too ~ dinner⟩ **b :** possessed of goods or an estate **:** moderately wealthy **:** WELL-TO-DO ⟨a ~ man⟩; *often* **:** having a good and well-maintained income-producing property ⟨a ~ farmer⟩ ⟨the more ~ tradesmen⟩ **c :** considerable in amount, value, or worth ⟨made a ~ gain on the transaction⟩ **3 a :** having good substance **:** firmly or stoutly constructed **:** STURDY, SOLID, FIRM ⟨a ~ house⟩ ⟨~ cloth⟩ **b :** having a solid or firm foundation **:** soundly based **:** carrying weight ⟨a ~ argument⟩ ⟨~ evidence⟩ **4 a :** being that specified to a large degree or in the main ⟨a ~ victory⟩ ⟨a ~ lie⟩ **b :** of or relating to the main part of something **syn** see MASSIVE

2**substantial** \ˈ\ *n* -s [ME *substancial*, fr. *substancial*, adj.] **:** something that is substantial: as **a :** something having substance or actual existence **b :** something having good substance or actual value **c :** something of moment **:** an important or material matter, thing, or part

**substantial damages** *n pl* **:** damages which bring about actual economic loss or for which compensation in a substantial amount is awarded as distinguished from nominal damages awarded only to vindicate a legal right

**substantial form** *n* [ME *forme substancial*, trans. of ML *forma substantialis*, trans. of Gk *ousiōdes eidos*] **:** the form or nature that according to the scholastics gives to an individual substance its specific or generic character

**sub·stan·ti·a·lia** \-ˌchēˈālēə\ *n pl* [NL, fr. neut. pl. of LL *substantialis* substantial] *Scots law* **:** the formally essential parts of a deed

**sub·stan·tial·ism** \-ˈchə,lizəm\ *n* -s **:** either of two doctrines in philosophy: **a :** one holding that constant realities or substances underlie phenomena **b :** one holding that matter is a real substance rather than an aggregation of centers of force

**sub·stan·tial·ist** \-ləst\ *n* -s **:** a proponent of a doctrine of substantialism

**sub·stan·ti·al·i·ty** \-ˌchēˈaləd-ē, -lətē, -i\ *n* -ES [LL *substantialitas*, fr. *substantialis* substantial + L *-itas* -ity] **:** the quality or state of being substantial **:** CORPOREITY, MATERIALITY

**sub·stan·tial·ize** \-ˈchə,līz\ *vt* -ED/-ING/-S **:** to make substantial **:** give substance to

**sub·stan·tial·ly** \səbzˈtanch(ə)lē, -bˈst-, -taan-, -li\ *adv* [ME *substancially*, fr. *substancial* + *-ly*] **:** in a substantial manner **:** so as to be substantial

**sub·stan·tial·ness** \-chəlnəs\ *n* -ES **:** SUBSTANTIALITY

**substantial right** *n* **:** a legal right affecting or involving a matter of substance as distinguished from matters of form **:** a right materially affecting those interests which a man is entitled to have preserved and protected by law **:** a material right

**sub·stan·tia ni·gra** \-ˈnīgrə, -ˈnig-\ *n, pl* **substantiae ni·grae** \-(,)grē\ [NL, lit., black substance] **:** a layer of deeply pigmented gray matter in the midbrain separating the cerebral peduncles from the tegmentum above

**substantia pro·pria** \-ˈprōprēə\ *n, pl* **substantiae propri·ae** \-ē,ē\ [NL, lit., the tissue proper] **:** the layer of lamellated transparent fibrous connective tissue that makes up the bulk of the cornea of the eye

**sub·stan·ti·ate** \səbzˈtanchē,āt, -bˈst-, -taan- *sometimes* -n(t)sē-, *chiefly substand* -nchə,wāt; *usu* -ād-+V\ *vt* -ED/-ING/-S [NL *substantiatus*, past part. of *substantiare* to substantiate, fr. L *substantia* substance — more at SUBSTANCE] **1 :** to impart substance or material form or being to **2 a :** to put into concrete form **:** EMBODY **b :** to make solid or firm **3 :** to establish the existence or truth of by proof or competent evidence **:** VERIFY ⟨~ a charge⟩ **syn** see CONFIRM

**sub·stan·ti·a·tion** \-ˈāshən, *chiefly substand* -ˈwāshən\ *n* -s **1 :** an act of substantiating (as by proving) **2 :** something adduced as proof **:** EVIDENCE — **sub·stan·ti·a·tive** \-ˈ-,ād-iv, *chiefly substand* -ˈ-,wā-\ *adj*

**sub·stan·ti·a·tor** \-ˈ-,ād-ə(r), -,ātə-, *chiefly substand* -,wā-\ *n* -s **:** one that substantiates something

**sub·stan·ti·fi·ca·tion** \səbz,tantəfəˈkāshən, -b,st-\ *n* -s [fr. *substantify*, after such pairs as E *magnify*: *magnification*] **:** an act or product of substantifying

**sub·stan·ti·fy** \-ˈ-,fī\ *vt* -ED/-ING/-ES [ML *substantificare*, fr. L *substantia* substance + *-ficare* -fy] **1 :** to give substance or substantive character to **2 :** SUBSTANTIVATE

**sub·stan·tious** \səbzˈtanchəs, -bˈst-\ *adj* [MF *substancious*, *substancieus*, fr. OF *substance* + *-ious*, *-ieus* -ious] *chiefly Scot* **:** HEAVY, POWERFUL, SUBSTANTIAL, EFFECTUAL

**sub·stan·ti·val** \ˌsəbztənˈtīvəl, -bst-\ *adj* **:** of, relating to, or having the nature or function of a substantive — **sub·stan·ti·val·ly** \-vəlē\ *adv*

**sub·stan·ti·vate** \ˈsəbztəntə,vāt, -bst-; səbzˈtantə,v-, -bˈst-\ *vt* -ED/-ING/-S **:** to convert into or use as a substantive ⟨the tendency to ~ adjectives⟩ — **sub·stan·ti·va·tion** \-ˈvāshən\ *n* -s

1**sub·stan·tive** \ˈsəbztəntiv, -bst-\ *n* -s [ME *substantif*, fr. MF, fr. *substantif*, adj., having or expressing substance, fr. LL *substantivus* self-existent, substantive] **1 a :** a word or part of speech that names or identifies something **:** a noun or noun equivalent (as a pronoun, phrase, or absolute adjective) ⟨in "the good die young" *good* is a ~⟩ **b :** a categorematic term **2 :** an independent thing or person **:** a self-existent entity

2**substantive** \ˈ, *in senses other than 2c & 3 also* səbzˈtantiv *or* -bˈst- *or* -taan- *or* -ˈtēv *or* -ntəv\ *adj* [ME, fr. LL *substantivus*, fr. L *substantia* substance + *-ivus* -ive — more at SUBSTANCE] **1 :** having the character of an independent self-subsistent entity or thing **:** existing in its own right **:** not derivative or dependent **:** SELF-CONTAINED **2 a (1) :** having the character or status of or referring to something that is real rather than apparent **:** FIRM, SOLID **(2) :** enduring or permanent as distinguished from transitory **b :** belonging to the essence or intrinsic nature of the substance as distinguished from something that is accidental or qualifying **:** ESSENTIAL **c :** betokening or expressing existence ⟨the ~ verb is the verb *to be*⟩ **d (1) :** of, relating to, or being a dye that requires no mordant or a dyeing process involving such a dye **:** DIRECT — opposed to *adjective* **(2) :** having a specific affinity for a fiber (as wool or cellulose) **3 a :** having the nature or function of a grammatical substantive ⟨a ~ phrase⟩ **b :** relating to or having the character of a noun or pronominal term in logic **:** CATEGOREMATIC — contrasted with *adjective* **4 :** considerable in amount or numbers **:** SUBSTANTIAL **5 :** definite rather than contingent in status ⟨a ~ appointment to an office⟩

**substantive expression** *n* **:** a word or combination of words that functions as a substantive

**substantive genitive** *n* **:** a genitive that includes in its denotation the meaning of a qualified noun to be understood with it ⟨in "I spent the night at my brother's" *brother's* is a *substantive genitive* carrying the implication "residence"⟩

**substantive law** *n* **:** a branch of law that prescribes the rights, duties, and obligations of persons to one another as to their conduct or property and that determines when a cause of action for damages or other relief has arisen

**sub·stan·tive·ly** \-ntəvlē, -li\ *adv* **1 :** in a substantive manner **:** in substance **:** ESSENTIALLY **2 :** as a substantive ⟨the phrase is here used ~⟩

**sub·stan·tive·ness** \-ntivnəs, -ntēv-, -ntəv-\ *n* -ES **:** the quality or state of being substantive

**substantive right** *n* **:** a right (as of life, liberty, property, or reputation) held to exist for its own sake and to constitute part of the normal legal order of society — compare REMEDIAL RIGHT

**sub·stan·tiv·i·ty** \ˌsəbztənˈtivəd-ē, -bst-\ *n* -ES **1 :** SUBSTANTIALITY **2 :** the attraction between a substance (as dye) in solution and a fiber — compare AFFINITY 2b

**sub·stan·tiv·iza·tion** \-ˌtivəˈzāshən, səbz,tantəv-, -b,sta-,vīˈz-\ *n* -s **:** an act or instance of substantivizing

**sub·stan·tiv·ize** \ˈ-ti,vīz, -ˈtə,v-\ *or* **sub·stan·tize** \ˈ-,tīz\ *vt* -ED/-ING/-S [*substantivize* fr. 1*substantive* + *-ize*; *substantize* fr. 1*substantive* + *-ize*] **:** to convert into or use as a substantive ⟨an adjective can easily be *substantivized*⟩

**sub·station** \ˈsəb+,-\ *n* [*sub-* + *station*] **:** a station subordinate or subsidiary to another station: as **a :** a station which is subsidiary to a central station and at which high-tension electricity from the central station is transformed to electricity lower in potential and converted if desired to continuous current or to alternating current of a different frequency **b :** a small post-office station (as a contract station in a drug store or a station set up at a convention for handling philatelic mail) **c :** a subordinate station that rebroadcasts messages from a primary station of a communication system

**substellar point** \ˌsəb+ . . .-\ *n* [*substellar* fr. *sub-* + *stellar*] **:** the point on the earth's surface at which a particular star is in the zenith

**sub·sternal** \ˈ+\ *adj* [ISV *sub-* + *sternal*] **:** situated or perceived beneath the sternum ⟨~ pain⟩

**substile** *var of* SUBSTYLE

**sub·stit·u·end** \səbzˈtichə,wend, -bˈst-\ *n* -s [NL *substituendum*] **:** something that can be or is substituted in a logical relation

**sub·stit·u·en·dum** \(,)-,-ˈwendəm\ *n, pl* **substituen·da** \-də\ [NL, fr. neut. of L *substituendus*, gerundive of *substituere* to substitute] **:** something that is to be substituted in a logical relation

1**sub·stit·u·ent** \-ˈ-wənt\ *n* -s [L *substituent-*, *substituens*, pres. part. of *substituere* to substitute] **:** something that is or may be substituted; *usu* **:** an atom or group substituted for another or entering a molecule in place of some other part that is removed ⟨aniline derivatives containing an alkyl or halogen ~ —*Veterinary Bull.*⟩

2**substituent** \ˈ\ *adj* **:** functioning as a substituent

**sub·sti·tut·abil·i·ty** \ˌsəbztə,tüd-əˈbiləd-ē, -bst-, -tə,tyü-, -ütə-, -lətē, -i\ *n* **:** capacity for being substituted **:** the quality or state of being substitutable

**sub·sti·tut·able** \ˈ-,-bəl\ *adj* **:** capable of being substituted or sometimes of substituting (as for one another)

1**sub·sti·tute** \ˈsəbztə,tüt, -bst-, -tə,tyüt, *rapid often* -bz,t(y)üt *or* -b,st(y)-; *usu* -üd + V\ *n* -s [ME, fr. L *substitutus*, past part. of *substituere* to put under, put in the place of, substitute, fr. *sub-* + *-stituere* (fr. *statuere* to set, place, stand up) — more at STATUTE] **1 :** a person who takes the place of or acts instead of another: as **a :** an heir instituted under Roman civil, or Scots law to succeed to property in case another heir named cannot or will not accept the succession **:** a conditionally appointed heir named to take possession in case another heir loses his ownership through default of some condition (as under a will or settlement) **b :** a person who enlists for military service in the place of a conscript or drafted man **2 :** something that is put in place of something else or is available for use instead of something else ⟨honey is an excellent ~ for sugar in many recipes⟩: as **a :** something cheaper or inferior that is used instead of a standard article ⟨margarine is not a ~ but a distinctive article⟩ ⟨use of galvanized iron as a ~ for lead in flashing⟩ **b :** an artificial product used to replace a natural ⟨a valuable milk ~ prepared from soybeans⟩ **c :** a word or grammatical feature that replaces another word, a phrase, or a clause in a context ⟨a pronoun serves as a ~⟩ **3 a :** any of several connections used for joining oil-well appliances that are of different sizes or that have different joint details — called also *sub* **b :** a special tool or part used in place of a regular tool **syn** see RESOURCE

2**substitute** \ˈ\ *vb* -ED/-ING/-S [L *substitutus*, past part. of *substituere* to substitute] *vt* **1 a :** to put in the place of another **:** EXCHANGE ⟨~ a new technique for the old one⟩ **b :** to introduce (as an atom or group) by substitution ⟨~ sulfur for oxygen in a molecule⟩ **2** *obs* **:** to invest with delegated authority **:** designate as a delegate **3 :** to replace with another ⟨~ yesterday's steady opinions with the latest fancies⟩ ⟨names like *Jane* are always *substituted* by the pronoun *she* —R.A.Hall b. 1911⟩ **4 :** to nominate (a person) to take a remainder — compare SUBSTITUTION 1a(3) ~ *vi* **:** to function, serve, or act as a substitute

3**substitute** \ˈ\ *adj* [L *substitutus*, past part. of *substituere*] **1 :** serving as or fitted for use as a substitute ⟨a ~ food⟩ **2 :** involving the use of substitutes ⟨~ feeding of infants⟩

**substitute broker** *n* **:** a person making a profession of securing military substitutes esp. during the American Civil War

**substituted** *adj* [fr. past part. of 2*substitute*] **:** put in the place of another: as **a :** appointed by a person to take the place of himself or another or of something else and esp. to act in his own stead or to act on the happening of a particular event in the stead of another **:** appointed by substitution ⟨a ~ executor⟩ ⟨a ~ legacy⟩ **b :** having been subjected to a substitution reaction or having some of its parts replaced ⟨alcohol is a ~ water⟩ ⟨methylamine is a ~ ammonia⟩

**substituted service** *n* **:** the service of a legal writ, process, or summons otherwise than by personal service (as by leaving it at a defendant's place of business or residence or with his agent, by mail, or by publication)

**substitute fiber** *n* **:** a living parenchyma cell with the form of a fiber, simple pits, and relatively thick walls that occurs esp. in sapwood

**sub·sti·tut·er** \-üd-ə(r), -ütə-\ *n* -s **:** one that substitutes

**sub·sti·tut·ibil·i·ty** *n* -ES [by alter.] **:** SUBSTITUTABILITY

**sub·sti·tu·tion** \ˌsəbztəˈtüshən, -bst-, -təˈtyü-\ *n* -s *often attrib* [ME *substitucion*, fr. MF *substitution*, fr. LL *substitution-*, *substitutio*, fr. L *substitutus* (past part. of *substituere* to substitute) + *-ion-*, *-io* -ion] **1 :** the substituting of one person or thing for another: as **a** *Roman law* **(1) :** the nomination of someone to be heir upon the failure of an heir previously named to take an inheritance — called also *common substitution*, *vulgar substitution* **(2) :** the similar nomination of a person to take as heir in place of or to succeed a descendant under puberty and in the potestas of the testator in case of the descendant's failure to take the inheritance or on his death before puberty or to succeed a descendant of any age who is a lunatic **(3) :** a designation by a testator that names one to whom property is to be handed over by the person named as heir or by his heir and that gives rise to a fideicommissum; *also* **:** a designation under civil law of a person to succeed to another as beneficiary of an estate used as a means of settling property and involving a fideicommissum **b :** the replacing of a quantity by its equal or of a variable by a value of it or of an algebraic expression or function by one that is equal in value **c (1) :** a chord that produces an unexpected or less likely resolution in place of a likelier resolution **(2) :** a change of fingers on a digital of a keyboard instrument **d :** a chemical reaction in which one or more atoms or groups in a molecule are replaced by equivalent atoms or groups to form at least two products; *esp* **:** the replacement of hydrogen in an organic compound by another element or group ⟨the ~ of one chlorine atom for one hydrogen atom of methane gives methyl chloride⟩ — often contrasted with *addition*; compare EXCHANGE 2e **e :** the replacing of a linguistic form by a substitute in a context **f (1) :** the replacing in Greek or Latin prosody of a foot required or expected at a given place in a given meter by another which is equivalent in temporal quantity **(2) :** the using in a metrical series in modern prosody of a foot other than the prevailing foot of the series or of a silence that replaces expected sound and occupies the time of a foot or syllable — compare INVERSION, IONIC DISPLACEMENT **g (1) :** the deceptive replacing of one material or product by another of less worth **(2) :** the natural economic tendency for the less costly of two or more operations or agencies to replace the more costly **h (1) :** the turning from an obstructed desire to another desire whose gratification is socially acceptable **(2) :** the turning from an obstructed form of behavior to a different and often more primitive expression of the same tendency ⟨a ~ neurosis⟩ **(3) :** the reacting to each of a set of stimuli by a response prescribed in a key ⟨a ~ test for speed of learning new responses⟩ **2 :** something that functions as a substitute or exists in a particular relation as a result of an act of substituting: as **a :** material substituted ⟨the ~ was found to be harmless⟩ **b :** a sound change consisting in the replacement or apparent replacement of one vowel or consonant by another **c :** an instance of linguistic substitution **d :** a cipher or method of ciphering that replaces message letters or polygraphs with substitutes

**sub·sti·tu·tion·al** \ˌ-ˈ(-)ˈt(y)üshənᵊl, -shnəl\ *adj* **:** of, relating to, or constituting substitution — **sub·sti·tu·tion·al·ly** \-ᵊlē, -əlē, -li\ *adv*

**sub·sti·tu·tion·ary** \-shə,nerē, -ri\ *adj* **:** of or relating to substitution **:** serving by way of a substitute **:** SUBSTITUTIONAL

**substitution instance** *n* **:** a statement in logic derived from a statement form by substitution of constants for variables

**substitution rule** *n* **:** a principle in logic specifying what expressions may be substituted for one another ⟨a *substitution rule* specifying that the definiendum may replace the definiens⟩

**substitution tables** *n pl* **:** tables of sentences in which equivalents may be substituted for their elements and which are used esp. in grammar drill

**substitution vein** *or* **substitution deposit** *n* **:** a metalliferous vein formed by the partial or complete substitution of the vein material for the original rock or mineral — called also *replacement vein*

**sub·sti·tu·tive** \ˈsəbztə,tüd-iv, -bst-, -tə,tyü-, -üt-, -ēv *also* -təv\ *adj* [L *substitutus* (past part.) + E *-ive*] **:** tending to afford or furnish a substitute **:** suitable as a replacement **:** making or capable of substitution ⟨~ behavior⟩ — **sub·sti·tu·tive·ly** \-əvlē, -li\ *adv*

**sub·story** \ˌsəb +\ *n* [*sub-* + *story*] **:** a lower story; *specif* **:** a layer of forest growth that does not reach to the canopy ⟨a ~ of shrubby growth and young replacement⟩

**sub·stract** \səbzˈtrakt, -bˈst-\ *vb* -ED/-ING/-S [LL *substractus*, past part. of *substrahere* to draw from beneath, withdraw, alter. (influenced by L *subs-*, var. of *sub-*) of L *subtrahere* — more at SUBTRACT] **:** SUBTRACT ⟨so far from adding to, it will ~ from, the quantity of labor necessary —Jeremy Bentham⟩

**sub·strac·tion** \-kshən\ *n* -s [ML *substraction-*, *substractio*, fr. LL *substractus* (past part.) + L *-ion-*, *-io* -ion] **1 :** SUBTRACTION ⟨rendering back to us with additions or ~s, the beauty which existing things have of themselves presented to him —Thomas Carlyle⟩ **2 :** secret misappropriation of property and esp. from a decedent's estate **:** EMBEZZLEMENT

**sub·stratal** \ˌsəb +\ *adj* [*substratum* + *-al*] **:** of or relating to a substrate or substratum **:** BASIC, UNDERLYING

1**sub·strate** \ˈsəbz,trāt, -b,st-\ *n* -s [ML *substratum*] **1 :** SUBSTRATUM **2 a :** 1BASE 2b(1), CARRIER 9b **b :** the base on which an organism lives ⟨the soil is the ~ of most seed plants while rocks, soil, water, tissues, or other media are ~s for various other organisms⟩ **3 a :** a substance acted upon (as by an enzyme) ⟨an enzyme-*substrate* complex⟩ **b :** a source of reactive material (as a nutritive medium) ⟨cultures developing on a nutrient agar ~⟩

2**substrate** \ˈ\ *adj* **:** of, relating to, forming, or taking place in a substrate; *sometimes* **:** BASIC, FUNDAMENTAL

**sub·stra·tist** \ˌsəbzˈtrād-əst, -bˈst-\ *n* -s [*substratum* + *-ist*] **:** one that explains some feature of a language by reference to a substratum

**sub·stra·tive** \-ād-iv\ *adj* [*substratum* + *-ive*] **1 :** of, relating to, or constituting a substrate or substratum **2 :** UNDERLYING, FUNDAMENTAL

**sub·stratose** \ˌsəb+\ *adj* [*sub-* + *stratose*] **:** indistinctly or irregularly stratified

**sub·stratosphere** \ˈ+\ *n* [ISV *sub-* + *stratosphere*] **:** the region of the atmosphere just below the stratosphere — **sub·stratospheric** \ˈ+\ *adj*

**sub·stratum** \ˌsəb+\ *n, pl* **substrata** *also* **substratums** [ML, fr. neut. of L *substratus*, past part. of *substernere* to spread under, strew under, fr. *sub-* + *sternere* to strew — more at STREW] **:** something that is laid or spread under or that underlies and supports or forms a base for something else **:** an underlying structure, layer, or part **:** FOUNDATION: as **a (1) :** a permanent characterless support of properties of a thing or reality **:** substance as a support of attributes **(2) :** such a support regarded as a cause of a thing or its properties **b :** the material of which something is made and from which it derives its special qualities ⟨protoplasm is the material ~ of life⟩ **c :** a layer of rock or earth beneath the surface soil; *specif* **:** SUBSOIL **d :** SUBSTRATE 2, 3 **e :** a thin coating (as of hardened gelatin) on the support of a photographic film or plate to facilitate the adhesion of the sensitive emulsion **f :** a language that is extinct in a particular region but is believed by some linguists to have left traces of its structure in a current or more recently introduced language of that region as a result of imperfect learning of the introduced language by the native population

**sub·striate** \ˈ+\ *adj* [*sub-* + *striate*] **:** marked indistinctly with striations

**sub·struct** \(ˌ)səbzˈtrəkt, -bˈst-\ *vt* -ED/-ING/-S [L *substructus*, past part. of *substruere* to build beneath, fr. *sub-* + *struere* to arrange, build — more at STRUCTURE] **:** to build or lay beneath

**sub·struc·tion** \-kshən\ *n* -s [L *substruction-*, *substructio*, fr. *substructus* (past part.) + *-ion-*, *-io* -ion] **:** the underlying or supporting part of a fabrication (as a building or dam) — **sub·struc·tion·al** \-kshənᵊl, -shnəl\ *adj*

**sub·structural** \ˌsəb +\ *adj* **:** of, relating to, or constituting a substructure

**sub·structure** \ˈ+\ *n* [*sub-* + *structure*] **:** UNDERSTRUCTURE, GROUNDWORK: as **a :** the foundation of a building or other structure **b :** the earth roadway supporting the ballast and track of a railway line

**sub·stylar** \ˈ+\ *adj* **:** of or relating to the substyle

**sub·style** *or* **sub·stile** \ˈsəbz,tīl, -b,st-\ *n* [*sub-* + *style* or obs. E *stile* style, fr. ME — more at STYLE] **:** a straight line on which the gnomon of a dial is erected and which constitutes the common section of the face of the dial and a plane perpendicular to it passing through the gnomon

**sub·sulfate** \ˌsəb+\ *n* [*sub-* + *sulfate*] **:** a basic sulfate

**sub·sul·tive** \səbˈsəltiv\ *adj* [L *subsultus* (past part. of *subsilire* to leap up) + E *-ive*] **:** SUBSULTORY

**sub·sul·to·ry** \-tərē\ *adj* [L *subsultus* (past part. of *subsilire* to leap up, fr. *sub-* up + *-silire*, fr. *salire* to leap) + E *-ory* — more at SUB-, SALLY] **:** involving irregularity of movement or advance **:** BOUNDING, LEAPING

**sub·sum·able** \(ˌ)səbˈsüməbəl *sometimes* -bˈzü-\ *adj* **:** capable of being subsumed

**sub·sume** \-m\ *vt* -ED/-ING/-S [*sub-* + L *sumere* to take up, take — more at RESUME] **1 :** to view, list, or rate as component in an overall or more comprehensive classification, summation, or synthesis **:** encompass as a part, example, or phase **:** classify as part of a larger schema or judge as a specific instance governed by a general principle ⟨Newtonian physics has not been overthrown so much as *subsumed* into a more embracing scheme —*Times Lit. Supp.*⟩ **2** *obs* **:** ASSUME, DEDUCE; *also* **:** to sum up **:** SUMMARIZE **syn** see INCLUDE

**sub·summation** *n* [irreg. (influence of *summation*) fr. *subsume* + *-ation*] **:** an act or product of subsuming

**sub·summit** \ˌsəb+\ *adj* [*sub-* + *summit*] **:** situated or occurring somewhat below an adjacent summit

**sub·sump·tion** \səbˈsəm(p)shən\ *n* -s [NL *subsumption-*, *subsumptio*, fr. *subsumptus* (past part. of *subsumere* to take under, subsume) + L *-ion-*, *-io* -ion] **1 :** the minor premise in the former syllogistic criminal procedure under Scots law containing an affirmation of the accused's guilt, a narrative of the material facts, or comparable matter **2 a :** something that is under the sumption of a presentation in formal logic **:** the minor premise of a syllogism **b :** something that is subsumed

(as in a radar set or other electronic device); also : the path taken by such a line or spot 6 a : a minute and often barely detectable amount or indication ⟨a mere ~ of a smile⟩ ⟨lost without a ~⟩ ⟨needs just a ~ more salt⟩ b : a very small quantity of a chemical constituent or component esp when not quantitatively determined because of minuteness

²trace \"\ vb -ED/-ING/-S [ME tracen, fr. MF tracer, tracier, fr. (assumed) VL tractiare to drag, draw, fr. L tractus, past part. of trahere to draw, pull, drag — more at DRAW] vt 1 : to make or record by drawing: as a : DELINEATE, SKETCH, OUTLINE ⟨~ a design for a fresco⟩ b : to form (as characters in writing) with care : write (as letters or figures) carefully or with nicety c : to copy (as a drawing, engraving, or manuscript) by following the lines or letters as seen through a transparent sheet superimposed on the original d : to impress or imprint (as a design or pattern) with or as if with a tracer; also : to make an imprint of such an item for (as a fabric, metal) e : to record (as the movements of a muscle) in the form of a curved, wavy, or broken line : make a tracing of ⟨the cardiograph ~s the heart action⟩ f : to make marks or lines on : adorn with tracery, chasing, or other linear ornamentation ⟨traced windows in Gothic churches⟩ 2 archaic : to walk or travel over : to pass through : TRAVERSE ⟨we do ~ this alley up and down —Shak.⟩ 3 a : to follow the footprints of : pursue the trail of or course or route taken by : track down ⟨~ game to its lair⟩ b : to follow or study out in detail or step by step : outline or present the development, progress, or history of ⟨~ the history of a movement⟩ c : to discover or uncover by going backward over the evidence step by step : ascertain, establish, or attribute as a result of such retracing or reviewing ⟨~ the cause of an epidemic⟩ ⟨traced the failure of the project to indifference⟩ d : to discover traces or signs or evidence of : prove the existence or occurrence of ⟨could not ~ the hypothetical source of the Shakespearean play⟩ e : to make out by finding or examining traces or vestiges or remains : come to know, understand, or comprehend by such investigation ⟨~ the former course of a river⟩ ⟨~ him in his word, his works, his ways —William Cowper⟩ f : to find by following traces or the trail of; esp : to ascertain the whereabouts or disposition of (as something passing from hand to hand or place to place) ⟨unable to ~ a lost letter or one's relatives⟩ ⟨traced the missing man to Chicago⟩ 4 : to lay out the trace of (a military installation) ~ vi 1 : to make one's way : GO; as a : to follow a track, trail, or other indicated way b dial Eng : WALK, MARCH, TRUDGE; also : to ramble aimlessly c archaic : to perform dance steps : step a measure d obs : to tumble down : fall free 2 : to be traceable historically : go back in time — usu. used with to ⟨a family that ~s to the Norman conquest⟩ 3 : to record on the cataloging card for a main entry the headings under which added entries have been made

³trace \"\ n -s [ME trais, pl., traces, fr. MF trait, traiz, pl. of trait pull, draft, strap for harnessing — more at TRAIT] 1 : either of two straps, chains, or ropes of a harness extending from the collar or breast collar to a whiffletree attached to a vehicle or thing to be drawn : TUG — see HARNESS illustration 2 : a short line usu. of wire or gut between a main fishing line and the hook or lure : LEADER 3 : the vascular supply of a leaf or branch consisting of one or more vascular bundles that are extensions of the central vascular cylinder; also : one of the individual bundles of such a supply — see BRANCH TRACE, LEAF TRACE; compare GAP 6 4 : a connecting bar or rod pivoted at each end to the end of another piece and used for transmitting motion esp. from one plane to another; specif : such a piece in an organ-stop action to transmit motion from the trundle to the lever actuating the stop slider

⁴trace \"\ vt -ED/-ING/-S archaic : to fasten (as a horse) by traces : hitch up

⁵trace \"\ vt -ED/-ING/-S [ME trasen, trassen, prob. alter. of MF tresser to tress, fr. OF trecier] : PLAIT, BRAID; specif : to fasten (as onion bulbs or ears of corn) in bunches by braiding together the dry herbage (as of tops or shucks)

⁶trace \"\ n -s : a traced string (as of onions or ears of corn)

trace·abil·i·ty \ˌtrāsəˈbiləd·ē, -lətē, -i\ n : the quality or state of being traceable

trace·able \ˈtrāsəbəl\ adj [²trace + -able] 1 : capable of being traced ⟨a ~ riverbed⟩ ⟨a barely ~ inscription⟩ 2 : suitable or of a kind to be attributed : DUE, ASCRIBABLE — used with to ⟨a failure ~ to lack of energy⟩ — trace·able·ness \-bəlnəs\ n -ES — trace·ably \-blē, -li\ adv

trace·bearer \ˈ-ˌ--\ n [³trace] : LAZY STRAP

trace bud n : a plant bud having a vascular trace and developing in the elongating portion of a stem — compare ADVENTITIOUS BUD

trace chain n 1 a : a harness trace of chain b : a short chain by which a leathern trace is linked with a whiffletree 2 : a long strong chain which is attached to a line and along which two or more pairs of draft animals are attached usu. by whiffletrees

trace element n [¹trace] : a chemical element (as zinc, boron, or iodine) found combined in minute quantities in plant or animal tissues and considered essential in the physiological processes of most plants and animals — called also microelement, micronutrient, minor element; compare MACRONUTRIENT

trace horse n [³trace] : an extra horse hitched beside a team to assist in drawing a load through a difficult spot (as up an incline); also : an outside horse of a team in which more than two are driven abreast

trace·less \ˈtrāsləs\ adj [¹trace + -less] : having or leaving no trace — trace·less·ly adv

trace of precipitation : a minute amount of precipitation (as of rain); specif : an amount measuring less than 0.01 inch

¹trac·er \ˈtrāsə(r)\ n -s [²trace + -er] 1 : one that traces, tracks down, or searches out: as a : SEEKER b : a person professionally engaged in the tracing of missing persons or property and esp. of goods lost in transit c : a form or inquiry sent out to facilitate the tracing of an article or shipment lost in transit 2 : one that makes tracings or traceries: as a : a draftsman, gilder, stainer, or other worker that traces designs, patterns, or markings b : one that traces (as drawings) on semitransparent paper or cloth esp. for blueprint reproduction — compare TRACING CLOTH, TRACING PAPER 3 : a device (as a stylus) used in tracing a design or other matter: as a : TRACING WHEEL b : a tempered steel punch used in chasing or repoussé work on metal (as when cutting the outline of a design or when making and finishing corners or borders) 4 a or tracer ammunition : ammunition containing a chemical composition to mark the flight of projectiles by a trail of smoke or fire b : a substance (as a fluorescent dye) used to trace the course of a process; specif : a labeled element or atom that can be traced throughout chemical, biological, or physical processes by its radioactivity or its unusual isotopic mass ⟨radioactive ~s administered to patients accumulate in tumors and other pathological tissue, where they can be detected⟩

²tracer \"\ n -s [³trace + -er] : TRACE HORSE

tracer bullet n : a bullet that contains a tracer and leaves a path of smoke or fire

trac·er·ied \ˈtrās(ə)rēd, -rid\ adj : decorated with or having tracery

trac·ery \-rē, -ri\ n -ES [²trace + -ery] 1 : architectural ornamental work with ramified lines: as a : decorative openwork in the head of a Gothic window: (1) : BAR TRACERY (2) : PLATE TRACERY b : ornamentation resembling window tracery on other decorative objects (as panels of wood or metal) c : a similar decoration in some styles of vaulting in which the ribs of the vault give off the minor bars of which the tracery is composed 2 : a decorative interlacing of lines suggestive of Gothic tracery : a pattern wrought by the interweaving or branching out of lines in ornamental or graceful figures ⟨the ~ of frost on a window pane⟩

tracery 1a(1)

traces pl of TRACE, pres 3d sing of TRACE

trache- or tracheo- comb form [NL, fr. ML trachea] 1 : trachea ⟨tracheoscopy⟩ 2 : tracheal and ⟨tracheolaryngeal⟩

tra·chea \ˈtrākēə, chiefly Brit trəˈkēə\ n, pl trache·ae \-ē,ē, -ē,ī\ also tracheas [ME, fr. ML, windpipe, trachea, fr. LL trachia, fr. Gk (artēria) tracheia rough (artery), fr. fem of trachys rough, harsh; akin to Gk thrassein, thrattein to trouble, disturb — more at DARK] 1 : the main trunk of the system of tubes by which air passes to and from the lungs in vertebrates that forms in man a tube about four inches long and somewhat less than an inch in diameter extending down the front of the neck from the larynx, bifurcating to form the bronchi, and having walls of fibrous and muscular tissue stiffened by incomplete cartilaginous rings which keep it from collapsing and lined with mucous membrane whose epithelium is composed of columnar ciliated mucus-secreting cells — compare SYRINX 2 [NL] : a xylem element or series of elements felt to resemble an animal trachea; usu : a xylem vessel 3 [NL] : one of the air-conveying tubules forming the respiratory system of most insects, millipedes, centipedes, many arachnids, and the onychophorans and in the insects constituting typically a system of ramifying and anastomosing tubules that are enlarged at various points into air sacs, penetrate to nearly all parts of the body, and have a cuticular lining which is stiffened by a spiral fiber or fibrous thickening — compare BOOK LUNG, SPIRACLE, STIGMA, TAENIDIUM

tra·che·al \-ēəl\ adj [NL trachealis, fr. ML trachea + L -alis -al] 1 : of, relating to, or functioning in the manner of an animal trachea : resembling a trachea 2 : TRACHEARY

tracheal commissure n : one of the large transverse tubes that unite the tracheal systems of the opposite sides of the body in an insect

tracheal gill n : one of the external filaments or leaflike plates connected with the tracheae of the inside of the body that form part of the respiratory system of some aquatic insect larvae and nymphs but rarely persist in the adult

tra·che·alis \ˌtrākēˈaləs, -ˈā-, -ˈä-\ n, pl trache·ales \-(ˌ)lēz\ [NL, lit., tracheal] : a muscle associated with the trachea and in man consisting of fibers that extend transversely between the ends of the cartilages and the intervals between them at the back of the trachea

tracheal sac n : an air sac of the tracheal system of an insect

tracheal tube n : a trachea of an insect or a branch of such a trachea

tracheal tug or tracheal tugging n : a downward pull of the trachea and larynx observed in aneurysm of the aorta

tracheal tympanum n : an enlarged and partially ossified segment of the trachea of some birds

tra·che·ar·ia \ˌtrākēˈa(a)rēə\ n pl, cap [NL, fr. trache- + -aria] in former classifications : a division of Arachnida comprising those that have no book lungs and including the mites, ticks, book scorpions, and harvestmen — tra·che·ar·i·an \ˌ··ˈa(a)rēən\ adj or n

¹tra·che·ary \ˈtrākēˌerē\ adj [trache- + -ary] 1 : breathing by means of tracheae 2 : of, relating to, made up of, or being plant tracheae ⟨~ tissue⟩ ⟨a ~ element⟩

²tracheary \"\ n -ES [NL Trachearia] : a member of the division Trachearia : an arachnid that lacks book lungs

¹tra·che·ata \ˌ··ˈādə, -ˈädə\ n pl, cap [NL, fr. neut. pl. of tracheatus tracheate, fr. trache- + L -atus -ate] in some esp former classifications : a class or other group of Arthropoda comprising all or most of the arthropods with tracheal respiration

²tracheata \"\ [NL] syn of TRACHEOPHYTA

¹tra·che·ate \ˈtrākēˌāt, -ēət; trəˈkēət\ n -s [NL Tracheata] : a tracheate arthropod

²tracheate \"\ adj [NL tracheatus] : having tracheae as breathing organs

tra·che·a·tion \ˌ··ˈāshən\ n -s [trache- + -ation] : the distribution and arrangement of the tracheae in a tracheate arthropod and esp. in the developing wing of an insect previous to the formation of the veins

tra·cheid \ˈtrākēəd, -ēˌkēd\ n, pl tracheids also tra·che·ides \trāˈkēəˌdēz, trəˈk-\ [ISV trache- + -id; prob. orig. formed in G] : a long tubular cell that is peculiar to xylem, functions in conduction and support, and is characterized by tapering closed ends which are not absorbed as in tracheae and by thickened strongly lignified walls which commonly have bordered pits — compare SIEVE CELL, TRACHEA 2, VESSEL; see XYLEM — tra·che·idal \trāˈkēəd°l, trəˈk-; ˌtrākēˈīd°l\ adj

tra·che·i·tis \ˌtrākēˈīdəs\ n -ES [NL, fr. trache- + -itis] : inflammation of the trachea

trachel- or trachelo- comb form [NL, fr. Gk trachēl-, trachēlo-, fr. trachēlos] 1 a : neck ⟨trachelology⟩ b : cervical and ⟨tracheloscapular⟩ 2 : necklike anatomical structure : cervix 2a ⟨tracheloplasty⟩

trache·late \ˈtrakəˌlāt, ˈtrāk-\ adj [NL trachelatus, fr. trachel- + L -atus -ate] : having the look of a neck ⟨an insect with a narrowed ~ prothorax⟩

tra·che·li·um \trəˈkēlēəm\ or tra·che·li·on \-lēˌän, -ēən\ n, pl trache·lia \-lēə\ [NL, fr. Gk trachēlos neck + L -ium or Gk -ion (dim. suffixes)] : the part of the neck of a column above the gorgerin

trache·lo·mastoid \ˌtrakəlō, ˌtrākəlō, trəˈkēlō +\ adj [ISV trachel- + mastoid] : relating to or joining the neck and mastoid

trachelo-occipital \"+\ adj [ISV trachel- + occipital] : relating to or joining the neck and occiput

trachelo·plasty \ˈtrakəlōˌplastē, ˈtrākəlō-, trəˈkēlō-\ n -ES [trachel- + -plasty] : a plastic operation on the neck of the uterus

trache·lor·rha·phy \ˌtrakəˈlȯrəfē, ˌtrāk-\ n -ES [ISV trachel- + -rrhaphy] : the operation of sewing up a laceration of the uterine cervix

trachelo·spermum \ˌtrakəlōˈspərməm ˌtrākəlō-, trəˌkēlō-\ n, cap [NL, fr. trachel- + -spermum] : a genus of Asiatic woody vines (family Apocynaceae) with opposite leaves, showy flowers in loose cymes, and elongated terete follicles — see STAR JASMINE

tracheo- — see TRACHE-

tra·cheo·bronchial \ˌtrākē(ˌ)ō, trəˌkēō+\ adj [trache- + bronchial] : of, relating to, affecting, or produced in the trachea and bronchi ⟨~ secretion⟩ ⟨~ lesions⟩

tracheo·bronchitis \"+\ n [NL, fr. trache- + bronchitis] : inflammation of the trachea and bronchi

tra·che·o·lar \trəˈkēələ(r)\ adj [tracheole + -ar] : of, relating to, or being a tracheole

tra·che·ole \ˈtrākēˌōl\ n -s [trache- + -ole] : one of the minute delicate endings of a branched trachea of an insect

tra·cheo·pho·nae \ˌtrākēəˈfōˌnē, trəˌkē-\ n pl, cap [NL, fr. trache- + Gk phōnē sound, voice — more at BAN] in former classifications : a group comprising clamatorial birds with the syrinx thin-walled and tracheal, the syringeal muscles few, and the semirings few and thin and including the families Dendrocolaptidae, Formicariidae, and Conopophagidae — tra·cheo·phone \ˈtrākēəˌfōn, trəˈk-\ adj or n

tra·cheo·pho·nine \ˌtrākēəˈfōˌnīn, trəˌkē-, -ˌnən\ or tra·che·oph·o·nous \ˌtrākēˈäfənəs\ adj [NL Tracheophonae + E -ine or -ous] : of or relating to the Tracheophonae

tra·che·oph·y·ta \ˌtrākēˈäfəd·ə\ n pl, cap [NL, fr. trache- + -phyta] : a division of plants comprising green plants with a vascular system that contains tracheids or tracheary elements (as vessel elements or fibers) and including the subdivisions Psilopsida, Sphenopsida, Lycopsida, and Pteropsida — tra·cheo·phyte \ˈtrākēəˌfīt\ n -s

tra·che·os·to·my \ˌtrākēˈästəmē\ n -ES [ISV trache- + -stomy, prob. orig. formed as F trachéostomie] : the surgical formation of an opening into the trachea through the skin

trache·ot·o·mize \ˌtrākēˈäd·əˌmīz\ vt -ED/-ING/-S [ISV tracheotomy + -ize] : to perform tracheotomy on

tra·che·ot·o·my \-ˈäd·əmē\ n -ES [trache- + -tomy] : the surgical operation of cutting into the trachea esp. through the skin

trach·ich·thy·i·dae \ˌtrāˌkikˈthīəˌdē, ˌtraˌk-\ n pl, cap [NL, fr. Trachichthys, type genus (fr. Gk trachys rough + NL -ichthys) + -idae] : a family of reddish large-headed rough-bodied or spiny chiefly deep-sea fishes (order Berycomorphi) with numerous mucous channels about the head

trachin·i·dae \trəˈkinəˌdē\ n pl, cap [NL, fr. Trachinus, type genus (fr. ML trachina, a fish, fr. Gk trachys rough) + -idae] : a family of percoid fishes that is constituted by the weevers and that sometimes with related elongated eellike fishes is placed in a separate suborder of Percomorphi or an independent order

¹trachi·noid \ˈtrakəˌnȯid, ˈtrāk-\ adj [NL Trachinus + E -oid] : resembling or related to the Trachinidae

²trachinoid \"\ n -s : a trachinoid fish

tra·chip·ter·us [NL] syn of TRACHYPTERUS

¹tra·chle \ˈtrakəl, -täk-\ vb -ED/-ING/-S [perh. fr. Flem tragelen, trakelen to walk with difficulty drag, trail; akin to MD tracch slow, heavy, sluggish, OHG trāgi sluggish, slow, Lith dri̇̄žti to become tired] vt 1 Scot : DISHEVEL, BEDRAGGLE, SOIL 2 Scot : to tire by overwork or overexertion; also : to put (as oneself) to inconvenience : BOTHER, TROUBLE ~ vi, Scot : to wear oneself out (as by work) : DRUDGE

²trachle \"\ n -s 1 Scot a : a source of fatigue (as a long and tiring walk or task) b : a cause of inconvenience, distress, or trouble 2 Scot : a listless sloven

trach·odon \ˈtrakəˌdän, ˈträk-\ n [NL, fr. Gk trachys rough + NL -odon] 1 cap : a genus comprising large duck-billed dinosaurs of the Upper Cretaceous that resemble those of the Iguanodon but have a broad spatulate snout and commonly constituting a distinct family 2 -s : a dinosaur of the genus Trachodon — trach·odont \-nt\ adj or n — trach·odon·tid \ˌ··ˈdäntəd\ adj

tra·cho·ma \trəˈkōmə\ n -s [NL, fr. Gk trachōma, fr. trachys rough, harsh + -ōma -oma] : a chronic contagious conjunctivitis characterized by the presence on the conjunctival surfaces of inflammatory granulations that are eventually replaced by scar tissue and caused by a rickettsia (Chlamydia trachomatis) — tra·choma·tous \trəˈkämədəs, -kōm-\ adj

tracho·medusae \ˌtrakō, ˈtrākō+\ n pl, cap [NL, alter. of Trachymedusae] : a suborder of Trachylina comprising medusae in which the tentacles arise from the edge of the umbrella and the gonads are developed in connection with the radial canals — tracho·medusan \"+\ adj or n

tra·chu·rus \trəˈkyürəs\ n, cap [NL, fr. Gk trachouros horse mackerel, fr. trachys rough + oura tail; akin to Gk orrhos buttocks — more at ASS] : a genus of marine carangid fishes including various important food fishes — compare COWAN-YOUNG, HORSE MACKEREL

trachy- comb form [in sense 1, fr. NL, fr. Gk, fr. trachys rough, harsh; in sense 2, fr. F, fr. trachyte — more at TRACHEA] 1 : rough : strong ⟨trachyglossate⟩ ⟨trachychromatic⟩ 2 : trachytic ⟨trachydolerite⟩ ⟨trachyandesite⟩

trachy·andesite \ˌtrakē, ˌtrākē+\ n [F trachyandésite, fr. trachy- + andésite andesite] : a lava intermediate in composition between trachyte and andesite — compare LATITE

trachy·basalt \"+\ n [G, fr. trachy- + basalt] : a rock that is intermediate in composition between trachyte and basalt and that contains both orthoclase and basic plagioclase

trachy·car·pous \ˌ··ˈkärpəs\ adj [ISV trachy- + -carpous] : rough-fruited

trachy·car·pus \ˌ··ˈkärpəs\ n, cap [NL, fr. trachy- + -carpus] : a small genus of low East Asiatic fan palms having leaf sheaths with a dense fibrous network which is made into ropes and netting — see HEMP PALM

trachy·chromatic \ˌ··+\ adj [ISV trachy- + chromatic] : deeply staining (as some marrow cells)

trachy·li·na \ˌ··ˈlīnə\ n pl, cap [NL, prob. fr. trachy- + L linum flax — more at LINEN] : an order of Hydrozoa comprising forms that lack a polyp stage and including the suborder Trachomedusae and Narcomedusae — trachy·line \ˈ··ˌlīn, -ˌlən\ adj

trachy·li·nae \ˌ··ˈlīˌnē\ [NL] syn of TRACHYLINA

trachy·medusae \ˌ··+\ [NL, fr. trachy- + medusae] syn of TRACHOMEDUSAE

tra·chyp·ter·us \trəˈkiptərəs\ n, cap [NL, fr. trachy- + -pterus] : a genus of large oceanic fishes (order Allotriognathi) comprising the dealfishes and usu. constituting a distinct family

trachy·sper·mous \ˌtrakēˈspərməs, ˌtrāk-\ adj [trachy- + -spermous] : rough-seeded

trachyte \ˈtraˌkīt, ˈtrā,-\ n -s [F, fr. Gk trachys rough + F -ite — more at TRACHEA] : a usu. light-colored volcanic rock consisting of potash feldspar generally with more or less biotite, amphibole, or pyroxene, commonly exhibiting a subparallel texture, and being the effusive form of syenite

tra·chyt·ic \trəˈkid·ik\ adj [F trachytique, fr. trachyte + -ique -ic] : of or relating to a texture of igneous rocks in which lath-shaped feldspar microlites are arranged in subparallel lines that flow around the larger phenocrysts

trachy·toid \ˈtrakəˌtȯid, ˈtrāk-\ adj [F trachytoïde, fr. trachyte + -oïde -oid] : resembling trachyte ⟨~ structure⟩

¹trac·ing \ˈtrāsiŋ, -sēŋ\ n -s [ME, fr. gerund of tracen to trace — more at TRACE] 1 : the act of one that traces 2 : something that is traced or marked out: as a : a copy of a pattern or design made on a transparent sheet superimposed on an original or by use of transfer paper b : a record made by any of several instruments (as an ergogram or cardiogram) that register graphically some movement c : a mark left on the ice by a skate — called also print 3 : a record of additional entries in respect to a particular item placed on its main entry card in a catalog

²tracing \"\ adj [ME, fr. pres. part. of tracen to trace] : used in or for making tracings ⟨~ board⟩ ⟨a ~ machine⟩

tracing cloth also tracing linen n : a fine transparent linen or cotton cloth sized on one side and used (as by architects or designers) for making tracings esp. in ink

tracing paper n 1 : a tough semitransparent paper for tracing drawings 2 : lithographic transfer paper

tracing wheel n : a needle-pointed or saw-toothed wheel with an attached handle that is used (as by tailors or patternmakers) with or without carbon paper to mark construction lines on patterns or fabric

¹track \ˈtrak\ n -s often attrib [ME trak, fr. MF trac, perh. of Gmc origin; akin to MD tracken, trecken to pull, haul, march, MLG trecken to pull — more at TREK] 1 a : detectable evidence that something has passed (as the wake of a ship, a line of footprints, or a wheel rut) b : a rough path or way formed by or as if by repeated chance footfalls : TRAIL c : a way or road constructed and maintained for a specific purpose: as (1) : a path or course laid out esp. for racing or exercise ⟨a cinder ~⟩ ⟨a half-mile ~⟩; esp : a running track on which athletic races are contested — distinguished from field (2) : a metal way for wheeled vehicles; specif : one or more pairs of parallel lines of rails with the fastenings, ties, and sometimes ballast for a railroad, railway, or tramway d : a physical course by or on which something is recorded: as (1) : the portion of the dial of a timepiece on which minutes or seconds are marked off between concentric bands (2) : SOUND TRACK 2 a : a footprint whether recent or fossil ⟨the huge ~ of an old bull elephant⟩ b archaic : a visible mark or sign : VESTIGE, TRACE 3 a : the course along which something moves ⟨the ~ of a storm⟩ ⟨his ~ led him over mountains and through swamps⟩ ⟨the ~ of a bullet⟩ — used interjectionally by a skier to warn anyone ahead of him on a trail or run; see YACHTS illustration b : a way of life, conduct, or action : a course one adopts or follows : METHOD, PROCEDURE ⟨afraid the new administration would choose a different ~ in foreign affairs⟩ c : one of two or more courses of study covering the same general field usu. at different levels of intensity and offered by a school to meet the diverse needs of particular groups of students d : the projection on the earth's surface of the path along which an aircraft has actually flown 4 a : a sequence of events or train of ideas : the order in which things happen or ideas come ⟨my pen goes in the ~ of my thoughts —Edmund Burke⟩ ⟨the recurrent ~ of the years⟩ b : the condition or fact of being aware of or in touch with something or some aspect (as the progress, count, extent, or worth) of something specified ⟨lost ~ of his friend's address⟩ ⟨keeping careful ~ of the costs⟩ 5 : any of several things or parts that make or are associated with the making of a track, as a : the width of a wheeled vehicle as measured from wheel to wheel and usu. from the outside of the rims b : the tread of an automobile tire c : CATERPILLAR TREAD 6 : the lower surface of the foot usu. of a bird 7 Scot : an odd spectacle : SIGHT 8 : track-and-field sports; esp : those (as running or hurdling events) that are performed on the running track — distinguished from field event — across the tracks adv : in a run-down or unfashionable neighborhood — in one's tracks : where one stands or is at the moment : on the spot : INSTANTLY ⟨shot the thief in his tracks⟩