IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO FINNIGAN LLC, ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No.: 05-110-GMS |
| APPLERA CORPORATION, MDS INC., and ) | |
| APPLIED BIOSYSTEMS/MDS SCIEX ) | |
| INSTRUMENTS, ) | |
| ) | |
| Defendants and ) | |
| Counterclaim Plaintiffs. ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time within which Thermo Finnigan LLC ("Thermo") must file its Answering Brief in Opposition to Defendants' Motion to Stay This Action Pending Reexamination of the Patent in Suit (D.I. 42) is extended through and including December 13, 2005. The extension is requested because the parties are currently engaged in claim construction briefing and Thermo needs additional time to fully consider the arguments raised in Defendants' motion.

| | |
|---|---|
| /s/ Kelly E. Farnan | /s/ Karen E. Keller |
| Frederick L. Cottrell, III (#2555) | Josy W. Ingersoll (#1088) |
| Cottrell@RLF.com | jingersoll@ycst.com |
| Kelly E. Farnan (#4395) | Karen E. Keller (#4489) |
| Farnan@RLF.com | kkeller@ycst.com |
| Richards, Layton & Finger | Young, Conaway, Stargatt & Taylor, LLP |
| One Rodney Square | The Brandywine Building, 17th Floor |
| P.O. Box 551 | 1000 West Street |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| Telephone: (302) 651-7700 | Telephone: (302) 571-6672 |
| Attorneys for Thermo Finnigan LLC | Attorneys for Applera Corporation, MDS Inc., |
| | and Applied Biosystems/MDS Sciex Instruments |
| Dated: November 30, 2005 | Dated: November 30, 2005 |

RLF1-2951296-1

APPROVED AND SO ORDERED this \_\_\_\_\_ day of December, 2005.

_____
U.S.D.J.