IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, | ) ) ) ) ) | |
| Plaintiffs and Counter-Defendants, | ) ) ) | Civil Action No. 04-1230-GMS |
| v. | ) ) ) | |
| THERMO ELECTRON CORPORATION, | ) ) ) ) | |
| Defendant and Counter-Plaintiff. | ) ) ) ) | |
| THERMO FINNIGAN LLC | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | Civil Action No. 05-110-GMS |
| v. | ) ) ) | (Consolidated) |
| APPLERA CORPORATION, MDS, INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, | ) ) ) ) ) | |
| Defendants and Counter-Plaintiffs. | ) ) ) ) | |

**REVISED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Order, attached hereto as Exhibit A is the Revised Joint Claim Construction Chart.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER |
| /s/ Karen E. Keller<br>Josy W. Ingersoll (ID No. 1088)<br>Adam W. Poff (ID No. 3990)<br>Karen E. Keller (ID No. 4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6672<br>kkeller@ycst.com<br>*Attorneys for Applera Corporation, MDS, Inc., and Applied Biosystems/MDS Sciex Instruments* | /s/ Kelly E. Farnan<br>Frederick L. Cottrell, III (ID No. 2555)<br>Kelly E. Farnan (ID No. 4395)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware  19801<br>302-651-7701<br>cottrell@rlf.com<br>*Attorneys for Thermo Electron Corp., And Thermo Finnigan LLC* |