IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THERMO FINNIGAN LLC | ) ) ) | |
| Plaintiff and<br>Counter-Defendant, | ) ) ) ) | Civil Action No. 05-110-GMS |
| v. | ) ) ) | |
| APPLERA CORPORATION, MDS, INC.,<br>and APPLIED BIOSYSTEMS/MDS SCIEX<br>INSTRUMENTS, | ) ) ) ) | |
| Defendants and<br>Counter-Plaintiffs. | ) ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned, counsel for Applera Corporation, MDS, Inc., and Applied BioSystems/MDS Sciex Instruments caused copies of AB/Sciex's Second Supplemental Response to Thermo Finnigan LLC's First Set of Interrogatories (Nos. 1-28) to be served on December 2, 2005 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

    Frederick L. Cottrell, III, Esquire
    Steve Fineman, Esquire
    RICHARDS, LAYTON & FINGER
    One Rodney Square
    Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

    Wayne L. Stoner, Esquire
    WILMER CUTLER PICKERING
       HALE and DORR LLP
    60 State Street
    Boston, MA 02109

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on December 2, 2005 upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING AND HAND DELIVERY

>Frederick L. Cottrell, III, Esquire
>Steve Fineman, Esquire
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, Delaware 19801

### BY FEDERAL EXPRESS

>Wayne L. Stoner, Esquire
>Wilmer Cutler Pickering Hale and Dorr LLP
>60 State Street
>Boston, MA 02109

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>Josy W. Ingersoll (#1088)
>Karen E. Keller (#4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19899-0391
>(302) 571-6672
>kkeller@ycst.com
>
>*Attorneys for Applera Corporation,*
>*MDS, Inc., and Applied Biosystems/MDS*
>*Sciex Instruments*

Of Counsel:

Walter E. Hanley, Jr.
James Galbraith
Lewis V. Popovski
Jeffrey S. Ginsberg
Huiya Wu
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

Dated: December 2, 2005

2