IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THERMO-FINNIGAN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-110-GMS |
| v, | ) |
| | ) |
| APPLERA CORPORATION, MDS, INC. and | ) |
| APPLIED BIOSYSTEMS/MDS SCIEX | ) |
| INSTRUMENTS | ) |
| | |
| Defendants. | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 2, 2005, copies of Plaintiff Thermo Finnigan LLC's Second Supplemental Responses to Defendants' First Set of Interrogatories (Nos. 16-34) were served on counsel as follows:

**BY HAND DELIVERY**
Josy W. Ingersoll, Esquire
Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899


**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr.
James Galbraith, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

William G. James, II
Fred T. Grasso
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC 20036

RLF1-2872460-1

*Kelly E. Farnan*
_____
Frederick L. Cottrell, III (#2555)
(Cottrell@RLF.com)
Kelly E. Farnan (#4395)
(Farnan@RLF.com)
Richard, Layton & Finger
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Thermo Finnigan LLC

OF COUNSEL:

William F. Lee
Wayne L. Stoner
Stephen M. Muller
Michael R. Dube
Lauren B. Fletcher
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated:   December 5, 2005

RLF1-2872460-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, copies of the foregoing document were served on the following attorneys at the addresses and in the manner indicated:

**BY HAND DELIVERY**
Josy W. Ingersoll
Adam W. Poff
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**BY FEDERAL EXPRESS**
Walter E. Hanley, Jr.
James Galbraith
Huiya Wu
Kenyon & Kenyon
One Broadway
New York, NY 10004

William G. James, II
Fred T. Grasso
Kenyon & Kenyon
1500 K Street N.W., Suite 700
Washington, DC 20036

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@RLF.com