IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, | ) ) ) ) ) | |
| Plaintiffs and Counter-Defendants, | ) ) ) | Civil Action No. 04-1230-GMS |
| v. | ) ) | |
| THERMO ELECTRON CORPORATION, | ) ) ) ) | |
| Defendant and Counter-Plaintiff. | ) ) ) | |
| THERMO FINNIGAN LLC | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) | Civil Action No. 05-110-GMS |
| v. | ) ) ) | (Consolidated) |
| APPLERA CORPORATION, MDS, INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, | ) ) ) ) | |
| Defendants and Counter-Plaintiffs. | ) ) ) | |

## STIPULATION TO MOVE THE DUE DATE FOR RESPONSIVE CLAIM CONSTRUCTION BRIEFS

IT IS HEREBY STIPULATED, by and between counsel for the parties and subject to the approval of the Court, that the date for the parties to file and serve their Responsive Claim Construction Briefs, currently due on December 12, 2005, shall be extended through and including December 15, 2005. This extension is requested due to a scheduled settlement

conference on Dec. 12, 2005, the only day the business people from each party were available to meet.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | RICHARDS, LAYTON & FINGER |
| /s/ Karen E. Keller | /s/ Kelly E. Farnan |
| Josy W. Ingersoll (ID No. 1088) | Frederick L. Cottrell, III (ID No. 2555) |
| Karen E. Keller (ID No. 4489) | Kelly E. Farnan (ID No. 4395) |
| The Brandywine Building | One Rodney Square |
| 1000 West Street, 17th Floor | 920 North King Street |
| P.O. Box 391 | Wilmington, Delaware 19801 |
| Wilmington, DE 19899-0391 | 302-651-7701 |
| (302) 571-6672 | cottrell@rlf.com |
| kkeller@ycst.com | *Attorneys for Thermo Electron Corp.,* |
| *Attorneys for Applera Corporation,* | *And Thermo Finnigan LLC* |
| *MDS, Inc., and Applied Biosystems/MDS* | |
| *Sciex Instruments* | |

SO ORDERED this ____ day of _____, 2005.

_____
U.S.D.J.

DB01:1927903.1                                                                                                       063533.1001