# EXHIBIT F

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

July 5, 2005

**By E-mail and Regular Mail**

Jeffrey S. Ginsberg
Kenyon & Kenyon
One Broadway
New York, NY 10004-1007

Stephen M. Muller

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6157
+1 617 526 5000 fax
stephen.muller@wilmerhale.com

Re:    Applera et. al v. Thermo, Civil Action No. 04-1230 (GMS) and related cases

Dear Jeff:

In its interrogatory answers and otherwise, Applera et al. have disclosed prior art and other information allegedly material to the patentability of the Tang patent. Wilmer Hale intends to forward this information (and other information subsequently provided or cited by Applera et al. in this litigation) to Thermo's counsel who is prosecuting the re-issue, for disclosure to the PTO. Please let me know promptly if Applera objects to this course.

Sincerely,

Stephen M. Muller