# EXHIBIT G



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.go

## *Ex Parte* Reexamination Filing Data - March 31, 2005

1. Total requests filed since start of ex parte reexam on 07/01/81 ............... 7490

    a. By patent owner                    3143    42%
    b. By other member of public          4182    56%
    c. By order of Commissioner            165     2%

2. Number of filings by discipline

    a. Chemical Operation                 2346    31%
    b. Electrical Operation               2361    32%
    c. Mechanical Operation               2783    37%

3. Annual Ex Parte Reexam Filings

    | Fiscal Yr. | No.        | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No.     |
    |------------|------------|------------|-----|------------|-----|------------|---------|
    | 1981       | 78 (3 mos.)| 1989       | 243 | 1997       | 376 | 2005       | 256 YTD |
    | 1982       | 187        | 1990       | 297 | 1998       | 350 |            |         |
    | 1983       | 186        | 1991       | 307 | 1999       | 385 |            |         |
    | 1984       | 189        | 1992       | 392 | 2000       | 318 |            |         |
    | 1985       | 230        | 1993       | 359 | 2001       | 296 |            |         |
    | 1986       | 232        | 1994       | 379 | 2002       | 272 |            |         |
    | 1987       | 240        | 1995       | 392 | 2003       | 392 |            |         |
    | 1988       | 268        | 1996       | 418 | 2004       | 441 |            |         |

4. Number known to be in litigation ............... 1620    22%

5. Determinations on requests ............... 7240

    a. No. granted ............... 6589 ............... 91%

        (1) By examiner                           6483
        (2) By Director (on petition)              106

    b. No. denied ............... 651 ............... 9%

        (1) By examiner                            616
        (2) Order vacated                           35

6.  Total examiner denials (includes denials reversed by Director) .................... 722

    a.  Patent owner requester            417    58%
    b.  Third party requester             305    42%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a.  Average pendency                  21.6 (mos.)
    b.  Median pendency                   16.9 (mos.)

8.  Reexam certificate claim analysis:

    |   | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
    |---|---|---|---|---|
    | a. All claims confirmed | 39% | 60% | 1% | 26% |
    | b. All claims cancelled | 31% | 64% | 5% | 10% |
    | c. Claims changes | 47% | 50% | 3% | 64% |

9.  Total ex parte reexamination certificates issued (1981 - present) .................... 5094

    a.  Certificates with all claims confirmed    1328    26%
    b.  Certificates with all claims canceled      510    10%
    c.  Certificates with claims changes          3256    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a.  Certificates _ PATENT OWNER REQUESTER .................... 2223

        (1) All claims confirmed     519    23%
        (2) All claims canceled      159     7%
        (3) Claim changes           1545    70%

    b.  Certificates _ 3rd PARTY REQUESTER .................... 2738

        (1) All claims confirmed     792    29%
        (2) All claims canceled      325    12%
        (3) Claim changes           1621    59%

    c.  Certificates _ COMM'R INITIATED REEXAM .................... 133

        (1) All claims confirmed      17    13%
        (2) All claims canceled       26    20%
        (3) Claim changes             90    67%