# EXHIBIT I



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| CONTROL NUMBER | FILING DATE | PATENT UNDER REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 90/004,771 | 09/30/97 | 4963736 | 33179/165596 |

MM21/0112

JOHN S PRATT
KILPATRICK STOCKTON
1100 PEACHTREE STREET SUITE 2800
ATLANTA GA 30309-4530

| EXAMINER |
|---|
| BERMAN, J. |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2878 | 17 |

DATE MAILED: 01/12/99

## NOTICE OF INTENT TO ISSUE REEXAMINATION CERTIFICATE

1. ☑ Examination has been terminated in this reexam proceeding and a Certificate will be issued in due course in view of:

   a. ☑ Patent owner's communication filed on: _10/19/98 and 11/30/98_

   b. ☐ Patent owner's late response filed on: _____

   c. ☐ Patent owner's failure to file an appropriate response to the Office action dated: _____

   d. ☐ Patent owner's failure to timely file an Appeal Brief. 37 C.F.R. 1.192.

   e. ☐ Other: _____

   The Reexamination Certificate will indicate the following:

   f. Change in the Specification: ☐ Yes, ☑ No          g. Change in the Drawings: ☐ Yes, ☑ No

   h. Status of the Claims:

   (1) Patent claim(s) confirmed: _1-24_

   (2) Patent claim(s) amended: _____

   (3) Patent claim(s) cancelled: _____

   (4) New claim(s) patentable: _25-30_

2. ☑ Note attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submissions should be labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation."

3. ☐ Note attached NOTICE OF REFERENCES CITED, PTO - 892, which is a part of this communication. The listed references are considered pertinent to the claimed invention, but the claims are deemed to be patentable thereover.

4. ☐ Note attached LIST OF REFERENCES CITED, PTO - 1449, which is part of this communication and serves as an acknowledgment of receipt of patent owner's prior art statement. The references which were considered have been initialed on the form by the examiner and the claims are deemed patentable thereover.

5. ☐ The drawing correction request filed on _____ : ☐ is, ☐ is not, approved.

6. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has: ☐ been received, ☐ not been received, ☐ been filed in Serial No. _____ filed on _____

7. ☐ Note Examiner's Amendment (attachment).

8. ☐ Other (attachment).

cc: Requester
PTOL-469 (2-90)

Application/Control Number: 90/004,771                                    Page 2

Art Unit: 2878

    The following is an examiner's statement of reasons for allowance: As the Examiner stated

in the Office action mailed June 15, 1998, the declaration of Dr. French filed on June 3, 1998

establishes that the apparatus disclosed in the French application does not operate with a product

of pressure and rod length greater than or equal to $2.25 \times 10^{-3}$ torr cm in a chamber containing a

rod set operated with only AC voltages applied.

    Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Examiner Jack Berman whose telephone number is (703) 308-4849.

                                                        Jack I. Berman
                                                        Primary Examiner

jb

December 3, 1998