PTO/SB/53 (04-04)
Approved for use through 04/30/2007. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| REISSUE APPLICATION: CONSENT OF ASSIGNEE; STATEMENT OF NON-ASSIGNMENT | Docket Number (Optional) |
|---|---|
| | 102718-300 |

This is part of the application for a reissue patent based on the original patent identified below.

Name of Patentee(s)

**Keqi Tang, et al.**

| Patent Number | Date Patent Issued |
|---|---|
| **6,528,784** | **March 4, 2003** |

Title of Invention

**Mass Spectrometer System Including A Double Ion Guide Interface and method of operation**

1. ☒  Filed herein is a statement under 37 CFR 3.73(b). (Form PTO/SB/96)

2. ☐  Ownership of the patent is in the inventor(s), and no assignment of the patent is in effect.

One of boxes 1 or 2 above must be checked. If multiple assignees, complete this form for each assignee. If box 2 is checked, skip the next entry and go directly to "Name of Assignee".

The written consent of all assignees and inventors owning an undivided interest in the original patent is included in this application for reissue.

The assignee(s) owning an undivided interest in said original patent is/are **Thermo Finnigan LLC** and the assignee(s) consents to the accompanying application for reissue.

Name of assignee/inventor (if not assigned)

**Thermo Finnigan LLC**

| Signature | Date |
|---|---|
| *[signature]* | March 1, 2005 |

Typed or printed name and title of person signing for assignee (if assigned)

**Seth H. Hoogasian**
**President and Secretary**

This collection of information is required by 37 CFR 1.172. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 6 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/SB/96 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: **Thermo Finnigan LLC**

Application No./Patent No.: **6,528,784** Filed/Issue Date: **March 4, 2003**

Entitled: **Mass Spectrometer System including a Double Ion Guide Interface and method of operation**

**Thermo Finnigan LLC**, a **Delaware limited liability company**
(Name of Assignee)                                        (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [X] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of less than the entire right, title and interest.
   The extent (by percentage) of its ownership interest is _____ %

in the patent application/patent identified above by virtue of either:

A.[ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

OR

B.[X] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as shown below:

   1. From: **Inventors** To: **Finnigan Corporation**
      The document was recorded in the United States Patent and Trademark Office at
      Reel **011716**, Frame **0914**, or for which a copy thereof is attached.

   2. From: **Finnigan Corporation** To: **Thermo Finnigan LLC**
      The document was recorded in the United States Patent and Trademark Office at
      Reel **011898**, Frame **0886**, or for which a copy thereof is attached.

   3. From: _____ To: _____
      The document was recorded in the United States Patent and Trademark Office at
      Reel _____, Frame _____, or for which a copy thereof is attached.

   [ ] Additional documents in the chain of title are listed on a supplemental sheet.

[ ] Copies of assignments or other documents in the chain of title are attached.
   [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be recorded in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____
Signature

**Seth H. Hoogasian**
Printed or Typed Name

**President and Secretary**
Title

**March 1, 2005**
Date

**(781) 622-1000**
Telephone Number

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/81 (11-04)
Approved for use through 11/30/2005. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| POWER OF ATTORNEY and CORRESPONDENCE ADDRESS INDICATION FORM | Application Number | Reissue of US 6, 528,784 |
|---|---|---|
| | Filing Date | Concurrently herewith |
| | First Named Inventor | Keqi Tang et al. |
| | Title | Mass Spectrometer.... |
| | Art Unit | N/A |
| | Examiner Name | N/A |
| | Attorney Docket Number | 102718-300 |

I hereby revoke all previous powers of attorney given in the above-identified application.

I hereby appoint:

[X]  Practitioners associated with the Customer Number:    27267

OR

[ ]  Practitioner(s) named below:

| Name | Registration Number |
|---|---|
| | |
| | |
| | |

as my/our attorney(s) or agent(s) to prosecute the application identified above, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please recognize or change the correspondence address for the above-identified application to:

[ ]  The address associated with the above-mentioned Customer Number:

OR

[ ]  The address associated with Customer Number:

OR

| [ ]  Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | | |
| Telephone | Fax | |

I am the:

[ ]  Applicant/Inventor.

[X]  Assignee of record of the entire interest. See 37 CFR 3.71.
      Statement under 37 CFR 3.73(b) is enclosed. (Form PTO/SB/96)

SIGNATURE of Applicant or Assignee of Record

| Signature | *[signature]* | | |
|---|---|---|---|
| Name | Seth H. Hoogasian | Date | March 1, 2005 |
| Title and Company | President and Secretary, Thermo Finnigan LLC | Telephone | (781)622-1000 |

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more than one signature is required, see below*.

[X]  *Total of    2    forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/96 (09-04)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: __Thermo Finnigan LLC__

Application No./Patent No.: __6,528,784__ Filed/Issue Date: __March 4, 2003__

Entitled: **Mass Spectrometer System including a Double Ion Guide Interface and method of operation**

__Thermo Finnigan LLC__, a __Delaware limited liability company__
(Name of Assignee)                          (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [X] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of less than the entire right, title and interest.
      The extent (by percentage) of its ownership interest is _____ %

in the patent application/patent identified above by virtue of either:

A.[ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

OR

B.[X] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as shown below:

1. From: __Inventors__ To: __Finnigan Corporation__
   The document was recorded in the United States Patent and Trademark Office at Reel __011718__, Frame __0914__, or for which a copy thereof is attached.

2. From: __Finnigan Corporation__ To: __Thermo Finnigan LLC__
   The document was recorded in the United States Patent and Trademark Office at Reel __011898__, Frame __0886__, or for which a copy thereof is attached.

3. From: _____ To: _____
   The document was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet.

[ ] Copies of assignments or other documents in the chain of title are attached.
   [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be recorded in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____                    March 1, 2005
Signature                                          Date

Seth H. Hoogasian                                  (781) 622-1000

Printed or Typed Name                              Telephone Number

**President and Secretary**

Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application | : | Keqi Tang et al. |
| Serial No. | : | Concurrently-filed application for Reissue Patent |
| Patent No. | : | 6,528,784 (Ser. No. 09/715,815, filed November 16, 2000, issued March 4, 2003) |
| Filed | : | Herewith |
| For | : | MASS SPECTROMETER SYSTEM INCLUDING A DOUBLE ION GUIDE INTERFACE AND METHOD OF OPERATION |
| Assignee | : | Thermo Finnigan LLC |
| Attorney Docket | : | 102718-300 |
| Customer No. | : | 27267 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I hereby certify that this correspondence is being deposited with the United States Postal Service in an envelope marked "Express Mail" Mailing Label No. EV 544765920 US addressed to: MAIL STOP REISSUE, Commissioner for Patents, P.O. BOX 1450, Alexandria, VA 22313-1450 on March 4, 2005.

By _____

Elizabeth A. Galletta

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MAIL STOP REISSUE
Commissioner for Patents
P.O. BOX 1450
Alexandria, VA 22313-1450

## PRELIMINARY AMENDMENT UNDER 37 CFR §1.173(b)

Sir:

In connection with the above-referenced Reissue application filed concurrently herewith, please enter the following amendments and remarks:

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application | : | Keqi Tang et al. |
| Serial No. | : | Concurrently-filed application for Reissue Patent |
| Patent No. | : | 6,528,784 (Ser. No. 09/715,815, filed Nov. 16, 2000, issued Mar. 4, 2003) |
| Filed | : | Herewith |
| For | : | MASS SPECTROMETER SYSTEM INCLUDING A DOUBLE ION GUIDE INTERFACE AND METHOD OF OPERATION |
| Assignee | : | Thermo Finnigan LLC |
| Attorney Docket | : | 102718-300 |
| Customer No. | : | 27267 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

I hereby certify that this correspondence is being deposited with the United States Postal Service in an envelope marked "Express Mail" Mailing Label No. EV 544765920 US addressed to: MAIL STOP REISSUE, Commissioner for Patents, P.O. BOX 1450, Alexandria, VA 22313-1450 on March 4, 2005.

By _Elizabeth A. Galletta_

Elizabeth A. Galletta

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MAIL STOP REISSUE
Commissioner for Patents
P.O. BOX 1450
Alexandria, VA 22313-1450

## STATEMENT UNDER 37 CFR §1.178(b)

Sir:

In connection with the above-referenced Reissue patent application, Applicants wish to indicate to the Examiner that the U.S. Patent No. 6,528,784 for which reissue is sought is currently in litigation. The litigation is entitled *Thermo Finnigan LLC v. Applera Corporation*, Civil Action No. 1:05-cv-00110, filed in the U.S. District Court, District of Delaware on February 23, 2005.

Despite the existence of this litigation, Applicants request that action in this Reissue application proceed, as it is the Applicants' desire to have the Reissue application be examined at this time.

If the Examiner has any questions, the Examiner is invited and encouraged to contact Applicant's representative at the telephone number listed below.

Date:  March 4, 2005

Respectfully submitted,

Keqi Tang, et al.

By _William J. Speranza_
William J. Speranza
Registration No. 26,340
Attorney for Applicants

WIGGIN AND DANA
One Century Tower
New Haven, CT  06508

Telephone:(203) 498-4400
Fax:       (203) 782-2889

\13015\22\98728.1

2

<u>In the Claims:</u>

Please add new Claims 10 through 42, for inclusion as part of this Reissue application as filed, as follows:

<u>Claim 10.</u>    (New) A mass spectrometer system, comprising:

an ion source for creating sample ions at atmospheric pressure from a sample which is in association with a solvent;

a mass analyzer, disposed in a high vacuum mass analyzer chamber, for analyzing said sample ions;

two consecutive multipole ion guides disposed between said ion source and said high vacuum mass analyzer chamber for directing ions from said ion source to said high vacuum mass analyzer chamber, said multipole ion guides maintained at a pressure below atmospheric but higher than the pressure of said high vacuum mass analyzer chamber; and

at least one of said multipole ion guides having means associated therewith for defining the translational kinetic energy of ions directed therethrough, and wherein said translational kinetic energy is chosen so that solvent adduct species formed in high pressure regions of the system are converted within said multipole ion guides to sample ions by collision-induced dissociation without fragmentation of sample ions before entering said high vacuum mass analyzer chamber.

<u>Claim 11.</u>    (New) The mass spectrometer system of Claim 10 wherein said means is for increasing said translational kinetic energy.

<u>Claim 12.</u>    (New) The mass spectrometer system of Claim 10 wherein said two consecutive multipole ion guides are contained, respectively, in two consecutive evacuated chambers.

<u>Claim 13.</u>    (New) The mass spectrometer system of Claim 12 wherein the first evacuated chamber containing the first of said multipole ion guides is at a pressure greater than the pressure in the second evacuated chamber containing the second of said multipole ion guides.

Claim 14.      (New) The mass spectrometer system of Claim 10 wherein said mass analyzer is a tandem mass analyzer.

Claim 15.      (New) The mass spectrometer system of Claim 10 wherein said mass analyzer is a quadrupole ion trap mass analyzer.

Claim 16.      (New) A mass spectrometer system including a mass analyzer disposed in a high vacuum chamber for analyzing sample ions formed at atmospheric pressure and directed to the analyzer through intermediate vacuum chambers in which sample ions and solvent molecules form adduct ions with a reduction of sample ion current including:

first and second evacuated chambers directly preceding the mass analyzer chamber with the first chamber being at a higher pressure than the second chamber,

a first multipole ion guide in the first chamber for guiding ions into said second chamber,

a second multipole ion guide in the second chamber for guiding ions from the first chamber into the high vacuum chamber for mass analysis, and

means associated with one or both of said first and second multipole ion guides for defining the translational kinetic energy of the adduct ions so that at the vacuum pressure of the second interface chamber adduct ions traveling into the chamber are converted into sample ions without fragmentation of the sample ions whereby to increase the sample ion current and therefore the sensitivity of the mass spectrometer system.

Claim 17.      (New) A mass spectrometer system including a mass analyzer disposed in a high vacuum chamber for analyzing sample ions formed at atmospheric pressure and directed to the analyzer through one or more intermediate vacuum chambers in which sample ions and solvent molecules form adduct ions with a reduction of sample ion current including:

first and second multipole ion guides disposed consecutively in said one or more intermediate vacuum chambers, with said first multipole ion guide maintained at a higher pressure than said second multipole ion guide, for directing ions into the high vacuum chamber for mass analysis, and

means associated with one or both of said first and second multipole ion guides for defining the translational kinetic energy of the adduct ions directed therethrough so that at the

3

pressure of said one or both ion guides adduct ions traveling therethrough are converted into sample ions without fragmentation of the sample ions whereby to increase the sample ion current and therefore the sensitivity of the mass spectrometer system.

Claim 18    (New)  A mass spectrometer system according to Claim 17 wherein said means is for increasing said translational kinetic energy.

Claim 19.    (New) A mass spectrometer system, including:

    **A.**    an ion source for creating ions from a sample which is in association with a solvent;

    **B.**    a first chamber, a second chamber, and a tandem mass analyzer, the first chamber being disposed between the ion source and the second chamber, the second chamber being disposed between the first chamber and the tandem mass analyzer, the first chamber being evacuated to a first pressure, the second chamber being evacuated to a second pressure;

    **C.**    a first multipole ion guide disposed in the first chamber for guiding ions received in the first chamber towards the second chamber;

    **D.**    a second multipole ion guide disposed in the second chamber for guiding ions received in the second chamber towards the tandem mass analyzer, at least some of the ions in the second chamber being a solvent adduct species;

    **E.**    a lens disposed between the first and second multipole ion guides, a voltage difference between the lens and the second multipole ion guide defining a kinetic energy of ions in the second chamber, the kinetic energy being sufficient to dissociate the sample from the solvent in the solvent adduct species without causing fragmentation of the sample ions.

Claim 20.    (New)  A mass spectrometer system according to Claim 19 wherein the kinetic energy is sufficient to dissociate the sample from the solvent in the solvent adduct species in a majority of the solvent adduct species.

4

Claim 21.      (New)  A mass spectrometer system according to Claim 20 wherein the solvent adduct species includes one sample ion and one solvent molecule.

Claim 22.      (New)  A mass spectrometer system according to Claim 20 wherein the solvent adduct species includes one sample ion and one solvent ion.

Claim 23.      (New)  A mass spectrometer system according to Claim 20 wherein the ion source is an  electrospray ion source.

Claim 24.      (New)  A mass spectrometer according to Claim 23 wherein the ion source is an atmospheric pressure electrospray ion source.

Claim 25.      (New)  A mass spectrometer system according to Claim 20 wherein the ion source is an atmospheric pressure chemical ionization source.

Claim 26.      (New)  A mass spectrometer system according to Claim 20, the tandem mass analyzer including a Q1 stage, a Q2 stage, a Q3 stage, and a detector, the Q1 stage including a first  multipole rod structure, the Q2 stage including a second multipole rod structure, and the Q3 stage including a third multipole rod structure.

Claim 27.      (New) A mass spectrometer system according to Claim 20, the first pressure being higher than the second pressure.

Claim 28.      (New) A mass spectrometer system according to Claim 20, the first ion guide being a quadrupole ion guide.

Claim 29.      (New) A mass spectrometer system according to Claim 20, the second ion guide being a quadrupole ion guide.

Claim 30.      (New) A mass spectrometer system, including:

    A.      an ion source for creating ions from a sample which is in association with a solvent;

    B.      a first chamber, a second chamber, and a tandem mass analyzer, the first chamber being disposed between the ion source and the second chamber, the second chamber being disposed between the first chamber and the tandem mass analyzer, the first chamber being evacuated to a first pressure, the second chamber being evacuated to a second pressure;

    C.      a first multipole ion guide disposed in the first chamber for guiding ions received in the first chamber towards the second chamber;

    D.      a second multipole ion guide disposed in the second chamber for guiding ions received in the second chamber towards the tandem mass analyzer, at least some of the ions in the second chamber being a solvent adduct species;

    E.      a first lens disposed between the first and second multipole ion guides, and a second lens disposed between the ion source and the first multipole ion guide, a voltage difference between the first or second lenses and the second multipole ion guide defining a kinetic energy of ions in the second chamber, the kinetic energy being sufficient to dissociate the sample from the solvent in the solvent adduct species without causing fragmentation of the sample ions.

6

Claim 31.    (New) A mass spectrometer system, including:

A.    an ion source for creating ions from a sample which is in association with a solvent;

B.    a first chamber, a second chamber, and a tandem mass analyzer, the first chamber being disposed between the ion source and the second chamber, the second chamber being disposed between the first chamber and the tandem mass analyzer, the first chamber being evacuated to a first pressure, the second chamber being evacuated to a second pressure;

C.    a first multipole ion guide disposed in the first chamber for guiding ions received in the first chamber towards the second chamber;

D.    a second multipole ion guide disposed in the second chamber for guiding ions received in the second chamber towards the tandem mass analyzer, at least some of the ions in the second chamber being a solvent adduct species;

E.    a lens disposed between the first and second multipole ion guides, a voltage difference between the lens and the second multipole ion guide increasing a kinetic energy of ions in the second chamber, the kinetic energy being sufficient to dissociate the sample from the solvent in the solvent adduct species without causing fragmentation of the sample ions.

Claim 32.    (New) A mass spectrometer system according to Claim 31 wherein the kinetic energy is sufficient to dissociate the sample from the solvent in the solvent adduct species in a majority of the solvent adduct species.

Claim 33.    (New) A mass spectrometer system according to Claim 32 wherein the solvent adduct species includes one sample ion and one solvent molecule.

Claim 34.    (New) A mass spectrometer system according to Claim 32 wherein the solvent adduct species includes one sample ion and one solvent ion.

Claim 35.       (New)  A mass spectrometer system according to Claim 32 wherein the ion source is an  electrospray ion source.

Claim 36.       (New)  A mass spectrometer according to Claim 35 wherein the ion source is an atmospheric pressure electrospray ion source.

Claim 37.       (New)  A mass spectrometer system according to Claim 32 wherein the ion source is an atmospheric pressure chemical ionization source.

Claim 38.       (New)  A mass spectrometer system according to Claim 32, the tandem mass analyzer including a Q1 stage, a Q2 stage, a Q3 stage, and a detector, the Q1 stage including a first  multipole rod structure, the Q2 stage including a second multipole rod structure, and the Q3 stage including a third multipole rod structure.

Claim 39       (New) A mass spectrometer system according to Claim 32, the first pressure being higher than the second pressure.

Claim 40.       (New) A mass spectrometer system according to Claim 32, the first ion guide being a quadrupole ion guide.

Claim 41.       (New)  A mass spectrometer system according to Claim 32, the second ion guide being a quadrupole ion guide.

Claim 42.    (New) A mass spectrometer system, including:

A.    an ion source for creating ions from a sample which is in association with a solvent;

B.    a first chamber, a second chamber, and a tandem mass analyzer, the first chamber being disposed between the ion source and the second chamber, the second chamber being disposed between the first chamber and the tandem mass analyzer, the first chamber being evacuated to a first pressure, the second chamber being evacuated to a second pressure;

C.    a first multipole ion guide disposed in the first chamber for guiding ions received in the first chamber towards the second chamber;

D.    a second multipole ion guide disposed in the second chamber for guiding ions received in the second chamber towards the tandem mass analyzer, at least some of the ions in the second chamber being a solvent adduct species;

E.    a first lens disposed between the first and second multipole ion guides, and a second lens disposed between the ion source and the first multipole ion guide, a voltage difference between the first or second lenses and the second multipole ion guide increasing a kinetic energy of ions in the second chamber, the kinetic energy being sufficient to dissociate the sample from the solvent in the solvent adduct species without causing fragmentation of the sample ions.

9

## REMARKS

The foregoing amendments add new Claims 10 through 42 to the concurrently-filed application for broadening reissue of U.S. Patent No. 6,528,784, issued March 4, 2003, and should be entered in the application as part of the reissue application as filed.

## STATEMENT UNDER 37 C.F.R. 1.173(c)

As required by 37 C.F.R. 1.173(c), the following is the information with respect to the status of all claims in this application and the support for newly-added claims.

### Status of Application Claims

U.S. Patent No. 6,528,784 (the '784 Patent) issued on March 4, 2003 containing Claims 1 through 9. Those claims are repeated verbatim in this concurrently-filed application for broadened reissue of the '784 Patent and are thus part of this Reissue application and are pending herein. The Preliminary Amendment herein adds new Claims 10 through 42 for consideration in the reissue application, and are to be considered as part of the reissue application as concurrently filed herewith.

Thus, in this reissue application, Claims 1 through 42 are pending.

### Support for Newly-Added Claims

New <u>Claim 10</u>, an independent claim, finds support throughout the specification, claims and drawings of the '784 Patent as issued on March 4, 2003. The claim elements of Claim 10 find support as set forth below, it being understood that the following are simply examples of where such support is found and are presented without prejudice to reliance upon other portions of the specification, claims and drawings of the '784 Patent for such support should that be required in future proceedings.

| | |
|---|---|
| "A mass spectrometer system" | That the invention is directed to a mass spectrometer system is set forth in *ipsis verbis* at Column 2, lines 64-65, and in Claim 1 (Column 7, line 12) |

10

| | |
|---|---|
| "An ion source for creating sample ions at atmospheric pressure" | An "atmospheric pressure ion source is shown as element <u>11</u> in FIGS. 1 and 8, and described at Column 4, lines 53-57 |
| "From a sample in association with a solvent" | The '784 Patent contains numerous references to, and the invention thereof is directed to, the problem of the formation of adduct ions from sample ions and "solvent molecules," such as at Column 2, lines 37-51, Column 5, lines 11-19 |
| "A mass analyzer, disposed in a high vacuum mass analyzer chamber, for analyzing said sample ions" | See element <u>12</u> in each of FIGS. 1 and 8. Column 3, lines 5-7 |
| "Two consecutive multipole ion guides disposed between said ion source and said high vacuum mass analyzer chamber for directing ions from said ion source to said high vacuum mass analyzer chamber" | Each of FIGS. 1 and 8 shows two multipole ion guides, <u>27, 28</u> arranged between ion source <u>11</u> and mass analyzer chamber <u>12</u>. At Column 4, lines 64-66, it is noted that ions from the source "are guided into the mass analyzer by first and second multipole ion guides. See also the Column 1, lines 14-18, and the Abstract |
| "Said multipole ion guides being maintained at a pressure below atmospheric but higher than the pressure of said high vacuum mass analyzer chamber" | See, Column 4, lines 32-52 providing values for pressure, including the atmospheric pressure of the ion source, the high vacuum of the mass analyzer chamber, and the pressures at which the ion guides operate as being therebetween |
| "At least one of said multipole ion guides having means associated therewith for defining the translational kinetic energy of ions directed therethrough" | Claim 1, Column 7, lines 26-27; Column 3, lines 27-30 (potential difference defines the ion's translational kinetic energy) |
| "And wherein said translational kinetic energy is chosen so that solvent adduct species formed in high pressure | Col. 3, lines 31-38; Col. 1, lines 14-18; Abstract; Col. 5, lines 11-12; Claim 1 (conversion of adduct ions to sample |

11

regions of the system are converted within said multiple ion guides to sample ions by collision-induced dissociation without fragmentation of sample ions before entering said high vacuum mass analyzer chamber"

ions to increase sample ion current and sensitivity of mass spectrometer); Column 3, lines 33-38 (adduct ions converted to sample ions by collision-induced dissociation without fragmentation); Col. 2, line 47 (solvent adduct species)

Claim 11 finds support at, e.g., Column 5, lines 22-24, reciting that the means increases the translational kinetic energy of ions.

Claim 12 finds support at, e.g., Column 3, lines 7-13; FIGS. 1 and 8; and Claim 1 of the '784 Patent.

Claim 13 finds support at Column 3, lines 9-10 (first interface chamber being at a higher pressure than the second interface chamber).

Claim 14 finds explicit support at Column 3, lines 64-67 and FIG. 1, showing a tandem mass spectrometer.

Claim 15 finds explicit support at Column 7, lines 5-7, where it is indicated that a quadrupole ion trap may be used as the mass analyzer.

Claim 16 is identical to Claim 1 of the '784 Patent, but broadened by reason of substitution of "defining" the translational kinetic energy of the ions for the terminology "increasing" the translational kinetic energy of the ions.  Support for this change, and thus for a claim of this breadth, is as found, e.g., at Column 3, lines 27-31 (potential difference "defines the ion's translational kinetic energy" as it enters ion guide).

Claim 17 contains the same change from Claim 1 of the '784 Patent as in Claim 16 insofar as the "defining" terminology, and thus finds support as there noted.  Claim 17 further eliminates the requirement of Claim 1 for two separate vacuum chambers, each containing a multipole ion guide, instead reciting merely that there are two consecutive multipole ion guides under vacuum conditions, whether in separate vacuum chambers or a single vacuum chamber or the like.  Support for these changes, and thus for a claim of this breadth, is found, for example, in the Abstract and at Column 1, lines 14-18, where the statement of the invention is simply that two consecutive multipole ion guides between the ion source and the mass analyzer are used to dissociate adduct ions so as to increase sample ion current.

Claim 18 finds support at Column 5, lines 22-24.

Claim 19 is a new independent claim. Support for the recitation of an "ion source" as an element in the mass spectrometer system and the creation of ions from a sample "in association with a solvent" is as recited above with respect to new Claim 10. The recitation of first and second chambers and a mass analyzer is the same as set forth in Claim 1 of the '784 Patent, and the recital that the mass analyzer is a "tandem mass analyzer" is supported by the specification at Column 3, lines 64-67 and FIG. 1, showing a tandem mass spectrometer. That the first and second chambers are evacuated and arranged as claimed, namely, the first chamber disposed between the ion source and the second chamber and the second chamber disposed between the first chamber and the mass analyzer is supported at, e.g. FIGS. 1 and 8 and Claim 1 of the '784 Patent (the vacuum chambers are "intermediate vacuum chambers relative to the ion source and the mass analyzer). The presence of a first multipole ion guide in the first chamber and a second multipole ion guide in the second chamber and their respective functions in guiding ions from recited chambers is supported, e.g., by Claim 1 of the '784 Patent, FIGS. 1 and 8, and Column 3, lines 9-15. That some of the ions are solvent adducts species is supported, e.g., at Column 2, lines 39-47. A lens between the first and second ion guides is shown in FIGS. 1 and 8 (element 18) and at Column 3, lines 19-22 (interchamber lens disposed between first and second interface chambers). A voltage difference between the lens and the second multipole ion guide is recited, e.g., in FIGS. 1 and 8 ($V_{DC}$ 33), at Column 3, lines 27-30 (potential difference between interchamber lens and the second multipole ion guide). That the potential difference defines a kinetic energy of ions in the second chamber is stated at Column 3, lines 30-31. The selection of kinetic energy sufficient to dissociate adduct ions without causing fragmentation is disclosed at Column 3, lines 32-35 and Claim 1 of the '784 Patent.

Dependent Claim 20 is supported, e.g., by FIGS. 2 through 7 of the '784 Patent, and Table 2, showing dissociation of the sample from the solvent in a majority of the solvent adduct species.

Dependent Claim 21 is supported, e.g., by Column 2, lines 39-47 and lines 55-56.

Dependent Claim 22 is supported, e.g., by Column 2, lines 39-47, 55-56.

Dependent Claims 23 and 24 are supported by, e.g., FIGS. 1 and 8 (element 11, atmospheric pressure ion source) and Column 4, lines 32-33.

Dependent Claim 25 is supported by Column 4, lines 53-55 (atmospheric pressure chemical ionization source).

13

Dependent Claim 26 is supported by FIG. 1 and its description at Column 3, lines 64-67 (tandem mass analyzer), and the Q1, Q2 and Q3 notations in FIG. 1, and the reference to the TSQ 7000 instrument at Column 5, lines 34-35.

Dependent Claim 27 is supported at, e.g., Column 3, lines 9-10 (first interface chamber being at a higher pressure than the second interface chamber).

Dependent Claim 28 is supported at, e.g., Column 4, line 66 to Column 5, line 4. The same disclosure provides support for dependent Claim 29.

New independent Claim 30 is supported in the same manner as Claim 19. The further recitation of a lens between the ion source and the first mutipole ion guide, and a potential difference between the first or second lenses and the second ion guide, is supported by FIGS. 1 and 8, the disclosure at Column 3, lines 17-22, 27-30.

New independent Claim 31 and Claims 32-41 dependent thereon and new independent Claim 42 parallel Claims 19-30, with recitation that the potential difference increases the kinetic energy of ions, support for which is found in Column 5, lines 22-24.

In all the foregoing, just as noted in respect of Claim 10, the recitations of where support may be found for the new claims are presented as examples and without prejudice to reliance upon other portions of the '784 Patent for such support in the event such may be required.

If the Examiner has any questions, the Examiner is invited and encouraged to contact Applicant's representative at the telephone number listed below.

Date: March 4, 2005                    Respectfully submitted,

                                       Keqi Tang, et al.

                                       By _William J. Speranza_
                                       William J. Speranza
                                       Registration No. 26,340
                                       Attorney for Applicants

WIGGIN AND DANA
One Century Tower
New Haven, CT  06508
Telephone:    (203) 498-4400
Fax:    (203) 782-2889
\13015\22\98688.1

14

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> THERMO ELECTRON CORPORATION, <br><br> Defendant and Counterclaim Plaintiff. | Civil Action No.: 04-1230-GMS |

| | |
|---|---|
| THERMO FINNIGAN LLC, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, <br><br> Defendants and Counterclaim Plaintiffs. | Civil Action No.: 05-110-GMS |

**THERMO ELECTRON CORPORATION'S AND THERMO FINNIGAN LLC'S
INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)**

Pursuant to Fed. R. Civ. P. 26(a), Thermo Electron Corporation and Thermo Finnigan

LLC (collectively, "Thermo"), provide the following initial disclosures to Applera Corporation,

MDS Inc., and Applied Biosystems/MDS Sciex Instruments (collectively, "AB/Sciex").

-1-

RLF1-2872978-1