IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>*Plaintiffs*,<br>v.<br><br>THERMO ELECTRON CORPORATION,<br><br>*Defendant*. | C.A. No. 04-1230-GMS |
| THERMO FINNIGAN LLC,<br><br>*Plaintiff*,<br>v.<br><br>APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS,<br><br>*Defendants*. | C.A. No. 05-110-GMS |

**ORDER**

This _____ day of _____, 2006, the Court having reviewed the submissions of the parties regarding Applera Corporation, MDS Inc., and Applied Biosystems/MDS Sciex Instruments' (collectively, "AB/Sciex") Motion for Reargument of the Court's Decision to Stay Civil Action No. 04-1230-GMS (D.I. 65 in C.A. 05-110-GMS), and having concluded that good grounds exist for the requested relief, now therefore:

-2-

IT IS HEREBY ORDERED that:

1. AB/Sciex's Motion for Reargument is hereby GRANTED;

2. The stay of Civil Action No. 04-1230-GMS is hereby VACATED; and

3. Civil Action No. 05-110-GMS hereby remains STAYED.

_____
United States District Judge