IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, | : : : : | |
| Plaintiffs and Counter-Defendants, | : : : | |
| v. | : : | Civil Action No. 04-1230-GMS |
| THERMO ELECTRON CORPORATION, | : : | |
| Defendant and Counter-Plaintiff. | : : : | |
| ──────────────────────────── | : | |
| THERMO FINNIGAN LLC, | : : | |
| Plaintiff and Counter-Defendant, | : : : | |
| v. | : : | Civil Action No. 05-110-GMS |
| APPLERA CORPORATION, MDS, INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, | : : : : | (Consolidated) |
| Defendants and Counter-Plaintiffs. | : : : | |
| ──────────────────────────── | : | |
| THERMO FINNIGAN LLC, | : : | |
| Plaintiff and Counterclaim Defendant, | : : : | |
| v. | : : | Civil Action No. 04-1505-GMS |
| APPLERA CORPORATION, | : : | |
| Defendant and Counterclaim Plaintiff. | : : : | |

## **ORDER**

At Wilmington this **17th** day of **January, 2006,**

IT IS ORDERED that the mediation conference has been scheduled for **Tuesday, April 25, 2006** beginning at **10:00 a.m. Casual dress for the mediation.** Submissions of the parties shall be due on or before **Monday, April 17, 2006.** All other provisions of the Court's June 20, 2005 Order shall remain in full force and effect.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Tuesday, March 28, 2006 at 8:30 a.m.** with Judge Thynge to discuss the status of the case and the mediation. **Counsel for Applera shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE