## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLERA CORPORATION, MDS INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, | : : : : | |
| Plaintiffs and Counter-Defendants, | : : : : | |
| v. | : : | Civil Action No. 04-1230-GMS |
| THERMO ELECTRON CORPORATION, | : : | |
| Defendant and Counter-Plaintiff. | : : : | |
| ——————————————— | : | |
| THERMO FINNIGAN LLC, | : : | |
| Plaintiff and Counter-Defendant, | : : : : | |
| v. | : : | Civil Action No. 05-110-GMS |
| APPLERA CORPORATION, MDS, INC., and APPLIED BIOSYSTEMS/MDS SCIEX INSTRUMENTS, | : : : : | (Consolidated) |
| Defendants and Counter-Plaintiffs. | : : : | |
| ——————————————— | : | |
| THERMO FINNIGAN LLC, | : : | |
| Plaintiff and Counterclaim Defendant, | : : : : | |
| v. | : : | Civil Action No. 04-1505-GMS |
| APPLERA CORPORATION, | : : | |
| Defendant and Counterclaim Plaintiff. | : : : | |

## **ORDER**

At Wilmington this **6th** day of **June, 2006,**

IT IS ORDERED that counsel shall advise the Magistrate Judge when the stay is lifted in these matters.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE